

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

April 12, 2004

3:00 pm

CASE NO. **3-03-cv-1015(DJS)**    <u>Glen Falls Ins. Co, et al v Command Force Security Sys., Inc.</u>

Carol S. Doty
Kaufman, Borgeest & Ryan
99 Park Ave., 19th Fl.
New York, NY 10016

Joseph E. Mascaro
Joel M. Fain
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810

Joan M. Gilbride
Michael P. Mezzacappa
Kaufman Borgeest & Ryan
200 Summit Lake Drive
Valhalla, NY 10595

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK