UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GLEN FALLS INS. CO., ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:03cv1015(DJS) |
| **COMMAND FORCE SECURITY SYS., INC.**<br>    **Defendant** | : |

**ORDER**

Pursuant to a telephone conference held on April 12, 2004, the following will control the pretrial proceedings in this case until further order from this Court. Discovery shall be completed by **June 30, 2004.** Dispositive motions shall be filed by **August 30, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **September 15, 2004.** This case shall be trial ready **October, 2004**.

Any means of settlement/mediation that shall take place with respect to this case shall not stay said scheduling order without the consent of this Court.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __13th__ day of April, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge