UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENS FALLS INSURANCE COMPANY : | | CIVIL ACTION NO. 303 CV 1015 (DJS) |
| a/s/o HAROLD and LAUREN HEINZ | | |
|     Plaintiff | | |
| | : | |
|  against | : | |
| | : | |
| COMMAND FORCE SECURITY | : | AUGUST 16, 2004 |
| SYSTEMS, INC. | | |
|     Defendant | | |

### OFFER OF JUDGMENT

Pursuant to C.G.S. §52-192a, the plaintiffs, GLENS FALLS INSURANCE COMPANY, a/s/o HAROLD and LAUREN HEINZ, offer to allow the defendant, COMMAND FORCE SECURITY SYSTEMS, INC., to take judgment in the amount of Four Hundred Twenty Five Thousand Dollars ($425,000.00), which includes interests and costs.

                                  THE PLAINTIFFS,
                                  GLENS FALLS INSURANCE COMPANY
                                  a/s/o HAROLD and LAUREN HEINZ

                                  By /s/ Joseph E. Mascaro
                                  Joseph E. Mascaro, Esq. – CT 12736
                                  Morrison Mahoney LLP
                                  One Constitution Plaza, 10th Floor
                                  Hartford, CT 06103
                                  (860) 616-4441

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 16th   day of August, 2004, as follows:

Attorney Michael Mezzacappa
Kaufman, Borgeest & Ryan, LLP
200 Summit Lake Drive
Valhalla, NY 10595


                                        /s/ Joseph E. Mascaro
                                        Joseph E. Mascaro

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103

3

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459