UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN FALLS INSURANCE COMPANY a/s/o HAROLD and LAUREN HEINZ, | : | CIVIL CASE NO. 303 CV 1015 (DJS) |
| Plaintiff, | : | |
| V. | : | |
| COMMAND FORCE SECURITY SYSTEMS, INC. | : | |
| Defendants | : | August 30, 2004 |

## MOTION TO PRECLUDE EXPERT'S TESTIMONY

Pursuant to the Local Rules of the United States District Court of Connecticut, the Defendant Command Force Security Systems, Inc., by its attorneys, Kaufman Borgeest & Ryan LLP, hereby moves this Court for an Order, pursuant to FRE 702, 28 U.S.C.A., dismissing a portion of Plaintiff's Expert's testimony, as inadmissible as a matter of law.

As more fully set forth in the attached Affidavit of Carol S. Doty, Esq. and Memorandum of Law, Plaintiff's Expert's second report relative to an investigation of the fire scene and alarm system installed by the defendant, and the conclusions contained therein, should be inadmissible as they do not comply with the FRE Rule 702, 28 U.S.C.A.

Specifically, plaintiff's expert's second report is completely unreliable for the following reasons: (1) the report is not based on research prepared independently of the litigation herein; (2) the conclusions in the report were not arrived at by use of a reliable

1

***ORAL ARGUMENT IS REQUESTED**

methodology; and (3) plaintiff's expert's own testimony disagrees with the findings of his second report, and disagrees with the allegations in the plaintiff's complaints.

For the foregoing reasons, the defendant respectfully requests that the Court grant this motion for an Order Precluding the introduction of plaintiff's expert's second report into evidence, and for any such further relief that the Court deems just an necessary.

Dated: August 30, 2004
New York, New York

Yours, etc.,

THE DEFENDANT

COMMAND FORCE SECURITY
SYSTEMS, INC.

By:_____
   **Carol S. Doty, Esq.  CT24974**
KAUFMAN BORGEEST & RYAN LLP
99 Park Avenue – 19th Floor
New York, New York 10016
212-980-9600
212-980-9291 (Facsimile)
cdoty@kbrny.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was mailed to the following party of record postage prepaid this 30th day of August, 2004 as follows:

**Attorney Joseph E. Mascaro**
**Morrison, Mahoney & Miller, LLP**
**One Constitution Plaza, 10th Floor**
**Harford, CT  06103**
**860-616-4441**

                                                                 _____
                                                                               Carol S. Doty