UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLEN FALLS INSURANCE COMPANY<br>a/s/o HAROLD and LAUREN HEINZ, | : | CIVIL CASE NO. 303 CV 1015 (DJS) |
| Plaintiff, | : | |
| V. | : | |
| COMMAND FORCE SECURITY<br>SYSTEMS, INC. | : | |
| Defendants | : | SEPTEMBER 1, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, Command Force Security Systems, Inc. pursuant to the United States District Court District of Connecticut, Electronic Filing Policies and Procedures, has filed the Exhibits "A" – "S" of the defendant's Motion to Preclude, manually, due to the voluminous size of the documents. A hard copy of these exhibits may be found attached to defendant's Motion for Summary Judgment, filed on August 30, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2004
      New York, New York

                                       Respectfully, submitted,

                                       By: _____
                                            Carol S. Doty, Esq. CT24974
                                     KAUFMAN BORGEEST & RYAN LLP
                                     99 Park Avenue – 19th Floor
                                     New York, New York 10016
                                     212-980-9600
                                     212-980-9291 (Facsimile)
                                     cdoty@kbrny.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed to the following party of record postage prepaid this 1st day of September, 2004, as follows:

**Attorney Joseph E. Mascaro**
**Morrison, Mahoney & Miller, LLP**
**One Constitution Plaza, 10th Floor**
**Harford, CT  06103**
**860-616-4441**

                                                                                                */s/ Carol S. Doty*
                                                                                                Carol S. Doty