UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN FALLS INSURANCE COMPANY
a/s/o HAROLD and LAUREN HEINZ,  :   CIVIL CASE NO. 303 CV 1015 (DJS)

    Plaintiff,  :

V.  :

COMMAND FORCE SECURITY  :
SYSTEMS, INC.

    Defendants  :   August 30, 2004

## MOTION FOR SUMMARY JUDGMENT

    Pursuant to the Local Rules of the United States District Court of Connecticut, the Defendant Command Force Security Systems, Inc., by its attorneys, Kaufman Borgeest & Ryan LLP, hereby moves this Court for an Order, pursuant to FRCP 56, for Summary Judgment, dismissing Plaintiff's Complaint in its entirety.

    As more fully set forth in the attached Affidavit of Carol S. Doty, Esq., Rule 56.1 Statement and Memorandum of Law, Plaintiff's complaint should be dismissed in its entirety because there exists no material issues of triable fact, in this matter.

    The plaintiff's claims are premised on the existence of Connecticut State Statutes, and National Association Rules and Regulations it alleges govern the installation and design of fire alarm systems for single-family, residential, pre-existing dwellings. Plaintiff's expert testified that there are no such statutes, rules or regulations that govern the

**\*ORAL ARGUMENT IS REQUESTED**

design or installation of fire alarm systems for this category. As that is the case, there can be no negligence on the part of the defendant, for failing to comply with the alleged statutes, and all of the alleged failures of which the plaintiff complains that stem from defendant's violation of statutes and regulations, must similarly be dismissed.

For the foregoing reasons, the defendant respectfully requests that the Court grant this motion for Summary Judgment and for an Order dismissing the Plaintiff's Complaint in it entirety, and for any such further relief that the Court deems just and necessary.

Dated: August 30, 2004
       New York, New York

                                        Yours, etc.,

                                        **THE DEFENDANT**

                                        **COMMAND FORCE SECURITY SYSTEMS, INC.**

                                        By: _/s/ Carol S. Doty_
                                        Carol S. Doty, Esq.  CT24974
                                        KAUFMAN BORGEEST & RYAN LLP
                                        99 Park Avenue – 19th Floor
                                        New York, New York 10016
                                        212-980-9600
                                        212-980-9291 (Facsimile)
                                        cdoty@kbrny.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed to the following party of record postage prepaid this 30th day of August, 2004 as follows:

**Attorney Joseph E. Mascaro**
**Morrison, Mahoney & Miller, LLP**
**One Constitution Plaza, 10th Floor**
**Harford, CT 06103**
**860-616-4441**

_____
Carol S. Doty