**SUPERIOR COURT**

**SUMMONS - CIVIL**
**(Except Family Actions)**
JD-CV-1 Rev. 1-2000
C.G.S. 51-346, 51-347, 51-349, 51-350, 52-45a

| "X" ONE OF THE FOLLOWING |
| --- |
| Amount, legal interest or property in demand, exclusive of interest and costs is: |
| ☐ less than $2,500 |
| ☐ $2,500 through $14,999.99 |
| ☒ $15,000 or more |
| ("X" if applicable) |
| Claiming other relief in |
| ☒ addition to or in lieu of |
| money or damages. |

**INSTRUCTIONS**
1. Prepare on typewriter, sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV2 and attach it to the original and all copies of the complaint.
4. After service has been made by officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 49 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint

RETURN DATE
(Must be a Tuesday
June 10, 2003

| ☒ JUDICIAL DISTRICT | AT (Town in which writ is returnable)(C.G.S. 51-346, 51-349) | CASE TYPE (See JD-CV-1c) |
| ☐ HOUSING SESSION  ☐ GA NO. | STAMFORD | Major  T  Minor  90 |

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code)(C.G.S. 51-347, 51-350)    TELEPHONE NUMBER (of the court)
123 HOYT STREET , STAMFORD, CONNECTICUT  06905    203-965-5307

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) | NOTE: Individual's Names Last, First, Middle Initial    ☐ Form JD-CV2 attached | PTY NO |
| --- | --- | --- | --- |
| FIRST NAMED PLAINTIFF | GLEN FALLS INSURANCE COMPANY, P.O. BOX 16020, READING, PA. 19612-6020 a/s/o HAROLD & LAUREN HEINZ, 34 WILDWOOD DRIVE, WILTON, CT | | 01 |
| Additional Plaintiff | | | 02 |
| FIRST NAMED DEFENDANT | COMMAND FORCE SECURITY SYSTEMS, INC / OFFICE OF THE SECRETARY 81-03 252nd STREET BELLEROSE, NEW YORK  11426 | | 50 |
| Additional Defendant | | | 51 |
| Additional Defendant | | | 52 |
| Additional Defendant | | | 53 |

**NOTICE TO EACH DEFENDANT**
1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE 05/06/03 | SIGNED (Sign and "X" proper box) | ☒ Comm. of Superior Court ☐ Assistant Clerk | TYPE NAME OF PERSON SIGNING AT LEFT Joseph M. Mascaro, Esq. |

**FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:**

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) Joseph M .Mascaro, Morrison, Mahoney & Miller, LLP, One Constitution Plaza, Hartford, CT 06103 | TELEPHONE NO. 860-616-4441 | JURIS NO. (if atty or law firm) 404459 |
| NAME AND RESIDENCE OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No. street, town and zip) | SIGNATURE OF PLAINTIFF IF PRO SE | |

I hereby certify that I have personal knowledge of the financial responsibility of the plaintiff and deem it sufficient to pay the costs.

| # PLFS. 1 | # DEFS. 1 | # CNTS. 1 | SIGNED (Official taking recognizance) "X" proper box | ☒ Comm. of Superior Court ☐ Assistant Clerk | For Court Use Only FILE DATE |

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the court.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

A TRUE COPY
OFF.  PAUL VERILLE
STATE MARSHAL
FAIRFIELD COUNTY, CT

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |

RETURN DATE: JUNE 10, 2003        :        SUPERIOR COURT

GLENS FALLS INSURANCE        :        JUDICIAL DISTRICT OF
COMPANY a/s/o HAROLD AND
LAUREN HEINZ                                STAMFORD-NORWALK
                                                      AT STAMFORD
VS.

COMMAND FORCE SECURITY        :        MAY 5, 2003
SYSTEMS, INC.

## COMPLAINT

1.      The plaintiff, Glens Falls Insurance Company, (hereinafter Glens Falls) is a

Delaware corporation authorized to conduct the business of insurance, including the issuance of

insurance coverage for fire loss, in the State of Connecticut.

2.      At all times material to this action Harold and Lauren Heinz owned property

located at 34 Wildwood Drive in the Town of Wilton, State of Connecticut, a single-family

residence (hereinafter "premises") where they resided.

3.      On or about July 23, 2001, Glens Falls provided insurance coverage, including

coverage against fire loss, to Harold and Lauren Heinz for the premises and for the contents of

the premises.

4.      Glens Falls brings this action as subrogee of Harold and Lauren Heinz.

5.      The defendant, COMMAND FORCE SECURITY SYSTEMS INC.(hereinafter

Command Force), is a New York Corporation with a principle place of business at 81-03 252nd

Street in the Town of Bellerose, State of New York. At all times material to this action, the

defendant, Command Force, conducted business in the State of Connecticut, and Command

1

Force, was in the business of providing, selling, installing, servicing, repairing, and monitoring security systems, including smoke detectors and central station monitoring, to its customers.

6.     On or about February 4, 2000 the defendant, Command Force, entered into a contract with Harold and Lauren Heinz wherein Command Force agreed to provide a security system, including smoke detectors and central station monitoring, at the premises.

7.     On or about July 23, 2001, a fire broke out in the premises. The fire originated in a bedroom in the lower level of the premises. The premises and the contents therein were severely damaged by the fire. A substantial portion of the damage to the premises and to the contents of the premises was caused by the negligence and carelessness of the defendant, Command Force. Had the defendant, Command Force, not been negligent in one or more of the ways set forth below, then the fire in the premises would have been detected earlier than it was, the fire department would have been notified and responded sooner, the fire would have been confined to a smaller area and the damage to the premises and its contents would have been reduced.

8.     The loss and damage to the premises and its contents were caused by the negligence and omissions of the defendant, Command Force, in one or more of the following ways, in that it:

a.     FAILED to advise the plaintiff's insureds, prior to July 23, 2001, of the proper design and/or installation of a fire detection/alarm system necessary to provide early detection and notification of any fire within the premises, although it could have and should have done so;

b.     FAILED to design a fire detection/alarm system sufficient to provide the necessary early detection and notification of any fire within the premises;

2

c.     FAILED to install a fire detection/alarm system sufficient to provide the necessary early detection and notification of any fire within the premises;

d.     FAILED to maintain a fire detection/alarm system sufficient to provide the necessary early detection and notification of any fire within the premises;

e.     FAILED to recognize deficiencies in the location/arrangement of the fire detection/alarm system that it had installed within the premises;

f.     FAILED to rectify deficiencies in the location/arrangement of the fire detection/alarm system that it had installed within the premises;

g.     FAILED to contact the fire department immediately upon notification of a fire alarm coming from the premises, although it could have and should have done so;

h.     FAILED to adhere to the rules, regulations, directives, standards, codes and/or laws established by local, state and/or national agencies and/or by professionals within the fire prevention industry.

i.     FAILED to place a smoke/fire detector in all of the bedrooms of the premises;

j.     FAILED to adequately consider and evaluate the design of the premises when installing and locating the smoke detectors at the premises;

k.     FAILED to install a smoke detector just outside of the bedroom area in the lower level of the residence.

l.     FAILED to train, instruct or supervise its employees on the appropriate arrangement and location of smoke detectors.

3

9.    The defendant knew, or in the exercise of reasonable care, should have known, that the fire detection/alarm system it provided to Harold and Lauren Heinz was inadequate.

10.    As a result of the fire and pursuant to its obligations under its insurance policy, Glens Falls has paid to and on behalf of its insureds over one million dollars. Glens Falls is subrogated to the rights of Harold and Lauren Heinz arising out of the damage to the premises, the damage to the contents of the premises, the associated living expenses incurred as a result of the damage to the premises and its contents, and is authorized to collect its insureds' deductible.

THE PLAINTIFF,
GLENS FALLS INSURANCE COMPANY

Joel M. Fain
Joseph E. Mascaro
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
Hartford, CT 06103

4

RETURN DATE: JUNE 10, 2003        :        SUPERIOR COURT

GLENS FALLS INSURANCE             :        JUDICIAL DISTRICT OF
COMPANY a/s/o HAROLD AND                   STAMFORD-NORWALK
LAUREN HEINZ

VS.                                        AT STAMFORD

COMMAND FORCE SECURITY            :        MAY 5, 2003
SYSTEMS, INC.

## AMOUNT IN DEMAND

The plaintiff claims monetary damages in excess of $15,000, exclusive of costs and

interest.

THE PLAINTIFF,
GLENS FALLS INSURANCE COMPANY

_Joseph E. Mascaro_

Joel M. Fain
Joseph E. Mascaro
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
Hartford, CT 06103

5

RETURN DATE: JUNE 10, 2003       :        SUPERIOR COURT

GLENS FALLS INSURANCE            :        JUDICIAL DISTRICT OF
COMPANY                                   STAMFORD-NORWALK

VS.                                       AT STAMFORD

COMMAND FORCE SECURITY          :        MAY 5, 2003
SYSTEMS, INC.

### CLAIM FOR RELIEF

WHEREFORE, the plaintiff claims:

1.     Money damages;

2..    Interest and costs; and,

3.     Such other legal or equitable relief as the court may deem necessary    and

       appropriate.


                        THE PLAINTIFF,
                        GLENS FALLS INSURANCE COMPANY


                        _____
                        Joel M. Fain
                        Joseph E. Mascaro
                        Morrison, Mahoney & Miller, LLP
                        One Constitution Plaza
                        Hartford, CT 06103


                              6

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459