# DELUXE—HOME

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Definitions | 1 |
| Property Coverage – Home | 3 |
|   Real Property | 3 |
|     Insuring Agreement | 3 |
|     Property Not Covered | 3 |
|     Limit of Liability | 3 |
|     Covered Perils | 4 |
|   Tangible Personal Property | 4 |
|     Insuring Agreement | 4 |
|     Property Special Limits | 4 |
|     Property Not Covered | 5 |
|     Limit of Liability | 5 |
|     Covered Perils | 6 |
|   Additional Property Coverages | 7 |
|     Additional Living Expense | 7 |
|     Fair Rental Value | 7 |
|     Civil Authority | 8 |
|     Debris Removal | 8 |
|     Cost of Temporary Repairs | 8 |
|     Building Ordinance Increased Costs | 8 |
|     Land Restoration | 8 |
|     Mortgage Extra Expense Coverage | 8 |
|     Personal Home Computer and Data Records Coverage | 9 |
|     Fire Department Service Charge | 9 |
|     Collapse | 9 |
|     Loss Assessment | 9 |
|     Trees and Shrubs | 10 |
|     Glass or Safety Glazing Material | 10 |
|     Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money | 10 |
|     Property Removed | 11 |
|     Materials and Supplies | 11 |
|     Builders Risk | 11 |
|     Reward Coverage | 11 |
|     Refrigerated Products Coverage | 11 |
|     Landlords Furnishings | 11 |
|     Lock Replacement | 11 |
|     Newly Acquired Principal Residences | 11 |
|   Losses We Do Not Cover | 11 |
|   How We Settle Property Claims and What You Must Do | 14 |
|     How We Pay Claims | 14 |
|     Mortgage Clause | 14 |
|     Insurable Interest | 14 |
|     Your Duties After Loss | 14 |

G-18534-A Ed. 09-93

# DELUXE—HOME

## TABLE OF CONTENTS - CONTINUED

|  | Page |
|---|---|
| Appraisal | 15 |
| Suit Against Us | 15 |
| Abandonment of Property | 15 |
| Who We Pay | 15 |
| No Benefit to Bailee | 16 |

**Liability Coverage – Home** .......... 16

Personal Liability .......... 16
    Insuring Agreement .......... 16
    Limit of Liability .......... 16

Medical Expense .......... 16
    Insuring Agreement .......... 16
    Limit of Liability .......... 16

Additional Liability Coverages .......... 16
    First Aid Expenses .......... 16
    Goodwill Payments .......... 16
    Workers' Compensation .......... 17
    Loss Assessment Coverage .......... 17
    Other Payments We Make .......... 17

Losses We Do Not Cover .......... 18

How We Settle Liability Claims and What You Must Do .......... 22
    Your Duties After Loss .......... 22
    Duties of an Injured Person .......... 22
    Suit Against Us .......... 22

**General Provisions** .......... 22
  Other Insurance .......... 22
  Subrogation .......... 23
  Additional Insured .......... 23
  The Law .......... 23
  Changes During the Policy Period .......... 23

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

# DELUXE—HOME

## DEFINITIONS

In this "HOME" Segment, certain words and phrases are italicized, which identifies them as having specific meaning for this "HOME" Segment. The meaning of each italicized word or phrase is provided in the Definitions below.

1. **Acquisition Costs** means the following direct monetary costs incurred by the acquisition of a replacement premises:

    a. Title Search Fees;

    b. Appraisal Fees;

    c. Application Fees;

    d. Points.

2. **Bodily Injury** means physical bodily harm, including sickness or disease. This includes required care, loss of services and death resulting therefrom. *Bodily Injury* does not include any communicable disease, such as:

    a. Any venereal disease;

    b. Herpes;

    c. Acquired Immune Deficiency Syndrome (AIDS);

    d. AIDS Related Complex (ARC);

    e. Human Immunodeficiency Virus (HIV);

    or any resulting or related symptom, effect, condition, disease or illness.

3. **Business** includes trade, profession or occupation, farming or ranching or any activity aimed at providing a product or a service with the anticipation of economic gain from the enterprise. The providing of home day care services in exchange for monetary or other compensation, such as services to other than a relative of a *covered person*, is considered a *business* pursuit.

4. **Covered Person(s)** means you and the following residents of your household:

    a. Your *family members*;

    b. Any other person under the age of 21 who is in the care of any person named above;

    Under **Liability Coverage — Home**, *covered person* also means:

    c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by or in the care of you or any person included in 4.a. or 4.b. above. A person or organization using or having custody of these animals or watercraft in the course of any *business* or without the consent of the owner is not a *covered person*;

    d. With respect to any motor vehicle to which this "HOME" Segment applies:

        (1) Persons while engaged in your employ or that of any person included in 4.a. or 4.b. above; or

        (2) Other persons using the vehicle on an *insured location* with your permission.

5. **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

    For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss, a person must have been actually residing in your household on the date the loss occurred. However, your:

    a. Son;

    b. Daughter;

    c. Ward; or

    d. Foster child;

    In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93                                                                                    Page 1 of 23

6. **Insured Location** means:

   a. Your *residence premises*;

   b. The part of any other premises, other structures and grounds used by you as a residence that is shown in the Coverage Summary, or acquired by you during the policy period for your use as a residence; provided you ask us to insure it within 30 days after you become the owner and coverage is agreed to by us.

   c. Any premises used by you in connection with the premises included in 6.a. or 6.b. above;

   d. Any part of a premises not owned by you or any *covered person* but where you or any *covered person* are temporarily residing;

   e. Vacant land owned by or rented to you or any *covered person* other than farm land;

   f. Land owned by or rented to a *covered person* on which a one or two family dwelling is being built as a residence for a *covered person*;

   g. Individual family cemetery plots or burial vaults of you or any *covered person*; or

   h. Any part of a premises occasionally rented to you or any *covered person* for other than *business* purposes.

   i. Residences shown in the Coverage Summary that you rent to others.

7. **Medical Expenses** means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

8. **Monthly Mortgage Expenses** means the increased amount of interest payment created as a result of a higher interest rate for a mortgage of the same principal amount on a replacement premises.

9. **Occupying** means in, upon, or getting in, on, out or off.

10. **Occurrence** means:

    a. An event, or a series of related events resulting from continuous or repeated exposure to the same general conditions, that causes *bodily injury* or *property damage* during the policy period; or

    b. An offense, including a series of related offenses, committed during the policy period, which results in *personal injury*. All losses arising out of such act or series of acts, regardless of the frequency thereof or number of claimants, shall be deemed to arise out of one offense.

11. **Personal Injury** means injury arising out of one or more of the following offenses: libel, slander, false arrest, wrongful eviction, wrongful detention, wrongful entry, malicious prosecution, false imprisonment, invasion of privacy or defamation of character.

12. **Property Damage** means physical injury to or destruction of real property or tangible personal property including loss of use of the property.

13. **Residence Employee** means your employee or an employee of any *covered person* in your household who performs duties in connection with the maintenance or use of your *residence premises*, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with any *covered person's business*.

14. **Residence Premises** means:

    a. A dwelling, condominium, co-operative unit or apartment, other structures and grounds; or

    b. That part of any other building;

    where you reside and which is shown as your residence in the Coverage Summary.

15. **Theft** refers to property which has been stolen, attempted theft and the loss of property from a known location when it is likely that the property has been stolen.

16. **Total Loss** means that the cost to replace the covered real property is equal to or less than the cost of repairs plus the cost of any **Additional Living Expense, Fair Rental Value, Building Ordinance Increased Costs** and **Debris Removal**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

## PROPERTY COVERAGE – HOME

### REAL PROPERTY – INSURING AGREEMENT

1. **Dwelling Owners** – We cover:

   a. The dwelling on your *residence premises*;

   b. Other structures on your *residence premises*.

2. **Condominium and Cooperative Owners** – We cover:

   a. The alterations, appliances, fixtures and improvements which are part of the building contained within your *residence premises*;

   b. Items of real property which pertain exclusively to your *residence premises*;

   c. Real property which is your insurance responsibility under a corporation or association of property owners agreement or state law;

   d. Structures owned solely by you, other than your *residence premises*, at the location of your *residence premises*.

   The limit of liability for 2.a., 2.b. and 2.c. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

3. **Renters** – We cover:

   a. The building improvements or installations:

      (1) Acquired; or

      (2) Made;

      by you to that part of your *residence premises* used exclusively by you;

   b. Structures owned solely by you at the location of your *residence premises* if a limit for that building is shown on the Coverage Summary.

   The limit of liability for 3.a. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

### REAL PROPERTY – PROPERTY NOT COVERED

We do not cover:

1. Other structures on your *residence premises*:

   a. Used in whole or in part for *business*; or

   b. Rented or held for rental to any person not a tenant of your *residence premises* unless used solely as a private garage.

2. Land, except as specifically provided in **Additional Property Coverages, 7. Land Restoration.**

### REAL PROPERTY – LIMIT OF LIABILITY

Covered losses are settled on a replacement cost basis (without deduction for depreciation) subject to the following:

1. Payment will not exceed the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The actual cost to replace the real property or any parts of it; or

   c. The aggregate property limit shown in the Coverage Summary for the residence.

2. If you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

   Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the current replacement cost;

   b. Also increase the aggregate property limit by

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93                                                                                              Page 3 of 23

the same percentage applied to the residence value; and

c. Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

3. We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the replacement cost provisions above.

   However, if the cost to repair or replace the damage is less than $3,000 we will settle the loss according to the replacement cost provisions above, whether or not actual repair or replacement is complete.

4. If the replacement premises is not at the same location, covered losses will be settled on an actual cash value basis (with deduction for depreciation).

5. You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage on an actual cash value basis. You may then make claim within one year after loss for any additional liability on a replacement cost basis.

**REAL PROPERTY – COVERED PERILS**

We cover direct physical loss to property described in **Real Property – Insuring Agreement**, unless the loss is not covered under **Property Coverage – Losses We Do Not Cover**.

**TANGIBLE PERSONAL PROPERTY – INSURING AGREEMENT**

We cover tangible personal property owned or used by any *covered person*.

At your request, we cover tangible personal property:

1. Owned by others while the property is on the part of your *residence premises* occupied by a *covered person*;

2. Owned by a guest or a *residence employee*, while the property is in any residence occupied by any *covered person*.

**TANGIBLE PERSONAL PROPERTY – PROPERTY SPECIAL LIMITS**

To keep your premium as low as possible, we have limited the amount we will pay for certain categories of tangible personal property. We do not provide coverage under these provisions for articles separately described and/or specifically insured elsewhere in this policy.

The limit shown for each numbered category is the most we will pay for that category per loss. If we could pay for the same item under more than one category, we will pay under only the highest applicable category.

**Category**

1. $ 250 . . .On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals.

2. $5,000 . . .On securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, stamps, personal records, passports and tickets. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the lost or damaged material.

3. $5,000 . . .On property at your *residence premises* used in *business*, but if the *business* property is away from your *residence premises* the most we will pay is $2,500.

4. $2,500 . . .For loss by *theft* of firearms.

5. $2,500. . .For loss to trading cards, subject to a maximum amount of $250 per card.

6. $5,000 . . .For loss by *theft* of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.

7. $5,000 . . .For loss by:

   a. *Theft* of jewelry, watches, precious and semi-precious stones, furs, garments trimmed with fur or consisting primarily of fur; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

b. Misplacing or losing of jewelry, watches, precious and semi-precious stones.

8. $1,000 . . .For loss to watercraft including their trailers, furnishings, equipment and outboard motors.

9. $1,000 . . .For loss to trailers not used with watercraft.

**TANGIBLE PERSONAL PROPERTY – PROPERTY NOT COVERED**

We do not cover:

1. Animals, birds or fish.

2. Motor vehicles or any other motorized land conveyances. This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of a motor vehicle or any other motorized land conveyance. Electronic apparatus includes:

      (1) Accessories or antennas; or

      (2) Tapes, wires, records, discs or other media;

      for use with any electronic apparatus.

   The exclusion of property described in 2.a. and 2.b. above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a. Used to service a *covered person's* residence; or

   b. Designed for assisting the handicapped.

3. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

4. Property of roomers, boarders or other tenants, except property of roomers and boarders related to a *covered person*.

5. *Business* data stored in:

   a. Books of account, drawings, other paper records; or

   b. Electronic data processing tapes, wires, records, discs or other software media.

   We do cover the cost of blank or unexposed records and media, and of prerecorded computer programs available on the retail market.

6. Property on a premises regularly rented or held for rental to others by a *covered person*, except as provided in **Additional Property Coverages, 21. Landlords Furnishings**.

7. Credit cards or fund transfer cards, except as provided in **Additional Property Coverages, 15. Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money**.

**TANGIBLE PERSONAL PROPERTY – LIMIT OF LIABILITY**

1. Covered losses for tangible personal property will be settled on a replacement cost basis (without deduction for depreciation), but not exceeding the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

   c. The amount specified in the section called **Tangible Personal Property – Property Special Limits**; or

   d. The aggregate property limit shown in the Coverage Summary.

Personal Property Replacement Cost Coverage will not apply to property that was obsolete or unusable for the originally intended purpose, because of age or condition, prior to the loss.

At our option, we may repair or we may replace with a new item of similar or like kind and quality.

If the replacement cost for the entire loss under this "HOME" Segment is more than $3,000 we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93                                                           Page 5 of 23

2. You may make claim under this policy for loss or damage on an actual cash value basis (with deduction for depreciation). You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

3. Loss To A Pair Or Set - In case of loss to a pair or set we will:

   a. Repair or replace any part to restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

4. Our limit of liability for tangible personal property usually located at a **covered person's** residence or premises is 4% of the aggregate property limit shown on the Coverage Summary provided such residence or premises is:

   a. Not shown on the Coverage Summary; or

   b. Shown on the Coverage Summary for **Liability Coverage** only.

   Payment under this provision does not entitle the **covered person** to **Additional Property Coverages**.

5. If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

## TANGIBLE PERSONAL PROPERTY — COVERED PERILS

We cover direct physical loss to property described in **Tangible Personal Property — Insuring Agreement** caused by a Peril listed below unless the loss is excluded under **Property Coverage — Losses We Do Not Cover**.

1. **Fire or lightning**.

2. **Windstorm or hail**. This peril includes loss to property contained in a building if caused by rain, snow, sleet, sand or dust, but only if the direct force of wind or hail first damages the building causing an opening through which the rain, snow, sleet, sand or dust enters.

   This peril includes loss to watercraft covered under this "HOME" Segment and their trailers, furnishings, equipment, and outboard motors, only while inside a fully enclosed building. This limitation does not apply to row boats and canoes on the **residence premises**.

3. **Explosion**.

4. **Riot or civil commotion**.

5. **Aircraft**, including self-propelled missiles and spacecraft.

6. **Vehicles**.

7. **Smoke**, meaning sudden and accidental damage from smoke.

   This peril does not include smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief**.

9. **Theft**, but not including **theft** committed by a **covered person**.

   This peril does not include loss caused by **theft** that occurs off of a **residence premises** of:

   a. Property of a student who is a **covered person** while at a residence away from home if the student has not been there at any time during the 45 days immediately before the loss;

   b. Watercraft covered under this "**HOME**" Segment including their trailers, furnishings, equipment and outboard motors; or

   c. Trailers and campers covered under this "**HOME**" Segment.

10. **Falling objects**. This peril does not include loss to property contained in a building unless the building is first damaged by the falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Water or steam** suddenly and accidentally discharged or overflowing from within your plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    This peril does not include loss:

    a. To the system or appliance from which the water or steam escaped;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

Page 6 of 23

b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On your *residence premises* caused by accidental discharge or overflow which occurs off your *residence premises*.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Cracking, burning, rupture or bulging** of your air conditioner, steam or hot water heating system, or automatic fire protective sprinkler system, or an appliance for heating water. Damage to the system or appliance must be sudden and accidental. We will not cover damage caused by freezing except as indicated below.

14. **Freezing** of plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to keep your *residence premises* heated or have shut off and drained the water from all plumbing and appliances if it is unoccupied.

15. **Sudden and accidental damage caused by artificially generated electricity.** But damage to a tube, transistor, integrated circuit or similar electronic component is not covered.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors. One or more volcanic eruptions within a 72-hour period will be considered as one volcanic eruption.

For property normally kept at your *residence premises*, while at a location other than a premise which you own or rent, the following perils are added:

1. Flood (meaning only rising of waters);
2. Earthquake;
3. Landslide;
4. Mudslide; and
5. Collision or overturn of the conveyance in which covered tangible personal property is carried.

## ADDITIONAL PROPERTY COVERAGES

Unless noted otherwise, the following coverages are in addition to the aggregate property limit in the Coverage Summary.

1. **Additional Living Expense.**

    a. If a loss covered under **Property Coverage – Home** makes your *residence premises* uninhabitable, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for:

    (1) The shortest time required to repair or replace the damaged portion of the premises; or

    (2) If you permanently relocate, the shortest time required for your household to settle elsewhere;

    But in no case for more than one year.

    This period of time is not limited by expiration of this policy. We do not cover loss or expense due to cancellation of a lease or agreement.

    b. If your *residence premises* is uninhabitable as a result of public utility plants, transformers, switching stations or substations furnishing heat, light, power or gas to your *residence premises* being damaged or destroyed by a **Tangible Personal Property – Covered Peril**, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for a period of time not to exceed seven days. Coverage does not begin until your *residence premises* has been uninhabitable for 48 consecutive hours.

    **Property Coverage – Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

2. **Fair Rental Value.**

    If a loss covered under **Property Coverage – Home** makes that part of your *residence premises* rented to others or held for rental uninhabitable, we cover its fair rental value, less any expenses that do not continue.

    Payment is for the shortest time required to repair or replace the damaged portion of the rented premises. This period of time is not limited by expiration of this policy. We do not

cover the loss or expense due to cancellation of a lease or agreement.

3. **Civil Authority.**

   a. If a civil authority prohibits you from use of your *residence premises* as a result of direct damage to neighboring premises by what would be a covered loss under this policy, we cover the **Additional Living Expense** or **Fair Rental Value** loss as provided under 1. and 2. above for no more than two weeks.

   The period of time under this provision is not limited by the expiration of this policy. Loss or expense due to cancellation of a lease or agreement is not covered.

   b. If a civil authority prohibits you from use of your *residence premises*, we cover the **Additional Living Expense** as provided under 1. above for no more than seven days. Coverage does not begin until the *residence premises* has been uninhabitable for 48 consecutive hours.

   **Property Coverage – Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

4. **Debris Removal.**

   We will pay your reasonable expense for the removal of:

   a. Debris of covered property for covered losses; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500, for the removal from your *residence premises* of:

   a. Your tree(s) felled by the peril of Windstorm or Hail;

   b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

   c. A neighbor's tree(s) felled by a **Tangible Personal Property – Covered Peril**;

   provided the tree(s) damaged a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

5. **Cost of Temporary Repairs**

   If a covered loss damages your *residence premises* we will pay on your behalf the reasonable cost for temporary repairs made to protect covered property from further damage. This coverage does not increase the limit of liability applicable to the covered property.

6. **Building Ordinance Increased Costs.**

   We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. If the amount to be paid for the actual damage to the property plus the ordinance or law increased cost is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for building ordinance increased cost.

7. **Land Restoration.**

   Whenever there is a covered loss to your *residence premises* and the related repair or rebuilding requires excavation, replacement, stabilization or filling of land under or around your foundation or *residence premises*, we will pay up to 7% of the amount of the covered property loss to your *residence premises* for the excavation, replacement, stabilization or filling of the land.

8. **Mortgage Extra Expense Coverage.**

   If a *total loss* occurs to the *residence premises* from a covered loss, we agree to reimburse you for the increased *monthly mortgage expenses*.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993