**Your Policy**

ENCOMPASS INSURANCE
formerly known as CNA Personal Insurance

Reimbursement is limited to $250 monthly up to a total reimbursement of $5,000. We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

In addition, we pay mortgage *acquisition costs* incurred from the construction of a replacement dwelling at the same location, up to a maximum of $2,000.

Coverage is limited to the extra expense of your first mortgage on the *residence premises*.

9. **Personal Home Computer and Data Records Coverage.**

   We cover personal home computer(s) that are:

   a. Located on your *residence premises*; and

   b. Are owned by you;

   For direct physical loss except for losses listed in **Property Coverage — Losses We Do Not Cover.** We also cover loss of your data caused by magnetic injury or electrical disturbances.

   We will pay no more than $10,000 for loss or damage to personal home computer *hardware*, *software* or accessories.

   We also pay up to $1,000 for any covered loss, to recreate data which you have created, if not covered by any other provision of this policy.

   For the purpose of this coverage the following definitions apply:

   **Hardware** means electronic data processing equipment which is a network of machine components capable of accepting information, processing it according to a plan and producing the desired results.

   **Software** includes data and media. Data means facts, concepts or instructions converted to a form usable in *hardware* including computer programs. Media means the materials on which data are recorded, such as magnetic tapes, disk packs, paper tapes, cards and cartridges.

10. **Fire Department Service Charge.**

    We pay up to $1,000 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a covered loss. The deductible does not apply.

11. **Collapse.**

    We cover direct loss to your covered real property and tangible personal property involving collapse of a building or any part of a building, but only if the collapse was caused by:

    a. Hidden decay of the structure;

    b. Hidden insect or vermin damage;

    c. Weight of contents, equipment, animals or people;

    d. Weight of rain which collects on a roof;

    e. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation; or

    f. A **Tangible Personal Property — Covered Peril.** These perils apply to real property and tangible personal property for this additional coverage.

    Unless the loss is a direct result of the collapse of a covered building, the causes of loss a., b., c. d. and e. listed above do not apply to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock.

    Collapse does not include settling, cracking, shrinking, bulging or expansion.

    This coverage does not increase the limit of liability applying to the damaged covered property.

12. **Loss Assessment.**

    We will pay up to:

    a. $5,000; or

    b. If shown in the Coverage Summary, "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

    for your share of any loss assessment charged during the policy period against you by a

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

corporation or association of real property owners. This is the most we will pay with respect to any one loss, regardless of the number of assessments.

This coverage applies only when the assessment is made as a result of direct loss:

a. To the property, owned by all members collectively; and

b. Caused by a covered loss other than earthquake or land shock waves or tremors before, during or after a volcanic eruption, unless modified by endorsement.

We will pay no more than $1,000 of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises**.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

13. **Trees and Shrubs.**

We will pay up to $2,500 for loss to your lawn, trees, plants or shrubs, on your **residence premises**, for loss caused by:

a. Fire or lightning;

b. Explosion;

c. Riot or civil commotion;

d. Aircraft;

e. Vehicles not owned or operated by a resident of your **residence premises**;

f. Vandalism or malicious mischief; or

g. **Theft**.

No more than $500 of this limit will be available for any one tree, shrub or plant.

Property grown for sale or **business** purposes is not covered.

14. **Glass or Safety Glazing Material.**

We cover on your **residence premises**:

a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on your **residence premises** if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

15. **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money.**

We pay up to $2,500 for:

a. Any legal obligation or loss resulting from **theft** or unauthorized use of a credit card or a fund transfer card used for deposit, withdrawal, or transfer of funds, issued to or registered in any **covered person's** name.

b. Loss to you or any **covered person** caused by forgery or alteration of any check or negotiable instrument.

c. Loss to you or any **covered person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover authorized or unauthorized use by a resident of your household or by any person who has been entrusted with the credit card, fund transfer card, check or negotiable instrument, whether in their possession or not.

We do not cover use of a credit card or fund transfer card if a **covered person** has not complied with all terms and conditions under which the card is issued.

All losses resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of *business* use or dishonesty of a *covered person*.

No deductible applies to this coverage.

### 16. Property Removed.

We insure covered tangible personal property against direct loss from any cause while being removed from a premises endangered by a **Tangible Personal Property — Covered Peril** and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

### 17. Materials and Supplies.

We insure materials and supplies located on or next to your *residence premises* used to construct, alter or repair the dwelling or other structures on your *residence premises* provided loss is caused by a **Real Property — Covered Peril** and is not excluded under **Property Coverage — Losses We Do Not Cover**.

### 18. Builders Risk.

We insure theft in or to a dwelling under construction, or of materials and supplies for use in the construction on an *insured location*.

The limit of liability stated in the Coverage Summary is provisional. The actual amount of insurance on any date while the policy is in force will be a percentage of the provisional amount. The percentage will be the propotion that the actual value of the property bears to the value at the date of completion.

### 19. Reward Coverage.

We pay 10% of the amount of loss up to a maximum of $1,000 to anyone providing information leading to the arrest and conviction of anyone:

a. Who perpetrates an arson loss at an *insured location*; or

b. Who robs, steals or burglarizes any *covered person's* property.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of the recovered property, up to a maximum of $1,000. The deductible does not apply.

### 20. Refrigerated Products Coverage.

We will pay up to $500 for loss to the contents of deep freeze or refrigerator units on your *residence premises* caused by power interruption or mechanical failure.

The deductible shown in the Coverage Summary applies to this coverage but only one deductible amount shall be applied to each *occurrence*.

**Property Coverage — Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

### 21. Landlords Furnishings.

We will pay up to $5,000 for your appliances, carpeting and other household furnishings, in an apartment on your *residence premises* regularly rented or held for rental to others by any *covered person*. This coverage will be provided for loss caused by the **Tangible Personal Property — Covered Perils**.

### 22. Lock Replacement.

We will pay up to $250 to replace the locks on your *residence premises* if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss. There is no deductible for this coverage.

### 23. Newly Acquired Principal Residences.

Tangible Personal Property in a newly acquired principal residence is not subject to the 4% limitation described in the **Tangible Personal Property — Limit of Liability** for the 30 days from the time you begin to move the property there.

## LOSSES WE DO NOT COVER

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. **Real Property and Tangible Personal Property.** We do not insure for loss:

    a. Caused by water damage, meaning:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains;

(3) Water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure; or

(4) Water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

Direct loss by fire, explosion or *theft* resulting from water damage is covered.

b. Caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by *theft*.

c. Or damage due to neglect, meaning neglect of a *covered person* to use all reasonable means to save and preserve property at and after the time of a loss.

d. Involving intentional or criminal acts of or at the direction of one or more *covered persons*, if the loss that occurs:

(1) May reasonably be expected to result from such acts; or

(2) Is the intended result of such acts.

This exclusion applies regardless of whether or not the *covered person* is actually charged with, or convicted of a crime.

e. Or damage caused directly or indirectly by:

(1) War, including undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose,

including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

f. Or damage arising out of a nuclear hazard meaning:

(1) Any nuclear reaction;

(2) Radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke. However, direct loss by fire resulting from the nuclear hazard is covered.

g. Or damage arising from power failure meaning the failure of power or utility service if the failure takes place off your *residence premises*. But if a covered loss ensues on your *residence premises*, we will pay only for that ensuing loss.

2. **Real Property.** We do not insure for loss:

a. Involving collapse, other than as provided in **Additional Property Coverages, 11. Collapse**.

b. Caused by freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a fence, pavement, patio, swimming pool, hot tub, foundation, retaining wall, bulkhead, pier, wharf, dock or piling.

**Your Policy**

**ENCOMPASS INSURANCE**
Formerly known as CNA Personal Insurance

c.  To:

   (1) Condominiums or Cooperatives; or

   (2) Residences rented to you:

   Caused by continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system, automatic fire protective sprinkler system or from within a household appliance.

d.  Caused by the following:

   (1) Wear and tear, aging, marring, scratching or deterioration;

   (2) Inherent vice, latent defect, electrical or mechanical breakdown or failure;

   (3) Rust or other corrosion, mold, fungi, wet or dry rot;

   (4) Smog, smoke from agricultural smudging or industrial operations;

   (5) Settling, shrinking, bulging, or expansion including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

   (6) Birds, vermin, insects, rodents; or animals kept or owned by a **covered person**;

   (7) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a **Tangible Personal Property – Covered Peril**.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste whether man-made or natural. Waste includes materials to be recycled, reconditioned or reclaimed.

   If any of these cause water not otherwise excluded to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

   Under exclusions 2.a., 2.b., 2.c. and 2.d., any ensuing loss from a covered peril to covered property not excluded or excepted in this policy is covered.

e.  Caused by freezing of a plumbing, heating, air conditioning, automatic fire protective sprinkler system, a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the real property is vacant, unoccupied or being constructed unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water.

f.  Of the first $5,000 of damages due to vandalism or malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

g.  To covered real property caused by any of the following. However, any ensuing loss not excluded or excepted in this policy is covered.

   (1) Weather conditions. However, this exclusion applies only if weather conditions contribute in any way with a cause on event otherwise excluded to produce the loss.

   (2) Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   (3) Faulty, inadequate or defective:

       (a) Planning, zoning, development, surveying, siting;

       (b) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93                                                                                                Page 13 of 23

(c) Materials used in repair, construction, renovation or remodeling; or

(d) Maintenance;

of part or all of any property whether on or off your *residence premises*.

h. To property owned by a corporation or association of property owners of which the *covered person* is a shareholder or member. This exclusion does not apply to losses covered under **Additional Property Coverages, 12. Loss Assessment**.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

1. **How We Pay Claims.**

   We may pay for loss in money or repair or replace the damaged or stolen property. We may at our expense, return any stolen property to you.

   If we return stolen property we will pay for any damage resulting from *theft*. We may keep all or part of the property at an agreed upon or appraised value.

2. **Mortgage Clause.**

   The word "mortgagee" includes trustee. A mortgagee is applicable only to real property. If a mortgagee is named in this policy, any loss payable shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order of precedence of the mortgages.

   If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

   a. Notifies us of any change in ownership or occupancy, or any substantial change in risk of which the mortgagee is aware;

   b. Pays on demand any premium due if you have neglected to pay the premium; and

   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to **Appraisal, Who We Pay** and **Suit Against Us** apply to the mortgagee.

   If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the date cancellation takes effect.

   If we pay the mortgagee for any loss and deny payment to you:

   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest at the time of loss. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

   Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

3. **Insurable Interest.**

   We are not liable for covered property to an extent greater than:

   a. Your insurable interest in the property; or

   b. The applicable limit of liability.

4. **Your Duties After Loss.**

   You agree to see that the following things are done after a loss. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

   a. Give prompt notice to us or our agent.

   b. Notify the police in case of loss by *theft*.

   c. Notify the credit card or fund transfer card company in case of loss under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**.

   d. Protect the property from further damage. If repairs to the property are required, you must:

      (1) Make reasonable and necessary repairs to protect the property; and

      (2) Keep an accurate record of repair expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory.

f. As often as we reasonably require:

   (1) Show the damaged property before its repair or disposal, except as provided in 4.d., above;

   (2) Provide us with records and documents we request and permit us to make copies; and

   (3) Submit to examination under oath, while not in the presence of any other **covered person** and sign the same.

g. Allow us to take samples of damaged and undamaged property for inspection, testing and analysis.

h. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   (1) The time and cause of loss.

   (2) The interest of the **covered person** and all others in the property involved and all liens on the property.

   (3) Other insurance which may cover the loss.

   (4) Changes in title or occupancy of the property during the term of the policy.

   (5) Specifications of damaged property and detailed repair estimates.

   (6) The inventory of damaged personal property described in 4.e., above.

   (7) Receipts for Additional Living Expenses incurred and records that support the Fair Rental Value loss.

   (8) If the loss is under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**, submitting evidence or affidavit stating the amount and cause of loss.

i. Cooperate with us in the investigation or settlement of the claim.

5. **Appraisal.**

   If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event each party will select a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where your **residence premises** is located. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its own appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   We do not waive any of our rights under this policy by agreeing to an appraisal.

6. **Suit Against Us.**

   No action can be brought unless the policy provisions have been complied with and the action is started:

   a. Within one year after the date of loss; but

   b. Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

   However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

7. **Abandonment Of Property.**

   We need not accept any property abandoned by a **covered person**.

8. **Who We Pay.**

   We pay you unless another party is named in the policy or is legally entitled to receive payment.

9. **No Benefit To Bailee.**

   There is no coverage for anyone holding, storing or transporting property for a fee regardless of any other provision of this policy.

   This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## LIABILITY COVERAGE – HOME

### PERSONAL LIABILITY – INSURING AGREEMENT

If a claim or suit is brought against you or any *covered person* for the following:

1. *Personal Injury*;
2. *Bodily Injury*; or
3. *Property Damage*,

caused by an *occurrence* to which this coverage applies, we will:

1. Pay on your behalf claims for which you or any *covered person* are legally liable, including pre-judgment interest awarded against you or any *covered person*, up to our limit of liability; except as excluded by the provisions listed in the **Liability Coverage – Losses We Do Not Cover**; and

2. Provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from an *occurrence* equals our limit of liability.

### PERSONAL LIABILITY – LIMIT OF LIABILITY

Our total liability under **Personal Liability – Home** for all damages resulting from any one *occurrence* will not be more than the limit shown on the Coverage Summary. This limit is the same regardless of the number of:

1. *Covered Persons*;
2. Claims or suits made;
3. Persons who sustain injury or damage; or
4. Acts or failure(s) to act.

### MEDICAL EXPENSE – INSURING AGREEMENT

We will pay *medical expenses* that are incurred or medically ascertained within three years from the date of the *occurrence* causing *bodily injury*.

This coverage applies:

1. To anyone on an *insured location* with the permission of a *covered person*; or
2. To anyone off an *insured location*, if the *bodily injury*:

   a. Arises out of a condition on the *insured location* or the ways immediately adjoining;
   b. Is caused by the activities of you or any *covered person*;
   c. Is caused by a *residence employee* in the course of the *residence employee's* employment by a *covered person*; or
   d. Is caused by an animal owned by or in the care of a *covered person*.

No *covered person* for whom *medical expenses* are payable under this coverage shall recover more than once for the same *medical expense* under this or other insurance.

### MEDICAL EXPENSE – LIMIT OF LIABILITY

Our total liability under **Medical Expense – Home** for all *medical expense* payable for *bodily injury* to one person as the result of one accident will not be more than the limit shown in the Coverage Summary. This limit applies to each person injured.

### ADDITIONAL LIABILITY COVERAGES

The following coverages are in addition to the limit of liability described in the Coverage Summary, unless noted otherwise:

1. **First Aid Expenses**

   We will pay expenses for first aid to others incurred by any *covered person* for *bodily injury* covered under this policy. We will not pay for first aid to you or any other *covered person*.

2. **Goodwill Payments.**

   At your request we will pay up to $1,000 per *occurrence* for *property damage* to property of others caused by you or any *family member*,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

Your Policy

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

including intentional acts of a *family member* under the age of 13. This coverage does not apply to *property damage*:

a. To the extent of any amount recoverable under any other section of this policy;

b. To property;

   (1) Owned by a *covered person*;

   (2) Owned by or rented to a tenant of a *covered person*; or

   (3) Owned by or rented to a resident in your household;

c. Arising out of:

   (1) *Business* pursuits;

   (2) Any act or omission in connection with a premises owned, rented or controlled by a *covered person*, other than an *insured location*; or

   (3) The ownership, maintenance or use of any aircraft, watercraft, motor vehicle or any other motorized land conveyance.

   This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by a *covered person*.

3. **Workers' Compensation.**

If you are required by your state statutes to provide Workers' Compensation insurance for your *residence employees*, we will make any required statutory payments. Any amounts payable under this coverage shall be reduced by any amounts paid or payable under any other section of the policy.

4. **Loss Assessment Coverage.**

We agree to pay, up to:

a. $5,000; or

b. If shown in the Coverage Summary; "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged during the policy period against you by a corporation or association of property owners when the assessment is made as a result of:

a. An *occurrence* to which **Personal Liability — Home** would apply;

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   (1) The director, officer or trustee is elected by the members of a corporation or association of real property owners; and

   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of real property owners.

Regardless of the number of assessments, this is the most we will pay for loss arising out of:

a. One *occurrence*; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

This coverage does not increase our limit of liability.

We will not pay more than $1,000, of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of your *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

5. **Other Payments We Make.**

In addition to the limit of liability shown in the Coverage Summary, we pay on your behalf:

a. The expenses described below for a claim or suit we are obligated to defend:

   (1) Defense costs incurred at our discretion;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

Page 17 of 23

(2) Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;

(3) Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

(4) Other reasonable expenses (other than loss of earnings) incurred at our request;

(5) Expenses incurred by us and costs taxed against any *covered person* in any suit we defend.

b. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a *covered person* in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the *covered person's* defense.

Our obligation to pay the above costs ends when our limit of liability has been exhausted.

## LOSSES WE DO NOT COVER

1. **Personal Liability and Medical Expense** coverages do not apply to *bodily injury* or *property damage*:

    a. Arising out of the rendering or failure to render a professional service of any nature even if covered by any other policy.

    b. Arising out of any property excluded from coverage by endorsements attached to this policy.

    c. Arising out of the ownership, maintenance, occupancy, renting, loaning, use, entrusting, loading or unloading of any motor vehicles, other than:

    (1) A motorized golf cart when being used to play golf on a golf course, or for travel between the *residence premises* and its community golf course for golfing purposes only.

    (2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and;

    (a) Not owned by a *covered person*; or

    (b) Owned by a *covered person* and being used on an *insured location* at the time of the accident.

    (3) A vehicle or conveyance not subject to motor vehicle registration which is:

    (a) Being used to service a *covered person's* residence at the time of the accident;

    (b) Designed for assisting the handicapped; or

    (c) In dead storage on an *insured location*;

    (4) Bodily injury to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

    d. Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

    (1) Sailing vessels, with or without auxiliary power, less than 26 feet in length that are owned or rented by a *covered person*;

    (2) Watercraft powered by one or more outboard motors with less than 26 total horsepower;

    (3) Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned or rented to a *covered person*;

    (4) Any watercraft, which is not:

    (a) A sailing vessel; and

    (b) Motor powered;

    that is owned or rented by a *covered person*;