USP USP USP USP USP USP USP ENCOMPASS INSURANCE
Your Policy USP USP USP USP USP
USP USP USP USP USP USP USP USP
Formerly known as CNA Personal Insurance

(5) Watercraft that you or any *family member* do not own as long as they are not furnished or available for the regular use of any *covered person*;

(6) Watercraft that are stored;

but in no instance will coverage be provided for any watercraft:

(1) Designated as an airboat, air cushion or similar type of watercraft; or

(2) Owned by a *covered person* which is a personal watercraft, meaning a craft propelled by water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

e. Which arises out of the transmission of a communicable disease by any *covered person*.

f. Arising out of a premises:

(1) Owned by a *covered person*;

(2) Rented to a *covered person*; or

(3) Rented to others by a *covered person*;

that is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

g. Arising out of the rental or holding for rental of any part of any premises by a *covered person*.

This exclusion (g.) does not apply:

(1) To the rental or holding for rental of an *insured location*:

(a) On an occasional basis if used only as a residence;

(b) In part, unless intended for use as a

residence by more than two roomers or boarders; or

(c) In part, as an office, school, studio or private garage.

(2) When the *residence premises* is a two or more family dwelling and you occupy one part and rent or hold for rental the other part.

(3) To the rental or holding for rental of a dwelling of four families or fewer, or condominium or cooperative units that are indicated on the Coverage Summary and owned by you.

h. Intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of one or more *covered persons*. This exclusion applies even if:

(1) Such *covered person* lacks the mental capacity to govern his or her conduct;

(2) Such *bodily injury* or *property damage* is of a different kind or degree than that intended or reasonably expected; or

(3) Such *bodily injury* or *property damage* is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such *covered person* is actually charged with or convicted of a crime.

i. Arising out of:

(1) The entrustment by a *covered person* to any person; or

(2) Vicarious liability, whether or not statutorily imposed for the actions of a child or minor;

of any watercraft, motor vehicle or trailer which is not covered under **Liability Coverage – Home**.

j. Arising out of *business* pursuits of you or any *covered person*. This exclusion does not apply to:

(1) Activities which are usual to *non-business* pursuits; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

Formerly known as CNA Personal Insurance

(2) Part-time *business* pursuits of any *covered person* who is under 18 years of age.

k. Arising out of your or any *covered person's* action or failure to act as a director, officer or trustee of an organization, unless:

(1) In a capacity as a director, officer or trustee you or the *covered person*:

(a) Serve without deriving any income, and

(b) The organization is charitable, religious or civic non-profit and chartered as such.

(2) The organization is a corporation or association of real property owners, and in the capacity as director, officer or trustee, you or any *covered person* incurs liability and:

(a) Is elected by the members of the corporation or association of real property owners; and

(b) Serves without deriving any income from the exercise of duties which are solely on the behalf of a corporation or association of real property owners.

l. Arising out of:

(1) The ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of an aircraft;

(2) The entrustment by a *covered person* of an aircraft to any person; or

(3) Vicarious parental liability, whether statutorily imposed or not, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person.*

m. Caused directly or indirectly by war, including:

(1) Undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose;

and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

n. Arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

2. **Personal Liability** does not apply to:

a. Liability for your share of any loss assessments charged against all members of an association, corporation or community of property owners, except as provided under **Additional Liability Coverages, 4. Loss Assessment Coverage.**

b. *Property damage* to property owned by a *covered person.*

c. *Property damage* to property rented to, occupied or used by or in the care of any *covered person*, if the *covered person* is obligated by contract to provide specified insurance for such property.

We provide no coverage for categories of property listed in **Tangible Personal Property – Property Not Covered.**

d. *Bodily injury* or *property damage* for which a *covered person* under this policy:

(1) Is also an insured under a nuclear energy liability policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

USP USP USP USP USP USP

Your Policy USP USP USP USP USP

USP USP USP USP USP

ENCOMPASS
INSURANCE

Formerly known as CNA Personal Insurance

(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors.

e. Liability from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

f. **Bodily injury** to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the **covered person** under any:

(1) Workers Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

except as provided under **Additional Liability Coverages, 3. Workers' Compensation.**

g. **Bodily injury** to you or any **family member.** This exclusion also applies to any claim or suit brought against any **covered person**;

(1) To repay; or

(2) Share damages with;

another person who may be obligated to pay damages because of **bodily injury** to a **covered person.**

3. **Medical Expense** coverage does not apply to **bodily injury**:

a. To a **residence employee** which:

(1) Occurs off the **insured location**, and

(2) Does not arise out of or in the course of the **residence employee's** employment by any **covered person.**

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law.

c. From any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

d. To any person, other than a **residence employee** of a **covered person**, regularly residing on any part of the **insured location.**

4. **Personal Injury** does not apply to:

a. Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a **covered person**;

b. Injury sustained by any person as a result of an offense directly or indirectly related to the acts of a person in the employment of a **covered person**;

c. Civic or public activities performed for pay by any **covered person**;

d. Injury arising out of;

(1) Oral or written publication of material, if done by or at the direction of any **covered person** with knowledge of its falsity;

(2) Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

e. Injury to you or a **covered person** within the meaning of part a. or b. of the **covered person** definition.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP USP USP USP USP
Your Policy USP USP USP USP USP USP ENCOMPASS
USP USP USP USP USP USP USP USP USP
Formerly known as CNA Personal Insurance

f.  Injury arising out of a premises:

    (1) Owned by or rented to a **covered person**; or

    (2) Rented to others by a **covered person**;

    that is not an **insured location** or a dwelling in the Coverage Summary.

## HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1.  **Your Duties After Loss.**

    After an **occurrence**, you and any other **covered person** under this policy must make sure that all of the following are done. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

    a.  Give us or our agent as soon as possible:

        (1) All information you know on the time, place and circumstances of the **occurrence**, and in the case of a crime also tell the police; and

        (2) Identity of claimants, witnesses and **covered persons**.

    b.  Forward to us all written material you receive regarding the **occurrence**.

    c.  At our request, assist us in:

        (1) Making settlement.

        (2) Conducting suits and attending hearings or trials.

        (3) Securing and giving evidence.

        (4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a **covered person**.

        (5) If the loss is under the coverage **Goodwill Payments**, within 60 days after the loss:

            (a) Submitting to us a sworn statement of loss; and

            (b) If in a **covered person's** control; showing the damaged property.

    d.  You or any other **covered person** shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense. This does not apply to first aid to others.

2.  **Duties Of An Injured Person.**

    The injured person shall:

    a.  Give us written proof of claim;

    b.  Authorize us to obtain medical information and other pertinent records;

    c.  As often as we reasonably require submit to physical examination by a physician of our choice;

    d.  Not construe payment of medical claims as an admission of liability by a **covered person** or us.

3.  **Suit Against Us.**

    No action can be brought against us unless there has been compliance with the policy provisions.

    No action can be brought against us until the obligation of the **covered person** has been determined by final judgment or agreement signed by us.

    No person or organization has any right under this policy to bring us into any action to determine the liability of a **covered person**.

## GENERAL PROVISIONS – HOME

1.  The **"GENERAL PROVISIONS"** is amended as follows:

    **OTHER INSURANCE** – The following exception is added:

    Exception:

    a.  For Condominium and Cooperative Owners – If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance.

    b.  Any insurance we provide with respect to a watercraft that you or any **family member** do

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

USP USP USP USP USP USP USP
Your Policy USP USP USP ENCOMPASS
USP USP USP USP INSURANCE
Formerly known as CNA Personal Insurance

not own shall be excess over other valid and collectible insurance.

c. For other than losses covered under **Additional Liability Coverage – Workers' Compensation**, this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

2. The following provisions are added to the "GENERAL PROVISIONS":

a. **SUBROGATION**

A *covered person* may waive in writing before a loss all rights of recovery against any person.

If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with us.

b. **ADDITIONAL INSURED**

The definition of "you" and "your" includes the person or organization named in the Coverage Summary as an Additional Insured for the **"HOME"** Segment, with respect to:

(1) **Property Coverage – Real Property**;

(2) **Liability Coverage – Personal Liability**; and

(3) **Liability Coverage – Medical Expense**;

but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

This coverage extension does not apply to **bodily injury** to an employee arising out of or in the course of the employee's employment by the person or organization.

c. **THE LAW**

If anything in this policy conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

d. **CHANGES DURING THE POLICY PERIOD**

If there is a change to the information used to develop the premium for this policy, we may adjust your premium. Changes during the policy term may result in a premium increase or decrease.

If a change requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP

# TABLE OF CONTENTS

| | Page |
|---|---|
| Definitions | 1 |
| **Personal Liability – Motor Vehicle** | 3 |
| Insuring Agreement | 3 |
| Limit of Liability | 3 |
| Other Payments We Make | 4 |
| Losses We Do Not Cover | 4 |
| **Medical Expense – Motor Vehicle** | 6 |
| Insuring Agreement | 6 |
| Limit of Liability | 6 |
| Losses We Do Not Cover | 7 |
| **How We Settle Personal Liability – Motor Vehicle and Medical Expense – Motor Vehicle Claims and What You Must Do** | 8 |
| Your Duties After Loss | 8 |
| Duties of an Injured Person | 8 |
| Suit Against Us | 8 |
| **Physical Damage – Motor Vehicle** | 8 |
| Insuring Agreement | 8 |
| Limit of Liability | 9 |
| Additional Physical Damage Coverages | 9 |
| Towing | 9 |
| Loss of Use - Rental Non-Owned Automobiles | 9 |
| Extended Transportation Coverage | 9 |
| Automobile Electronic Equipment Coverage | 10 |
| **Physical Damage Losses We Do Not Cover** | 11 |
| **How We Settle Physical Damage Claims and What You Must Do** | 12 |
| How We Pay Claims | 12 |
| Appraisal | 12 |
| Your Duties After Loss | 13 |
| Who We Pay | 13 |
| No Benefit To Bailee | 13 |
| Suit Against Us | 13 |
| Abandonment of Property | 13 |
| **General Provisions – Motor Vehicle** | 13 |
| Other Insurance | 13 |
| Territory | 14 |
| Loss Payable Clause | 14 |
| The Law | 14 |
| Subrogation | 14 |
| Changes During the Policy Period | 15 |
| Two or More Motor Vehicle Policies | 15 |

G-18536-A Ed. 09-93

## DEFINITIONS

In this **"MOTOR VEHICLE"** Segment, certain words and phrases are italicized, which identifies them as having specific meaning for this **"MOTOR VEHICLE"** Segment. The meaning of each italicized word or phrase is provided in the **Definitions** below.

1. **Accident** means an event that unexpectedly, unintentionally, and instantly causes *bodily injury* or *property damage* during the policy period.

2. **Automobile** means:

   a. A private passenger car;

   b. A pickup or van that:

      (1) Has a Gross Vehicle Weight of less than 10,000 lbs; and

      (2) Is not used for the delivery or transportation of goods and materials unless such use is:

         (a) Incidental to your business of installing, maintaining or repairing furnishings or equipment; or

         (b) For farming or ranching.

   The term *automobile* does not include a motor home.

3. **Bodily Injury** means bodily harm, sickness or disease, including death resulting therefrom. *Bodily Injury* does not include any communicable disease, such as:

   a. Any venereal disease;

   b. Herpes;

   c. Acquired Immune Deficiency Syndrome (AIDS);

   d. AIDS Related Complex (ARC);

   e. Human Immunodeficiency Virus (HIV);

   or any resulting or related symptom, effect, condition, disease or illness.

4. **Business** includes trade, profession or occupation.

5. **Collision** means the upset or contact of a covered *motor vehicle* or *non-owned automobile* with another vehicle or object.

   If breakage of glass is caused by a *collision*, the *covered person* may elect to have it considered a loss caused by *collision*.

6. **Comprehensive** means loss caused by other than *collision*, to a covered *motor vehicle* or *non-owned automobile*.

   For example, loss caused by the following is considered *comprehensive*:

   a. Missiles or falling objects;

   b. Fire;

   c. Theft or larceny;

   d. Explosion or earthquake;

   e. Windstorm;

   f. Hail, water or flood;

   g. Malicious mischief or vandalism;

   h. Riot or civil commotion;

   i. Contact with bird or animal; or

   j. Breakage of glass.

7. **Covered Person(s):**

   a. Under **Personal Liability – Motor Vehicle** means:

      (1) You and any *family member* for the ownership, maintenance or use of any covered *motor vehicle*.

      (2) Any other person *occupying* or using any covered *motor vehicle* with permission from you or a *family member*.

      (3) With respect to a covered *motor vehicle* that you own or that is shown on the Coverage Summary, any person or organization legally responsible but only

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP
Your Policy USP USP USP USP ENCOMPASS INSURANCE
USP USP USP USP USP USP USP USP
Formerly known as CNA Personal Insurance

for acts or omissions of any person included in 7(a)(1) above.

(4) With respect to a covered **motor vehicle**, other than one described in 7(a)(3) above, any person or organization legally responsible but only for acts or omissions of any person included in 7(a)(1) above. This provision applies only if the person or organization does not own or hire the **motor vehicle**.

b. Under **Medical Expense – Motor Vehicle** means:

(1) You or any **family member**:

  (a) While **occupying**;

  (b) As a pedestrian when struck by;

a **motor vehicle**.

(2) Any other person while **occupying**:

  (a) A **motor vehicle** shown in the Coverage Summary or any trailer that you own;

  (b) An additional **motor vehicle** when you ask us to insure it within the 30 day period after you become the owner and coverage has been agreed to by us;

  (c) A **motor vehicle** that replaces one shown in the Coverage Summary when you ask us to insure it within the 30 day period after you become the owner and coverage has been agreed to by us; or

  (d) Any **motor vehicle** used as a temporary substitute for a covered **motor vehicle** of the same type shown on the Coverage Summary which is out of normal use because of its:

    (i) Breakdown;

    (ii) Repair;

    (iii) Servicing;

    (iv) Loss; or

    (v) Destruction.

8. **Custom** means features and equipment not normally installed at the factory, including but not limited to:

a. Special carpeting and insulation, furniture or bars;

b. Facilities for cooking and sleeping;

c. Height-extending roofs;

d. Custom murals, paintings or other decals or graphics.

9. **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss a person must have been actually residing in your household on the date the loss occurred. However, your:

a. Son;

b. Daughter;

c. Ward; or

d. Foster child;

In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

10. **Medical Expenses** means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

11. **Motor Vehicle** means:

a. An **automobile**.

b. Any other motorized land vehicle designed for travel on public roads and subject to private passenger motor vehicle registration.

c. A trailer type vehicle designed to be pulled by a private passenger **motor vehicle**. This includes a farm wagon or farm implement while towed by a vehicle classified in a. or b. above.

d. A motorized golf cart, snowmobile or other motorized land vehicle owned by you or any

covered person and designed for
recreational use off public roads.

   e.  Any vehicle while being towed by or carried
on a vehicle included in 11.a., 11.b., 11.c. or
11.d.

For purposes of this policy, a **motor vehicle**
shall be deemed to be owned by a person if
leased under a written agreement to that person
for a continuous period of at least six months.

**12. Non-owned automobile** means:

   a.  Any **automobile** or trailer not owned by or
furnished or available for the regular use of
you or any **family member** while in the
custody of or being operated by you or any
**family member**;

   b.  Any **motor vehicle** used as a temporary
substitute for a covered **motor vehicle** of
the same type shown on the Coverage
Summary which is out of normal use
because of its:

     (1)  breakdown;

     (2)  repair;

     (3)  servicing;

     (4)  loss; or

     (5)  destruction.

**13. Occupying** means in, upon, or getting in, out,
on or off.

**14. Property Damage** means physical injury to or
destruction of property including loss of use of
the property.

**15. Theft** refers to property which has been stolen,
attempted theft and the loss of property from a
known location where it is likely that the property
has been stolen.

## PERSONAL LIABILITY – MOTOR VEHICLE

### INSURING AGREEMENT

If a claim or suit is brought against you or any
**covered person** for:

**1.**  **Bodily Injury**; or

**2.**  **Property Damage**;

caused by a **motor vehicle accident**, we will pay,

except as excluded by the provisions listed in the
**Personal Liability – Losses We Do Not Cover**, on
your behalf:

**1.**  Damages for which you or any **covered person**
are legally liable;

**2.**  Damages including prejudgment interest awarded
against you or any **covered person**;

up to our limit of liability.

### LIMIT OF LIABILITY

**1.**  **Personal Liability** – The limit of liability shown in
the Coverage Summary for "Bodily Injury Each
Person" is our total limit of liability for damages
because of **bodily injury** sustained by any one
person in any one **motor vehicle accident**,
including damages sustained by anyone else as
a result of that **bodily injury**.

Subject to this limit for each person, the limit of
liability shown in the Coverage Summary for
"Bodily Injury Each Accident" is our total limit of
liability for all damages for **bodily injury**
sustained by two or more persons in any one
**motor vehicle accident**.

The limit of liability shown in the Coverage
Summary for "Property Damage Each Accident"
is our total limit of liability for all **property
damage** resulting from any one vehicle
**accident**.

This is the most we will pay regardless of the
number of:

   a.  **Covered persons**;

   b.  Claims or suits made;

   c.  Vehicles involved in an **accident** or shown in
the Coverage Summary;

   d.  Persons who sustain injury or damage;

   e.  Vehicles insured by this or any other policy
issued by us or others; or

   f.  Premiums paid for this coverage.

**2.**  **Motorcycle Guest Passenger Liability** – This
limit of liability will apply for any person
**occupying**, as a passenger, a covered
motorcycle.

The limit of liability shown in the Coverage
Summary for each person for "Motorcycle Guest

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18536-A Ed. 09-93