Passenger Liability, Bodily Injury Each Person" is our total limit of liability for all damages because of **bodily injury** sustained by any one person in any one **motor vehicle accident**, including damages sustained by anyone else as a result of that **bodily injury**.

Subject to this limit for each person, the limit of liability shown in the Coverage Summary for "Motorcycle Guest Passenger Liability, Bodily Injury Each Accident" is our total limit of liability for all damages for **bodily injury** sustained by two or more persons in any one **motor vehicle accident**.

This is the most we will pay regardless of the number of:

a.  **Covered Persons**;
b.  Claims or suits made;
c.  Vehicles involved in an **accident** or shown in the Coverage Summary;
d.  Persons who sustain injury or damage;
e.  Vehicles insured by this or any other policy issued by us or others; or
f.  Premiums paid for this coverage.

We will defend or settle any claim or suit as we decide is appropriate even if the claim or suit is groundless, false or fraudulent. Our obligation to defend any claim or suit ends when the amount we pay for damages for settlement or judgment equals our limit of liability. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this "MOTOR VEHICLE" Segment.

No one will be entitled to receive payment for the same elements of loss under this coverage and:

1.  Medical Expense Coverage; or
2.  Uninsured/Underinsured Motorists Coverage;

provided by this policy.

### OTHER PAYMENTS WE MAKE

In addition to the limit of liability shown in the Coverage Summary, we pay on behalf of the **covered person**:

1.  Up to $250 for the cost of bail bonds required because of an **accident**, including related traffic law violations. The **accident** must result in a **bodily injury** or **property damage** loss which is covered under this "MOTOR VEHICLE" Segment.

2.  The expenses described below for a claim or suit we are obligated to defend:

    a.  Defense costs incurred at our discretion;
    b.  Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;
    c.  Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;
    d.  Other reasonable expenses (other than loss of earnings) incurred at our request;
    e.  Expenses incurred by us and costs taxed against any **covered person** in any suit we defend.
    f.  For first aid administered to others at the scene of a **motor vehicle accident**.

3.  Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a **covered person** in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the **covered person's** defense.

Our obligation to pay the above costs ends when our limit of liability has been exhausted.

### LOSSES WE DO NOT COVER

We do not provide **Personal Liability – Motor Vehicle Coverage** for:

1.  **Bodily injury** or **property damage** which:

    a.  May reasonably be expected to result from the intentional or criminal acts of any **covered person**; or
    b.  Is in fact intended by any **covered person**.

2.  Using a **motor vehicle** without a reasonable

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18536-A Ed. 09-93

belief that the *covered person* is entitled to do so.

3. Any *covered person* for *property damage* to property owned or being transported by any *covered person*.

4. *Property damage* to property:

   a. Rented to;
   b. Used by; or
   c. In the care of;

   any *covered person*.

   This exclusion does not apply to *property damage* to a residence or private garage.

5. Liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

6. Any *covered person* while employed or otherwise engaged in the *business* of:

   a. Selling;
   b. Repairing;
   c. Servicing;
   d. Storing; or
   e. Parking;

   *motor vehicles* designed for use mainly on public highways. This includes testing and delivery. This exclusion does not apply to the ownership, maintenance or use of a covered *motor vehicle* by:

   a. You;
   b. Any *family member*; or
   c. Any partner, agent or employee of you or any *family member*.

7. The maintenance or use of any vehicle while a *covered person* is employed or otherwise engaged in any *business* (other than farming or ranching) not described in exclusion 6. This exclusion (7.) does not apply to the maintenance or use of a:

   a. *Automobile*;
   b. Trailer used with a vehicle described in 7.a. above.

8. *Bodily injury* to you or any *family member*. This exclusion also applies to any claim made or suit brought against any *covered person*:

   a. To repay; or
   b. Share damages with;

   another person who may be obligated to pay damages because of *bodily injury* to a *covered person*.

9. The ownership, maintenance or use of any *motor vehicle* other than:

   a. A *motor vehicle* shown in the Coverage Summary or any trailer that you own.

   b. An additional *motor vehicle* when you ask us to insure it within the 30 day period after you become the owner and coverage has been agreed to by us.

   If there is loss to an additional *motor vehicle* we will provide the broadest coverage applicable to any *motor vehicle* shown in the Coverage Summary.

   c. A *motor vehicle* that replaces one shown in the Coverage Summary.

   The replacement vehicle will have the same coverage as the vehicle it replaced.

   d. Any *motor vehicle* used as a temporary substitute for a covered *motor vehicle* of the same type shown on the Coverage Summary which is out of normal use because of its:

   (1) Breakdown;
   (2) Repair;
   (3) Servicing;
   (4) Loss; or
   (5) Destruction.

   e. Only for you or a *family member*, any *non-owned automobile* or non-owned trailer furnished or available for the regular use of you or any *family member*.

   f. A *motor vehicle* you maintain or use which is:

   (1) Owned by a *family member* and not shown in the Coverage Summary; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

(2) Furnished or available for the regular use of any *family member*.

10. The liability of:

    a. Any *covered person(s)*; or

    b. Anyone while maintaining or using vehicle(s);

    excluded from coverage by endorsements attached to this policy.

11. The ownership, maintenance or use of any vehicle located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

12. *Bodily injury* or *property damage* for which any *covered person*:

    a. Is also an insured under a nuclear energy liability policy; or

    b. Would be an insured under that policy but for its termination upon the exhaustion of its limit of liability.

    A nuclear energy liability policy is one issued by:

    a. American Nuclear Insurers;

    b. Mutual Atomic Energy Liability Underwriters;

    c. Nuclear Insurance Association of Canada;

    or any of their successors.

13. Liability from or as a consequence of the following whether controlled or uncontrolled or however caused:

    a. Nuclear reaction;

    b. Radiation; or

    c. Radioactive contamination.

## MEDICAL EXPENSE – MOTOR VEHICLE

### INSURING AGREEMENT

We will pay *medical expenses* incurred or medically ascertained within three years from the date of *accident* except as excluded by the provisions listed in the **Medical Expense – Losses We Do Not**

Cover. **Medical Expense – Motor Vehicles** applies to *bodily injury* caused by a vehicle *accident* and sustained by a *covered person*.

### LIMIT OF LIABILITY

1. The limit of liability shown in the Coverage Summary for "Medical Expense" is our maximum limit of liability for each person injured in any one *accident*. This is the most we will pay regardless of the number of:

    a. *Covered persons*;

    b. Claims or suits made;

    c. Vehicles shown in the Coverage Summary;

    d. Vehicles involved in the *accident*; or

    e. Vehicles insured by this or any other policy issued by us or others.

2. Within the provisions of **Medical Expense – Motor Vehicle**, we cover funeral service expenses, as follows. If an injured person dies as the result of a covered vehicle *accident*, we will pay the lesser of the following as a funeral service expenses benefit;

    a. $2,000; or

    b. The "Medical Expense" limit of liability stated on the Coverage Summary; or

    c. The remaining portion of the "Medical Expense" limit of liability not expended for other covered *medical expenses*.

    This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Coverage Summary for "Medical Expense". This benefit is payable to the deceased injured person's spouse if a resident of the same household at the time of the *accident*. However, if the deceased is a minor, the benefit is payable to any parent who is a resident of the same household at the time of the *accident*. In all other cases, the benefit is payable to the deceased injured person's estate.

3. *Medical Expense* benefits, other than funeral service expenses benefits, will be reduced by;

    a. Amounts payable under any workers' compensation law or similar law.

    b. Amounts received from others, including their

insurers, who may be legally responsible for the injuries. This reduction applies only to amounts that are a duplication of payment for the same loss.

c. Amounts of other similar, collectible vehicle medical insurance benefits available to the injured person.

4. No one will be entitled to receive duplicate payment for the same elements of loss under this coverage and:

a. Personal Liability Coverage; or

b. Uninsured/Underinsured Motorists Coverage;

provided by this policy.

**Unreasonable Or Unnecessary Medical Expenses**

If the *covered person* incurs *medical expenses* which are unreasonable or unnecessary, we may refuse to pay those *medical expenses* and contest them. Unreasonable *medical expenses* are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary *medical expenses* are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount or duration of medical services.

If the *covered person* is sued by a medical services provider because we refuse to pay contested *medical expenses*, we will pay all defense costs and any resulting judgment against the *covered person*. We will choose the counsel. The *covered person* must cooperate with us in the defense of any claim or lawsuit. If we ask the *covered person* to attend hearings or trials, we will provide the coverage described in 2.c. **Personal Liability – Motor Vehicle, Other Payments We Make**. We will also pay other reasonable expenses incurred at our request.

**LOSSES WE DO NOT COVER**

We do not provide **Medical Expense – Motor Vehicle Coverage** for *bodily injury*:

1. Which:

a. May reasonably be expected to result from the intentional or criminal acts of any *covered person*; or

b. Is in fact intended by any *covered person*.

2. Sustained while using a vehicle without a reasonable belief that the *covered person* is entitled to do so.

3. Sustained while *occupying* a covered vehicle while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

4. Sustained while *occupying* a vehicle when it is being used in the *business* of any *covered person*. This exclusion does not apply to the *bodily injury* sustained while *occupying* a:

a. *Automobile*;

b. Trailer used with an *automobile*.

5. Sustained while *occupying* any vehicle located inside a facility designed for racing, for the purpose of:

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

6. Caused directly or indirectly by:

a. War, including undeclared war;

b. Civil war;

c. Insurrection;

d. Rebellion or revolution;

e. Warlike act by a military force or military personnel;

f. Destruction or seizure or use for a military purpose; or

g. Discharge of a nuclear weapon, even if accidental;

including any consequence of any of these.

7. Sustained while *occupying* any vehicle located for use as a residence or premises.

8. Sustained while *occupying*, or when struck by, any vehicle (other than a vehicle covered under **Personal Liability – Motor Vehicle**) which is:

a. Owned by you; or

b. Furnished or available for your regular use.

9. Sustained while *occupying*, or when struck by, any vehicle (other than a vehicle covered under **Personal Liability – Motor Vehicle**) which is:

   a. Owned by any *family member*; or

   b. Furnished or available for the regular use of any *family member*.

   However, this exclusion (9.) does not apply to you.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    a. Nuclear reaction;

    b. Radiation; or

    c. Radioactive contamination.

11. Sustained by:

    a. Any *covered person*; or

    b. Anyone while *occupying* any vehicle;

    excluded from coverage by endorsements attached to this policy.

**HOW WE SETTLE PERSONAL LIABILITY – MOTOR VEHICLE AND MEDICAL EXPENSE – MOTOR VEHICLE CLAIMS AND WHAT YOU MUST DO**

1. **Your Duties After Loss.**

   After an *accident*, you and any other *covered person* under this policy must make sure that all of the following are done. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

   a. Give us or our agent as soon as possible:

      (1) All information you know on the time, place and circumstances of the *accident*, and in the case of a crime also tell the police.

      (2) Identity of claimants, witnesses and *covered persons*.

   b. Forward to us all written material you receive regarding the *accident*;

   c. At our request, assist us in:

      (1) Making settlement;

      (2) Conducting suits and attending hearings or trials;

      (3) Securing and giving evidence;

      (4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a *covered person*;

   d. You or any other *covered person* shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others.

   e. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. **Duties of an Injured Person.**

   The injured person shall:

   a. Give us written proof of claim;

   b. Authorize us to obtain medical information and other pertinent records;

   c. As often as we reasonably require:

      (1) Submit to physical examination by a physician of our choice;

      (2) Submit to examination under oath, while not in the presence of any other *covered person* and sign the same;

   d. Not construe payment of medical claims as an admission of liability.

3. **Suit Against Us.**

   No action can be brought against us unless there has been compliance with the policy provisions.

   No action can be brought against us until the obligation of the *covered person* has been determined by final judgment or agreement signed by us.

   No person or organization has any right under this policy to bring us into any action to determine the liability of a *covered person*.

**PHYSICAL DAMAGE – MOTOR VEHICLE**

**INSURING AGREEMENT**

1. We will pay for direct physical loss to the *motor*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

vehicles shown in the Coverage Summary, including their equipment, less any applicable deductible shown in the Coverage Summary. We will pay for loss caused by:

a. **Comprehensive** only if the Coverage Summary indicates that **Comprehensive** is provided for that **motor vehicle**; and

b. **Collision** only if the Coverage Summary indicates that **Collision** is provided for that **motor vehicle**.

2. We will cover additional **motor vehicles** for 30 days after you become the owner, provided all the other **motor vehicles** owned by you are covered by us, unless excluded by endorsement.

   If there is a loss to an additional **motor vehicle** we will provide the broadest coverage applicable to any **motor vehicle** shown in the Coverage Summary.

   For coverage beyond the 30 days you must have asked us to insure the **motor vehicle** and we must have agreed to provide coverage. With respect to a newly acquired pickup or van, no other insurance policy may provide coverage for the vehicle.

3. We will cover **non-owned automobiles**. If there is a loss to a **non-owned automobile** we will provide the broadest coverage applicable to any **motor vehicle** shown in the Coverage Summary. However, the most we will pay for loss to a **non-owned automobile** which is a trailer, is $500.

4. We will cover **motor vehicles** that replace one shown in the Coverage Summary. The replacement vehicle will have the same coverage as the vehicle it replaced. However, if:

   a. You wish to add or continue **Collision** or **Comprehensive** coverage for the replacement vehicle; or

   b. The replacement vehicle is a pickup or van used in any **business**, other than farming or ranching;

   You must have asked us to insure it within 30 days after you become the owner and we must have agreed to provide coverage.

If loss to more than one covered **motor vehicle** or **non-owned automobile** results from the same covered loss, only the highest applicable deductible will apply.

**LIMIT OF LIABILITY**

1. Our limit of liability for loss will be the lesser of the:

   a. Actual cash value of the stolen or damaged **motor vehicle**, including its equipment; or

   b. Amount necessary to repair or replace the **motor vehicle**, including its equipment.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

**ADDITIONAL PHYSICAL DAMAGE COVERAGES**

The following additional coverages are provided if the Coverage Summary indicates that "Comprehensive" coverage is provided for the vehicle involved in the loss.

**Towing**

We will pay, up to the amount shown for "Towing" in the Coverage Summary as applicable to that vehicle, costs incurred each time a covered **automobile** or **non-owned automobile** is disabled and it is towed and labor is performed at the place of disablement. The deductible does not apply.

**Loss of Use – Rental Non-Owned Automobiles**

We will pay without application of a deductible, loss of use expenses for which you become legally responsible in the event of loss to a **non-owned automobile**.

**Extended Transportation Coverage**

1. **Rental Reimbursement**

   We will pay, without application of a deductible, up to the amount shown on the Coverage Summary for transportation expenses incurred by you resulting from a covered **comprehensive** or **collision** loss.

   However:

   a. For covered losses other than total **theft**, we will pay only if the covered **automobile** is

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

Your Policy

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

disabled more than 24 hours. Payment will be limited to that period of time reasonably required to repair or replace the **automobile**.

b. For covered total **theft** losses, we will pay only transportation expenses incurred during the period:

(1) Beginning 48 hours after the **theft**; and

(2) Ending when the covered **automobile** or **non-owned automobile** is returned to use or we make an offer to pay for its loss.

2. **Automobile Trip Interruption Coverage**

We will pay up to the amount shown on the Coverage Summary for reasonable and necessary:

a. Food and lodging expenses; and

b. Expenses for substitute transportation to the intended or alternate destination;

When your covered **automobile** is damaged to the extent that it cannot be safely driven on the public way.

Payment under this coverage is subject to the following conditions:

a. The disablement must occur more than 100 miles from where the disabled vehicle is principally garaged;

b. The cause of disablement must result from a covered **comprehensive** or **collision** loss; and

c. You or any **family member** must be **occupying** the covered **automobile** at the time of the disablement.

We will pay no more than the limits shown in the Coverage Summary, regardless of the number of persons in the covered **automobile** at the time of loss.

3. **Automobile Emergency Transportation**

We will pay up to $20 for the cost of substitute transportation, from the place of a covered loss to the covered **automobile** or **non-owned automobile**, to the **covered person's** intended or alternate destination.

**Automobile Electronic Equipment Coverage**

1. We will pay for direct and accidental loss to:

a. Any electronic equipment designed for the reproduction of sound, including, but not limited to:

(1) Radios and stereos;

(2) Tape decks; or

(3) Compact disc players.

b. Any other electronic equipment that receives or transmits audio, visual or data signals, including, but not limited to:

(1) Citizens band radios;

(2) Telephones;

(3) Two-way mobile radios;

(4) Scanning monitor receivers;

(5) Television monitor receivers;

(6) Video cassette recorders;

(7) Audio cassette recorders; or

(8) Personal computers.

This coverage applies only if:

a. The electronic equipment is permanently installed in the covered **automobile**, motorhome or **non-owned automobile**; or

b. The equipment is:

(1) Removable from the housing unit which is permanently installed in the **automobile**, motorhome or **non-owned automobile**;

(2) Designed to be solely operated by use of the power from the **automobile's** or motorhome's electrical system; and

(3) In or upon the covered **automobile**, motorhome or **non-owned automobile**;

At the time of the loss.

We will also pay for direct and accidental loss to:

a. Any other accessories used with equipment described above; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18536-A Ed. 09-93                                                                                                                                  Page 10 of 15

b. Tapes, records, discs, or other media if they are:

   (1) You or your *family member's* property; and

   (2) In the covered *automobile*, motorhome or *non-owned automobile*;

   At the time of loss.

2. The limit of liability for loss of electronic equipment that receives or transmits audio, visual or data signals and any accessories used with this equipment will be the lesser of the:

   a. Amount shown in the Coverage Summary for "Automobile Electronic Equipment Coverage";

   b. Actual cash value of the stolen or damaged property; or

   c. Amount necessary to repair or replace the property with other property of like kind and quality.

   An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

   If a repair or replacement results in better than like kind and quality, we will not pay for the amount of the betterment.

   Loss payment under this coverage is subject to the *comprehensive* deductible shown on the Coverage Summary for the covered *automobile* or motor home involved in the loss.

   The lowest *comprehensive* deductible shown in the Coverage Summary applies if a loss occurs involving a *non-owned automobile* being used by you or a *family member*.

3. Under this **Additional Physical Damage Coverage** we will not pay for any electronic equipment that is:

   a. Necessary for the normal operation of the covered vehicle or the monitoring of the vehicles operating systems; or

   b. Both:

      (1) An integral part of the same unit housing any sound reproducing equipment designed solely for the reproduction of sound if the sound reproducing equipment is permanently installed in the covered *automobile*, motorhome or *non-owned automobile*; and

      (2) Permanently installed in the opening of the dash or console of the covered *automobile*, motorhome or *non-owned automobile*. The opening must be normally used by the manufacturer for the installation of a radio.

4. Electronic equipment meeting the conditions of this provision is not considered *custom* equipment in or upon any pickup or van.

## PHYSICAL DAMAGE LOSSES WE DO NOT COVER

We will not pay for:

1. Damage due and confined to:

   a. Freezing;

   b. Wear and tear;

   c. Electrical or mechanical breakdown or failure; or

   d. Road damage to tires.

   This exclusion (1) does not apply if the damage results from the total *theft* of a covered *motor vehicle* or any *non-owned automobile*.

2. Loss or damage due to neglect, meaning neglect of you or a *family member* to use all reasonable means to save and preserve property at and after the time of a loss.

3. Loss to any *non-owned automobile* when used by you or a *family member* without reasonable belief that the person is entitled to do so.

4. Loss to any *non-owned automobile* being maintained or used by any person while employed or otherwise engaged in the *business* of:

   a. Selling;

   b. Repairing;

   c. Servicing;

   d. Storing; or

   e. Parking;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

vehicles designed for use on public highways. This includes road testing and delivery.

5. Loss to any *non-owned automobile* being maintained or used by any person while employed or otherwise engaged in any *business* not described in exclusion 4. This exclusion (5.) does not apply to the maintenance or use by you or a *family member* of a *non-owned automobile* which is a private passenger automobile or trailer.

6. Loss to a covered *motor vehicle* or any *non-owned automobile* which occurs while it is being used as a public or livery conveyance. This exclusion does not apply to a share-the-expense car pool.

7. A total loss to a covered *motor vehicle* or a *non-owned automobile* due to destruction or confiscation by governmental or civil authorities.

   This exclusion (7.) does not apply to the interests of lienholders in a covered *motor vehicle*.

8. Loss or damage to any *custom* furnishings or equipment in or upon any pickup or van shown in the Coverage Summary, unless the Coverage Summary indicates that "Customization Coverage" is provided for that vehicle.

9. Loss to any electronic equipment, including their accessories, tapes, records, discs or other media, except as provided in **Additional Physical Damage Coverages**, and **Automobile Electronic Equipment Coverages**.

10. Loss to equipment designed or used for the detection or location of law enforcement devices for monitoring speed.

11. Loss to any vehicle located inside a facility designed for racing, for the purpose of:

    a. Competing in; or

    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

12. Loss caused directly or indirectly by:

    a. War, including undeclared war;

    b. Civil war;

    c. Insurrection;

    d. Rebellion or revolution;

    e. Warlike act by a military force or military personnel;

    f. Destruction or seizure or use for a military purpose;

    g. Discharge of a nuclear weapon, even if accidental; or

    h. Radioactive contamination;

    including any consequence of any of these.

13. Loss which:

    a. May reasonably be expected to result from the intentional acts of you or any *family member*; or

    b. Is in fact intended by you or any *family member*.

14. Loss to, or loss of use of, a *non-owned automobile* rented by:

    a. You; or

    b. Any *family member*;

    If the rental vehicle company is precluded from recovering such loss or loss of use, from you or that *family member*, pursuant to the provisions of any applicable rental agreement or state law.

## HOW WE SETTLE PHYSICAL DAMAGE CLAIMS AND WHAT YOU MUST DO

1. **How We Pay Claims.**

   We may pay for loss in money or repair or replace the damaged or stolen property. We may at our expense, return any stolen property to you.

   If we return stolen property we will pay for any damage resulting from the *theft*. We may keep all or part of the property at an agreed upon or appraised value.

   If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

2. **Appraisal.**

   If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event each party will select a competent

appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where you live. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

We do not waive any of our rights under this policy by agreeing to an appraisal.

3. **Your Duties After Loss.**

You agree to see that the following things are done after a loss. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a. Give prompt notice to us or our agent.

b. Notify the police in case of loss by *theft*.

c. Protect the *motor vehicles* and their equipment from further damage. We will pay reasonable expenses incurred to do this.

d. As often as we reasonably require:

(1) Permit us to inspect and appraise the damaged property before its repair or disposal;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of any other *covered person* and sign the same.

e. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of you, *family members* and all others in the property involved

and all loss payees on the *motor vehicle*;

(3) Other insurance which may cover the loss;

(4) Specifications of damaged property and detailed repair estimates;

f. A person seeking any coverage must cooperate with us in the investigation, settlement or defense of any claim or suit.

4. **Who We Pay.**

We pay you unless another party is named in the policy or is legally entitled to receive payment.

5. **No Benefit To Bailee.**

There is no coverage for anyone holding, storing or transporting property for a fee regardless of any other coverage afforded by this policy.

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

6. **Suit Against Us.**

No action can be brought unless the policy provisions have been complied with and the action is started:

a. Within one year after the date of loss; but

b. Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

7. **Abandonment Of Property.**

We need not accept any property abandoned by a *covered person*.

**GENERAL PROVISIONS – MOTOR VEHICLE**

1. The "GENERAL PROVISIONS" is amended as follows:

**OTHER INSURANCE** – The following exception is added:

Exception:

Any insurance we provide with respect to a *non-*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993