**Your Policy**

ENCOMPASS INSURANCE
formerly known as CNA Personal Insurance

owned *automobile* you do not own, or a covered corporately owned *automobile*, shall be excess over any other collectible insurance or other source of recovery including, but not limited to:

a. Any coverage provided by the owner of the vehicle;

b. Any other applicable physical damage insurance; or

c. Any other source of recovery applicable to the loss.

TERRITORY – The following exception is added:

Exception:

For **Personal Liability – Motor Vehicle** coverage, if the *accident* occurs in Mexico the suit must be brought in the United States of America.

This policy applies to loss to, or *accidents* involving, a covered *motor vehicle* while being transported by sea to and between foreign ports, including Mexican ports.

---

**IMPORTANT INFORMATION ABOUT PERSONAL LIABILITY COVERAGE FOR YOUR MOTOR VEHICLES**

*Motor Vehicle accidents* in Mexico are subject to the laws of Mexico, not the laws of the United States. Under Mexican law, *motor vehicle accidents* are considered a criminal offense as well as a civil matter.

**THE COVERAGE WE PROVIDE UNDER THE MOTOR VEHICLE SEGMENT DOES NOT MEET MEXICAN MOTOR VEHICLE INSURANCE REQUIREMENTS.**

Mexican law requires you to purchase liability insurance through a licensed Mexican insurance company if you are driving your *motor vehicle* into Mexico.

---

2. The following provisions are added to the "GENERAL PROVISIONS":

   a. **LOSS PAYABLE CLAUSE.**

   Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Coverage Summary.

   This insurance, with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of your *motor vehicle*. However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation or nonrenewal to the loss payee as we give to the named insured shown in the Coverage Summary.

   When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

   b. **THE LAW.**

   If anything in this policy conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

   If a *motor vehicle accident* to which this policy applies occurs in any state or province other than the one in which the *motor vehicle* is principally garaged, we will interpret your policy for that *accident* as follows:

   (1) If a state or province has a compulsory insurance or similar law requiring a non-resident to maintain insurance whenever the non-resident uses a *motor vehicle* in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

   (2) If a state or province has a financial responsibility or similar law specifying limit(s) of liability for *bodily injury* or *property damage* higher than the limit(s) shown in the Coverage Summary, your policy will provide the higher specified limit(s).

   No one will be entitled to duplicate payments for the same elements of loss.

   When this policy is certified as future proof of financial responsibility, this policy complies with the law to the extent required.

   c. **SUBROGATION.**

   We may require an assignment of rights of

---

recovery for a loss to the extent that payment is made by us. If an assignment is sought, a person to or for whom payment was made must sign and deliver all related papers and cooperate with us.

However, our rights under this provision do not apply under **Physical Damage – Motor Vehicle** against any person using a covered *motor vehicle* with permission from you.

With respect to any *motor vehicle* to which this policy applies, any person that we make payment to under this policy that recovers damages from another shall:

(1) Hold in trust for us any proceeds from the recovery; and

(2) Reimburse us to the extent of our payment.

d. **CHANGES DURING THE POLICY PERIOD.**

For all policy changes during the policy term, you must notify us within 30 days of the change. All premium adjustments as a result of the policy change will be made effective on the date of change. Changes made during the last 30 days of the policy term will not be reflected in the current term, however, these changes must be reported to us in order for coverage to be provided.

If there is a change to the information used to develop the premium for this policy, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

(1) The number, type or use classification of insured vehicles;

(2) Operators using insured vehicles;

(3) The place of principal garaging of insured vehicles;

(4) Coverage, deductible or limits.

If a change requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

e. **TWO OR MORE MOTOR VEHICLE POLICIES.**

If this policy and any other *motor vehicle* policy issued to you by us apply to the same *accident*, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

# INTRODUCTION

## COVERAGES YOU HAVE PURCHASED

Your policy consists of this **"INTRODUCTION,"** the **"GENERAL PROVISIONS"** found at the end of your policy, and one or more Segments you have purchased. The **"INTRODUCTION"** and the **"GENERAL PROVISIONS"** contain information that applies to all the Segments you have purchased unless specifically noted otherwise. Each Segment contains other provisions that apply to that particular coverage.

## AGREEMENT

We will pay claims and provide coverage as described in this policy if you pay the premiums and comply with everything outlined in this policy. The Coverage Summary and the Policy Index forms a part of the contract between you and us. Acceptance of this policy means that you agree that the limits and deductibles shown in the Coverage Summary and in the policy accurately reflect the limits and deductibles you have chosen.

## DEDUCTIBLES

The deductibles in the Coverage Summary are the amount you are responsible for in each loss. If more than one category of property is damaged in the same loss, only the highest deductible will be applied.

## COVERAGE SUMMARY

When we refer to the Coverage Summary in a Segment, we mean the section of the Coverage Summary that corresponds to the applicable Segment, and which details or lists the applicable coverages limits and deductibles for that Segment. Loss settlement for a covered exposure will only be applicable for the Segment for which coverage was purchased.

## DEFINITIONS

**"You"** and **"your"** refer to the person shown as the "Named Insured" in the Coverage Summary and his or her spouse if a resident of the same household. **"We"** and **"us"** and **"our"** refer to the Company providing this insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18538-A Ed. 09-93

# GENERAL PROVISIONS

## TABLE OF CONTENTS

| | Page |
|---|---|
| Waiver or Change of Policy Provisions | 1 |
| Liberalization Clause | 1 |
| Termination | 1 |
|     Cancellation | 1 |
|     Nonrenewal | 1 |
|     Automatic Termination | 2 |
|     Other Termination Provisions | 2 |
| Bankruptcy of Any Covered Person | 2 |
| Other Insurance | 2 |
| Policy Period | 2 |
| Territory | 2 |
| Recovered Property | 2 |
| Transfer Of Your Interest in This Policy | 2 |
| Concealment or Fraud | 3 |

G-18540-A Ed. 09-93

# GENERAL PROVISIONS

## 1. WAIVER OR CHANGE OF POLICY PROVISIONS

A waiver or change of any policy provision must be in writing from us.

## 2. LIBERALIZATION CLAUSE

If we make a change which broadens coverage under this edition of our policy or Segment without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy or Segment.

## 3. TERMINATION

**Cancellation.**

a. You may cancel this policy at any time by returning it to us, or you may cancel the whole policy or any Segment by letting us know in writing of the date cancellation is to take effect.

b. We may cancel for the reasons and with the number of days notice stated below by letting you know in writing of the date. This cancellation may be delivered to you, or mailed to you at your mailing address shown in the Coverage Summary. Proof of mailing will be sufficient proof of notice.

c. We may cancel:

 (1) If you do not pay the premium, at any time by letting you know at least 10 days before the date cancellation takes effect.

 (2) When this policy or Segment has been in effect for 60 days or less and is not a renewal with us, for any reason by letting you know at least 10 days before the date cancellation takes effect.

 (3) When this policy or Segment has been in effect for more than 60 days or at any time if it is a renewal with us:

  (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

  (b) If the risk has changed substantially since the policy was issued;

  (c) For a "MOTOR VEHICLE" Segment If your driver's license or that of:

   (i) Any driver who lives with you; or

   (ii) Any driver who customarily uses your covered *motor vehicle*;

  has been suspended or revoked. This must have occurred during the policy period.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**Nonrenewal.**

a. We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Coverage Summary, written notice at least 30 days before the expiration date of this policy.

b. We may elect not to renew a Segment by delivering to you or mailing to you at your mailing address shown in the Coverage Summary, written notice at least 20 days for motor vehicles and 30 days for all others before the expiration of the Segment.

c. In either case, proof of mailing will be sufficient proof of notice.

d. If the policy period is:

 (1) Less than 6 months, we will have the right not to renew or continue this policy every six months after its original effective date.

 (2) 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Your Policy**

ENCOMPASS
INSURANCE

Formerly known as CNA Personal Insurance

**Automatic Termination.**

If we offer to renew or continue this policy or any Segment and you or your representative do not accept, the policy or Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance, any similar insurance provided by this policy will terminate on the effective date of the other insurance.

**Other Termination Provisions**

a. If this policy is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

b. The effective date of cancellation stated in the notice shall become the end of the policy period for this policy or the indicated Segment(s).

4. **BANKRUPTCY OF ANY COVERED PERSON**

Bankruptcy or insolvency of you or any covered person, as defined in the applicable Segment, shall not relieve us of any of our obligations.

5. **OTHER INSURANCE**

When there is other applicable insurance, we will provide coverage as follows:

a. In the first year of this policy, prior to the exposure's effective date shown in the Coverage Summary for what will be a covered Segment, we will pay all covered claims up to the limits you have purchased in excess of the total limits of all other policies.

b. During the first and subsequent years of this policy for those exposures shown effective in the Coverage Summary, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

c. No one will be entitled to any payment that duplicates payment under any other Segment of this policy or from any other source of recovery for the same element of loss.

Exceptions to this provision (5.) may be stated and specifically identified in the provisions of the applicable Segment or in an endorsement to this policy.

6. **POLICY PERIOD**

Claims under this policy must be for:

a. Loss under the property coverages; or

b. Liability arising from an accident or occurrence as defined in the applicable Segment;

which occurs during the policy period shown on the Coverage Summary.

7. **TERRITORY**

The policy territory is worldwide.

Exceptions to this provision (7.) may be stated in the provisions of the applicable Segment or in an endorsement to this policy.

8. **RECOVERED PROPERTY**

If you recover any property that we have made payment on under this policy you must immediately notify us. If the recovery is made prior to the conclusion of the loss adjustment, you will have the option to retain the property and we will adjust the loss payment based on the value of the property.

9. **TRANSFER OF YOUR INTEREST IN THIS POLICY**

Your rights and duties under this policy may not be assigned without our written consent.

However, if any person named in the Coverage Summary dies, coverage will be provided for:

a. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Coverage Summary; and

b. The legal representative of the deceased person as if a named insured shown in the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

Coverage Summary. This applies only with respect to:

(1) The premises and property of the deceased covered under the policy at the time of death; and

(2) The representative's legal responsibility to maintain or use your covered vehicle, if this policy provides motor vehicle coverage.

Coverage will be provided only until the end of the policy period.

**10. CONCEALMENT OR FRAUD**

This insurance is based on your honest cooperation with us, so the information you gave to us must be correct to the best of your knowledge.

Therefore:

a. For Personal Liability, Optional Excess Liability Home – Medical Expense and Dwelling Fire – Medical Expense, we do not provide coverage to one or more covered persons who whether before or after a loss has:

(1) Concealed or misrepresented any material fact or circumstance; or

(2) Engaged in fraudulent conduct; or

(3) Made false statements relating to this insurance;

whether as to eligibility or claim entitlement.

b. For all other coverages, we do not provide coverage if whether before or after a loss one or more covered persons has:

(1) Concealed or misrepresented any material fact or circumstance; or

(2) Engaged in fraudulent conduct; or

(3) Made false statements relating to this insurance;

whether as to eligibility or claim entitlement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18540-A Ed. 09-93                                                                 Page 3 of 3

Required Coverages and Amendments

ENCOMPASS
Formerly known as CNA Personal Insurance

# AMENDMENT OF INTRODUCTION AND GENERAL PROVISIONS—CONNECTICUT

## "INTRODUCTION"

**YOUR GUARANTEE TO US** is deleted and replaced by the following:

Because insurance is based on your honest cooperation with us, we need to know that the information you gave us is correct to the best of your knowledge.

If, whether before or after a loss, a *covered person* has willfully concealed or misrepresented any material fact or conducted fraudulent acts or willfully made material false statements relating to this insurance, this entire policy is voidable.

The Coverage Summary and the Policy Index form a part of this contract between you and us. Acceptance of this policy means that you agree that limits and deductibles shown on the Coverage Summary and in the policy accurately reflect the limits and deductibles you have chosen.

## "GENERAL PROVISIONS"

The **Nonrenewal** and the **Automatic Termination** provision of the **TERMINATION** provision is deleted and replaced by the following:

### 3. TERMINATION

**Nonrenewal.**

a. We may decide not to renew or continue this policy or Segment. We will mail notice by registered or certified mail or United States Post Office certificate of mailing to the named insured shown in the Coverage Summary at the address shown in this policy. Notice will be mailed at least 60 days before the expiration date of the policy.

b. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

c. The notice will state the reasons for nonrenewal.

**Automatic Termination.**

If we offer to renew or continue this policy or any Segment and you or your representative do not accept, the policy or Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

We will mail or deliver any premium billing notice for renewal or continuation of this policy to the named insured shown in the Coverage Summary at the address shown in this policy not less then 45 days in advance of the renewal date or anniversary date of this policy.

If you obtain other insurance, any similar insurance provided by this policy will terminate on the effective date of the other insurance.

a. If this policy is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

b. The effective date of cancellation stated in the notice shall become the end of the policy period for this policy or the indicated Segment(s).

**CONCEALMENT OR FRAUD** is deleted and replaced by the following:

### 10. Concealment or Fraud

This insurance is based on your honest cooperation with us so the information you give to us must be correct to the best of your knowledge. Therefore, the entire policy will be void if whether before or after a loss, a *covered person* has intentionally:

a. Concealed or misrepresented any material fact or circumstance;

b. Engaged in fraudulent conduct; or

c. Made material false statements;

relating to this insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18732-A Ed. 05-95