# AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS—CONNECTICUT

## DEFINITIONS

The definition of *medical expenses* is deleted in its entirety and replaced by the following:

**Medical Expenses** means usual and customary charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

The following is added to the **DEFINITIONS** in the **HOME** Segment and the **DWELLING FIRE** Segment:

**Actual Cash Value** is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of covered property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

**Vermin** means animals that tend to access, or enter into or under, structures for foraging or shelter, and, as a result, cause loss or damage. Such animals include, but are not limited to, armadillos, bats, beavers, coyotes, lizards, opossums, porcupines, raccoons, skunks, snails, snakes, slugs, or squirrels.

For **HOME** and **DWELLING FIRE** Segments, the first sentence in the definition of **Covered Person(s)** is deleted in its entirety and replaced with the following:

**Covered Person(s)** means you and the following residents of your household living where you reside:

The remainder of the definition remains unchanged.

## I.   PROPERTY COVERAGE - HOME AND DWELLING FIRE

## REAL PROPERTY - LIMIT OF LIABILITY

Paragraph 2. in The **HOME** Segment for **SPECIAL** is deleted and replaced by the following:

2.   If you have:

   a.   Maintained coverage on real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost; and

   b.   Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

Then, if at the time of loss the residence or dwelling value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a.   Increase the residence value to equal the smallest of:

      (1)   The current replacement cost; or

      (2)   125% of the residence value shown on the Coverage Summary.

   b.   Also increase the aggregate property limit by the same percentage applied to the residence value; and

   c.   Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

The entire provision is deleted in the **"DWELLING FIRE"** Segment and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18735-D Ed. 02-00

**Required
Coverages and Amendments**

USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP

ENCOMPASS
Formerly known as CNA Personal Insurance

## REAL PROPERTY - LIMIT OF LIABILITY

Covered losses are settled on a replacement cost basis (without deduction for depreciation), subject to the following:

1. If, at the time of loss, the dwelling or residence value shown on the Coverage Summary for the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

   a. The residence value or dwelling value shown on the Coverage Summary that applies to the building;

   b. The replacement cost of that part of the building damaged for like construction and use on the same premises; or

   c. The necessary amount actually spent to repair or replace the damaged building.

2. If, at the time of loss, the dwelling or residence value shown on the Coverage Summary for the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

   a. The actual cash value of that part of the building damaged; or

   b. That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the dwelling replacement value as shown on the Coverage Summary on the damaged building bears to 80% of the replacement cost of the building.

3. To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

   a. Excavations, foundations, piers or any supports which are below the under-surface of the lowest basement floor;

   b. Those supports in a. above which are below the surface of the ground inside the foundation walls, if there is no basement; and

   c. Underground flues, pipes, wiring and drains.

   We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the replacement cost provisions above.

   However, if the cost to repair or replace the damage is both:

   a. Less than 5% of the amount of insurance shown on the Coverage Summary; and

   b. Less than $3,000;

   we will settle the loss according to the replacement cost provisions above whether or not actual repair or replacement is complete.

   If the replacement premises is not at the same location, we will pay no more than the least of the following amounts:

   a. The dwelling replacement value shown in the Coverage Summary, or

   b. The replacement cost of that part of the building damaged for like construction and use on one same premises.

   You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to real property on an actual cash value basis. You may then make claim within one year after loss for any additional liability on a replacement cost basis.

   Paragraph 4. is deleted in the Special **"HOME"** Segment and the Deluxe **"HOME"** Segment and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



Formerly known as CNA Personal Insurance

4. If the replacement premises is not at the same location, we will pay no more than the least of the following amounts:

    a. The dwelling replacement value shown in the Coverage Summary; or

    b. The replacement cost of that part of the building damaged for like construction and use on the same premises.

## TANGIBLE PERSONAL PROPERTY – PROPERTY SPECIAL LIMITS

In all **HOME** and **DWELLING FIRE** segments, the introductory paragraphs are deleted and replaced by the following:

To keep your premium as low as possible, we have limited the amount we will pay for certain categories of tangible personal property. The limit shown for each numbered category is the most we will pay for that category per loss. If we could pay for the same item under more than one category, we will pay under only the highest applicable category.

If an article covered under any of these categories is separately described and/or specifically insured elsewhere in this policy, and the actual cost of the article is discovered to exceed the amount specifically provided elsewhere, we will in no event pay more for that article than the higher of:

    a. The amount specifically provided elsewhere; or

    b. The amount available from the applicable limit below, after that limit has been reduced by any other payments under that category for the same loss.

Only in the **SPECIAL HOME** Segment and the **DWELLING FIRE** Segment, Category 3 is deleted in its entirety, and replaced by the following:

3. $1,000 On property at your *residence premises* used in business, but if the *business* property is away from your *residence premises* the most we will pay is $250.

Only in the **SPECIAL HOME** Segment and the **DWELLING FIRE** Segment, Category 5 is deleted in its entirety, and replaced by the following:

5. $1,000 For loss to trading cards, comic books, memorabilia, souvenirs, collector's items and similar articles whose age or history contribute to their value, subject to a maximum amount of $250 per trading card, comic book or other individual item.

Only in the **SPECIAL HOME** Segment and the **DWELLING FIRE** Segment, Category 7 is deleted in its entirety, and replaced by the following:

7. $1,500 For loss by *theft* of jewelry, watches, precious stones, furs, garments trimmed with fur or consisting primarily of fur.

## ADDITIONAL PROPERTY COVERAGES

Provision **11. Collapse** (for Deluxe and Elite policies), **8. Collapse** (for Special policies) and **7. Collapse** (for Dwelling Fire Segments) are deleted in their entirety and replaced by the following:

**Collapse.**

    a. With respect to this Additional Coverage:

        1. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

        2. A building or any part of a building that is in danger of falling down or caving in is not considered to be in state of collapse.

        3. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

        4. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered real property and tangible personal property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

1. Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

2. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

3. Weight of contents, equipment, animals, or people;

4. Weight of rain which collects on a roof;

5. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

6. A **Real Property** covered peril.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items (1), (2), (3), (4), (5), and (6) unless the loss is a direct result of the collapse of a covered building or any part of a covered building.

This coverage does not increase the limit of the liability applying to the damage covered property.

8. **Mortgage Extra Expense Coverage,** in the Elite and Deluxe **"HOME"** Segments is deleted.

12. **Loss Assessment,** the limit in paragraph a. is deleted and replaced by the following in the Special **"Home"**, Deluxe **"Home"** and **"Dwelling Fire"** Segments:

a. $10,000; or

Provision **4. Debris Removal** is deleted from the **"HOME"** Segment in its entirety, and is replaced by the following:

4. Debris Removal.

We will pay your reasonable expense for the removal of:

a. Debris of covered property for covered losses; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from your *residence premises* of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a **Tangible Personal Property – Covered Peril**;

provided the tree(s):

a. Damage(s) a covered structure; or

b. Block(s) a driveway on the residence premises so that vehicles cannot pass; or

c. Block(s) a ramp or driveway for handicapped persons' access to a structure; or

d. Prohibit(s) safe entry into a covered structure through any of its normal entryways.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

## TANGIBLE PERSONAL PROPERTY - LIMIT OF LIABILITY

The first paragraph of Provision 4. under the Deluxe and Elite policy and Provision 5. under the Special policy is deleted and replaced by the following to increase coverage:

"Our limit of liability for tangible personal property usually located at a *covered person's* residence or premises is 5% of the aggregate property limit shown on the Coverage Summary provided such residence or premises is:"

The remainder of the provision is unchanged.

Provision 6. is added for the **Dwelling Fire** Segment:

6. Property on premises regularly rented or held for rental to others by a *covered person* is limited to 10% of the dwelling value unless additional contents coverage is purchased.

## TANGIBLE PERSONAL PROPERTY - COVERED PERILS

With respect to the Deluxe and Special **HOME** Segment, the last sentence of Peril **12. Water or Steam** is deleted.

## TANGIBLE PERSONAL PROPERTY - PROPERTY NOT COVERED

Provision 8. is deleted in its entirety under the **Dwelling Fire** Segment.

## LIABILITY COVERAGE - HOME

## LOSSES WE DO NOT COVER

Restriction 4. is deleted and replaced by the following:

4. **Personal Injury** does not apply to:

   a. Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a *covered person*;

   b. Injury sustained by any person as a result of an offense directly or indirectly

related to the acts of a person in the employment of a *covered person*;

   c. Injury arising out of or in connection with a *business* engaged in by a *covered person*. This exclusion applies but it not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the *business*;

   d. Civic or public activities performed for pay by any *covered person*;

   e. Injury arising out of;

      (1) Oral or written publication of material, if done by or at the direction of any covered person with knowledge of its falsity;

      (2) Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

   f. Injury to you or a *covered person* within the meaning of part **a.** or **b.** of the *covered person* definition.

   g. Liability arising out of a premises:

      (1) Owned by a *covered person*;

      (2) Rented to a *covered person*; or

      (3) Rented to others by a *covered person*;

      that is not an *insured location*.

## PROPERTY COVERAGE - LOSSES WE DO NOT COVER

Exclusion 1.d. is deleted and replaced by the following:

1. **Real Property and Tangible Personal Property.**

   We do not insure for loss:

   d. For a *covered person* who commits or directs an act with intent to cause a loss.

   (This is item 1.h. in the Elite "HOME" Segment).

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

With respect to the Elite **"HOME"** Segment, the following exclusion is added under **1. Real Property and Tangible Personal Property:**

m.  We do not insure for loss caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

(1)  Fire;

(2)  Explosion; or

(3)  Breakage of glass or glazing material which is part of a building, ensues, and then we will pay only for the ensuring loss.

This exclusion does not apply to loss by theft.

Exclusion a. under **2. Real Property** of the Elite **"HOME"** Segment is deleted.

Under **1. Real Property and Tangible Personal Property,** part (1) of exclusion f. in the **ELITE HOME** Segment, or part (1) of exclusion a. in the **DELUXE HOME** or **SPECIAL HOME** Segment, and the **DWELLING FIRE** Segment, part(1) of exclusion a., is deleted and replaced by the following:

We do not insure for loss:

Caused by water damage, meaning:

(1)  Flood, surface water, sewage, waves, tidal water, tsunami, seiche, overflow of a body of water, or spray from any of these, whether or not driven by wind;

Under **2. Real Property** in the **SPECIAL HOME** Segment or the **DWELLING FIRE** Segment, exclusion d. is deleted in its entirety and replaced by the following:

We do not insure for loss:

d.  Caused by or consisting of the following:

(1)  Wear and tear, aging, marring, scratching or deterioration;

(2)  Inherent vice, latent defect, electrical or mechanical breakdown or failure;

(3)  Rust or other corrosion, mold, fungi, wet or dry rot, or toxic bacteria;

(4)  Smog, smoke from agricultural smudging or industrial operations;

(5)  Setting, shrinking, bulging, or expansion, including resultant cracking, of pavements, patios, foundations, walls floors, roofs or ceilings;

(6)  Birds, vermin, insects, or rodents; or animals kept or owned by a covered person;

(7)  Pressure from or presence of tree, shrub or plant roots; or growth of any tree, shrub, plant or lawn, whether such growth is above or below the surface of the ground.

(8)  Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape itself caused by a Tangible Personal Property-Covered Peril.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, whether man-made or natural. Waste includes materials to be recycled, reconditioned or reclaimed.

If any of these cause water not otherwise excluded to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

**Mortgage Clause** is deleted and replaced by the following:

**Mortgagee Interest and Obligations**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP
USP USP USP USP USP USP USP USP USP USP USP
Required Coverages and Amendments

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

If loss hereunder is made payable in whole or in part, to a designated mortgagee not named herein as the insured, such interest in this policy may be canceled by giving to such mortgagee ten days' written notice of cancellation.

If the insured fails to render proof of loss such mortgagee upon notice shall render proof of loss in the form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If this company shall claim that no liability existed as to the mortgagor or owner, it shall to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof from the mortgage. Other provisions relating to the interest and obligations of such mortgagee may be added hereto by agreement in writing.

## ADDITIONAL LIABILITY COVERAGES

**Workers' Compensation** in the **"HOME"** Segment is deleted.

## LIABILITY COVERAGE - LOSSES WE DO NOT COVER

**A.** Exclusion 1.h. is deleted and replaced by the following:

**1.** **Personal Liability** and **Medical Expense** coverages do not apply to *bodily injury* or *property damage*:

h. Which is expected or intended by the *covered person*.

**B.** Exclusion 2.g. is deleted in the Special, Deluxe and Elite **"HOME"** Segments.

**C.** Exclusion 2.h. is deleted in the **"DWELLING FIRE"** Segment.

## GENERAL PROVISIONS

**TERMINATION**. The Cancellation section of this provision is deleted and replaced by the following:

**Cancellation.**

a. You may cancel this policy at any time by returning it to us, or you may cancel the whole

policy or any Segment by letting us know in writing of the date cancellation is to take effect.

b. We may cancel by mailing a cancellation notice by registered or certified mail or United States Post Office certificate of mailing to named insured shown in the Coverage Summary at the address shown in this policy only for the reasons and number of days notice stated below by letting you know in writing of the date. The notice will state the reason for cancellation and that excess premium (if not tendered) will be refunded on demand.

We way cancel:

(1) If you do not pay the premium, at any time, by letting you know at least 10 days before the date cancellation takes effect.

(2) When this Segment has been in effect for less than 60 days and is not a renewal with us, we may cancel by letting you know at least 30 days before the date cancellation takes effect.

(3) After this policy has been in effect for 60 days or at any time if it is a renewal with us:

(a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

All other provisions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18735-D Ed. 02-00

USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP

USP USP USP USP 08/30/2004 Page 9 of 12
USP USP USP USP USP
USP USP USP USP USP USP
USP USP USP USP USP USP

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

# AMENDMENT OF MOTOR VEHICLE PROVISIONS—CONNECTICUT

## DEFINITIONS

**7. Covered Person(s):** Provision 7.b. is deleted and replaced by the following:

  b. Under **Medical Expense - Motor Vehicle** means:

    (1) You for the ownership, maintenance or use of any vehicle, except while *occupying,* or when struck by, a vehicle owned by you which is not insured for this coverage under this policy;

    (2) Any *family member*:

      (a) Who does not own an *automobile* for the maintenance or use of any vehicle;

      (b) Who owns an *automobile*, but only for the use of a *motor vehicle* described in part 7.b.(4) of this definition;

    Except while *occupying*, or when struck by, a vehicle owned by you or that person which is not insured for this coverage under this policy;

    (3) While a pedestrian, when struck by a *motor vehicle*:

      (a) You.

      (b) Any *family member* who does not own an *automobile*.

    (4) Any other person *occupying* with your consent, except when struck by a vehicle owned by you or that person which is not insured for this coverage under this policy:

      (a) A *motor vehicle* shown in the Coverage Summary or any trailer that you own; or

      (b) An additional *motor vehicle* if you have asked us to insure it within the 30 day period after you became the owner and coverage has been agreed to by us; or

      (c) A *motor vehicle* that replaces one shown in the Coverage Summary if you have asked us to insure it within the 30 day period after you became the owner and coverage has been agreed to by us.

      (d) An *automobile*, motorcycle or motorhome not owned by you or a *family member* if being temporarily used while an *automobile*, motorcycle or motorhome shown in the Coverage Summary is out of its normal use because of its breakdown, repair, servicing, loss or destruction. It must not be available or furnished for the regular use of you or any *family member*.

      (e) An *automobile*, motorcycle or motorhome not owned by you or any *family member* if being operated by you. This vehicle must not be available or furnished for the regular use of you or any *family member*.

**10. Medical Expenses** is deleted in its entirety and replaced by the following:

**10. Medical Expenses** means usual and customary charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

## PERSONAL LIABILITY MOTOR VEHICLE

**Other Payments We Make.** The following is added to provision 2.b.:

We will arrange upon your request, for the issuance of a bond to release an attachment. However, the amount of the bond will not be greater than the limits of liability for **"Personal Liability"** shown on the Coverage Summary.

**Losses We Do Not Cover.**

Provision 1. is deleted in its entirety and replaced by the following:

**1.** *Bodily injury* or *property damage* which:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18984-A Ed. 04-95

a. May reasonably be expected to result from the intentional acts of any *covered person*; or

b. Is in fact intended by any *covered person*.

Provisions **2.** and **8.** are deleted.

## MEDICAL EXPENSE - MOTOR VEHICLE

### Unreasonable or Unnecessary Medical Expenses

This provision is deleted in its entirety and replaced by the following:

5. If a *covered person* incurs *medical expenses* which include:

   a. fees for medical services which are substantially higher than the usual and customary charges for those services; or

   b. fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount or duration of medical services;

   we may refuse to pay for those *medical expenses* and contest them.

   If the *covered person* is sued by a medical services provider because we refuse to pay contested *medical expenses*, we will pay all defense costs and any resulting judgment against the *covered person*. We will choose the counsel. The *covered person* must cooperate with us in the defense of any claim or lawsuit. If we ask the *covered person* to attend hearings or lawsuits, we will provide the coverage described in 2.c., **Personal Liability - Motor Vehicle, Other Payments We Make**. We will also pay other reasonable expenses incurred at our expense.

**Losses We Do Not Cover.** Provisions 1., 2., 5., 8., 9. and 11. are deleted. Provision 4. is deleted and replaced by the following:

4. Sustained by an employee of any *covered person* while in the course of their employment.

## GENERAL PROVISIONS - MOTOR VEHICLE

**Other Insurance** exception is deleted and replaced by the following:

**Other Insurance.**

Exception: Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance unless it is a vehicle insured under a policy affording coverage to a named insured engaged in the *business* of selling or repairing *motor vehicles*. If this occurs and the *accident* arises out of the operation of such vehicle by you or a *family member* who is neither the person engaged in such *business* nor such person's employee or agent, we will provide primary insurance.

**Subrogation.**

The following is added:

This provision does not apply to **MEDICAL EXPENSE - MOTOR VEHICLE**.

## GENERAL PROVISIONS

**Termination:** The Cancellation section of this provision is deleted and replaced by the following when a **"MOTOR VEHICLE"** Segment is canceled:

3. **Termination.**

   **Cancellation.**

   a. You may cancel this policy at any time by returning it to us, or you may cancel this **"MOTOR VEHICLE"** Segment by letting us know in writing of the date cancellation is to take effect.

   b. We may cancel by mailing a cancellation notice by registered or certified mail or United States Post Office certificate of mailing to the named insured shown in the Coverage Summary, at the address shown in the Coverage Summary, only for the reasons and with the number of days notice stated below.

   c. We may cancel:

      (1) During the first 60 days this policy is in effect for the following reasons by letting you know at least 10 days before the date cancellation takes effect:

         (a) If you do not pay the premium; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP USP USP
USP Required USP USP USP USP USP
Coverages and Amendments USP USP
USP USP USP USP USP ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

(b) Material misrepresentation.

(2) For any other reason during the first 60 days this **"MOTOR VEHICLE"** Segment is in effect by letting you know at least 45 days before the date cancellation takes effect.

(3) After this **"MOTOR VEHICLE"** Segment has been in effect for 60 days or at any time if it is a renewal with us:

    (a) If you do not pay the premium, by letting you know at least 10 days

before the date cancellation takes effect.

(b) By letting you know at least 45 days before the date cancellation takes effect, if your driver's license or that of:

    (i) Any driver who lives with you; or

    (ii) Any driver who customarily uses your *motor vehicle*;

has been revoked. This must have occurred during the policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993