USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP

Your Optional Coverages

ENCOMPASS INSURANCE
Formerly known as CNA Personal Insurance

# BASIC REPARATIONS BENEFITS COVERAGE—CONNECTICUT

The **"INTRODUCTION"** and **"GENERAL PROVISIONS"** of this policy, and the **Definitions** in the **"MOTOR VEHICLE"** Segment, apply unless modified by this endorsement. Defined terms are italicized when used.

**SCHEDULE**

| Benefits | Limit of Liability |
|---|---|
| Maximum Aggregate Limit | Our maximum limit of liability for all benefits $5,000 subject to the following limits for specific benefits: |
| Medical Expense Benefits | No specific dollar amount. |
| Funeral Expense Benefits | Up to $2,000. |
| Work Loss Benefits and Survivor's Loss Benefits | Up to $200 for any week. |

## I. DEFINITIONS

The following words and phrases are defined for **Basic Reparations Benefits Coverage**. Only in regard to the coverage provided by this endorsement, the following definitions replace any corresponding definitions in the **"MOTOR VEHICLE"** Segment.

**Auto** means a land ***motor vehicle*** or trailer. However, ***auto*** does not include:

1. A vehicle operated on rails or crawler treads;
2. A vehicle or trailer while located for use as a residence or premises; or
3. A farm type tractor or other equipment designed for use principally off public roads, while not upon public roads.

**Covered person** means:

1. You or any ***family member*** injured in an ***auto accident:***
   a. while ***occupying*** an auto. However, you and any ***family member*** are not covered while ***occupying*** a motorcycle.
   b. as a pedestrian, when struck by an ***auto***.
2. Anyone else injured in an ***auto accident:***
   a. while ***occupying*** your covered ***auto;*** or
   b. while ***occupying*** any other ***auto*** operated by:
      (1) you; or
      (2) any ***family member***

   The ***auto*** cannot be a motorcycle, or any other vehicle while used to carry persons or property for a fee.

   c. as a pedestrian when struck by your covered ***auto***.

**Private Passenger Auto** means an ***auto*** of the:

1. Private passenger, station wagon or camper type.
2. Truck type with a load capacity of 1500 pounds or less which is:
   a. registered as a passenger ***motor vehicle*** or a passenger and commercial ***motor vehicle*** as defined in Connecticut Motor Vehicle Laws; or
   b. used for farming.
3. High mileage ***motor vehicle*** type having the following characteristics:
   a. no less than 3 wheels;
   b. a driver's seat completely enclosed;
   c. a single or 2 cylinder, gas, diesel or electric powered engine; and
   d. efficient fuel consumption.

This definition does not include a motorcycle, or any other vehicle while used to carry persons or property for a fee.

**Your covered auto** means a ***private passenger auto:***

1. For which you are required to maintain security under Connecticut law; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

2. To which ***bodily injury*** liability coverage under this policy applies.

**II. BASIC REPARATIONS BENEFITS COVERAGE**

We will pay **Basic Reparations Benefits** to or for:

1. A ***covered person*** who sustains bodily injury; or
2. His or her dependent survivors.

The ***bodily injury*** must:

1. Be caused by an ***accident;*** and
2. Result from the:
   a. ownership;
   b. maintenance; or
   c. use (including loading and unloading); of an ***auto*** as an ***auto***.

These benefits are subject to the provisions of Connecticut law. Benefits consist of the following:

1. **Medical Expense benefits.** Usual and customary charges for necessary products, services and accommodations used for a ***covered person's:***

   a. care;

   b. recovery; or

   c. rehabilitation.

   Only semi-private hospital room charges will be paid unless special or intensive care is required.

   If the ***covered person*** is sued by a medical services provider because we refuse to pay a contested ***medical expense,*** we will pay all defense costs and any resulting judgment against the ***covered person.*** We will choose the counsel. The ***covered person*** must cooperate with us in the defense of any claim or lawsuit. If we ask the ***covered person*** to attend hearings or trials, we will pay reasonable expenses incurred at our request.

2. **Funeral Expenses benefits.** Reasonable funeral or burial expenses incurred.

3. **Work Loss benefits** consisting of:

   a. Income benefits. 85% of the loss of income which a ***covered person*** who would normally be employed in gainful activity would have earned except for the injury. If a ***covered person*** was unemployed at the time of the ***accident,*** the equivalent of employment compensation benefits he or she would have been eligible to receive except for the injury. Any income a ***covered person*** earns from substitute work or would have earned from available and appropriate substitute work he or she could have performed but did not, will be subtracted from the income benefits we will pay.

   b. Replacement services. 85% of expenses reasonably incurred to obtain ordinary and necessary services to replace those the ***covered person*** would have performed for the benefit of the household except for the injury. The services cannot be obtained from members of the ***covered person's*** household. In addition, the services cannot be obtained to produce income for the ***covered person.***

   The most we will pay in any one week for the total of these benefits is the amount shown in the Schedule or in the Coverage Summary. These benefits do not continue after a ***covered person*** dies.

   We will prorate these benefits for any period of less than one week.

4. **Survivors Loss benefits** consisting of:

   a. Income loss. The contribution a ***covered person's*** dependent survivors would have received for their support:

      (1) out of income from work; or

      (2) from unemployment compensation;

      from the ***covered person*** had he or she not died.

   b. Replacement service. Expenses reasonably incurred by a ***covered person's*** dependent survivors to obtain

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

ordinary and necessary services to replace those the ***covered person*** would have performed for the benefit of the household had he or she not died. The services cannot be obtained from member of the deceased ***covered person's*** household.

A dependent survivor is:

a. the surviving spouse of a deceased ***covered person***. The surviving spouse must reside in the deceased ***covered person's*** household at the time of death. Dependency ends upon remarriage.

b. any other person who is, and as long as he or she is:

(1) under 18 years old; or

(2) physically or mentally unable to earn a living; or

(3) in a full-time formal program of academic or vocational education or training.

To qualify as a dependent survivor, a person who qualifies under the above listing must have, at the time of death:

(a) received support from the deceased ***covered person;*** and

(b) qualified as a dependent of the deceased ***covered person*** for federal income tax purposes under the Internal Revenue Code.

**EXCLUSIONS**

We do not provide **Basic Reparations Benefits Coverage** for ***bodily Injury:***

1. To any person who intentionally causes or attempts to cause ***bodily injury*** to:

   a. himself or herself. This includes survivors loss benefits to a dependent survivor of that person; and

   b. any other person.

2. Sustained by a person using an ***auto*** stolen by that person. This exclusion (2.) does not apply to:

   (a) you; or

   (b) any ***family member***.

3. Sustained by any pedestrian if the ***accident*** occurs outside Connecticut. This exclusion (3.) does not apply to:

   a. you; or

   b. any ***family member***

4. Sustained by any person who is required to provide security for an ***auto*** under Connecticut law. This exclusion (4.) does not apply to:

   a. you; or

   b. any of your employees.

5. Sustained by you or a ***family member*** while ***occupying*** an ***auto*** furnished by that person's employer. This exclusion (5.) applies to the extent that basic reparations benefits are paid or payable by the insurer (including a self-insurer) of that ***auto***.

6. Sustained by you while ***occupying*** an ***auto:***

   a. for which you are required to provide security under Connecticut law; and

   b. which is not ***your covered auto***.

7. Sustained by any person while ***occupying*** an ***auto*** owned by, or furnished or available for the regular use of:

   a. you; or

   b. any ***family member***.

   This exclusion (7.) does not apply to a ***private passenger auto***.

8. Sustained by any person resulting from the ownership, maintenance or use of a parked ***auto*** unless:

   a. the ***bodily injury*** is sustained while the person is ***occupying*** the ***auto;***

   b. the ***auto*** is parked in a manner which would cause unreasonable risk of the ***bodily injury;*** or

   c. the ***bodily injury*** is the direct result of physical contact with:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP USP

(1) equipment permanently mounted on the ***auto*** while the equipment is being operated or used; or

(2) property being lifted or lowered from the ***auto*** in the loading or unloading process.

9. Caused by or as a consequence of:

   a. discharge of a nuclear weapon (even if accidental);

   b. war (declared or undeclared);

   c. civil war;

   d. insurrection; or

   e. rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

   a. nuclear reaction;

   b. radiation; or

   c. radioactive contamination.

**LIMIT OF LIABILITY**

The limit of liability shown in the Schedule or Coverage Summary for this coverage is our maximum limit of liability for each ***covered person*** injured in any one ***auto accident.*** This is the most we will pay regardless of the number of:

1. Vehicles involved in the ***accident;*** or

2. Insurers providing similar benefits.

Any amount payable under this insurance shall be reduced by amounts paid, payable, or required to be provided.

1. Under any of the following or similar law:

   a. workers' compensation law; or

   b. medical or disability benefits law (excluding Medicare); and

2. As a direct benefit without regard to fault by an insurer (including a self-insurer) of any vehicle other than ***your covered auto.*** This does not apply to:

   a. you; or

   b. any ***family member.***

**III. DUTIES AFTER AN ACCIDENT**

We must be notified promptly of how, when and where the ***accident*** happened. Notice should also include the names and addresses of any injured persons and or any witnesses.

A person seeking coverage must:

1. Cooperate with us in the investigation or settlement of any claim.

2. Submit, as often as we reasonably require, to physical examinations by physicians we select. We will pay for these exams. A copy of the report will be sent to the injured person if requested. If you or a ***family member*** object to the physician we select, that person should notify us of the objection in writing.

   In this event we will attempt to select a physician acceptable to you or the ***family member.*** If there is no agreement on a physician, application may be made to the Connecticut Insurance Commissioner to select a physician. The injured person must submit to examination by the physician selected by the Insurance Commissioner.

3. Authorize us to obtain:

   a. medical reports;

   b. statements of earnings; and

   c. other pertinent records.

4. Submit a written proof of claim when required by us.

5. Promptly send us copies of the legal papers if a suit is brought.

**IV. GENERAL PROVISIONS**

**SUBROGATION**

The **Subrogation** provision of the **GENERAL PROVISIONS - MOTOR VEHICLE** does not apply to **Basic Reparations Coverage.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP USP USP USP

**DUPLICATION OF BENEFITS**

No one will be entitled to duplicate payment for the same elements of loss under this coverage regardless of the number of:

1. ***Autos*** covered; or
2. Insurers (including self-insurers) providing security in accordance with the Connecticut Insurance Law or any other similar law.

If a covered person is:

1. A named insured or a ***family member*** under any other ***auto*** policy; and
2. Entitled to recover benefits under that policy for the same elements of economic loss as payable under this endorsement;

that person is not entitled to recover benefits under this endorsement to the extent benefits are payable under the other policy. If a ***covered person*** is entitled to benefits under more than one policy, the maximum recovery under all policies will not exceed the amount payable under the policy with the highest dollar limits of benefits.

**OTHER COVERAGES**

Any amount payable for economic loss under **Uninsured/Underinsured Motorists Coverage** will be reduced by any basic reparations benefits:

1. Paid; or
2. Payable;

to a ***covered person*** under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP

# UNINSURED/UNDERINSURED MOTORISTS COVERAGE–CONNECTICUT

In consideration of an additional premium, if the Coverage Summary shows an amount of "Uninsured/ Underinsured Motorists" coverage, we will provide the coverage described by the provisions of this endorsement. Underinsured Motorists Conversion Coverage applies only if indicated in the Coverage Summary.

**DEFINITIONS**

The following words and phrases are defined for this **UNINSURED/UNDERINSURED MOTORISTS COVERAGE"** endorsement. Only in regard to the coverage provided by this endorsement, the following definitions replace any corresponding definitions in the **"MOTOR VEHICLE"** Segment.

1. **Covered Person** means:

   a. You for the ownership, maintenance or use of any vehicle, except while ***occupying***, or when struck by, a vehicle owned by you which is not insured for this coverage under this policy;

   b. Any ***family member:***

      (1) Who does not own an ***automobile*** or motorcycle and whose spouse does not own an ***automobile*** or motorcycle, for the maintenance or use of any vehicle;

      (2) Who owns an ***automobile*** or motorcycle or whose spouse owns an ***automobile*** or motorcycle, but only for the use of an ***insured motor vehicle;***

      Except while ***occupying***, or when struck by, a vehicle owned by you or that person which is not insured for this coverage under this policy;

   c. Any other person ***occupying*** an ***insured motor vehicle*** with your consent, except when struck by, a vehicle owned by you or that person which is not insured for this coverage under this policy;

   d. Any person for damages that person is entitled to recover because of ***bodily injury*** to which this coverage applies sustained by a person described in a., b. or c. above.

   e. You or any ***family member*** as a pedestrian when struck by a vehicle.

2. **Insured Motor Vehicle** means:

   a. An ***automobile***, motorcycle or motor home shown in the Coverage Summary if the Coverage Summary indicates "Uninsured/ Underinsured Motorists" coverage for that vehicle. This includes an ***automobile***, motorcycle or motorhome that replaces one shown in the Coverage Summary, if you ask us to insure the ***automobile***, motorcycle or motor home, and we agree.

   b. Additional ***automobiles***, motorcycles or motorhomes for 30 days after you become the owner, provided all the other ***automobiles***, motorcycles and motorhomes owned by you are either covered by us or excluded by endorsement.

      For coverage beyond the 30 days, you must ask us to insure the ***automobile***, motorcycle or motorhome, and we must agree.

   c. An ***automobile***, motorcycle or motorhome not owned by you or a ***family member*** if being temporarily used while an ***automobile***, motorcycle or motorhome shown in the Coverage Summary is out of its normal use because of its breakdown, repair, servicing, loss or destruction. It must not be available or furnished for the regular use of you or any ***family member***.

   d. An ***automobile***, motorcycle or motorhome not owned by you or any ***family member*** if being operated by you. This vehicle must not be available or furnished for the regular use of you or any ***family member***.

   ***Insured Motor Vehicle*** does not include a vehicle that a ***covered person*** makes available for public hire.

3. **Uninsured/Underinsured Motor Vehicle** means an:

   a. **Uninsured Motor Vehicle**, meaning a land motor vehicle or trailer of any type:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

(1) To which no ***bodily injury*** liability bond or policy applies at the time of the ***accident***.

(2) Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an ***accident*** resulting in ***bodily injury*** without hitting:

(a) You or any ***family member***;

(b) A vehicle which you or any ***family member*** are ***occupying***; or

(c) An ***insured motor vehicle***.

If there is no physical contact with the hit-and-run vehicle, the ***covered person*** must prove by a fair preponderance of the evidence that the injuries resulted from the negligence of an unidentified motorist.

(3) To which a ***bodily injury*** liability bond or policy applies at the time of the ***accident*** but the bonding or insuring company;

(1) Denies coverage; or

(2) Is or becomes insolvent.

b. **Underinsured Motor Vehicle**, meaning a land motor vehicle or trailer of any type for which the sum of the limits of liability under all bodily injury liability bonds or policies applicable at the time of the ***accident*** is less than the limit of liability for this coverage.

However, ***uninsured/underinsured motor vehicle*** does not include any vehicle or equipment:

a. Owned by or furnished or available for the regular use of:

(1) you; or

(2) the ***family member*** who sustained ***bodily injury*** in the ***accident***.

b. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

c. Owned by any governmental unit or agency.

d. Operated on rails or crawler treads.

e. Designed mainly for use off public roads, while not on public roads.

f. While used as a residence or premises.

g. Used as farm equipment.

h. Which is insured for **Personal Liability - Motor Vehicle** under this policy.

**INSURING AGREEMENT**

We will pay compensatory damages which any ***covered person*** is legally entitled to recover from the owner or operator of an ***uninsured/underinsured motor vehicle*** because of ***bodily injury***:

1. Sustained by any ***covered person,*** and
2. Caused by an ***accident*** arising out of the ownership, maintenance or use of an ***uninsured/underinsured motor vehicle***;

Claim or suit must be brought within 3 years from the date of the accident. However, in the case of an underinsured motorists claim, the ***covered person*** may toll any applicable limitation period by:

1. Notifying us prior to the expiration of the applicable limitation period, in writing, of any claim which the ***covered person*** may have for underinsured motorists benefits; and
2. Commencing suit or demanding arbitration under the terms of the policy not more than 180 days from the date of exhaustion of the limits of liability under all ***automobile bodily injury*** liability bonds or ***automobile*** insurance policies applicable at the time of the ***accident*** by settlements or final judgments after any appeals.

We will pay under this coverage only if the limits of liability under any applicable bodily injury liability bonds or policies have been exhausted by payment of judgments or settlements.

**LIMIT OF LIABILITY**

1. The limit of liability shown in the Coverage Summary for each person for "Uninsured/ Underinsured Motorists" coverage is our total limit of liability for damages because of ***bodily injury*** sustained by any one person in any one ***motor vehicle accident*** including damages sustained by any one else as a result of that ***bodily injury***.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

Subject to this limit for each person, the limit of liability shown in the Coverage Summary for each ***accident*** for "Uninsured/Underinsured Motorists Non-Stacked" coverage is our total limit of liability for all damages for ***bodily injury*** sustained by two or more persons in any one ***motor vehicle accident***.

This is the most we will pay regardless of the number of:

a. ***Covered persons***;

b. Claims or suits made;

c. Vehicles involved in an accident or shown in the Coverage Summary;

d. Persons who sustain injury or damage;

e. Vehicles insured by this or any other policy issued by us or others; or.

f. Premiums paid for this coverage.

**2.** The limit of liability shall be reduced by all sums:

a. Paid because of the ***bodily injury*** by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under **Personal Liability - Motor Vehicle, Medical Expense - Motor Vehicle** and No-fault coverage.

b. Paid or payable because of the ***bodily injury*** under any Workers' compensation law.

**3.** Any payment under this coverage will reduce any amount that person is entitled to recover under **Personal Liability - Motor Vehicle.**

Any amounts otherwise payable for damages under this coverage shall be reduced by all sums paid or payable under any basic reparations benefits applicable for the same elements of loss.

**4.** If the damages a ***covered person*** is entitled to recover include:

a. fees for medical services which are substantially higher than the usual and customary charges for those services; or

b. fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount or duration of medical services;

we may refuse to pay for those ***medical expenses*** and contest them.

If the ***covered person*** is sued by a medical services provider because we refuse to pay contested ***medical expenses***, we will pay all defense costs and any resulting judgment against the ***covered person***. We will choose the counsel. The ***covered person*** must cooperate with us in the defense of any claim or lawsuit. If we ask the ***covered person*** to attend hearings or trials, we will provide the coverage described in 2.c., **Personal Liability - Motor Vehicle, Other Payments We Make.** We will also pay other reasonable expenses incurred at our expense.

**5.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and **Personal Liability - Motor Vehicle or Medical Expense - Motor Vehicle.**

**6.** We will not make duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**7.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law;

a. Workers' compensation law; or

b. Disability benefits law.

**UNINSURED/UNDERINSURED MOTORISTS LOSSES WE DO NOT COVER**

**1.** We do not provide **Uninsured/Underinsured Motorists Coverage** for ***bodily injury*** sustained by any ***covered person***:

a. While ***occupying***, or when struck by, any ***motor vehicle*** owned by that person or owned by you for which the security required by the Connecticut Financial Responsibility Act is not in effect. This includes a trailer of any type used with that vehicle.

b. If that person or the legal representative settles the ***bodily injury*** claim without our consent.

c. While ***occupying*** or when struck by a ***motor vehicle*** owned by that person when it is

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

being used as a public or livery conveyance. This exclusion (1.c.) does not apply to a share-the-expense car pool.

d. Using a vehicle without a reasonable belief that they are entitled to do so.

e. While ***occupying***, or when struck by, a vehicle operated by any person excluded from coverage by endorsement(s) attached to this policy.

**2.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

a. Workers' compensation law; or

b. Disability benefits law.

**3.** We do not provide **Uninsured/Underinsured Motorists Coverage** for punitive or exemplary damages.

**HOW WE SETTLE PERSONAL LIABILITY - MOTOR VEHICLE AND MEDICAL EXPENSE MOTOR VEHICLE CLAIMS AND WHAT YOU MUST DO.**

All provisions in this section of the policy apply to this endorsement with the following modifications:

**Your Duties After Loss**

The following duties are added:

A person seeking **Uninsured/Underinsured Motorists Coverage** must also promptly:

**1.** Notify the police if a hit-and-run driver is involved; and

**2.** Send us copies of the legal paper if a legal suit is brought.

**GENERAL PROVISIONS – UNINSURED/ UNDERINSURED MOTORISTS**

**1.** Only in regard to the coverage provided by this endorsement, the **"GENERAL PROVISIONS"** of this policy are amended by the following:

**TERRITORY**

The following exception is added:

Exception: The Uninsured/Underinsured Motor Vehicle ***accident*** must occur in the United States of America, its territories, Puerto Rico or Canada.

Also, any suit must be brought in the United States of America, its territories, Puerto Rico or Canada.

**OTHER INSURANCE**

The **Other Insurance** provision is replaced by the following with respect to **Uninsured/Underinsured Motorists Coverage:**

If there is other applicable similar insurance available under one or more policies or provisions of coverage:

a. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

b. Subject to Paragraph a. above, with respect to ***bodily injury*** to a ***covered person***:

(1) While ***occupying*** a vehicle owned by that ***covered person***, only the Uninsured/Underinsured Motorists Coverage applicable to that vehicle will apply, and no other policies or provisions of coverage will apply.

(2) While ***occupying*** a vehicle not owned by that ***covered person***, or while not ***occupying*** any vehicle, the following priorities of recovery apply:

FIRST — The Uninsured/ Underinsured Motorists Coverage applicable to the vehicle the ***covered person*** was ***occupying*** at the time of the ***accident***.

SECOND — Any policy affording Uninsured/Underinsured Motorists Coverage to the ***covered person*** as a named insured.

THIRD — Any policy affording Uninsured/Underinsured Motorists Coverage to the ***covered person*** as a ***family member***.

c. With respect to the second and third priorities, we will pay only our share of the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

loss. Our share is the proportion that our limit of liability bears to the total of all limits applicable on the same level of priority.

2. Only in regard to the coverage provided by this endorsement, the following is added to the **"GENERAL PROVISIONS"** of this policy:

**ARBITRATION**

Two questions must be decided by agreement between a ***covered person*** and us:

(1) If the ***covered person*** is legally entitled to collect damages from the owner or driver of an ***uninsured/underinsured motor vehicle***; and

(2) If so, in what amount?

If there is not agreement, then if both parties consent, these questions shall be decided by arbitration as follows:

- If the amount of damages the ***covered person*** demands is $40,000 or less, the matter or matters upon which either party do not agree shall be settled by a single arbitrator. In this event, each party will:

  (a) Pay the expense it incurs; and

  (b) Bear the expenses of the arbitrator equally.

- If the amount of damages the ***covered person*** demands exceeds $40,000.

  Each party shall select a competent and impartial arbitrator. These two shall select a third one. A decision agreed to by two of the arbitrators will be binding as to:

  (a) Whether the ***covered person*** is legally entitled to recover damages; and

  (b) The amount of damages.

  If the two selected arbitrators are unable to agree on a third one within selection be made by a judge of a court having jurisdiction.

  In this event:

  (1) The cost of the third arbitrator and other expenses of arbitration shall be shared equally by both parties, and

  (2) Each person will pay the expenses it incurs.

  The arbitration shall take place in the county in which the ***covered person*** resides unless the parties agree to another place. Local rules governing procedure and admission of evidence shall be used.

**UNDERINSURED MOTORISTS CONVERSION COVERAGE**

If the Coverage Summary indicates that Underinsured Motorists Conversion Coverage applies, the following provisions apply:

1. Paragraph b. of the **Uninsured/Underinsured Motor Vehicle** definition is replaced by the following:

   b. **Underinsured Motor Vehicle**, meaning a land motor vehicle or trailer of any type for which the sum of all payments received by or on behalf of the ***covered person***, from or on behalf of any persons or organizations who may be legally responsible, is less than the fair, just and reasonable damages of the ***covered person***.

2. With respect to coverage provided under paragraph **1.**, above, paragraph **2.** of the **LIMIT OF LIABILITY** provision does not apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP