Required Coverages and Amendments

ENCOMPASS INSURANCE
Formerly known as CNA Personal Insurance

# TRANSITION ENDORSEMENT DELUXE HOME SEGMENT— CONNECTICUT

This endorsement modifies the various provisions of your policy as indicated here.

If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

I. **DEFINITIONS**

The following definition is added with respect to **Liability Coverage - Home.**

17. **Volunteer** means an unpaid:

   a. Member or Leader;

   b. Coach, manager, trainer or teacher;

   c. Director, officer, board member or trustee; or

   d. Staff member

   of a non-profit corporation or association. A **covered person** will not be considered paid if:

   a. Reimbursed only for direct out of pocket expenses for food, travel, uniforms, or similar costs incurred in; or

   b. Paid a nominal stipend for;

   the fulfillment of their duties in the non-profit corporation or association. A **volunteer** also means an administrator or executor of a deceased person's estate.

   **Volunteer** does not mean a **covered person** engaged in any activity that involves the **covered person's** business, or that requires the **covered person** to provide professional services.

II. **PROPERTY COVERAGE - HOME**

   **TANGIBLE PERSONAL PROPERTY - PROPERTY SPECIAL LIMITS** is amended as follows:

   **Category 1.** is deleted and replaced by the following:

   1. $500 . . . On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals.

   **ADDITIONAL PROPERTY COVERAGES** is amended as follows:

   A. The first paragraph of **9.**, and **22.** are deleted and replaced by the following:

      9. **Personal Home Computer and Data Records Coverage.**

         We cover personal home computer(s) that are:

         a. Located on your **residence premises**; and

         b. Are owned by you;

         For direct physical loss except for losses listed in **Property Coverage - Losses We Do Not Cover.** We also cover loss to data caused by magnetic injury and loss to your personal home computer and data caused by external power failure or external power surge.

      22. **Lock Replacement.**

         We will pay up to $500 to replace the locks on your **residence premises** if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss. There is no deductible for this coverage.

   B. The following items are added:

      24. **Police Department Service Charge.**

         We will pay up to $50 per occurrence, subject to a maximum of $250 per policy period, for police department charges incurred when the police department is called due to the accidental activation of a burglary alarm system. The deductible does not apply.

      25. **Witness Expense Reimbursement.**

         We will pay your reasonable expenses and any lost wages you incur as a result of your

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered **REAL PROPERTY** or **TANGIBLE PERSONAL PROPERTY** loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

**HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO** is amended as follows:

The following item is added:

**10. Cost of Preparing Proof of Loss.**

We will pay up to $250 for the reasonable expenses incurred by you or any **covered person,** for any outside services necessary to prepare proof of your loss or other exhibits required by this policy. This includes:

a. building repair estimates;

b. accounting services;

c. appraisals; or

d. other necessary services performed for you or any **covered person**, by others.

However, we will not pay for any legal services or the services of a public adjuster.

**III. LIABILITY COVERAGE - HOME**

**ADDITIONAL LIABILITY COVERAGES** is amended as follows:

The following item is added:

**6. Volunteer Wrongful Acts Coverage.**

We pay amounts that a **Covered Person** becomes legally liable to pay because of civil claims made against you or a **Covered Person,** for any actual or alleged wrongful act.

A **Covered Person** for Volunteer Wrongful Acts Coverage is:

a. You; or

b. Any **family member.**

A **wrongful act** is any actual or alleged:

a. Error;

b. Misstatement;

c. Action(s) or inaction(s);

d. Neglect; or

e. Breach of duty;

committed by a **Covered Person** in that person's capacity as a volunteer.

Your Limit of liability for Volunteer Wrongful Acts Coverage is $10,000. This is the most we will pay for all losses arising out of a single **wrongful act**, regardless of the number of **Covered Persons** or policy periods. A series of interrelated **wrongful acts** is considered a single **wrongful act.**

Our payment is excess over any other collectible insurance.

This coverage does not apply to liability for any of the following:

a. Bodily injury, property damage or personal injury;

b. Other than money damages;

c. Fines or penalties imposed by law or matters deemed uninsurable by the law;

d. Arising out of a covered person's failure or inaction in obtaining or maintaining insurance, including any error or inaction as to the amount, form or provisions of the insurance;

e. Arising out of a **covered person's** dishonesty. However, we will protect the **covered person** for alleged dishonesty until:

(1) A judgment establishes the **covered person's** actual or intentional dishonesty; or

(2) The expenses we incur in defending the claim exceed $10,000;

Whichever occurs first.

f. Based upon or attributable to a **covered person's** gain of any personal profit or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993


  advantage which the **covered person** was not legally entitled to receive;

g. Return of any payments given a **covered person** without the previous approval of the Board of Directors of the corporation or association. Without this approval, these payments will be considered to have been illegal;

h. An accounting of profits made from the purchase or sale of securities under any federal or state laws;

i. A **covered person's** failure to register securities as required by any federal or state laws;

j. Arising out of or in any way related to discrimination in violation of any statute, ordinance or law prohibiting such discrimination;

k. Arising out of any:

   (1) Nuclear reaction;

   (2) Radiation or radioactive contamination; or

   (3) Any consequence of these.

l. Arising out of any actual or alleged **wrongful act** committed by a **covered person** in the capacity as an elected or appointed public official or member of a governmental body.

If a claim or suit is brought against you or any **covered person** alleging a **wrongful act** we will provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. The claim must be covered under this **Volunteer Wrongful Acts Coverage**. If we defend a claim or suit for a **wrongful act,** we will pay, in addition to your Wrongful Acts Limit of Liability, the expenses we incur in defending a claim or suit. Our duty to settle or defend ends when the expenses we incur exceed $10,000. In addition to these expenses we will pay:

a. Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;

b. Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

c. Other reasonable expenses (other than loss of earnings) incurred at our request;

d. Expenses incurred by us and costs taxed against any **covered person** in any suit we defend; and

e. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a **covered person** in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expenses incurred with our written consent for the **covered person's** defense.

Our obligation to pay the above costs ends when our limit of liability for Volunteer Wrongful Acts Coverage has been exhausted.

**ADDITIONAL LIABILITY COVERAGES, 5. Other Payments We Make,** does not apply to a claim or suit under your Volunteer Wrongful Acts Coverage.

**LOSSES WE DO NOT COVER** is amended as follows:

A. Exclusions **1.d.(2)**, **1.d.(3)** and **1.d.(5)** are deleted and replaced by the following:

   **1.d.(2)** Watercraft powered by one or more outboard motors of 50 horsepower or less, which are owned by a **covered person;**

   **1.d.(3)** Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned by a **covered person;**

   **1.d.(5)** Watercraft that you or any **family member** do not own, as long as they are not furnished or available for the regular use of you or any **covered person**, regardless of the horsepower;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

B. The following exclusion 1.o. is added:

1.o. Arising out of sexual molestation, corporal punishment or physical or mental abuse.

However, we will cover your liability for corporal punishment to any pupil if coverage for corporal punishment is shown on the Coverage Summary.

**Required Coverages and Amendments**

**ENCOMPASS**
INSURANCE
Formerly known as CNA Personal Insurance

# TRANSITION ENDORSEMENT DELUXE MOTOR VEHICLE SEGMENT— CONNECTICUT

This endorsement modifies the various provisions of your policy as indicated here.

If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

### III. PHYSICAL DAMAGE - MOTOR VEHICLE

**ADDITIONAL PHYSICAL DAMAGE COVERAGES** is amended as follows:

The following items are added.

**Witness Expense Reimbursement**

We will pay your reasonable expenses and any lost wages you incur as a result of your appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered **PHYSICAL DAMAGE - MOTOR VEHICLE** loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

**Reward Coverage**

We pay 10% of the amount of loss up to a maximum of $1000 to anyone providing information leading to the arrest and conviction of anyone:

1. Who perpetrates an arson loss to your covered **Motor Vehicle**; or

2. Who robs, steals or burglarizes your covered **Motor Vehicle**.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of the recovered property, up to a maximum of $1,000. The deductible does not apply.

**HOW WE SETTLE PHYSICAL DAMAGE CLAIMS AND WHAT YOU MUST DO** is amended as follows:

The following item is added:

8. **Cost Of Preparing Proof Of Loss.**

    We will pay up to $250 for the reasonable expenses incurred by you or any **covered person**, for any outside services necessary to prepare proof of your loss or other exhibits required by this policy. This includes:

    a. repair estimates;

    b. accounting services;

    c. appraisals; or

    d. other necessary services performed for you or any **covered person**, by others.

    However, we will not pay for any legal services or the services of a public adjuster.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-17433-A Ed. 11-95

**It's Important For You To Know**

ENCOMPASS
INSURANCE
Formerly known as CNA Personal Insurance

# NOTIFICATION OF INFORMATION PRACTICES

## YOUR PRIVACY

When you applied to the CNA Insurance Companies, you entrusted us with some personal information about yourself. Like you, we are concerned with your privacy and its protection. Therefore, we want you to know about our procedures for protecting your privacy, and your rights and responsibilities regarding recorded information about you. As our customer, we want you to understand how we gather information, how we protect it, and how you can help insure its accuracy.

## WHAT KIND OF INFORMATION IS COLLECTED ABOUT YOU

We get most of our information directly from you. In most cases the application you complete gives us all the information we need to evaluate you or your property for insurance. Should we need additional information or want to verify information you have given us, we will contact you, either by phone or mailed questionnaire. Once you have been insured with us for a period of time, your record may contain information related to any claims you made under your policy.

In some insurance transactions, we may not be able to get all the information we need directly from you. In that case, we may obtain information from outside sources at our own expense. For example, with auto insurance, we routinely obtain record of accidents, violations and convictions from your State Motor Vehicle Department. Similarly, we may ask a doctor who has treated you to confirm or give us more details about medical information you have given us.

We may get information by personal or telephone interviews or by writing members of your family, friends, neighbors, employers, insurance agents or other insurance companies with whom you have applied for a policy, and others who you know. Sometimes, before we ask for information from one of these sources, we may ask you to sign an AUTHORIZATION, which gives us the right to proceed.

In some instances, we will have your insurance agent contact the sources described above to get the additional information we need. However, it is common for an insurance company to ask an independent source to help it verify information and add to information given on an application. There are many such companies, which are commonly called "consumer reporting agencies", which are in the business of being an outside, independent source of information to insurance companies. If we retain an agency to gather information for us, we will choose one that is discreet and impartial.

We may only ask such an agency to verify the address, marital status or other information you have given us in your application. If we need more details than you have given us, we will ask the agency to prepare a consumer or investigative report.

Such reports are used to help us decide if you qualify for the insurance you have applied for. The consumer reporting agency would obtain information about you in the same way that we would. That is, they will contact persons you know. If the agency prepares a report on you, it may deal with your mode of living, character, general

reputation and personal characteristics, such as your health, job and finances. When it is applicable, such a report could also have information on your marital status, driving record, job duties, drug or alcohol use, dangerous sport activities or any official record of criminal activity.

On insurance for homes, buildings, or boats, for example, if we asked an independent reporting agency to prepare a report, the agency would send out an investigator to view your property and verify information on your application. The report would contain information on the value and condition of your property, and would frequently contain a photograph of it. Similarly, on insurance for personal property, such as jewelry, antiques or art, the agency would send an appraiser to prepare a report. Only in a rare case would we ask for an investigative or consumer report in connection with an auto policy. If we did, information in that report would relate to your driving record, use of the automobile, drug or alcohol use and similar details.

The information we receive about you from an independent reporting agency will be treated in the same confidential way in which we treat the information you have on your application. However, the information collected by the agency may be retained by them and later shared with others who use these reports. It will be given to others only to the extent permitted by the Federal Fair Credit Reporting Act and your state's Fair Credit Reporting Act, if it has one.

If we use an independent reporting agency to prepare a report on you, you have the right to be personally interviewed by them. Information you give the agency during an interview will be included in the report sent to us. If you wish to be interviewed, please tell us how the agency can contact you, and every effort will be made to interview you. Even if you are not interviewed, you have the further right to request that the reporting agency provide you with a copy of the report it makes. Write us for the address of any agency we have used to prepare a report on you so that you can contact them directly to find out more about that report.

### WHAT WE DO WITH INFORMATION ABOUT YOU

Information about you will be kept in our policy records. We will refer to and use that information for purposes related to issuing and servicing insurance policies and setting claims.

Without your prior authorization, we may, as permitted by law, share information about you contained in our files with certain persons or organizations The types of person or organizations we may share this information with include:

- your agent, broker or sales representative,

- adjusters, appraisers, investigators and attorneys,

- persons or organizations who need information to perform a business, professional or insurance function for us, such as businesses that help us with data processing or marketing,

- other insurance companies, agents or consumer reporting agencies as it is needed in connection with any application, policy or claim involving you,

- an insurance-support organization which is established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims,
- a medical professional to inform you of a medical condition of which you may not be aware,
- persons or organizations that conduct scientific research, including actuarial or underwriting studies,
- our affiliated companies,
- a court or government agencies when subpoenaed.

Upon your request we will provide you with a more complete description of the circumstances under which personal information may be disclosed without your prior authorization. Write us at the address at the end of this notice.

### HOW YOU CAN REVIEW RECORDED INFORMATION ABOUT YOU

You have the right to review the recorded personal information about you contained in our files and to get a copy. You have the further right to request that we correct, amend or delete any of this information. If you request, we will provide you with a description of the procedures which allow you to review and request correction of personal information about you contained in our files.

If, after reading this, you should have any questions about our procedure or information contained in our files about you, please contact us at:

Privacy Request Unit - 13S
The CNA Insurance Companies
CNA Plaza
Chicago, Illinois 60685

G-53254-B Ed. 10-90

USP USP USP USP USP USP USP USP
USP USP USP USP USP USP USP
USP USP USP USP USP USP USP USP

**It's Important For You To Know**

ENCOMPASS
Formerly known as CNA Personal Insurance

# ENCOMPASS INSURANCE PRIVACY POLICY FOR CUSTOMERS

**Important Notice**
*How We Use and Protect Your Personal Information*

Encompass Insurance shares your concerns about privacy. We understand that you want to know how we treat the personal information that we obtain from you or other sources in the course of providing you with products and services. As an Encompass Insurance customer, you may be wondering...

- What kind of personal information do we have, and where did we get it?
- What do we do with the personal information we have about you?
- How do we protect that information?
- How can you find out what information we have about you?

We hope this notice will help answer those questions. We want you to know that we respect the privacy of our customers.

**What kind of personal information do we have, and where did we get it?**

Much of the personal information that we have about you comes directly from you. You provided much of this information to us on your application or request for insurance or other products we offer. We may contact you by telephone or mail for additional information. We also keep information about the types of products and services you purchase from us, as well as account balances and payment history.

Depending on the nature of the transaction you are completing with us, you may be required to provide Encompass Insurance, our affiliates, agencies, or other entities working on our behalf with information. That information may include, for example, your name, address, birthdate, phone number, health information, E-mail address, the types and numbers of the policies you hold, Social Security number, credit card information, driver's license number, accident/violation history, information about vehicle operators, mortgages, lien/lease holders, or vehicle information. We may also collect information from our website, such as your activity while using our site (for more information, see our online Privacy Statement at encompassinsurance.com).

We may also collect personal information from outside sources, including consumer reporting agencies and health care providers. This information includes loss information reports, motor vehicle reports, credit reports, and medical information.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-40173A Ed. 02-01                                                                                 Page 1 of 4

### What do we do with the personal information we have collected about you?

Encompass Insurance does not disclose any of your personal information to companies or organizations not affiliated with us that would use the information we have provided them to contact you about their own products and services.

Your agent or broker may use your personal information in his or her files for marketing purposes or to help you with your overall insurance program. We may also use your personal information to communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. In addition, we may, as permitted by law and without your prior permission, provide personal information about you contained in our records or files to persons or organizations such as:

- your agent or broker,
- persons who perform a business function for us, such as businesses that help us prepare certain policyholder communications we send to you
- insurance support organizations,
- other insurance companies in order to perform their role in an insurance transaction involving you,
- independent claim adjusters,
- businesses with whom we have a marketing agreement relating to our products or services,
- businesses that conduct actuarial or research studies,
- regulatory or law-enforcement authorities,
- our affiliated companies,
- persons requesting information pursuant to subpoena or court order, and
- repair shops and recommended vendors.

### How do we protect your personal information?

When we share personal information with companies working on Encompass Insurance's behalf, we protect that personal information where required by law with a confidentiality agreement that obligates those companies to conform to our standards and keep confidential any information about you that we give them. Within Encompass Insurance, your personal information is available to those individuals who may need to see it to fulfill and service the needs of Encompass Insurance customers. In addition, we communicate regarding the need to protect your information to those individuals who have access to it, and we've established physical, electronic, and procedural safeguards to protect your information.

Finally, should your relationship with Encompass Insurance end, your personal information will remain protected in accordance with our privacy practices as outlined in this Important Notice.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**It's Important For You To Know**

**ENCOMPASS**
INSURANCE
Formerly known as CNA Personal Insurance

### How can you find out what information we have about you?

You may request to either see, or obtain from us by mail, the personal information about you in our records. If you believe the personal information we have about you in our records is incomplete or inaccurate, you may request that we make any necessary corrections, additions or deletions to the disputed personal information. We may make arrangements with an insurance support organization or a consumer-reporting agency to copy and disclose personal information to you on our behalf. You may also request a more complete description of the persons to whom we disclose personal information about you, or the circumstances which might warrant such disclosures.

You may send any of the requests listed above in writing to:

Encompass Insurance
401 Penn Street
Reading, PA 19601
ATTN: GLB

### Attention, Internet Users

To better serve you, encompassinsurance.com provides information about Encompass Insurance, our products, and the agencies and brokers that represent us. When accessing encompassinsurance.com, please be sure to read the Privacy Statement that appears there.

In addition to the information contained in this Important Notice, the encompassinsurance.com Privacy Statement provides important information relating to your use of the website, including, for example, information regarding our collection of information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site. The website notice also contains important information you should consider regarding the degree of security of information transmitted over the Internet.

We hope you have found this Important Notice helpful. If you have any questions or would like more information, please don't hesitate to contact us as outlined above or visit encompassinsurance.com.

Encompass Insurance is underwritten by one or more of the following companies which have offices located in Chicago, Illinois except where otherwise noted:

- The Continental Insurance Company
- The Fidelity & Casualty Insurance Company of New York
- The Glens Falls Insurance Company
- Kansas City Fire & Marine Insurance Company

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-40173A Ed. 02-01                                                                 Page 3 of 4

It's Important For You To Know

ENCOMPASS
Formerly known as CNA Personal Insurance

Fireman's Insurance Company of Newark, NJ
Boston Old Colony Insurance Company
The Buckeye Union Insurance Company
National-Ben Franklin Insurance Company of Illinois
The Mayflower Insurance Company, Ltd.
Commercial Insurance Company of Newark, NJ
The Continental Insurance Company of New Jersey
Niagara Fire Insurance Company
CNA Casualty of California
American Casualty Company of Reading, PA
National Fire Insurance Company of Hartford
Valley Forge Insurance Company
Continental Casualty Company
Continental Lloyd's Insurance Company (Home Office: Dallas, Texas)

*[handwritten notes:]*
Pole House —
Lee - Serve Pro
Sullivan →
732 780 0062
732 492 4802

Evelyn Sullivan —
732 530-7500
732 671 3400 pm - 259

268,200 →
490
278,000
- 170
100,000 →

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-40173A Ed. 02-01                                         Page 4 of 4