UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENS FALLS INSURANCE COMPANY a/s/o HAROLD and LAUREN HEINZ, | : | CIVIL CASE NO. 303 CV 1015 (DJS) |
| Plaintiff | : | |
| V. | : | |
| COMMAND FORCE SECURITY SYSTEMS, INC. | | |
| Defendants | : | SEPTEMBER 5, 2003 |

### INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Glens Falls Insurance Company a/s/o Harold and Lauren Heinz, hereby provides the required disclosures pursuant to Rule 26(a)(1):

    A)    **WITNESSES**

        Harold Heinz
        Lauren Heinz
        34 Wildwood Drive, Wilton, Connecticut

        Jake Mollenkopf
        Glens Falls Insurance
        P.O. Box 319
        Manasquan, NJ 08736

1

Wilton Fire Department
Wilton Fire Marshal's Office
236 Danbury Road
Wilton, CT 06897

Various members of the Wilton Fire Department of Wilton Fire Marshal's Office may have discoverable information relating to this case. The plaintiff is not certain as to the names of the individuals from the Wilton Fire Department or Wilton Fire Marshal's Office who may have such information. However, the report from the Fire Department and Fire Marshal's Office is enclosed with this disclosure.

**B)    DOCUMENTS**

Attached is a copy of a report from the Wilton Fire Department and from the Wilton Marshal's Office. Also attached are copies of photographs taken by the Wilton Fire Department.

**C)    COMPUTATION OF DAMAGES**

The plaintiff has paid approximately $980,315.00 to or on behalf of its insureds as a result of the fire. The plaintiff will provide a breakdown of the damages.

**D)    INSURANCE POLICY**

Attached is a copy of the insurance policy issued by Glens Falls Insurance to Harold and Lauren Heinz.

2

THE PLAINTIFFS,
GLENS FALLS INSURANCE COMPANY
a/s/o HAROLD and LAUREN HEINZ

By _____
Joseph E. Mascaro, Esq. – CT 12736
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 5th day of September, 2003, as follows:

Attorney Joan M. Gilbride
Kaufman, Borgeest & Ryan, LLP
200 Summit Lake Drive
Valhalla, NY 10595

_____
Joseph E. Mascaro