Town of Wilton, CT
Survey #: 2 1-

PAGE 1 OF 1

RECORDED DATA                                              34 WILDWOOD DR       0689.
HEINZ, HAROLD D & LAUREN                                   WILTON
34 WILDWOOD D
WILTON, CT 06__

CURRENT           Appr    Asmt    PARCEL DATA
Code
ResLand   1-1   196,000  137,200  LIST#   006114
ResExcld  1-2     1,400      980  CENTR   0000451
Res.Dwel  1-3   267,400  187,180  DIST    001
Outbldgs  1-4     3,800    2,660  APPRi   DL00
                                  MMDDY   08/22/00
                                  PROPU   1
                                  T/U/R   04050601
                                  GLMAJ   1

               NBHD       L100  M100  B100   0000005.00
               BUILDING VALUES
               POINTS                        21,984. 99
               GLA      SQFT RATE            281.38
               RCN                           409000 SW
               DEPR                          5.00
               OBSOL
               BLDG VAL                      267,400
               BLDG_EXTRAS                   4,674

               LAND VALUE                    197,400
               MISC VALUE                      3,800
               BLDG VALUE                    267,400
               MARKET VAL                    468,600
               VALUE BY    MARKET

STYLE 01  BLDG NO. 001
G/L Code  1-3     001    Res.Dwellings
Style     001            Ranch
Grade     04             Average x 1.12
Stories   01             1 Story
Occupancy 1
Ext Wall  08             Wood on Sheathing
Ext Wall  00             N/A
Roof Str  03             Gable or Hip
Roof Cvr  03             Asph/F Glass/Compo
Int Wall  05             Drywall
Int Wall  07             K Pine/A Wood
Int Floor 12             Hardwood
Int Floor 14             Carpet
Fuel      02             Oil
Htg Type  05             Hot Water
AC Type   01             None
Bedrooms  3
Bathrooms 02.5
Bath Rooms 07
Ext Style 02             Average
Year Bt   1967
Eff Year  1989
Depr Tbl  005
Pct Depr
Func Obs  000
Econ Obs  000
Spec Cn Cd 000
Spec Cn Pct 000
Yr Level    000
Location    000
# Levels    000
% Tt Units  000
% In Adj    000

               Yr     Appr     Asmt
               Code
               00  1-1   196,000  137,200
               00  1-2     1,400      980
               00  1-3   267,400  187,180
               00  1-4     3,800    2,660

TOTAL          468,600          328,020

PREVIOUS ASSESSMENTS (HISTORY)
                 Appr     Asmt
      Yr
      Code
      1-1   196,000  137,200
      1-2     1,400      980
      1-3   172,700  120890
      1-4    13800    9660

TOTAL   468,600  328020  383900

YAMASAKI, DENNIS M & YVONNE T
                                                MO/DY/YR  Q VI  SL PRICE SI
PERM ID#    ISSUE DT  TYPE  DESCRIPTION         AMOUNT  INSP DT   DT COMP
016216      081999    ADD                       148000  082200    6291 051800
                                                VOL/PAGE 2687930
                                                1052/0184    07/30/93 Q I 424500
                                                0856/0165    07/31/97 Q I

PROPERTY NOTES :
IA 12X30 SFB HAS INGROUND POOL W/SHOWER
WDSTV, 1 BTH IN BSMT
WDK-ANG, LL2 - TOPO, SHRD DR

              BLDG EXTRAS
DESC              LENGTH  WIDTH   UNITS   ADJ PRICE   EYB    PCT   ADJUSTMNT   VALUE
Fireplace 1 Sty      .00    .00    1.00    2200.00   1989  01  5    .00       2090
Extra FPL Open1      .00    .00   21.00     800.00   1989  01  5    .00        760
Sauna                .00    .00   24.00      80.00   1989  01  5    .00       1824
Pool             21.00  12.00    252.00      18.00   1994  OC 75    .00       3400
Ing Concre           .00    .00  112.00       8.00   1994  OC 75 **.00        3400
Shed Frame           .00    .00             4674                  *.00        3800

                                      MISC TOTAL

ZONING FRONTAGE  DEPTH    UNITS  TP   ACRES   PRICE    NB   COND   AJ PRICE      VALUE
R-2       .00     .00  87120.00   S    2.00   2.25     05   1.00    2.25       196000
R-2       .00     .00     .18    A     .18  10000.00  00    0.75  7500.00       1400

TOTAL ACRES                 2.18                                  LAND TOTAL   197400

REC  LUSE  DESC
001  1-1   ResLand
002  1-2   ResExcld

REC  BLDG  CODE  DESC
001  001   FPL1  Fireplace
002  001   FPO   FPO
003  001   SNA   SNA
004  001   SPL1  SPL1
005  000   SHD1  SHD1
006  000