# Fire Marshal's Office
## Wilton, Connecticut
### FIRE INVESTIGATION REPORT

**FILE COPY**

| | |
|---|---|
| INCIDENT # 01-801 | INVESTIGATOR(S) ASSIGNED: KOHN |
| INCIDENT DATE: 7/23/01 | ALARM TIME RECEIVED: 1109 HRS. |
| LOCATION: 34 WILDWOOD DRIVE | UNITS RESPONDED: SEE WFD INCIDENT REPORT |
| OCCUPIED BY: HAROLD AND LAUREN HEINZ | OFFICER IN CHARGE: CHIEF VON ZEHLE |

CLASSIFICATION OF BUILDING: RESIDENTIAL - SINGLE FAMILY

| | |
|---|---|
| INCIDENT REPORTED BY: AUTOMATIC FIRE ALARM (VIA WILTON P.D.) | FIRST UNIT ON SCENE: E-2 |
| | LAST UNIT TO CLEAR SCENE: C-3 |

**EXTENT OF DAMAGE TO STRUCTURE:**
MODERATE TO HEAVY FIRE DAMAGE TO ROOM OF ORIGIN AND BEDROOM ABOVE (FIRE TRAVELED VIA EXTERIOR)
MODERATE TO HEAVY FIRE, HEAT & SMOKE DAMAGE TO OTHER AREAS OF DWELLING

**EXTENT OF DAMAGE TO CONTENTS:**
HEAVY FIRE DAMAGE TO ROOM OF ORIGIN - MODERATE TO HEAVY FIRE, HEAT & SMOKE DAMAGE TO BEDROOM ABOVE

MODERATE TO HEAVY HEAT AND SMOKE DAMAGE TO OTHER AREAS

**DAMAGE TO OTHER PROPERTY:**
NONE OBSERVED

**INSURANCE CARRIER:**
CNA - GLENS FALLS INSURANCE CO.

*CLAIM # 03447971*

**POLICY #** POLICY #US196581324

**CONTACT PERSON:** ENCOMPASS INSURANCE
DAVID BOSTROM - PROPERTY CLAIMS SPECIALIST
203.284.8717

**EXTENT OF COVERAGE & PRIOR HISTORY:**

FILE COPY

| TYPE OF HEATING SYSTEM: OIL FIRED - HOT WATER BASEBOARD | TYPE OF COOKING APPLIANCES: NOT A FACTOR |
|---|---|

HEATING OR COOKING EQUIPMENT INVOLVED IN IGNITION SEQUENCE:
  NONE A FACTOR

FLAMMABLE LIQUIDS/HAZ MAT ON PREMISES:
  NONE OBSERVED

INVOLVED IN IGNITION SEQUENCE:
  NONE

BUILDING/CONTENTS A FACTOR IN FIRE PROGRESSION:
  NOT A FACTOR

ELECTRICAL APPLIANCES, WIRING OR EQUIPMENT INVOLVED IN IGNITION SEQUENCE:
  TABLE LAMP

UNUSUAL CONDITIONS OBSERVED:
  NONE

FIRST DEPARTMENT MEMBER IN BUILDING:  FFS CARLSON & CHALOUX

OBSERVATIONS UPON ENTRY:
  HEAVY FIRE EMANATING FORM ROM OF ORIGIN EXTENDED TO ROOM ABOVE

  SEE WFD INCIDENT REPORT

EYEWITNESS(ES):
  NONE

EYEWITNESS OBSERVATIONS:
  N/A

| | |
|---|---|
| FIRE PROTECTION EQUIPMENT PRESENT: | |
| SMOKE DETECTION SYSTEM TIED TO AUTOMATIC ALARM (MONITORED) | |
| PERFORMANCE OF FIRE PROTECTION EQUIPMENT: | |
| OPERATED AND TRANSMITTED ALARM | |
| FIRE PROTECTION EQUIPMENT TAMPERED WITH: | |
| NONE OBSERVED | |

| PHOTOGRAPHS: YES X   NO | PHOTOGRAPHERS NAME(S): KOHN | |
|---|---|---|
| FILM USED: | ASA: | FLASH USED: |
| SAMPLES TAKEN: YES   NO X | NUMBER OF SAMPLES TAKEN: 0 | |

CASUALTIES:
 NONE

INCIDENT NARRATIVE AND REMARKS:

UPON ARRIVAL AT 34 WILDWOOD I SPOKE WITH FFS CARLSON AND CHALOUX WHO DESCRIBED THEIR OBSERVATIONS AND ACTIONS TO EXTINGUISH THE FIRE (SEE WFD INCIDENT NARRATIVE)

INTERVIEWED MRS. HEINZ WHO STATED THAT SHE, MR. HEINZ AND DAUGHTER HAD LEFT THE HOUSE AT APPROXIMATELY 8 AM TO GO TO WORK AFTER DROPPING OFF DAUGHTER AT SCHOOL. MR. & MRS HEINZ WERE NOTIFIED BY ALARM CO. OF FIRE AT THEIR HOUSE. MRS. RETURNED HOME WHILE MR. TENDED TO STORE THEY OWN IN THE BRONX, NY.

MRS. HEINZ STATED THAT A CAT WAS KEPT IN THE LOWER LEVEL BEDROOM THAT HAD BEEN HER SON'S BEFORE GOING OFF TO COLLEGE. THE CAT WAS LARGE AND ILL AND A GATE WAS IN PLACE AT THE DOOR TO HALL SO IT WOULD NOT ROAM THE HOUSE. THE ROOM WAS ALSO USED TO STORE BAGS OF CLOTHING AND BELONINGS OF THE SON LEFT WHEN HE OCCASIONALLY CAME HOME FROM COLLEGE.

TOOK PHOTOGRAPHS AND CONDUCTED INITIAL SURVEY OF THE SCENE INTERIOR AND EXTERIOR - THE SCENE WAS SECURED WITH FIREWATCH POSTED TO BE RESUMED A.M. OF 7/24

7/24/01:

ASSISTED BY FF DWYER, BEGAN INVESTIGATION TO DETERMINE CAUSE AND ORIGIN. BASED ON OBSERVATIONS OF 7/23 IT WAS DETERMINED THAT FIRE BEGAN IN LOWER LEVEL BEDROOM. MR. HEINZ STATED THAT THE CLOTHING AND BELONGINGS IN THIS ROOM WERE ARRANGED SO AS TO DISCOURAGE THE CAT FROM CLIMBING ONTO THE BED.

BURN PATTERNS ON THE WALLS OF THE ROOM AND CHARRING OF THE WOOD CEILING INDICATED THE FIRE STARTED AT THE BED & CLOSE TO THE MIDDLE. THE MATTRESS AND COVERING FOR THE BEDSPRING HAD BEEN COMPLETELY CONSUMED. ALSO, THE BOXSPRING FOR MATTRESS SUPPORT WAS SEVERELY DISTENDED DOWN AT THIS LOCATION.

THE BASE AND SHADE FRAME OF THE LAMP WHICH HAD BEEN ON THE NIGHTSTAND WERE OBSERVED AT THIS LOCATION ALSO. HOWEVER IT APPEARED THAT THE LAMP SWITCH SOCKET AND BULB HAD BEEN COMPLETELY CONSUMED. NO IDENTIFIABLE REMNANTS COULD BE FOUND IN THE DEBRIS WHEN SIFTED.

INVESTIGATORS SIGNATURE _____    DATE 10/06/01

FILE COPY

WILTON FIRE DEPARTMENT
INVESTIGATION NARRATIVE - CONTINUED

MR. HEINZ HAD FED THE CAT BEFORE LEAVING FOR WORK ON 7/23. HE STATED HE WAS SURE THE LAMP WAS NOT ON BUT WAS UNCERTAIN WHETHER IT MIGHT HAVE BEEN SWITCHED ON BUT BURNED OUT. HE DID REMEMBER HOWEVER THAT THE LIGHT BULD WAS A 3 WAY TYPE

BAGS OF CLOTHING THAT WERE ON THE BED AND AROUND IT ON THE FLOOR AS DESCRIBED BY MR. HEINZ WERE APPARENTLY CONSUMED ALMOST COMPLETELY BASED ON THE SMALL AMOUNT OBSERVED LEFT.

EXAMINED ELECTRICAL WIRING, SWITCHES AND RECEPTACLES IN THE ROOM AND DID NOT FIND ANY CONDITIONS THAT WOULD INDICATE A POSSIBLE IGNITION SOURCE. ALL DAMAGE WAS DETERMINED TO BE FROM EXPOSURE TO THE FIRE. A PORTABLE TELEVISION HAD BEEN CONNECTED TO A RECEPTACLE BUT WAS LOCATED REMOTE FROM THE POINT OF ORIGIN.

NO OTHER EVIDENCE WAS DISCOVERED TO INDICATE A SOURCE OF HEAT TO IGNITE COMBUSTIBLES AT OR CLOSE TO THE POINT OF ORIGIN

WHILE COMBING AND REMOVING THE DEBRIS, THE REMAINS OF THE CAT WERE DISCOVERED ON THE BED SPRINGS ON THE HEADBOARD END AND IMMEDIATELY ADJACENT TO THE POINT OF ORIGIN.

**CONCLUSION:**

WHILE NO DIRECT EVIDENCE WAS DISCOVERED TO PROVE THE TABLE LAMP WAS SWITCHED ON (SINCE SWITCH SOCKET WAS APPARENTLY CONSUMED), IT IS THE OPINION OF THIS INVESTIGATOR THAT IT MOST LIKELY WAS. IT IS ALSO REASONABLE TO PRESUME THAT BROKEN LIGHT BULB FILAMENTS COULD HAVE CONTACTED TO LIGHT THE BULB WHEN THE LAMP WAS KNOCKED OVER BY THE CAT WHILE CLIMBING OVER THE NIGHTSTAND TO GET ON THE BED.

THEREFORE, IT IS THE OPINION OF THIS INVESTIGATOR THAT THIS FIRE WAS STARTED BY THE HEAT OF THE LAMP BULB IGNITING COMBUSTIBLES ON THE BED.

INVESTIGATORS SIGNATURE _____ DATE 10/04/01

FILE COPY

ROOM OF FIRE ORIGIN
34 WILDWOOD DRIVE

NOT TO SCALE

REF. WFD INC. # 01-801
7/23/01

FILE COPY

HALLWAY

CLOSET

GATE AND DOOR CONSUMED

CLOTHES AND OTHER MISC. ON FLOOR THIS AREA

CHEST OF DRAWERS

NIGHT STAND

WHERE CAT WAS FOUND

POINT OF ORIGIN

BED

BOX SPRING

OVERHANG ABOVE WINDOWS

TV TABLE

# WILTON FIRE DEPARTMENT

## CONSENT FORM FOR FIRE SCENE EXAMINATION

I, __HAROLD HEINZ__ have been requested
   (name)
to consent to an examination of my property located at:

__34 Wildwood Road - Wilton, CT__

_____

(full description and address of property)

This examination is being conducted as part of an investigation of the fire which occurred to this property on __7/29/01__
                                                                   (date of fire)

I am the lawful occupant of this property. I have been advised of my constitutional rights to refuse such consent and to require that a search warrant be obtained prior to any examination. I have further been advised that if I do consent to an examination, any evidence found as a result of such examination, can be seized and used against me in any court of law, and that I may withdraw my consent at any time prior to the conclusion of the examination.

After having been advised of my constitutional rights as stated above, I hereby voluntarily waive those rights and consent to an examination and authorize:

__DAVID KOHN__
Wilton Fire Department Investigators

to conduct a complete examination of the above-described property. Further, permission is granted to remove from this property any material deemed pertinent in relation to the investigation of this fire.

__[signature]__                            __7/24/01__
(signed)                                   (date)

Witnesses:

_____

_____