# FIRE INVESTIGATIVE ANALYSIS
## 34 WILDWOOD DRIVE
## WILTON, CT

T. J. Klem and Associates has been asked to supplement its fire investigative analysis of the 7/23/01 fire at 34 Wildwood Drive, in Wilton CT. The author of this supplemental analysis is Thomas J. Klem.

This additional analysis assesses the adequacy of the structure's installed fire detection/alarm system (which included alarm monitoring) in providing early detection of a fire, notification to the monitoring company, timely notification of the fire department and the system's ability to achieve life safety of the occupants and to limit fire damage to the home (i.e. its "design criteria"). (Also see 8-1.2 and 8-1.3.1, 1999, *National Fire Alarm Code*).

Such an early warning fire alarm system is intended to detect the fire before its growth and spread hamper the firefighters' capability to achieve early suppression. To achieve this goal/design criteria, firefighter intervention must occur before "flashover" conditions are reached. (See 1-2, 1999, *National Fire Alarm Code*).

In addition to researching relevant fire protection literature, I have made a detailed inspection of the single-family dwelling involved in the incident, examined the room of fire origin in the lower level, examined the fire detection/alarm system throughout the home, and have reviewed the original investigative report submitted by T. J. Klem and Associates to Encompass Insurance. Using computer fire models, I have evaluated various fire scenarios to estimate detection times and the fire department response time, both actual and

1

as would have existed if smoke detectors were located in accordance with nationally recognized fire safety codes. This analysis utilizes sound fire protection engineering judgment for adequate smoke detection system performance, based in part on the guidance (requirements, etc.) of NFPA 72, *National Fire Alarm Code*.

Included in the assessment of the system's fire/smoke detection performance were factors of: (1) fire ignition, growth, and combustion product development within the room of origin, (2) combustion product transport throughout the room of origin and the lower levels of the structure, and (3) performance of various early warning devices. Detection times and subsequent fire department notification can be affected by the following key variables: detector type, detector location, smoldering fire duration and fire transition to flaming conditions.

Discussion

The relevant fire protection engineering literature is consistent that in order to achieve full effectiveness for household fire warning systems, adequate assessment of the performance objectives by the fire alarm design company, including the design and installation of the fire alarm system, the unique construction methods of the home (in this case, vaulted ceilings, beam construction, etc.), consideration of the likely type of fire, consideration of fire detector type(s), location(s), etc., and finally, expected response time of the fire department, must all be considered in the adequate design of the system.

Based on our analysis of this fire and the installed fire detection equipment within the home, the fire detection system was inadequate.

There are three acceptable detector placements for this residence:

a) detector outside the basement family room (required by NFPA 72, installed)

b) detector outside the bedrooms (required by NFPA 72, but <u>not</u> installed), and

c) detectors inside the bedrooms (installed within the home in some bedrooms, {but <u>not</u> in the bedroom of fire origin} required for new construction in later editions of NFPA 72).

While placement of the detector outside the basement family room may have satisfied the every-level requirement, it clearly did not satisfy the requirement to have a detector placed on the ceiling of the hallway serving the bedrooms, as required in NFPA 72 (see 1996 ed, 2-2.1.1.1 "Smoke detectors shall be installed outside of each separate sleeping area in the immediate vicinity of the bedrooms and on each additional story of the family living unit, including basements and excluding crawl spaces and unfinished attics. In new construction, a smoke detector also shall be installed in each sleeping room.") (Also see NFPA 101, *Life Safety Code*, 7-6.2.9 and 21-3.3.1, 1994 {and similar subsequent ed's} and NFPA 72, 8-1.4.1.6.2. 1999 ed).

From a fire protection standpoint, the deep-ceiling beams in this lower-level hallway area effectively separated the downstairs bedroom area into individual hallways. Adequate smoke detector design and installation should

3

have evaluated this factor (see NFPA 72, 2-3.4.1.1, 2-3.4.5 and 2-3.4.6.1 1999.) Considering this obstruction to early fire detection, the placement of detectors should have been in the "hallway" to which <u>both</u> bedroom doors opened to achieve the required performance objective of the national code (see NFPA 72, 2-3.4.6.1 1999 ed.)

Additionally, placement of a detector within each of the lower-level bedrooms should have been achieved. The 1996 edition and prior editions of the national code did not require smoke detectors within bedrooms. However, later editions of the Code do require detectors within bedrooms. The extensive renovations to the home resulted in smoke detectors being installed in bedrooms in the upper portions of the home (reflecting the change in the national code and as it is enforced in CT). Unless a "distinct hazard to life" exists, such improved levels of protection are required in new construction areas (etc.) only (see NFPA 72, 1-2.3. 1999 ed.) Fire protection practices, guided by building and fire prevention codes and their enforcement, require a separation with fire barriers, (e.g.) between new from existing building areas when additions and renovations occur. This would have been an impractical solution in this case. However, considering the potential threat to life safety within the home, sound fire protection engineering judgment dictates that this home should have installed an <u>equivalent level</u> of fire protection throughout all sleeping areas of the home. The lower level bedrooms did not contain smoke detectors, but they should have. Further, due to the ceiling beam within the area of fire origin, two detectors would

Thomas J. Klem and Associates
Fire Protection Engineers and
Certified Fire Investigators

have provided the best design of the fire alarm system for this area (if properly placed one detector might have been acceptable).

### Smoldering Fire Duration and Detector Type

According to NFPA, bedrooms are the second leading room of origin in home fires. NFPA's *Fire Protection Handbook* (18th Edition) notes that mattresses, bedding, and clothing historically account for 50.5% of textiles that are the initial fuels in bedroom fires. Typically, such fuels may smolder for prolonged periods before flaming combustion occurs.

The fire scenario in this case consists of clothing located on a bed ignited by an overturned lamp. Given this scenario, prolonged smoldering would be expected. The *SFPE Handbook,* Section 1/Chapter 23, "Smoldering Combustion," indicates that smoldering fires of combined fabric and bedding materials are able to smolder over a very wide degree of conditions. There is a very high likelihood that the fire in this incident began in a smoldering phase prior to open flaming.

A smoke detector adequately installed in the bedroom of fire origin, regardless of the type (i.e. ionization or photoelectric) would have provided earlier detection and faster response by the fire department. With an earlier response, firefighters not only would have found an incipient fire but the minimal suppression efforts necessary would also have prevented extensive fire damage and reduced the dollar loss of this incident.

Thomas J. Klem and Associates
Fire Protection Engineers and
Certified Fire Investigators

## Conclusions

The installed fire detection system within this residence was inadequate. The installed system could not and did not provide the necessary early detection and notification of the fire department that an adequately designed and installed system would have achieved. The fire alarm design company should have been aware of the minimum effective design required for the fire detection/alarm system for this unique residence. Any deficiency in adequate detector arrangement/location should have been recognized by the fire alarm design company and rectified.

The zones created by the deep ceiling beams and doorway lintels in this residence provided significant barriers to the spread of combustion products from the fire to the sole existing lower-level smoke detector. These features of the home resulted in a significant delay in the activation of the installed lower-level hallway detector. To meet the requirements of NFPA 72, a smoke detector should have been installed just outside the bedroom area in the lower level at a minimum. Additionally, sound fire protection engineering judgment dictates that the unique construction features of the home should have also resulted in smoke detectors being installed within lower level bedrooms as well.

An installed detector within the bedroom of fire origin would have likely activated from a smoldering fire within minutes of the lamp igniting the cloths. Even a detector installed within the "correct" hallway (in absence of a detector within the room of fire origin), would have resulted in a detection time well in advance of the fire reaching flashover in the bedroom. Prior to flashover, the fire

would have been relatively contained within that room and still very manageable by the fire department.

At a minimum, a properly designed, installed and maintained fire alarm system for this home should have included a smoke detector located within the room of fire origin, a smoke detector located just outside the lower level bedrooms and a smoke detector at the opening to the stairway. Had such detector installations been made in this home, notification of the fire department would have been significantly reduced resulting in prompt suppression and a significant reduction of fire damage to the home.

tained for not less than 12 months. Upon request, a hard copy record shall be provided to the authority having jurisdiction. Paper or electronic media shall be permitted.

**7-5.4** If the operation of a device, circuit, control panel function, or special hazard system interface is simulated, it shall be noted on the certificate that the operation was simulated, and the certificate shall indicate by whom it was simulated.

## Chapter 8   Fire Warning Equipment for Dwelling Units

**8-1\*   Primary Function.** Fire warning equipment for dwelling units shall provide a reliable means to notify the occupants of a dwelling unit of the presence of a threatening fire and the need to escape to a place of safety before such escape might be impeded by untenable conditions in the normal path of egress.

**8-1.1\*   Limitations.**

**8-1.1.1** Life safety from fire in residential occupancies shall be based primarily on early notification to occupants of the need to escape, followed by the appropriate egress actions by those to escape. Fire warning systems for dwelling units are capable of protecting about half of the occupants in potentially fatal fires. Victims are often intimate with the fire, too old or too young, or physically or mentally impaired such that they cannot escape even when warned early enough that escape should be possible. For these people, other strategies such as protection-in-place or assisted escape or rescue shall be necessary.

**8-1.1.2\*** The performance of fire warning equipment for dwelling units discussed in Chapter 8 shall depend on such equipment being properly selected, installed, operated, tested, and maintained in accordance with the provisions of this code and with the manufacturer's instructions provided with the equipment.

**8-1.2  Performance Criteria.**

**8-1.2.1\*** Sufficient initiating devices shall be installed within the dwelling unit so that their operation provides adequate egress time before the occurrence of untenable conditions at any point along the normal path of egress for all design fire scenarios specified in applicable codes and any supplementary fire scenarios specified by the authority having jurisdiction.

**8-1.2.2\*** Fire warning equipment for dwelling units shall provide a sound that is audible in all occupiable dwelling areas. Audible fire alarm signals shall meet the performance requirements of 4-3.4. If the dwelling unit is occupied by people with hearing deficiencies, visible appliances shall be provided in all dwelling areas to meet the requirements of Section 4-4.

**8-1.2.3\*** Newly installed fire warning equipment for dwelling units (including self-contained devices) shall produce the audible emergency signal described in ANSI S3.41, *Audible Emergency Evacuation Signal*, whenever the intended response is to evacuate the building. The same audible signal shall be permitted to be used for other devices as long as the desired response is immediate evacuation.

*Exception: Fire warning equipment that is installed in accordance with provisions of this chapter in other than dwelling units, unless required by another chapter.*

**8-1.3  Verification Methods.** The following methods for verifying compliance with the performance criteria of 8-1.2 shall be permitted. Other methods permitted by the authority having jurisdiction shall be accepted if appropriate.

**8-1.3.1** Calculation of detector activation times for all fire scenarios shall demonstrate that sufficient time is provided to allow for successful escape of all occupants.

**8-1.3.2** Calculation of sound distribution or light intensity levels, or both, shall demonstrate compliance with the performance criteria of 8-1.2.2.

**8-1.3.3** Timing the signal to determine that it meets the required temporal pattern shall be permitted.

**8-1.4  Acceptable Solutions.** Equipment and installations that comply with 8-1.4.1 through 8-1.4.4 shall be considered one way of meeting the performance criteria of 8-1.2. Other means judged by the authority having jurisdiction as providing equivalent performance shall be permitted.

**8-1.4.1\*** Smoke detectors and smoke alarms located in accordance with the requirements of NFPA *101®, Life Safety Code*, for the applicable occupancy classification of the building shall be considered in compliance with these requirements.

**8-1.4.1.1  New Hotels and Dormitories.**

**8-1.4.1.1.1  Detection.**

**8-1.4.1.1.2** A corridor smoke detection system in accordance with Section 7-6 of NFPA *101* shall be provided. (101:16-3.4.4.1)

*Exception: Buildings protected throughout by an approved, supervised automatic sprinkler system installed in accordance with 16-3 of NFPA 101. (101:16-3.4.4.1)*

**8-1.4.1.1.3** An approved, single-station smoke alarm shall be installed in accordance with 7-6.2.10 of NFPA *101* in every guest room and every living area and sleeping room within a guest suite. (101:16-3.4.4.2)

**8-1.4.1.2  Existing Hotels and Dormitories.**

**8-1.4.1.2.1  Detection.**

**8-1.4.1.2.2** An approved, single-station smoke alarm shall be installed in accordance with 7-6.2.10 of NFPA *101* in every guest room and every living area and sleeping room within a guest suite. (101:17-3.4.4.2)

*Exception No. 1: These alarms shall not be required to be interconnected. (101:17-3.4.4.2)*

*Exception No. 2: Single-station smoke alarms without a secondary (standby) power source shall be permitted. (101:17-3.4.4.2)*

**8-1.4.1.3  New Apartment Buildings.**

**8-1.4.1.3.1  Detection.**

**8-1.4.1.3.2** Approved, single-station smoke alarms shall be installed in accordance with 7-6.2.10 of NFPA *101* outside every sleeping area in the immediate vicinity of the bedrooms and on all levels of the dwelling unit including basement. (101:18-3.4.4.1)

1999 Edition

# NFPA 72

## National Fire Alarm Code®

### 1999 Edition

NOTICE: An asterisk (*) following the number or letter designating a paragraph indicates that explanatory material on the paragraph can be found in Appendix A.

A reference in parentheses () at the end of a section or paragraph indicates that the material has been extracted from another NFPA document. The bold number in parentheses indicates the document number and is followed by the section number where the extracted material can be found in that document. The complete title and current edition of an extracted document can be found in the chapter on referenced publications.

Information on referenced publications can be found in Chapter 9 and Appendix C.

## Chapter 1 Fundamentals of Fire Alarm Systems

**1-1 Scope.** NFPA 72 covers the application, installation, location, performance, and maintenance of fire alarm systems and their components.

**1-2 Purpose.**

**1-2.1\*** The purpose of this code is to define the means of signal initiation, transmission, notification, and annunciation; the levels of performance; and the reliability of the various types of fire alarm systems. This code defines the features associated with these systems and also provides the information necessary to modify or upgrade an existing system to meet the requirements of a particular system classification. It is the intent of this code to establish the required levels of performance, extent of redundancy, and quality of installation but not to establish the methods by which these requirements are to be achieved.

**1-2.2** Any reference or implied reference to a particular type of hardware is for the purpose of clarity and shall not be interpreted as an endorsement.

**1-2.3** Unless otherwise noted, it is not intended that the provisions of this document be applied to facilities, equipment, structures, or installations that were existing or approved for construction or installation prior to the effective date of the document.

*Exception: Those cases where it is determined by the authority having jurisdiction that the existing situation involves a distinct hazard to life or property.*

**1-3 General.**

**1-3.1** This code classifies fire alarm systems as follows:

(1) Household fire warning systems
(2) Protected premises fire alarm systems
(3) Supervising station fire alarm systems

   c. Proprietary supervising station systems
   d. Central station fire alarm systems
   e. Municipal fire alarm systems

**1-3.2** A device or system having materials or forms that differ from those detailed in this code shall be permitted to be examined and tested according to the intent of the code and, if found equivalent, shall be approved.

**1-3.3** The intent and meaning of the terms used in this code are, unless otherwise defined herein, the same as those of NFPA 70, *National Electrical Code®*.

**1-4 Definitions.** For the purposes of this code, the following terms are defined as follows.

**Acknowledge.** To confirm that a message or signal has been received, such as by the pressing of a button or the selection of a software command.

**Active Multiplex System.** A multiplexing system in which signaling devices such as transponders are employed to transmit status signals of each initiating device or initiating device circuit within a prescribed time interval so that the lack of receipt of such a signal can be interpreted as a trouble signal.

**Addressable Device.** A fire alarm system component with discrete identification that can have its status individually identified or that is used to individually control other functions.

**Adverse Condition.** Any condition occurring in a communications or transmission channel that interferes with the proper transmission or interpretation, or both, of status change signals at the supervising station. *(Refer to Trouble Signal.)*

**Air Sampling–Type Detector.** A detector that consists of a piping or tubing distribution network that runs from the detector to the area(s) to be protected. An aspiration fan in the detector housing draws air from the protected area back to the detector through air sampling ports, piping, or tubing. At the detector, the air is analyzed for fire products.

**Alarm.** A warning of fire danger.

**Alarm Service.** The service required following the receipt of an alarm signal.

**Alarm Signal.** A signal indicating an emergency that requires immediate action, such as a signal indicative of fire.

**Alarm Verification Feature.** A feature of automatic fire detection and alarm systems to reduce unwanted alarms wherein smoke detectors report alarm conditions for a minimum period of time, or confirm alarm conditions within a given time period after being reset, in order to be accepted as a valid alarm initiation signal.

**Alert Tone.** An attention-getting signal to alert occupants of the pending transmission of a voice message.

**Analog Initiating Device (Sensor).** An initiating device that transmits a signal indicating varying degrees of condition as contrasted with a conventional initiating device, which can only indicate an on–off condition.

**Annunciator.** A unit containing one or more indicator lamps, alphanumeric displays, or other equivalent means in which each indication provides status information about a circuit, condition, or location.

premises complies with all applicable requirements of code by providing a means of verification as specified in either 1-7.2.3.1 or 1-7.2.3.2.

**1-7.2.3.1** The installation shall be certificated.

**1-7.2.3.1.1** Central station fire alarm systems providing service that complies with all requirements of this code shall be certificated by the organization that has listed the prime contractor, and a document attesting to this certification shall be located on or near the fire alarm system control unit or, where no control unit exists, on or near a fire alarm system component.

**1-7.2.3.1.2** A central repository of issued certification documents, accessible to the authority having jurisdiction, shall be maintained by the organization that has listed the central station.

**1-7.2.3.2** The installation shall be placarded.

**1-7.2.3.2.1** Central station fire alarm systems providing service that complies with all requirements of this code shall be conspicuously marked by the prime contractor to indicate compliance. The marking shall be by means of one or more securely affixed placards.

**1-7.2.3.2.2** The placard(s) shall be 20 in.$^2$ (130 cm$^2$) or larger, shall be located on or near the fire alarm system control unit or, where no control unit exists, on or near a fire alarm system component, and shall identify the central station and, where applicable, the prime contractor by name and telephone number.

**1-7.3 Records.** A complete unalterable record of the tests and operations of each system shall be kept until the next test and for 1 year thereafter. The record shall be available for examination and, where required, reported to the authority having jurisdiction. Archiving of records by any means shall be permitted if hard copies of the records can be provided promptly when requested.

*Exception: Where off-premises monitoring is provided, records of all signals, tests, and operations recorded at the supervising station shall be maintained for not less than 1 year.*

## Chapter 2* Household Fire Warning Equipment

**2-1 Introduction.**

**2-1.1\* Scope.** This chapter contains minimum requirements for the selection, installation, operation, and maintenance of fire warning equipment for use within family living units. The requirements of the other chapters shall not apply.

*Exception: Where specifically indicated.*

**2-1.2 Purpose.**

**2-1.2.1** Household fire warning systems shall be designed and installed to provide sufficient warning of a fire to enable occupants to escape. It is recognized that household fire warning systems might not be of material assistance to all occupants, such as persons intimate with the ignition of a fire.

**2-1.3 General.**

**2-1.3.1** A control and associated equipment, a multiple or single station alarm(s), or any combination thereof shall be permitted to be used as a household fire warning system, provided the requirements of 2-1.3.7 are met.

**2-1.3.2** Detection and alarm systems for use within the protected household are covered by this chapter.

**2-1.3.3** Supplementary functions, including the extension of an alarm beyond the household, shall be permitted and shall not interfere with the performance requirements of this chapter.

**2-1.3.4** Where the authority having jurisdiction requires a household fire warning system to comply with the requirements of Chapter 4 or any other chapters of this code, the requirements of Section 2-2 shall still apply.

**2-1.3.5** The definitions of Secton 1-4 shall apply.

**2-1.3.6** This chapter does not exclude the use of fire alarm systems complying with other chapters of this code in household applications, provided all of the requirements of this chapter are met or exceeded.

**2-1.3.7** All devices, combinations of devices, and equipment to be installed in conformity with this chapter shall be approved or listed for the purposes for which they are intended.

**2-1.3.8** A device or system of devices having materials or forms that differ from those detailed in this chapter shall be permitted to be examined and tested according to the intent of the chapter and, if found equivalent, shall be permitted to be approved.

**2-1.3.9 Equivalency.** Nothing in this code is intended to prevent the use of systems, methods, or devices of equivalent or superior quality, strength, fire resistance, effectiveness, durability, and safety over those prescribed by this code, provided technical documentation is submitted to the authority having jurisdiction to demonstrate equivalency and the system, method, or device is approved for the intended purpose.

**2-2 Basic Requirements.**

**2-2.1 Required Protection.**

**2-2.1.1\*** This code requires the following detectors within the family living unit.

**2-2.1.1.1** Smoke detectors shall be installed outside of each separate sleeping area in the immediate vicinity of the bedrooms and on each additional story of the family living unit, including basements and excluding crawl spaces and unfinished attics. In new construction, a smoke detector also shall be installed in each sleeping room.

**2-2.1.1.2\*** For family living units with one or more split levels (i.e., adjacent levels with less than one full story separation between levels), a smoke detector required by 2-2.1.1.1 shall be permitted for an adjacent lower level, including basements. (See Figure A-2-2.1.1.2.)


1996 Edition

detection has neither definition and relies on some other provision of the *Code* to detail what is intended. For example, existing, nonsprinklered limited care facilities are required by 13-3.4.5.1 to have a corridor smoke detection system. The extent of such a system, which meets neither the definition of *complete* nor *partial* as addressed by 7-6.2.7 or 7-6.2.8 and is unique to existing limited care facilities, is explained in Chapter 13.

**7-6.2.9*** Where required by another section of this *Code*, single station smoke detectors shall be installed in accordance with the household fire warning equipment requirements of NFPA 72, *National Fire Alarm Code*. Smoke detectors shall receive their operating power from the building electrical system. In new construction, where two or more smoke detectors are required within a living unit, they shall be arranged so that the activation of any detector causes the operation of an alarm that shall be clearly audible throughout the living unit over background noise levels with all intervening doors closed. The detectors shall sound an alarm only within an individual living unit or similar area and shall not actuate the building protective signaling and control system. Remote annunciation shall be permitted.

*Exception No. 1: Battery-operated devices as permitted by other sections of this Code.*

*Exception No. 2: Battery-operated devices complying with the documents specified in 7-6.1.4 that achieve indication of missing battery or low battery power condition at a remote location.*

*Exception No. 3: System smoke detectors arranged to function in the same manner shall be permitted.*

This provision allows the use of single station smoke detectors that are not part of a fire alarm system to be used within a dwelling or living unit, such as within a one- or two-family dwelling, within an apartment, or within a hotel or dormitory room, provided that certain performance oriented criteria can be met. Audibility over background noises, such as running water, home appliances, and audio systems, with intervening doors closed between the occupants and the detector sounding device is of key importance. In multi-story or large-area living units, multiple detectors will probably need to be interconnected so that the sensing of smoke by one sounds the alarms of all detectors within that living unit.

The intent behind requiring smoke detection within an individual living unit without requiring connection to the overall building alarm system is to provide notification of a smoke condition within a living unit to occupants of that particular living unit. Once the occupants egress their unit to the building's common areas, they can use the manual pull stations to sound the building alarm to notify occupants of other living units of the emergency.

Mandatory interconnection of living unit smoke detectors to the building alarm system often results in numerous nuisance alarms due to the detection of cooking or bathroom shower vapors. Nuisance alarms lead to the deliberate disablement of the system and the resulting lack of early warning. Thus, a complete fire detection (versus smoke detection) system usually includes system smoke detectors within building common areas and system heat detectors within individual living units. Single-station smoke detectors are then still necessary within each living unit to alert the occupants of each unit early warning of smoke conditions within their unit.

The term *single station* is often misunderstood. Single station means that the detector that senses smoke also sounds an integral sounding device and does not ring a general alarm.

Single-station smoke detectors, unless exempted by either Exception No. 1 or Exception No. 2 to 7-6.2.9, must receive their operating power from the electrical system. This provision is based on the experience that battery-operated detectors do not provide the reliability with respect to uninterrupted power supply that building electrical system power provides; batteries are often removed to avoid nuisance alarms caused by kitchen or bathroom vapors or for use in other devices such as radios and electronic toys, and dead batteries are often times not replaced. Exception No. 1, however, permits the occupancy chapters to allow battery-operated, single-station smoke detectors. Such exemptions recognize battery-operated detectors in existing one- and two-family dwellings, existing lodging and rooming houses, and under certain conditions in board and care facilities.

Exception No. 2 to 7-6.2.9 clarifies that it is not the *Code*'s intent to prohibit wireless technology, in which a battery-operated detector reports by radio transmission to an alarm panel, if such devices:

(a) comply with NFPA 72, *National Fire Alarm Code*, and

(b) indicate a missing battery or low battery power condition at the remotely located alarm system panel.

Compliance with (a) and (b) above increases the power source reliability to a level comparable to that provided by connection to the building electrical service.

**A-7-6.2.9** A living unit is that structure, area, room, or combination of rooms, including hotel rooms/suites, in which a family or individual lives. This is meant to cover living areas only, not common usage areas in multifamily buildings such as corridors, lobbies, basements, etc.

**7-6.2.10** Where required by Chapters 8 through 30, an automatic fire detection system shall be provided in hazardous areas for initiation of the signaling system.



Stairs, Landings, Ramps, Balconies, or Porches.

Stairs, ramps, guards, and handrails shall be in accordance with 5-2.2 for Class B stairs and 5-2.6 for ramps.

*[Exceptio]n No. 1: The provisions of 5-2.2.3.6, 5-2.2.6, and 5-2.5.6 [shall n]ot apply.*

*[Exceptio]n No. 2: Stairs and ramps serving as secondary means [of esca]pe.*

[Althou]gh Chapter 5 requirements restrict the use of Class [B stairs] to existing buildings, Chapter 21 permits them within [new an]d existing dwelling units. This means that a stair with [a riser h]eight of 8 in. (20.3 cm) and a tread depth of 9 in. [(22.9 c]m) can be built new in a dwelling unit. However, the [handrai]l and guard requirements of 5-2.2 must be met. New [stairs m]ust have handrails at both sides of the stair; existing [stairs m]ust have handrails on at least one side.

The minimum clear width of stairs, landings, ramps, [balconie]s, and porches shall be 36 in. (91 cm) measured in [accorda]nce with 5-3.2.

Spiral stairs and winders in accordance with 5-2.2 shall [be perm]itted within a single dwelling unit.

No sleeping rooms or living areas shall be accessible [only by a] ladder, stair ladder, folding stairs, or through a trap door.

[21-3.2.1 H]allways. The minimum width of hallways shall be 36 [in. (91 c]m). The minimum height shall be not less than 7 ft [(213 cm) n]ominal height with projections from the ceiling providing [not le]ss than 6 ft 8 in. (203 cm) nominal height.

*[Exceptio]n: Existing approved hallways shall be permitted to be [continu]ed in use.*

[Within] the dwelling unit, headroom is only regulated in the [hallway.] This helps to assure that the space above head-height [will accu]mulate smoke early in the fire to permit safe escape [through] the hallway. This will help to prevent having to crawl [on the flo]or level to avoid the descending smoke layer.

**21-3.2.2** Interior Floor Finish. (No requirements.)

**21-3.3** Detection, Alarm, and Communications Systems.

**21-3.3.1** Detection. Approved single-station or multiple-station smoke detectors shall be installed in accordance with 7-6.2.9.

*Exception No. 1: Dwelling units protected by an approved smoke detection system installed in accordance with Section 7-6, having an approved means of occupant notification.*

*Exception No. 2: In existing construction, approved smoke detectors powered by batteries shall be permitted.*

Note that directly wired or plug-in type smoke detectors are required in lieu of battery-powered units. However, existing dwellings are permitted to install or continue using battery-powered smoke detectors.

The smoke detector(s) should usually be located in the hall area(s) giving access to rooms used for sleeping. In multilevel dwelling units, the detector that covers the upper level should usually be located at the top of the stairs. The detector(s) should be mounted on the ceiling or on the wall within 12 in. (30.5 cm) of, but not closer than 6 in. (15.2 cm) to, the ceiling. The detector should be remotely located from the cooking area. Where unusual factors such as room configuration, air movement, or stagnant air pockets require consideration, the authority having jurisdiction and the designer should determine the placement of the detectors. See NFPA 72, *National Fire Alarm Code*.[4]

NFPA analysis of reported fires indicates that about one-third of smoke detectors installed in homes are inoperative. A study by the IAFC Foundation found that, when detectors are non-operational, the usual reason is dead or missing batteries. Although 85 percent of U.S. homes had at least one detector in 1989, the percentage of homes with detectors that are inoperative now exceeds the percentage of homes with no detectors (although far more fires occur in the latter situation). Therefore, maintaining the successful record of smoke detectors in U.S. homes depends nearly as much on reducing the problem of dead and missing batteries as it does on promoting their use.

**8-1.4.1.3.3** Approved, single-station smoke alarms shall be installed in accordance with 7-6.2.10 of NFPA *101* in every sleeping room. (101:18-3.4.4.2)

*Exception: In buildings protected throughout by an approved, supervised automatic sprinkler system installed in accordance with 18-3.5 of NFPA 101. (101:18-3.4.4.2)*

**8-1.4.1.4 Existing Apartment Buildings.**

**8-1.4.1.4.1 Detection.**

**8-1.4.1.4.2** Approved, single-station smoke alarms shall be installed in accordance with 7-6.2.10 of NFPA *101* outside every sleeping area in the immediate vicinity of the bedrooms and on all levels of the dwelling unit including basements. (101:19-3.4.4.1)

*Exception No. 1: The single-station smoke alarm shall not be required where the building is equipped throughout with an existing total automatic smoke detection system. (101:19-3.4.4.1)*

*Exception No. 2: Single-station smoke alarms without a secondary (standby) power source shall be permitted. (101:19-3.4.4.1)*

**8-1.4.1.4.3** In buildings using Option 2, a complete automatic fire detection system in accordance with 7-6.1.4 of NFPA *101* shall be required. (101:19-3.4.4.2)

**8-1.4.1.5 Lodging or Rooming Houses.**

**8-1.4.1.5.1 Detection.**

**8-1.4.1.5.2** Approved single-station smoke alarms shall be installed in accordance with 7-6.2.10 of NFPA *101* in every sleeping room.

*Exception No. 1: These detectors shall not be required to be interconnected. (101:20-3.3.4)*

*Exception No. 2: Existing battery-powered smoke alarms, rather than house electric-powered smoke alarms, shall be permitted where the facility has demonstrated to the authority having jurisdiction that the testing, maintenance, and battery replacement programs will ensure reliability of power to the smoke alarms. (101:30-3.3.4)*

**8-1.4.1.6 One- and Two-Family Dwellings.**

**8-1.4.1.6.1 Detection, Alarm, and Communications Systems.**

**8-1.4.1.6.2** Approved, single-station smoke alarms shall be installed in accordance with 7-6.2.10 of NFPA *101* in the following locations:

(1) All sleeping rooms

*Exception: Smoke alarms shall not be required in sleeping rooms in existing construction.*

(2) Outside of each separate sleeping area, in the immediate

(6.1 m) of a cooking appliance and are equipped with an alarm silencing means or are of the photoelectric type shall be considered acceptable.

**8-1.4.3** Smoke alarms conforming to the requirements of ANSI/UL 217, *Standard for Safety Single and Multiple Station Smoke Alarms*, or smoke detectors conforming to ANSI/UL 268, *Standard for Safety Smoke Detectors for Fire Protective Signaling Systems*, shall be considered acceptable. Visible signaling appliances shall conform to the requirements of ANSI/UL 1971, *Signaling Devices for Hearing Impaired*. Smoke alarms and smoke detectors shall be capable of detecting abnormal quantities of smoke and shall alarm prior to a gray smoke level of 4 percent per ft (0.58 dB/m optical density) that can occur in a dwelling unit. Visible notification appliances located on the ceiling over the bed and within 16 ft of a sleeping occupant shall have a light output rating of at least 177 cd. Where a visible notification appliance in a sleeping room is mounted more than 24 in. (610 mm) below the ceiling and within 16 ft of the pillow, a minimum rating of 110 cd shall be permitted.

**8-1.4.4** Smoke detectors shall be connected to central controls for power, signal processing, and activation of notification appliances. Smoke alarms shall not be interconnected in numbers that exceed the manufacturer's recommendations, but in no case shall more than 18 initiating devices be interconnected (of which 12 can be smoke alarms) where the interconnecting means is not supervised, nor more than 64 initiating devices be interconnected (of which 42 can be smoke alarms) where the interconnecting means is supervised.

**8-2 Optional Functions.** The following optional functions of fire warning equipment for dwelling units shall be permitted:

(1) Notification of the fire department, either directly or through an alarm monitoring service
(2) Monitoring of other safety systems, such as fire sprinklers for proper operating conditions
(3) Notification of occupants or others of potentially dangerous conditions, such as the presence of fuel gases or toxic gases such as carbon monoxide
(4) Notification of occupants or others of the activation of intrusion (burglar alarm) sensors
(5) Any other function, safety related or not, that may share components or wiring

**8-2.1 Performance Criteria.**

**8-2.1.1\*** If designed and installed to perform additional functions, fire warning equipment for dwelling units shall operate reliably and without compromise to its primary functions.

**8-2.1.2** Fire signals shall take precedence over any other sig-

native design method for determining detector spacing.

## 2-3 Smoke-Sensing Fire Detectors.

### 2-3.1 General.

**2-3.1.1\*** The purpose of Section 2-3 shall be to provide information to assist in design and installation of reliable early warning smoke detection systems for protection of life and property.

**2-3.1.2** Section 2-3 shall cover general area application of smoke detectors in ordinary indoor locations.

**2-3.1.3** For information on use of smoke detectors for control of smoke spread, the requirements of Section 2-10 shall apply.

**2-3.1.4** For additional guidance in the application of smoke detectors for flaming fires of various sizes and growth rates in areas of various ceiling heights, refer to Appendix B.

**2-3.2\*** Smoke detectors shall be installed in all areas where required by applicable laws, codes, or standards.

### 2-3.3\* Sensitivity.

**2-3.3.1** Smoke detectors shall be marked with their nominal production sensitivity (percent per foot obscuration), as required by the listing. The production tolerance around the nominal sensitivity also shall be indicated.

**2-3.3.2** Smoke detectors that have provision for field adjustment of sensitivity shall have an adjustment range of not less than 0.6 percent per foot obscuration. If the means of adjustment is on the detector, a method shall be provided to restore the detector to its factory calibration. Detectors that have provision for program-controlled adjustment of sensitivity shall be permitted to be marked with their programmable sensitivity range only.

### 2-3.4 Location and Spacing.

### 2-3.4.1\* General.

**2-3.4.1.1** The location and spacing of smoke detectors shall result from an evaluation based on the guidelines detailed in this code and on engineering judgment. Some of the conditions that shall be included in the evaluation are the following:

(1) Ceiling shape and surface
(2) Ceiling height
(3) Configuration of contents in the area to be protected
(4) Burning characteristics of the combustible materials present
(5) Ventilation
(6) Ambient environment

**2-3.4.1.2** If the intent is to protect against a specific hazard, the detector(s) shall be permitted to be installed closer to the hazard in a position where the detector can intercept the smoke.

**2-3.4.2 Air Sampling–Type Smoke Detector.** Each sampling port of an air sampling–type smoke detector shall be treated as a spot-type detector for the purpose of location and spacing. Maximum air sample transport time from the farthest sampling point shall not exceed 120 seconds.

edge or, if on a sidewall, between 4 in. and 12 in. (100 mm and 300 mm) down from the ceiling to the top of the detector. *(Refer to Figure A-2-2.2.1.)*

**2-3.4.3.2\*** To minimize dust contamination, smoke detectors, where installed under raised floors, shall be mounted only in an orientation for which they have been listed.

**2-3.4.4 Projected Beam–Type Smoke Detectors.** Projected beam–type smoke detectors shall be located with their projected beams parallel to the ceiling and in accordance with the manufacturer's documented instructions. The effects of stratification shall be evaluated when locating the detectors.

*Exception: Beams shall be permitted to be installed vertically or at any angle needed to afford protection of the hazard involved (for example, vertical beams through the open shaft area of a stairwell where there is a clear vertical space inside the handrails).*

**2-3.4.4.1** The beam length shall not exceed the maximum permitted by the equipment listing.

**2-3.4.4.2** If mirrors are used with projected beams, the mirrors shall be installed in accordance with the manufacturer's documented instructions.

**2-3.4.5 Smooth Ceiling Spacing.**

**2-3.4.5.1 Spot-Type Detectors.**

**2-3.4.5.1.1** On smooth ceilings, spacing of 30 ft (9.1 m) shall be permitted to be used as a guide. In all cases, the manufacturer's documented instructions shall be followed. Other spacing shall be permitted to be used depending on ceiling height, different conditions, or response requirements. For the detection of flaming fires, the guidelines in Appendix B shall be permitted to be used.

**2-3.4.5.1.2\*** For smooth ceilings, all points on the ceiling shall have a detector within a distance equal to 0.7 times the selected spacing.

**2-3.4.5.2\* Projected Beam–Type Detectors.** For location and spacing of projected beam–type detectors, the manufacturer's documented installation instructions shall be followed.

**2-3.4.6\* Solid Joist and Beam Construction.** Solid joists over 1 ft (0.3 m) in depth shall be treated as beams for smoke detector spacing purposes.

**2-3.4.6.1\* Flat Ceilings.** For ceiling heights of 12 ft (3.66 m) or lower, and beam or solid joist depths of 1 ft (0.3 m) or less, smooth ceiling spacing running in the direction parallel to the run of the beams or solid joists shall be used and one-half the smooth ceiling spacing shall be in the direction perpendicular to the run of the beams or solid joists. For beams over 1 ft (0.3 m) in depth, spot-type detectors shall be permitted to be located either on the ceiling or on the bottom of the beams.

For beam depths exceeding 1 ft (0.3 m) or for ceiling heights exceeding 12 ft (3.66 m), spot-type detectors shall be located on the ceiling in every beam pocket.

For solid joists, the detectors shall be located on the bottom of the joists.

**2-3.4.6.2\* Sloped Ceilings.** For beamed ceilings with beams running parallel to (up) the slope, the spacing for flat beamed

1999 Edition