| $ | 16 - 1:18, 149:4, 150:6 | 24 - 3:2, 83:14 | 7th - 78:19 | adjacent - 38:11, 43:1, 90:14, 129:25, 138:8, 138:23, 139:16 |
|---|---|---|---|---|
| $1,000 - 83:25 | 165 - 141:13 | 24th - 47:5, 49:24, 50:23 | 8 | adjoining - 130:3 |
| $4,000 - 66:13 | 17 - 30:21 | 25 - 28:22 | | adjourn - 143:6 |
| | 175 - 54:7 | 252nd - 117:14 | 8 - 38:25, 41:18, 42:22, 47:10, 122:11 | adjust - 76:8 |
| ' | 19 - 28:1 | 25th - 32:24 | 8/31/2007 - 144:24 | adjuster - 70:21 |
| | 1966 - 5:16 | 27 - 14:24 | 800-839-6867 - 1:24 | Adjusters - 75:10 |
| '00 - 105:19 | 1968 - 139:21 | 29 - 102:15 | 8103 - 117:14 | administer - 144:5 |
| '01 - 35:21, 47:10, 81:9, 83:14, 84:18, 88:6, 113:22, 123:23 | 1970 - 6:13 | | | Administration - 7:8, 7:16, 27:8 |
| | 1971 - 4:25, 5:6, 116:19 | 3 | 9 | Admittedly - 112:3 |
| '93 - 32:3, 32:6 | 1976 - 7:5, 7:12, 7:14, 8:1 | | | adopted - 27:8 |
| '95 - 24:2, 25:1 | 1982 - 7:12, 8:1, 8:7, 8:14, 8:15, 9:6, 116:17 | 3 - 97:18, 97:22, 99:8, 106:22, 114:12, 133:9, 145:12, 150:15 | 9 - 121:19 | advance - 123:1 |
| '96 - 25:1, 32:3, 32:6, 32:8 | 1993 - 30:20 | 3.1.7 - 134:9, 134:10 | 907m - 27:9, 27:16 | advancing - 122:13 |
| '99 - 30:21, 32:2, 32:3, 32:6, 125:22, 125:23 | 1994 - 4:20, 9:6, 21:25, 22:8, 24:2, 24:13, 24:16, 31:7, 31:10 | 3.2 - 129:17, 129:18 | 920.3.2.1 - 126:25 | affected - 112:17 |
| | | 3.4 - 133:21, 133:23, 134:3, 134:4 | 921 - 25:25, 26:24, 26:25, 27:13, 27:17, 31:1 | afternoon - 3:12 |
| | 1995 - 14:6, 17:22, 25:1 | 3.6 - 133:23 | | afterwards - 71:17 |
| 0 | 1996 - 30:21 | 3.76 - 133:21, 133:24, 134:1, 134:2 | A | age - 25:3 |
| | 1998 - 116:16 | 3/16/04 - 106:23 | | agency - 7:8, 7:11, 7:24, 8:18 |
| 00 - 86:6, 86:7 | 1999 - 32:2, 96:9, 103:14, 126:24 | 30 - 14:25, 15:3 | A's - 87:5 | agents - 49:9 |
| 00a - 87:3 | 1:20 - 110:3 | 34 - 28:25, 38:22, 72:20, 74:2, 75:7, 79:2, 80:3, 86:5, 94:4, 95:12 | a/s/o - 1:4, 149:2, 150:3 | ago - 12:20 |
| 014 - 145:10 | 1:56 - 110:3 | 35 - 86:9 | ability - 139:16 | agree - 39:23, 68:2, 117:18 |
| 018 - 147:3 | | 36a - 87:5 | able - 15:20, 31:13, 36:5, 54:20, 74:4, 77:11, 82:24, 100:22, 119:10, 119:12, 140:23 | agreeable - 143:8 |
| 021 - 147:4 | 2 | 3:03 - 142:18 | | agreed - 143:6 |
| 03 - 145:3 | | 3:10 - 142:18 | | agreement - 68:7, 136:16, 136:20 |
| 03447971 - 38:20 | 2 - 37:19, 37:20, 37:24, 40:8, 41:8, 41:16, 116:19, 145:11, 150:13 | 3:11 - 143:24 | absent - 70:2 | ahead - 9:22, 60:5, 83:24, 105:14, 115:23, 138:2 |
| 037 - 145:11 | 2.01 - 135:9 | | Absolutely - 31:15, 51:1, 132:24 | aircraft - 10:10 |
| 06103 - 2:4 | 2.3 - 133:21 | 4 | acceptable - 92:20 | airplane - 10:9 |
| 063 - 147:7 | 2.31 - 133:23, 134:4 | | acceptance - 69:1 | Alabama - 16:9 |
| 06443 - 1:23, 150:2, 150:23 | 2/14 - 105:19 | 4 - 102:4, 118:2, 142:15, 142:16, 145:13, 150:19 | according - 117:8 | alarm - 38:25, 39:4, 39:8, 91:1, 95:2, 95:13, 95:24, 101:14, 104:22, 105:11, 110:18, 116:12, 117:7, 124:13, 125:25, 127:22, 128:3, 128:4 |
| 065 - 147:10 | 20 - 38:21, 53:10, 53:13, 53:21, 59:7 | 41 - 15:6, 16:12, 17:20 | account - 135:11 | |
| 06897 - 38:23 | 200 - 2:9 | 45 - 11:3, 25:4 | accurate - 30:15, 30:16, 31:1, 44:25, 48:14, 60:20, 70:7, 86:13, 100:11, 134:21, 144:12 | |
| 074 - 147:13 | 2000 - 28:1, 94:18, 96:9, 96:10, 102:4, 103:3, 103:4, 103:5, 103:8, 103:11, 103:15, 125:10, 125:17, 125:24 | 49 - 11:1, 15:21, 19:14 | | |
| 084 - 147:18 | | | achieve - 129:7 | |
| 086 - 147:20 | | | achieved - 91:10 | algorithm - 136:7 |
| 097 - 145:12 | | 5 | achievement - 125:21, 126:2, 126:9 | algorithms - 139:23 |
| 099 - 147:22 | | | | alleged - 51:7 |
| 0a - 87:4 | 2001 - 22:13, 22:21, 23:23, 24:3, 29:2, 32:22, 35:18, 72:23, 73:4, 74:3, 80:10, 81:2, 81:24, 82:10, 83:7, 83:17, 84:10, 117:24, 141:2, 147:19 | 5 - 120:2, 140:6, 141:21, 150:21 | acknowledge - 146:4 | allowed - 61:11, 120:22 |
| | | 50 - 15:22 | action - 18:17, 67:5, 123:6, 123:10 | alone - 138:20 |
| 1 | | 55 - 24:21 | Action - 1:5 | Alterations - 126:25 |
| | | | actions - 51:8 | alterations - 92:17, 100:23, 127:1 |
| 1 - 14:13, 38:13, 41:7, 115:9, 117:1, 128:23, 135:4, 135:7, 145:10, 150:11 | | 6 | activation - 30:7, 139:23, 140:8 | altered - 84:17, 84:20, 84:21 |
| 1.24 - 39:1, 39:2 | 2002 - 14:6, 15:17, 17:22, 79:20, 80:13 | 6 - 141:21 | active - 20:2, 114:19, 115:13 | Alycia - 29:7, 99:3, 135:23, 136:13, 137:5, 147:24 |
| 10 - 20:12, 20:15, 28:22, 143:20 | 2003 - 53:4, 64:5, 79:20, 80:13, 128:19 | 60 - 24:21, 54:7 | activities - 73:1, 73:5, 73:8, 73:9, 73:12, 73:13, 73:24, 74:13, 74:14, 74:18, 147:13, 147:14, 147:16 | ambient - 141:11 |
| 10/08/01 - 87:19, 87:23 | 2004 - 1:18, 29:13, 52:19, 102:15, 144:20, 146:13, 149:4, 150:6 | | | amend - 80:18 |
| 10/09 - 87:14 | | 7 | | amendments - 99:25, 126:24 |
| 10/10/01 - 86:4, 87:1, 87:9 | | 7 - 121:16, 122:10, 135:4 | | amount - 54:5, 67:22, 112:15, 113:3, 131:2 |
| 10/16/44 - 4:1 | 203)245-9583 - 150:2 | 7/21 - 81:11 | actual - 38:1, 107:10, 132:11, 133:11, 135:1 | |
| 10/8 - 87:11 | 203-245-2760 - 1:24 | 7/23/01 - 38:21, 50:18, 79:1, 89:18, 92:4, 92:11, 93:2, 93:6, 93:18, 94:4 | add - 68:4, 117:21 | analysis - 19:9, 20:6, 56:8, 77:9, 77:11, 79:1, 79:4, 105:2, 105:4, 106:4, 108:19, 130:17, 133:15, 136:9, 137:9, 140:10 |
| 100 - 15:2, 15:4, 17:10, 17:24, 23:20, 61:1, 63:15, 148:2 | 203-245-9583 - 1:24 | 7/23/2001 - 43:7 | added - 125:18, 127:3, 127:15, 128:5 | |
| 105 - 1:5 | 203-253-0504 - 38:24 | 7/24 - 42:7, 44:19, 47:1 | addition - 8:23, 24:12, 29:2, 30:10, 30:12, 42:10, 54:13, 87:25, 98:17 | |
| 10595 - 2:9 | 203-284-8717 - 38:20 | 7/24/01 - 38:11, 38:17, 41:24, 42:11, 43:21, 80:4, 81:11, 88:13 | | |
| 10:14 - 1:18 | 203-645-0774 - 38:18 | | | |
| 11 - 38:25, 39:4 | 203-834-6249 - 38:24 | 7/25/01 - 81:8, 88:14, 88:16, 88:20 | additional - 77:8, 77:10, 80:24, 90:6, 127:14 | Anderson - 101:4 |
| 11426-1572 - 117:14 | | 718)347-1572 - 117:15 | | answer - 36:5, 36:6, 60:5, 62:8, 76:7, 83:24, 92:8, 105:14, 108:6, 115:23, 134:7, 138:2 |
| 117 - 1:23, 150:1, 150:22 | 23 - 22:12, 23:23, 29:1, 32:22, 35:17, 35:21, 113:22 | 72 - 30:20, 30:21, 32:4, 32:5, 82:22, 90:25 | Additional - 122:11 | |
| 11:08 - 122:4 | 23rd - 47:10 | 74 - 135:5, 135:8 | Additions - 127:1 | |
| 11:15 - 122:3 | | | additions - 127:1 | |
| 11:33 - 51:19 | | | address - 34:17, 57:13 | answering - 11:1 |
| 11:42 - 51:19 | | | | answers - 3:15 |
| 12 - 9:8, 9:13, 126:24 | | | | apartment - 116:24 |
| 142 - 145:13 | | | | |
| 150 - 41:19, 43:4, 47:18, 54:6, 55:2 | | | | |
| 150-watt - 54:13 | | | | |

116:25
apologize - 62:9, 90:5
appear - 150:13
appliance - 49:20
application - 102:20, 102:21, 103:2, 103:9
applied - 32:3, 32:5
apply - 125:24
appointed - 6:22
appreciate - 76:18
appreciated - 18:12
appropriately - 93:12
approved - 114:18
approximation - 104:19
April - 143:8
arcing - 61:12
area - 19:22, 45:8, 61:4, 90:1, 90:2, 96:11, 100:25, 130:2, 134:17
areas - 90:8, 92:23
Arizona - 16:10
arrange - 76:25
arranged - 62:1
arrangement - 47:4, 91:13
arrangements - 137:11, 138:11
arrival - 114:1, 122:2, 130:22, 131:7, 131:12, 131:15
arrive - 130:20, 136:2
arrived - 83:17, 114:14, 115:1, 131:10, 131:24, 132:11, 133:11, 133:13
arriving - 122:12, 122:13, 122:25
Arson - 25:17, 25:22, 26:6
aspects - 92:22
assembled - 132:15
assembles - 118:22
assessing - 59:16
assessment - 60:24, 90:19, 117:20, 118:5, 123:22
assign - 40:25
assigned - 6:14, 10:3, 10:16, 40:21
assistant - 5:11, 6:23, 7:1, 135:23
associate - 13:18, 55:18
Associates - 4:8, 77:7, 78:25
Association - 8:10, 25:17, 25:22, 26:6
association - 8:19
assuming - 131:3
Assuming - 113:2
assumption - 54:17
assumptions - 141:11
asterisk - 32:13, 32:17
attach - 81:25
attached - 69:17, 78:14, 81:15, 81:19, 86:19, 147:21, 150:17
attachments - 69:24
attack - 115:8, 115:9

attained - 6:20, 6:25
attendants - 10:7
attorney - 13:6, 14:1, 14:4, 14:7, 17:6, 17:9, 18:10, 21:16, 64:16, 76:9, 83:5, 84:12, 97:24, 106:25, 142:2, 142:24, 144:15
attorneys - 69:19, 79:7, 123:5
Attorneys - 79:5
author - 27:2, 57:23
Author - 58:1, 58:2
Authored - 62:17
authored - 27:19, 27:21, 27:22, 52:17, 52:22, 62:12, 62:16, 62:18, 63:2, 67:10, 69:3, 69:5, 94:22, 103:25, 104:3, 104:7
authoring - 77:21, 108:18
authority - 24:8
automatic - 17:18
available - 47:2, 51:14, 60:8, 69:15, 80:21, 80:24, 104:3
Avenue - 94:4
aware - 47:11, 47:12, 50:3, 115:15, 115:18, 115:21, 115:24, 116:3

B

bachelor's - 4:22, 23:19
background - 25:5
Baker - 15:1
balance - 11:5
bare - 138:6
Barry - 22:18, 23:9
base - 20:17, 87:12, 130:7, 131:17
Based - 117:20
based - 20:13, 21:18, 21:21, 25:24, 31:10, 32:14, 39:24, 41:23, 42:6, 53:1, 53:25, 54:15, 55:14, 79:15, 99:16, 103:1, 104:21, 108:12, 138:22, 139:12, 147:5, 147:6
basis - 22:22, 22:24, 24:13, 24:24, 73:14
bathroom - 96:12
battery - 92:21, 93:5, 127:8
battery-operated - 92:21, 127:8
beading - 61:12
became - 59:14, 59:16
become - 25:14, 115:15, 120:21, 120:22, 138:24, 139:2
becoming - 5:21
bed - 38:24, 39:9, 39:13, 51:15, 61:10, 129:21, 138:6, 138:9
bedroom - 41:17, 42:16, 45:22, 45:25, 47:2, 47:9, 47:25, 51:22, 90:2, 90:8, 122:18, 131:23
bedrooms - 96:11
began - 24:6, 24:18, 55:23, 64:24

beginning - 79:20, 93:15
behalf - 64:9, 96:17, 99:3, 121:23, 135:16, 147:24
Behalf - 2:2, 2:7
behavior - 10:5
belief - 32:14, 110:23
below - 20:12
best - 23:3, 36:6, 42:12, 52:8, 53:2, 71:19, 87:21, 98:16
better - 89:22
between - 21:17, 24:21, 40:18, 41:2, 83:13, 84:18, 84:23, 110:8, 110:17, 121:9, 123:25, 132:16, 141:20, 147:5
big - 34:15
Bill - 22:14, 22:19, 23:6, 23:9, 26:12
bill - 63:24, 66:10, 147:9
billed - 63:19
billing - 65:6, 65:11, 147:11
birth - 3:25
birthdays - 73:19
bit - 10:24, 76:21
blank - 31:12, 36:4, 57:11
block - 68:5
blocking - 46:1, 46:11
blow - 109:23
Bob - 99:12, 99:13
Boca - 31:18, 31:19, 31:20
boiler - 89:25
book - 28:5
Borgeest - 2:8, 150:8
born - 4:2
Boston - 13:1, 13:5, 13:8, 116:25, 143:4
Bostrom - 33:3, 33:4, 33:6, 33:9, 33:11, 33:18, 33:22, 34:2, 35:8, 35:11, 35:18, 35:24, 36:9, 37:8, 37:14, 38:5, 38:7, 38:11, 38:17, 39:7, 39:15, 39:21, 39:24, 40:3, 40:21, 70:23
bottom - 37:2, 38:12, 118:3, 121:16, 122:10, 150:18
brand - 28:3
brand-new - 28:3
break - 16:6, 22:25, 51:16, 71:21, 107:25, 142:12
breakdown - 28:12
breeze - 109:23
Brian - 22:18, 23:6, 26:12
Bridgeport - 38:21
briefing - 37:15, 39:6
bring - 123:5, 125:12, 129:5, 138:25
Bronx - 47:13
brought - 55:19, 112:18
building - 12:24, 78:15, 97:1, 97:3, 97:4, 97:9, 97:12,

99:10, 101:8, 101:10, 102:20, 102:21, 103:2, 103:9, 105:17, 117:6, 122:14, 122:21, 123:1, 127:4, 127:23, 129:8, 138:10
Building - 30:19, 31:18, 31:21, 31:25, 126:23
buildings - 11:23, 127:6
built - 72:15, 139:20
built-in - 72:15
bulb - 43:3, 47:24, 48:4, 48:7, 48:11, 48:12, 48:16, 48:21, 48:24, 49:2, 50:6, 50:17, 51:6, 51:11, 52:15, 53:15, 53:20, 53:22, 54:2, 54:4, 54:12, 54:18, 54:19, 55:2, 56:4, 58:16, 59:13, 60:20
bulbs - 54:11, 54:16, 59:9
bunches - 86:3
bureau - 138:9, 139:2
burglar - 102:7
burn - 61:24
burned - 52:15
burning - 119:6
business - 5:2, 20:10, 20:11, 20:13, 20:18, 21:5, 28:23
buying - 54:16

C

California - 16:9, 16:10
Camera - 87:15
camera - 82:10, 82:11, 82:12, 82:24
cancelled - 66:18
Cannon - 87:15
cannot - 119:16
capabilities - 77:7
capacity - 5:10, 5:17
captain - 6:13, 6:22, 26:22
career - 5:13, 5:15, 53:10
carefully - 53:24
Case - 149:2, 150:3
case - 15:8, 16:8, 16:20, 16:24, 17:3, 17:18, 18:16, 18:21, 39:23, 40:12, 44:5, 44:10, 48:22, 52:6, 52:17, 54:25, 56:12, 56:17, 58:11, 61:17, 62:21, 65:3, 67:7, 68:9, 68:12, 68:20, 70:1, 70:23, 73:10, 73:12, 74:4, 74:14, 74:17, 74:19, 77:12, 78:20, 81:16, 81:18, 85:21, 85:24, 92:2, 99:5, 114:17, 114:24, 123:16, 127:19, 127:21, 130:18, 143:17, 147:14, 147:15, 147:16, 147:25
casement - 106:23, 108:14
cases - 13:17, 14:4, 14:18, 15:17, 15:24,

17:17, 18:9, 19:10, 19:15, 20:1, 20:4, 20:21, 35:18, 35:24, 36:2, 59:7, 74:7, 145:10
cashed - 66:19
cat - 41:17, 42:16, 45:7, 45:11, 45:12, 45:17, 46:2, 46:7, 59:13, 60:2, 60:14, 61:10, 110:22, 111:1, 111:4
Catherine - 76:11, 76:13, 76:15, 77:4
caused - 53:6, 53:14
caveat - 129:1
Cd - 29:20, 86:11, 86:14
Cd-rom - 86:11, 86:14
Cd-roms - 29:20
ceiling - 118:22, 127:11, 129:23, 130:4
cell - 38:23
cellulose - 111:11, 111:13
censured - 67:4
central - 93:2, 93:10
centrally - 92:5, 92:12, 92:25, 93:7, 93:20, 94:7, 94:12, 127:16, 127:17
centrally-monitored - 92:5, 92:12, 92:25, 93:7, 93:20, 94:7, 94:12, 127:17
centrally-stationed - 127:16
certain - 10:9, 25:18, 30:1, 89:7, 91:10, 92:16, 97:14, 105:17, 119:7, 137:21, 140:1
certainly - 15:25, 19:4, 20:16, 44:10, 51:24, 53:1, 53:19, 54:6, 56:23, 65:17, 69:6, 79:13, 81:5, 91:7, 91:13, 121:15
Certainly - 11:4
certainty - 102:22
Certificate - 99:18
certifications - 25:16
certified - 23:14, 25:12, 25:14, 26:8, 26:16, 48:23
certify - 144:3, 144:6, 144:14
Cfast - 134:9, 135:2, 136:8, 137:6, 137:17
chairman - 27:21
change - 7:25, 9:7, 9:10, 9:13, 113:14, 119:9, 119:13, 125:18
changed - 9:16, 67:20
changes - 65:18, 67:13, 67:16, 150:19
chapters - 27:22, 28:13, 28:16, 43:14
charge - 129:11
chase - 48:5
check - 17:10, 32:14, 36:1, 66:16, 66:18, 66:19
checked - 72:25
chemical - 29:11

Chief - 24:9
chief - 5:12, 6:23, 8:15, 24:5
child - 45:18, 46:1, 46:14, 46:18, 135:11
child's - 45:18
children - 45:19, 45:21
Christine - 76:12
circle - 18:9
circumstances - 58:19, 113:7
cited - 91:5, 91:11
citing - 16:20
civil - 123:10
Civil - 1:5, 1:15
claim - 38:20, 133:13
clarify - 15:25, 128:9
clarity - 68:4, 117:21
Class - 111:10
classes - 43:12, 43:15
classic - 141:11
classical - 131:19
clean - 85:4, 120:24
cleaning - 120:17, 121:3
clear - 3:17, 30:10, 36:24, 53:25, 59:24, 60:10, 74:15, 85:17, 92:24, 93:14, 93:17, 100:4, 108:9, 113:9, 147:14
client - 12:14, 18:19, 20:17, 30:11, 94:14, 95:1, 102:5, 123:6, 123:12, 124:1, 140:25
clients - 19:22
Clients - 19:22
clipped - 78:13
close - 52:25
closed - 52:23, 111:24, 111:25, 112:20, 113:13, 113:15, 130:2
clothing - 138:5
clothlike - 120:15
Cna - 19:6, 19:7, 19:18, 19:23, 20:19, 20:22, 20:23, 21:1, 21:3, 21:18, 33:13, 34:22, 66:6, 66:7, 66:17, 66:23, 66:25, 147:5
Cna/encompass - 20:20
co - 39:5
coauthor - 68:6
Code - 30:20, 31:18, 31:21, 31:25, 126:23
code - 8:23, 30:22, 31:4, 31:10, 78:15, 90:25, 91:1, 91:6, 91:8, 91:18, 91:22, 91:23, 94:5, 124:7, 124:25, 125:18, 125:20, 125:24, 126:10, 127:14
coil - 51:11
Cole - 15:3
collected - 48:9
collection - 7:22, 48:25
collectively - 20:20
college - 5:5, 23:16, 25:6, 25:10

combination - 12:12, 42:16, 43:5, 50:2
combustible - 54:1, 111:8, 118:20
combustibles - 51:15, 111:11, 111:17, 112:15, 139:17
comfortable - 54:9, 70:5
coming - 13:19, 60:7
Command - 1:7, 3:9, 29:24, 30:12, 85:7, 85:8, 85:14, 85:16, 94:14, 94:17, 95:1, 95:13, 95:16, 95:25, 100:13, 101:13, 102:6, 104:22, 106:7, 117:13, 120:19, 121:5, 123:6, 123:15, 124:1, 128:3
commenced - 106:16, 109:24, 110:11
commencement - 118:15
commentary - 115:8
Commerce - 7:9
Commission - 146:19
commission - 144:24
commissioned - 144:4
committee - 11:12, 11:15, 11:18, 26:24, 27:1, 27:23, 28:3, 28:6, 28:12
committees - 10:1, 10:11, 11:17
Common - 111:17
communicates - 33:17
communication - 29:21, 79:11
companies - 18:24, 19:23, 19:25, 115:3, 115:12
company - 4:7, 4:12, 18:21, 18:22, 18:23, 18:25, 20:23, 21:6, 21:24, 22:5, 22:11, 24:1, 29:3, 34:3, 38:25, 48:15, 55:5, 66:25, 77:16, 80:17, 81:1, 83:21, 93:3, 94:23, 95:1, 96:17, 99:22, 115:5, 115:12, 117:2, 121:23, 123:5, 127:22
Company - 1:4, 18:18, 19:3, 20:9, 20:19, 33:12, 40:6, 64:10, 70:22, 71:15, 122:8, 149:2, 150:3
compare - 135:25
compared - 72:13
compartment - 129:22, 131:21
compensated - 113:6
competent - 114:8
complete - 16:3, 16:20, 19:5, 19:14, 49:15, 68:22, 69:25, 88:3, 92:7, 101:7,

101:10, 139:8
completed - 103:1, 103:14, 106:1
complexity - 91:12
complied - 36:19, 68:17, 117:4
component - 92:23, 130:17
computer - 30:3, 30:14, 63:12, 128:21, 128:22, 129:1, 129:12, 129:15, 133:16, 134:13, 134:16, 135:13, 137:9, 137:24, 139:14, 139:15, 141:3
concealed - 127:11
concentration - 113:15
concern - 47:5
concerned - 143:4, 143:6
Concerning - 46:25
concerning - 47:16
concluded - 143:24
conclusion - 55:13, 59:10, 59:25, 130:20, 136:3, 136:19
conclusions - 52:16, 52:22, 53:1, 68:3, 77:10, 104:20, 105:1, 105:6, 128:25, 130:7, 130:10, 139:5, 139:6, 139:8, 139:12
concur - 143:23
concurrently - 8:24
condition - 52:12, 80:4, 133:12
conditions - 10:9, 54:3, 109:4, 118:7, 118:13, 118:16, 130:12
conduct - 34:9
conducted - 43:13, 127:23, 132:14
conducting - 24:8, 26:4
confident - 44:10, 44:24, 48:1, 48:22
confined - 41:17, 42:16, 45:12
confuse - 93:13
Congress - 9:25, 11:8, 12:3, 14:22
congressional - 11:12, 11:15
connected - 56:2
Connecticut - 1:1, 1:17, 1:18, 2:4, 16:22, 16:24, 16:25, 17:2, 17:6, 17:7, 17:8, 17:16, 29:1, 30:19, 31:17, 31:20, 31:24, 34:16, 38:18, 38:23, 40:1, 41:20, 43:14, 72:21, 73:3, 74:6, 74:9, 79:2, 80:3, 97:1, 97:3, 97:9, 97:11, 99:10, 125:20, 125:24, 126:10, 126:23, 144:4, 150:2
consensus - 51:23, 55:25
conservative - 10:25, 53:12, 67:21, 135:8
considerations - 112:9, 127:10
considered - 12:2
consistent - 22:7

Constitution - 1:17, 2:3
construction - 90:2, 94:10, 104:13, 104:16, 105:9, 124:10, 125:8
consumes - 119:4
contact - 13:20, 34:18, 54:2, 60:8, 75:24
contacted - 99:9
contain - 86:25
contained - 28:17, 72:15, 106:19, 107:19, 108:11, 108:15, 117:7
containing - 46:21
contains - 49:2, 69:9
content - 68:8, 73:18
contents - 67:1, 69:23, 69:25, 71:3, 71:8
continue - 143:7, 143:18
Continued - 148:1
contract - 101:15, 101:16, 101:18, 101:25, 102:3, 102:5, 105:18
contractor - 128:4
contracts - 105:21
contributed - 27:19
contributions - 28:5
conversation - 34:12, 37:7, 38:14, 39:20, 40:14, 42:2, 42:11, 42:23, 44:18, 44:19, 45:17, 46:6, 46:8, 47:4, 56:17, 56:19, 57:24, 58:9, 58:13, 72:10, 76:5, 79:16
conversations - 40:3, 46:6, 51:3, 71:16, 71:20, 71:22, 79:7, 123:25
conversion - 96:15
copied - 66:7
copies - 65:22, 99:18, 99:24
copy - 36:21, 37:1, 38:2, 66:18, 66:19, 69:9, 69:25, 100:2, 129:14, 150:11
cord - 49:20, 50:6
Correct - 80:12, 81:23, 104:1, 104:5, 111:6, 127:18, 128:12, 128:16, 128:20, 132:20
correct - 11:20, 14:21, 23:11, 26:17, 32:10, 46:4, 50:12, 52:18, 60:3, 69:4, 70:24, 80:11, 80:15, 80:16, 81:22, 87:19, 90:12, 94:23, 99:14, 100:12, 100:20, 100:24, 103:25, 104:4, 104:7, 107:2, 107:6, 107:12, 107:17, 108:16, 111:5, 125:10, 128:1, 128:11, 128:15, 131:5, 131:11, 132:19, 137:25, 146:4
corrected - 104:19,

122:7, 134:9
corrections - 150:15, 150:17
correctly - 12:1, 28:10, 56:6, 129:17, 136:6
Correlation - 129:3
correlation - 131:1
correspondence - 70:13
corroborate - 60:22
corroborated - 62:2, 90:18
corroboration - 137:12
cottons - 111:16
counsel - 126:20, 144:10, 144:14, 144:17
Counsel - 82:4
counsel's - 57:17
count - 90:10
country - 7:22
County - 5:9, 5:14, 5:20, 5:24, 6:20, 7:4
couple - 124:11
coupled - 55:22, 60:19
court - 3:15, 16:22, 16:24, 16:25, 17:1, 17:8, 17:13, 17:14, 19:16, 102:10, 142:22
Court - 1:1, 21:11, 126:7, 143:10
Court's - 143:13
Courthouse - 1:7
cover - 68:14
coverage - 54:3
covered - 120:15
covering - 54:4
coverings - 127:11
crash - 63:13
create - 109:22
created - 10:17, 98:13, 108:12, 127:3
crew - 10:7
criteria - 25:18, 119:8, 138:24, 139:3
cross - 109:23
Cross - 22:15, 23:6
cross-breeze - 109:23
crunches - 135:25
Csr - 1:16, 150:7
Ct - 1:23, 150:23
current - 116:16
customer - 123:25
Cv - 1:5
Cynthia - 17:19

**D**

daily - 73:14
dat - 134:12
Dat - 134:12
data - 7:22, 96:8, 103:22, 129:18, 129:20, 130:23, 134:8, 134:10, 135:1, 136:7, 138:18, 139:19, 139:25, 140:4
date - 3:25, 4:15, 17:25, 23:23, 24:2, 35:17, 38:11, 63:1, 63:3, 63:4, 63:19, 63:22, 64:4, 65:4, 65:9, 81:3, 82:23, 82:24, 84:6, 84:18, 86:4, 87:9, 89:17, 94:6, 94:19, 95:3,

95:4, 96:3, 96:7, 100:23, 101:13, 102:3, 102:10, 106:3, 127:25, 129:24, 140:24, 143:8, 143:19, 147:8, 147:11
date-stamp - 82:24
date-stamped - 82:23, 84:6
dated - 87:1, 101:16, 105:19, 106:23
dates - 84:23, 104:12, 104:15
daughter's - 116:24, 116:25
Dave - 33:3, 36:9, 38:11, 38:17, 38:24, 40:21
days - 36:9
Dc - 4:3
deal - 33:6, 61:4
dealing - 59:18, 70:22
dealt - 60:7
debate - 100:25
debris - 54:4
December - 103:5
decision - 85:13
defendant - 3:8, 3:9
Defendant - 1:8, 2:7
Defendant's - 14:13, 37:20, 37:24, 68:13, 78:18, 81:21, 97:18, 97:22, 102:14, 106:22, 114:11, 142:16, 145:9
deficiency - 112:18, 113:6, 113:8
define - 120:25
definitely - 14:25, 137:16
definitive - 36:5, 100:23, 102:22, 104:12, 104:15, 104:18
degree - 4:19, 4:22, 8:25, 23:16, 23:18, 25:6, 26:13, 26:14, 29:11, 29:12, 33:6, 57:2, 57:4, 84:20, 84:21, 91:2
degrees - 141:13
Del - 1:22, 150:1, 150:22
delineation - 21:16, 147:4
demand - 21:10
demonstrate - 110:15
demonstrated - 102:18
demonstrative - 54:9
department - 5:9, 6:2, 26:21, 26:23, 44:22, 69:15, 72:15, 97:1, 97:3, 97:9, 97:12, 99:10, 113:17, 113:21, 114:2, 114:14, 115:1, 121:19, 122:2, 130:23, 131:7, 131:24
Department - 5:14, 5:20, 5:24, 6:21, 7:4, 7:9, 10:3, 24:6, 24:10, 24:11, 39:17
dependant - 122:12
dependency - 20:14
depicting - 95:23

Deponent - 149:3, 149:25, 150:5
deponent - 144:6
deposed - 3:3, 13:13, 15:22, 16:1, 16:5, 16:13, 16:14, 16:18, 19:15, 52:18, 52:19, 52:24, 85:15, 132:2
deposited - 66:20
deposition - 12:5, 12:11, 14:5, 14:8, 14:18, 16:24, 17:15, 28:20, 29:19, 30:11, 35:23, 37:25, 47:14, 49:17, 68:12, 74:25, 94:20, 94:21, 102:14, 103:20, 103:24, 104:2, 107:2, 108:12, 114:11, 115:16, 115:17, 115:25, 116:4, 143:7, 143:24, 144:7, 144:9, 150:12, 150:13
Deposition - 1:15, 150:9
depositions - 11:3, 11:5, 29:24, 114:23, 143:16
depth - 65:2
deputy - 24:5
Deputy - 24:9
derivatives - 111:15, 111:16
derive - 28:19
describe - 44:8
described - 6:21, 9:14, 14:10
design - 123:19
desk - 73:25
Desmond - 13:12
detail - 59:7, 100:12
details - 34:11
detection - 91:13, 92:5, 92:6, 93:1, 93:4, 93:7, 93:19, 94:7, 94:11, 94:15, 95:2, 95:16, 100:14, 102:7, 115:18, 116:7, 116:24, 117:7, 120:18, 121:4, 124:3, 124:6, 124:8, 124:23, 125:2, 125:19, 126:12, 127:6, 127:17, 134:22
detective - 139:23
detector - 30:7, 89:24, 90:16, 90:22, 91:19, 91:25, 92:11, 92:21, 99:19, 129:23, 139:23, 140:8, 140:9, 141:4, 141:13, 141:14, 141:15, 141:18
detectors - 84:22, 85:1, 85:3, 85:6, 89:2, 89:8, 89:16, 89:20, 90:6, 90:9, 90:14, 90:20, 92:19, 95:16, 105:19, 106:6, 116:17, 116:18, 116:25, 117:8, 120:21, 121:7, 127:5, 127:7, 128:5, 139:24, 140:21, 140:23, 141:8, 141:11, 141:12
determination - 52:10, 58:24, 59:4, 61:15, 87:21, 89:6, 89:16, 90:19, 94:25,

95:7, 112:2, 113:16, 119:17, 119:20, 122:6, 123:18
determinations - 42:18, 112:10, 137:12
determinative - 108:24
determine - 59:2, 63:24, 74:1, 89:1, 129:4, 135:10, 140:23, 147:8
determined - 90:9, 118:5, 121:23, 122:1, 138:5, 139:14
develop - 7:20, 8:20, 10:2, 87:3
developed - 10:15, 27:6, 27:14, 27:24, 27:25, 28:16, 86:9
developing - 10:4, 82:13, 82:14
development - 8:23, 28:14, 86:5, 87:15, 111:2, 118:6, 119:10
Diagram - 145:13
diagram - 141:24
diagrams - 69:16
difference - 121:2, 141:20
different - 6:16, 16:15, 41:12, 91:21, 137:10, 139:8
differentiate - 20:21
differentiating - 71:18
differentiation - 52:5
digital - 82:10, 82:11, 82:12
digitized - 82:13, 82:14
diligently - 142:20, 143:14
dimensions - 129:20, 133:19, 138:19
Direct - 3:5, 145:3
directed - 21:15
direction - 144:11
directly - 33:19, 85:20
dirty - 120:22, 120:23
disagree - 105:8
discovery - 143:12, 143:16
discussed - 55:20, 92:11
discussing - 22:12
discussion - 13:23, 20:16, 62:6, 82:7, 86:23, 105:5, 132:8
discussions - 50:24, 71:2, 71:8, 71:10, 71:12, 71:14, 77:4
disk - 82:16
dissatisfaction - 78:6, 78:8
disseminate - 9:1
dissemination - 7:21
distinct - 103:6
District - 1:1
divided - 129:22
division - 6:15
document - 14:9, 14:13, 28:10, 36:25, 37:19, 37:20, 38:4,

40:8, 63:14, 63:16, 97:18, 97:23, 98:1, 101:23, 102:10, 103:17, 106:24, 106:25, 107:1, 107:4, 107:10, 107:16, 108:1, 108:11, 119:25, 126:14, 134:6, 142:2, 142:16
documentation - 20:6
documented - 54:7, 138:13
documents - 29:14, 29:15, 29:17, 29:20, 39:16, 65:11, 70:3, 96:13, 96:18, 96:20, 96:23, 96:25, 97:3, 98:8, 98:12, 98:24, 100:6, 102:17, 128:14, 147:12, 147:23, 148:2
Dol - 38:21
Dolph - 22:18, 22:19, 23:7, 26:12
dominate - 20:17
Dominic - 1:6
Don - 55:17, 56:15
Donald - 56:15, 56:17
done - 19:8, 19:13, 20:7, 20:21, 30:3, 30:4, 62:8, 65:1, 74:7, 77:9, 87:16, 89:9, 96:15, 96:19, 96:19, 102:23, 103:12, 103:18, 104:13, 104:17, 104:22, 116:15, 125:9, 132:7
door - 45:25, 112:19, 129:25, 135:10
doors - 130:2
doorway - 45:23, 46:1, 46:12, 109:15, 109:18, 109:22, 112:16, 112:17, 134:19, 135:2, 135:12
Dot - 10:4
double - 5:3
doubt - 43:22, 65:15, 88:9, 136:6, 136:8
down - 3:16, 16:6, 22:25, 38:10, 38:12, 54:7, 58:18, 58:21, 58:22, 65:16, 71:21, 72:25, 73:2
downloaded - 129:12, 129:14
downstairs - 89:23, 89:25
draft - 65:14, 65:20
drafts - 65:17, 65:22, 70:11
dramatic - 119:9, 119:13
draw - 141:23
drawn - 77:11
Drive - 1:23, 2:9, 28:25, 38:22, 72:20, 74:2, 79:2, 80:3, 150:1, 150:22
drive - 130:16, 138:12, 139:18
driven - 118:21
driving - 9:17
dual - 93:9, 127:9
dual-powered - 127:9

duly - 3:3, 144:4, 144:7
duplicate - 86:17, 147:20
during - 8:5, 9:7, 34:14, 42:23, 45:16, 46:5, 48:24, 85:4, 118:5, 122:18
Duro - 14:24
dusty - 120:22, 120:23
dwelling - 92:18, 92:20, 127:4
dynamics - 118:23, 131:20

E

e-mail - 70:12, 79:11
e-mail-attached - 86:19, 147:21
e-mailed - 82:16
e-mails - 79:12
early - 44:23, 72:14, 80:13, 92:22, 142:22
easier - 26:10
easily - 51:14, 60:8
edition - 30:21, 30:25, 31:4, 31:7, 31:24
education - 4:14
educational - 25:5
effect - 77:19
effectively - 120:24, 120:25
efforts - 39:18
eight - 15:7, 68:15, 110:18, 141:6
either - 12:4, 14:5, 20:2, 20:9, 28:20, 35:23, 45:15, 48:15, 49:3, 60:12, 69:10, 70:12, 89:8, 91:11, 94:20, 99:11, 104:3, 104:7, 106:5, 106:14, 106:20, 107:5, 107:11, 107:19, 108:13, 108:15, 108:18, 108:19, 109:5, 119:23, 129:12, 129:24, 133:8, 133:10, 138:21, 141:23, 143:10, 144:15, 144:16, 144:17
Either - 50:1
elaborate - 30:2
electrical - 27:7, 50:8, 55:16, 57:4
electronic - 47:7
electronically - 47:7, 68:25, 70:13
elements - 139:13
eleven - 110:19
elongate - 143:12
elsewhere - 122:3
employ - 7:3, 23:24
employed - 4:4, 5:8, 7:14, 24:23, 29:4, 55:17
employee - 23:22, 33:12, 34:22, 40:16, 144:16
employees - 9:15, 22:1, 22:2, 22:4, 22:10, 23:13, 26:7, 26:11, 61:8, 71:13, 71:14, 71:21, 71:24, 80:25, 95:13, 99:1,

106:11, 147:23
employment - 24:17
enacting - 31:21
enclosed - 150:11
Encompass - 19:2, 19:4, 19:5, 19:8, 19:19, 19:24, 20:9, 20:12, 20:15, 20:22, 20:24, 21:1, 21:18, 33:12, 33:13, 33:17, 34:22, 38:12, 38:17, 40:6, 40:11, 41:21, 52:23, 53:1, 64:9, 66:6, 66:7, 66:17, 66:22, 66:25, 70:21, 71:14, 74:10, 122:8, 147:5
end - 143:10
energy - 54:5, 131:2
engineer - 29:7, 50:8, 55:16
engineering - 4:17, 6:15, 9:1, 9:2, 19:21, 26:15, 29:11, 29:13, 30:25, 57:5, 59:11, 77:9, 78:2, 91:8, 91:11
Engineers - 30:24
engineers - 26:13, 26:14
entering - 113:3
entire - 127:4
entities - 70:3
entry - 73:16, 74:3, 90:4
envelopes - 84:3
environmental - 54:3
equally - 59:21
equipped - 119:15
Errata - 150:21
Esq - 2:2, 2:8, 150:8
estimate - 5:22, 6:9, 10:20, 20:8, 79:21
etc - 111:12
evacuate - 10:8
evaluate - 137:19, 138:16
evaluated - 61:14, 138:18
evaluation - 20:5, 65:2
event - 20:7
eventually - 27:16
evidence - 48:13, 48:17, 48:19, 49:1, 61:24, 62:2, 85:2, 90:15, 110:13, 110:15, 120:9
Exact - 109:20
exact - 24:1, 43:25, 65:4, 109:9, 118:14
exactly - 31:9, 45:19, 96:2, 96:6, 96:14, 96:18, 103:10, 103:18, 111:8, 111:9, 137:22
Examination - 3:5, 145:1, 145:3
examination - 138:5
examined - 53:23
example - 130:5, 137:7
except - 48:20, 54:15, 81:4, 105:16
exchanged - 98:14, 132:16
exclude - 133:4
exclusion - 60:9

excuse - 10:22, 12:22, 19:24, 60:17, 129:8, 135:4
Excuse - 62:3
executive - 5:11, 6:23, 6:25
Exhibit - 14:13, 37:19, 37:20, 37:24, 41:8, 41:16, 68:13, 78:18, 81:21, 97:18, 97:22, 99:8, 102:14, 106:22, 114:12, 133:9, 142:15, 142:16, 145:9
exhibit - 38:6, 38:8, 78:18, 97:17, 102:9
Exhibits - 145:8
exist - 107:4, 107:11
existed - 92:3, 93:2, 93:19, 94:4, 94:5, 125:19, 133:13, 137:25
existing - 92:13, 92:20, 92:23, 124:9, 125:1, 125:6, 126:11, 127:4, 127:7, 128:5
exists - 27:3
exit - 134:14, 134:17, 135:3
expand - 9:24
expect - 85:3
expected - 122:19
experience - 54:16, 55:9, 56:1
experienced - 26:4, 52:7, 56:7, 58:15
experiences - 55:24, 56:5
expert - 20:5, 25:20, 26:3
Expires - 146:19
expires - 144:24
explanation - 21:17, 89:13, 147:5
exploring - 60:11
express - 78:5, 78:8
extended - 44:21
extending - 130:24, 131:18, 131:23
extension - 122:20
extensive - 44:20
extent - 11:6, 27:12, 100:5, 148:2
exterior - 122:21

F

facilitate - 127:11
fact - 50:4, 62:1, 104:21, 133:16
factor - 112:3, 112:8, 112:12
factors - 65:2, 124:11
factory - 12:23
facts - 42:16
factual - 42:20, 49:18, 134:24
Fair - 32:16, 74:22
fair - 52:21, 70:7, 80:2
fairly - 17:24, 26:1, 30:7, 30:16, 31:1, 34:15, 54:7, 143:21
fall - 103:15
Falls - 1:4, 18:17, 21:18, 147:5, 149:2, 150:3
family - 89:23, 90:4,

92:17, 92:18
fan - 113:11
far - 21:22, 44:11, 44:17, 109:20, 112:25, 113:4, 132:20, 147:6
Fast - 129:2, 129:4, 129:10, 129:19, 133:15
fault - 143:15
Fax - 1:24
fax - 39:16
faxed - 63:9
February - 102:4, 103:6, 103:7, 103:11
Federal - 1:15
federal - 10:1, 10:15, 16:21, 16:25, 17:1, 17:4, 17:14
feeding - 111:22
fell - 41:19, 43:4
felt - 72:13
fight - 132:23
figures - 137:4
filament - 55:12, 58:16, 58:21, 59:22, 60:1, 60:15, 60:17
filaments - 56:1
file - 30:14, 32:9, 32:12, 49:14, 52:23, 52:25, 70:12, 98:13, 100:2, 134:10
filed - 16:15, 17:17
files - 65:23, 130:6
filing - 56:23
fill - 31:13
filled - 84:4
film - 81:10
final - 69:1, 90:19, 128:25, 130:10, 137:5
Finally - 136:12
fine - 32:15, 57:15, 57:16, 70:6, 70:19, 71:17, 76:21
finish - 65:16, 130:3, 138:19
finished - 143:16
fire - 4:16, 5:9, 5:12, 6:1, 6:2, 6:4, 6:6, 6:7, 6:10, 6:12, 6:14, 6:22, 6:23, 7:19, 7:21, 8:15, 8:19, 8:25, 10:7, 10:9, 11:22, 11:24, 12:2, 12:23, 19:8, 19:20, 19:21, 19:22, 19:24, 20:2, 22:12, 23:14, 24:5, 25:12, 25:14, 25:20, 26:2, 26:8, 26:13, 26:14, 26:15, 26:16, 26:23, 28:24, 28:25, 29:4, 29:6, 29:8, 29:12, 30:3, 30:24, 32:4, 32:6, 32:22, 32:23, 33:2, 33:23, 33:24, 34:2, 34:7, 34:10, 36:10, 39:12, 41:6, 41:10, 42:8, 42:18, 44:20, 44:21, 45:7, 45:8, 47:25, 53:5, 53:16, 54:13, 58:6, 62:1, 69:15, 69:20, 70:2, 72:14, 76:23, 77:8, 77:24, 78:2, 79:1, 80:8, 80:15, 80:18, 81:12, 83:18, 85:6, 85:12, 87:18, 89:3, 89:7, 89:18, 90:12, 90:20, 90:25, 91:7, 91:13, 92:4, 92:5,

95:3, 95:19, 96:4, 96:7, 106:15, 106:16, 108:23, 108:25, 109:1, 109:10, 109:24, 110:6, 110:10, 110:11, 110:16, 111:3, 111:19, 111:23, 112:5, 112:10, 112:19, 113:11, 113:17, 113:18, 113:21, 114:2, 114:13, 114:19, 114:21, 114:25, 115:1, 115:4, 115:6, 115:12, 115:13, 115:18, 116:7, 117:7, 118:6, 118:7, 118:12, 118:16, 118:23, 119:10, 120:4, 121:11, 121:14, 121:19, 122:2, 122:20, 123:2, 128:6, 128:21, 128:22, 129:25, 130:22, 130:23, 131:7, 131:18, 131:21, 131:22, 131:24, 132:14, 132:15, 132:18, 132:19, 132:23, 133:1, 133:19, 134:22, 137:19, 137:22, 138:15, 139:22, 140:22, 140:24
Fire - 5:2, 5:14, 5:20, 5:24, 6:11, 6:20, 7:4, 7:7, 7:16, 8:9, 15:1, 24:6, 24:10, 24:11, 27:8, 30:24, 39:17, 40:11, 41:20, 43:6, 43:8, 43:10, 45:1, 45:4, 50:3, 61:5, 113:25
firefighter - 5:18, 5:20
firefighters - 119:15, 122:12, 122:13, 122:25, 133:5
firefighting - 39:18
fireman - 5:25, 26:19, 132:11
firemen - 132:23, 133:2, 133:11
fires - 53:13, 58:20
firm - 12:5, 19:20, 70:1, 88:21
firms - 78:2
First - 2:9, 28:1
first - 3:3, 6:1, 7:13, 14:11, 16:8, 24:4, 27:9, 28:2, 32:21, 34:11, 36:8, 38:3, 38:13, 56:14, 63:1, 63:9, 63:10, 63:23, 64:22, 66:1, 66:24, 67:6, 67:9, 70:8, 74:19, 74:20, 77:21, 78:3, 78:6, 78:9, 78:24, 79:22, 79:23, 80:5, 81:20, 81:22, 83:18, 83:21, 87:4, 87:8, 90:4, 90:7, 93:8, 93:9, 97:24, 98:1, 114:16, 115:5, 121:11, 121:25, 122:13, 123:1, 132:12, 133:11, 134:1, 136:6, 147:8, 147:16

first-arriving - 122:13
firstly - 141:5
five - 6:5, 6:18, 10:23, 11:2, 12:9, 12:11, 51:17, 77:5, 90:3
Five - 67:21
flame - 110:11, 110:24, 111:20, 111:23, 112:5, 113:12, 119:4, 121:14
flaming - 109:1, 131:3
flammability - 10:5
Flanagan - 13:15, 13:17, 13:20, 13:21
flash - 139:16
flashover - 118:7, 118:13, 118:16, 118:19, 119:3, 119:8, 129:6, 129:7, 130:16, 130:21, 130:25, 131:3, 131:5, 131:6, 131:9, 131:12, 131:14, 133:12, 134:19, 134:23, 138:13, 139:18
Flashover - 122:18, 129:3
flight - 10:7
Floor - 2:9
floor - 90:4, 90:7, 122:20, 130:3
Fm - 38:24
focus - 78:17
focused - 75:11
folded - 27:16
Folger - 22:14, 23:6, 23:13, 23:25, 24:7, 24:9, 29:5, 32:24, 40:18, 41:1, 41:4, 41:5, 41:9, 41:13, 42:17, 46:17, 50:1, 50:15, 55:9, 62:13, 63:2, 63:8, 63:18, 67:4, 67:10, 68:3, 68:14, 68:19, 68:21, 69:3, 69:10, 80:5, 81:12, 88:5, 88:15, 88:19, 89:9, 98:11, 98:19, 99:2, 99:12, 108:13, 114:4, 114:17, 115:7, 117:19, 121:22, 132:7, 132:10, 132:25, 133:9, 133:10, 141:23, 147:24
Folger's - 67:13, 67:17, 67:20, 67:24, 68:1
follow - 64:1
follows - 3:4
foot - 112:24, 118:8, 131:19, 131:23
Force - 1:7, 3:10, 29:24, 30:12, 85:7, 85:8, 85:9, 85:14, 85:16, 94:14, 94:17, 95:2, 95:13, 95:17, 95:25, 100:14, 101:13, 102:6, 104:22, 106:7, 117:19, 120:19, 121:5, 123:6, 123:15, 124:1, 128:3
foregoing - 144:7, 144:8, 144:12, 146:3
forensic - 56:8,

77:11
forget - 94:22, 137:1
forgotten - 100:6, 148:3
form - 21:24, 29:21, 51:25, 52:1, 60:5, 74:24, 79:8, 79:10, 83:23, 97:2, 105:14, 107:8, 107:10, 107:14, 107:16, 107:17, 115:22, 138:1, 150:17
formal - 21:10, 132:8
formally - 74:24
formed - 23:25
forth - 10:16, 16:16, 44:9, 138:20
Forty- 10:22
Forty-nine- 10:22
forward - 86:20, 147:21
fought - 132:18
foundation - 56:3
four - 6:5, 13:21, 14:9, 14:17, 22:2, 49:4, 64:25, 90:1
four-page - 14:9
frame - 56:22, 65:7, 110:12
Frank- 22:18, 23:9
free - 129:11
free-of-charge - 129:11
frequent - 35:8, 55:18
front - 14:22, 15:13, 28:9, 28:10, 38:1, 68:6, 88:1, 99:8, 99:17, 133:9, 138:9
fuel - 129:4, 129:5, 129:21, 130:12, 130:14, 130:15, 138:11, 138:15, 138:23
full - 3:19, 3:22, 22:4, 84:8, 118:3, 121:17, 147:18
full-time - 22:4
fully - 119:15
fully-equipped - 119:15
fully-protected - 119:15
function - 73:20
furniture - 41:18, 42:25

**G**

gain - 45:8, 137:11, 139:14, 139:15
gained - 42:20
gaining - 139:9
Gaithersburg- 30:6
Galler- 55:17, 56:10, 56:17, 56:20, 57:3, 57:13, 57:23, 58:6, 58:15
Galler's - 56:6, 56:9, 56:25
Gannon- 22:18, 23:9
garage - 96:11, 96:15, 101:4
gate - 45:19, 45:21, 46:1, 46:7, 46:10, 46:15, 46:18, 46:21, 46:22, 135:11

Gene- 13:12, 13:14, 13:16
general - 8:6, 10:10, 44:3, 51:23, 53:24, 106:3
generally - 10:14, 22:9, 73:13
generated - 27:11, 39:16, 81:3, 81:5, 81:8
generic - 47:3
gentleman - 33:3
geometry - 54:6
George's - 5:9, 5:20, 5:24, 6:10, 6:20, 6:24, 7:4
given - 25:21, 27:11, 52:12, 52:23, 81:4, 113:7, 138:18, 139:18, 140:15
Glen - 1:4, 18:17, 21:18, 147:5
Glenn - 149:2, 150:3
governed - 94:6
government - 7:8, 10:1, 10:16, 27:11, 129:11
government-provided - 129:11
governmental - 10:1
grade - 8:2, 90:7
graduate - 25:7, 26:13, 29:10
graduate-degree - 26:13
graduated - 5:5, 29:9
grand - 90:3
great - 33:6
greater - 23:18, 28:22, 38:18
greatly - 112:17
Green- 34:21, 34:23, 35:9, 35:13, 35:19, 35:25, 117:23, 117:25
ground - 96:10
ground-level - 96:10
grouping - 11:23
grown - 45:20
growth - 111:2, 118:5, 118:23, 119:9, 131:20
guess - 9:23, 36:1, 45:15, 72:11
guesstimating - 137:23

**H**

half - 16:19, 23:2
hand - 144:19
handbook - 25:25, 30:22, 30:23, 30:24, 31:3, 31:4, 90:25
handed - 33:7, 69:12, 84:3, 97:13, 97:23, 101:22, 106:25
handing - 83:5
handwritten - 98:18
Handwritten - 145:11
hard - 92:12, 92:19, 92:25, 93:4, 93:10, 106:7
hard-wired - 92:12, 92:19, 92:25, 93:4, 106:7

hard-wiring - 93:10
Harney - 13:12
Harold - 1:4, 38:22, 41:17, 102:15, 149:2, 150:4
Hartford - 1:7, 1:17, 1:25, 2:4, 13:2, 13:4, 73:16
hazards - 28:17
head - 12:19, 41:3, 44:13, 58:10, 97:15, 140:5
hear - 61:21, 116:2
heard - 133:24
hearings - 11:5
heat - 53:15, 139:1, 140:9, 141:8, 141:10, 141:12, 141:13, 141:15
heavily - 143:3
height - 46:10, 135:9
Heinz - 1:5, 18:18, 28:24, 28:25, 29:25, 30:13, 34:18, 38:22, 42:21, 42:23, 47:8, 47:13, 47:16, 47:19, 50:10, 50:14, 52:6, 52:13, 52:18, 52:19, 52:24, 53:22, 55:1, 59:20, 60:12, 60:13, 60:17, 77:16, 85:11, 85:20, 85:23, 95:7, 95:10, 95:17, 96:2, 96:6, 100:22, 102:12, 102:15, 104:6, 104:10, 104:11, 104:16, 106:5, 106:10, 106:11, 110:17, 120:16, 120:17, 124:1, 124:2, 124:5, 128:13, 128:14, 149:2, 150:4
Heinz's - 47:11, 60:21, 100:17, 102:19, 103:1, 103:11, 103:19, 103:20, 103:24, 104:2, 104:23, 104:25, 115:17, 124:14, 124:24, 128:8, 128:10
Heinzes - 102:6
Heinzes' - 94:15
held - 1:17, 5:12
helped - 111:23, 135:18, 135:19
hereby - 144:3, 146:3
high - 11:22, 11:24, 51:11
High - 67:15
high-resistance - 51:11
high-rise - 11:22, 11:24
highest - 4:14, 6:25
him/her - 150:13
Hingham - 49:3
Hogan - 22:18, 23:9
hold - 7:23, 25:16
holdover - 21:3
home - 12:2, 34:16, 38:25, 56:3, 72:16, 89:17, 89:21, 94:3, 94:7, 94:11, 94:16, 96:3, 96:7, 100:15, 100:24, 102:19, 102:23, 103:1, 103:11, 103:19,

104:23, 104:25, 106:1, 114:21, 115:19, 116:17, 116:19, 117:8, 121:5, 124:2, 124:6, 124:9, 124:14, 124:24, 125:9, 125:16, 140:24
homeowner - 30:12, 77:23, 85:11
homeowners - 95:22
homes - 125:6
hooked - 93:3
hopefully - 99:19, 143:8, 143:13
hoping - 63:13
hose - 122:14, 123:1
hotel - 11:22
hour - 110:21, 142:22
hours - 87:24, 118:15
house - 75:7, 80:3, 87:8, 88:4, 88:6, 88:11, 89:2, 95:23, 101:2, 104:13, 104:16, 105:10, 105:11, 106:7, 106:8, 109:12, 109:14, 116:11, 116:21, 117:23, 120:19, 139:20
household - 111:17
human - 10:5
hydrant - 114:21
hypotheses - 130:11, 136:20
hypothesis - 139:7, 139:10

**I**

idea - 44:20, 44:21, 80:6
identification - 14:14, 37:21, 37:24, 78:19, 97:19, 97:22, 142:17
identify - 126:14, 126:17
ignitable - 51:14, 60:8
ignite - 53:15, 139:16
ignited - 138:24
ignites - 119:5
ignition - 45:10, 51:4, 51:13, 54:6, 54:11, 59:23, 60:7, 60:23, 61:2, 61:12, 118:20, 131:3, 138:21, 138:25, 139:4
immediately - 95:24
imparted - 34:13
implications - 91:10
implicit - 48:21
implied - 91:14
implying - 68:7
important - 15:11, 112:9
improved - 10:5
in-depth - 65:2
inappropriate - 93:24
Inc - 1:8
incident - 117:13
incidents - 8:22
incipient - 112:13

inclination - 36:2
included - 17:19, 31:22, 66:12, 99:19, 100:1
including - 11:2, 11:7, 22:3, 25:25, 99:3, 99:19, 147:24
inclusive - 15:12, 15:18, 17:22, 20:22, 30:3, 30:8, 31:2, 90:8, 90:24, 119:14, 137:15
income - 28:19
incomplete - 69:13, 93:21
increase - 9:10, 113:10
increased - 10:2
increases - 8:2, 9:15
indeed - 51:12, 56:1, 59:21, 60:14, 60:16, 90:16
independent - 48:20, 103:16, 105:3, 112:19, 123:19, 139:6
Independent - 114:23
independently - 129:14, 139:13
index - 86:2, 87:1, 140:18
Index - 145:1, 145:8
indicate - 18:8, 39:11, 63:8, 99:9, 114:12, 114:18, 115:11, 133:10
indicated - 47:8, 50:10, 61:24, 101:2, 150:14, 150:18
indicates - 78:24, 118:4, 121:15
Indicating - 3:21
indicating - 37:9
indication - 95:9
individual - 29:24, 97:14
individuals - 22:23
Industries - 14:24
information - 9:1, 24:1, 34:13, 34:18, 41:7, 42:20, 43:20, 44:3, 44:13, 46:13, 47:18, 49:19, 50:11, 50:20, 52:2, 52:8, 53:2, 69:15, 74:5, 105:8, 107:18, 107:19, 108:9, 108:11, 112:1, 114:24, 126:22, 129:19, 132:16, 132:22, 133:1, 141:7
initial - 38:14, 55:21, 56:24, 57:1, 62:11, 62:12, 63:17, 69:15, 81:8, 88:11, 99:25, 110:23, 112:15, 115:10, 115:11, 117:1, 118:2, 118:5, 129:21, 138:3, 138:4, 138:7, 138:12
input - 129:18, 130:6, 134:8, 136:6, 137:24, 138:18, 139:19
inputted - 136:19, 138:20
inquire - 120:16, 120:17
insight - 77:10, 130:14, 139:9, 139:15

insignificant - 59:17
Insignificant - 9:9
inspection - 6:15
inspector - 6:7, 6:10, 6:11, 97:5
Inspector's - 6:12
install - 92:19, 116:7
installation - 85:19, 100:13, 101:13, 102:6, 105:19, 105:21, 117:10, 124:8
installed - 84:22, 85:1, 85:5, 90:11, 90:13, 94:15, 95:2, 95:8, 95:10, 95:13, 95:16, 95:17, 95:25, 104:22, 105:12, 116:12, 116:17, 116:18, 116:23, 116:24, 121:5, 123:20, 124:14, 124:24, 125:25, 127:22, 128:3, 129:24, 140:25, 141:12
Institute - 4:17, 30:4, 55:18, 129:13
instituted - 18:16, 123:11
instructions - 41:5
Instructions - 150:9
insurance - 18:21, 18:22, 18:23, 18:24, 19:23, 19:25, 77:16, 115:19, 123:5, 127:20
Insurance - 1:4, 18:17, 19:3, 20:9, 20:19, 33:12, 33:17, 40:6, 64:9, 70:22, 71:14, 122:8, 149:2, 150:3
integrate - 8:22
interconnected - 127:9, 127:12
interested - 30:2, 144:18
interface - 33:5, 42:17
interfacing - 24:8
interfere - 74:16, 147:15
interior - 95:23, 119:11, 119:12, 130:3, 138:19, 141:24
intern - 29:9
International - 25:17, 25:22, 26:5
international - 25:23
interpreted - 91:11, 103:13, 103:17
interrupt - 9:20
interval - 110:17, 110:22, 121:2
intervention - 44:22
interview - 113:25, 123:14, 128:13
interviewing - 55:14
investigate - 7:19, 8:18, 53:5, 61:8
investigated - 53:14, 53:21, 59:8, 81:1
investigating - 42:8
investigation - 10:18, 19:21, 20:2, 20:5, 24:7, 29:3, 34:10, 39:18, 40:22,

56:21, 58:20, 81:9, 87:17, 88:11, 98:13, 132:15, 138:3, 138:4
investigationist - 44:2
investigations - 26:4, 27:7, 55:16, 55:19, 59:1
investigative - 7:21, 8:20, 19:8, 19:22, 26:2, 27:6, 27:10, 27:15, 55:22, 79:1
investigator - 6:6, 7:15, 8:15, 23:14, 23:15, 25:12, 25:15, 25:20, 52:7
Investigators - 25:18, 25:22, 26:6
investigators - 26:8, 26:17, 42:24, 48:23, 51:24, 55:25, 78:2, 114:7, 123:19, 132:17
involved - 16:1, 139:3
involving - 59:20
Ionization - 121:8, 141:1
ionization - 121:9, 121:13, 141:4, 141:9, 141:14, 141:18
ionized - 121:6
Island - 12:23
issuance - 66:5, 66:24, 67:6, 79:22
issue - 11:24, 64:23
issued - 25:21, 62:18, 62:22, 65:5, 66:16, 67:2, 67:9, 67:24, 68:19, 68:21, 68:23, 70:1, 70:8, 78:22, 83:22, 94:22, 100:13, 104:8, 104:9, 105:22, 106:1, 107:11, 108:16, 114:17, 117:2, 123:20, 128:18
issues - 10:8
issuing - 66:23, 104:11, 106:5, 106:14, 108:19, 109:5, 123:15
item - 138:25
iterations - 136:5
itself - 69:23, 106:21, 130:16

**J**

Jake- 33:4, 35:19, 70:20, 72:2, 72:12, 84:13
Jamaica- 117:14
January- 78:19, 102:15
Jaworski- 17:19
Jerry- 34:21, 34:23, 117:23, 117:25
jiggling - 56:3
job - 5:23, 7:13, 7:17, 7:24, 7:25, 9:7, 23:12, 114:8
Joe- 13:12, 13:14, 13:16, 13:17, 13:18, 13:20, 22:14, 23:6, 24:21, 29:5, 32:24, 50:1, 50:7, 50:10, 50:25, 51:3, 64:13, 64:14, 64:15, 142:3
Joseph- 2:2

judgment - 91:12
July- 22:12, 23:23, 29:1, 32:22, 35:17, 35:21, 47:10, 81:2, 83:14, 84:18, 88:6, 113:22
jumping - 46:7
Jurat- 150:21
jurisdiction - 24:9

**K**

Kaufman- 2:8, 150:8
keep - 17:24, 37:25, 38:1, 73:13, 73:15, 73:19, 93:22
kept - 70:11, 73:12
Kevin- 22:14, 23:6, 24:22, 24:25, 26:19, 29:5, 32:24, 40:11, 40:12, 40:16, 41:23, 42:2, 42:12, 42:14, 42:15, 43:19, 45:4, 47:17, 47:19, 50:1, 50:7, 50:10, 50:15, 50:24, 51:3, 52:1
key - 130:17
kicking - 64:24
Kimberly- 1:15, 144:22, 150:7
kind - 16:2, 42:4, 45:25, 57:2, 121:4, 137:23, 139:24, 140:23
Kingston- 49:4
Klem- 1:15, 3:7, 3:24, 4:8, 21:24, 77:7, 78:25, 146:10, 149:3, 150:5
knocked - 51:9, 55:11, 58:17, 58:21, 58:22, 59:13, 60:2, 60:15, 61:9, 110:22, 111:1, 111:4
knocking - 61:1
knowing - 15:6
knowledge - 17:2, 20:13, 24:14, 33:11, 42:7, 47:19, 49:8, 50:15, 70:13, 70:16, 71:13, 71:19, 78:4, 83:11, 88:17, 88:21, 98:12, 98:16, 103:10, 103:16, 105:7, 105:16
knowledgeable - 54:24
known - 8:11, 8:12, 19:5, 30:5, 131:8
Kodak- 86:2, 87:1
Kohn- 38:24, 42:18, 42:19, 43:6, 43:8, 43:10, 45:1, 45:4, 50:3, 113:25

**L**

lack - 90:18
Lake- 2:9
lamp - 41:19, 43:1, 43:2, 47:17, 47:18, 47:24, 48:7, 48:16, 48:19, 48:21, 48:24, 49:2, 49:7, 49:14, 49:15, 49:16, 49:18, 49:20, 49:22, 50:4, 50:6, 51:5, 51:6, 51:9, 51:21, 52:2, 53:6, 53:14, 54:20, 55:11, 58:17, 58:21, 58:22,

59:12, 60:1, 60:7, 60:19, 61:2, 61:9, 61:22, 83:7, 110:23, 111:5, 111:7, 120:4, 120:5
lamps - 59:8
lampshade - 120:5, 120:8, 120:11, 120:14
land - 10:8
landed - 111:7, 111:9
lapsed - 110:8, 118:15
large - 16:6, 112:14
last - 10:21, 11:8, 11:12, 12:16, 15:22, 15:23, 53:3, 62:21, 98:5, 99:4, 117:5, 118:4, 121:17, 128:23, 143:1, 147:24
late - 25:1, 79:20, 80:13, 96:8, 96:9
lateral - 6:6
latest - 9:2, 30:6, 45:20
latter - 103:3, 103:4
Lauren- 1:5, 38:22, 149:2, 150:4
law - 88:21
lay - 118:24
layer - 118:22, 129:23
learn - 46:10
learned - 8:21, 8:22, 42:9, 44:22, 47:4
learning - 141:2
least - 13:21, 53:11, 60:13
leave - 7:3, 31:12, 36:4, 57:11, 78:13, 137:2
leaves - 63:4
leaving - 8:7, 110:18
left - 6:24, 30:8, 38:25, 42:22, 44:23, 47:10, 60:1, 63:10, 65:10, 147:11
legislation - 31:21
legitimate - 132:14
length - 110:20, 110:25
less - 20:15, 28:22, 59:21, 67:22, 110:21, 113:23
lesser - 11:6
lessons - 8:21, 8:22
letter - 79:10
level - 4:14, 6:6, 6:25, 39:13, 58:23, 59:6, 90:5, 90:7, 96:10, 108:20, 112:4, 113:10, 117:20
levels - 10:2, 109:2, 112:9, 119:7
liaison - 10:17
Lic#shr433- 1:16
Licensed- 1:16, 1:22
life - 30:22, 31:3, 31:10, 90:25, 91:1, 91:9, 92:22
lifetime - 11:15, 56:1
light - 47:24, 48:4, 48:6, 48:7, 48:16, 50:6, 52:13, 53:15, 53:20, 53:22, 54:1, 54:11, 54:12, 54:16, 54:19, 55:2, 55:10,

56:4, 58:16, 59:9, 59:12, 59:20, 60:14
lighted - 52:3, 53:6, 53:14, 55:10
lights - 41:18, 42:24, 46:25, 47:2, 47:5, 47:9, 50:11, 59:9, 60:18
likely - 16:19, 59:11, 59:25, 63:5, 65:18, 67:22, 132:13, 133:3
line - 71:17, 78:24, 128:23
Line- 149:8
lines - 115:8, 115:9, 122:14, 123:1
List- 145:10
list - 13:10, 14:2, 14:4, 14:10, 14:16, 15:16, 16:3, 16:4, 16:11, 16:12, 17:22, 18:5, 18:9, 26:1, 63:3, 63:4, 130:4, 147:3
listed - 16:11, 16:12, 17:5, 17:20, 21:7, 23:1, 26:7, 26:11, 27:9, 90:21, 108:7
Listen- 124:16
listing - 19:15, 28:11, 89:23, 150:17
lists - 14:7
lit - 51:22, 52:2, 55:10, 59:12, 59:21, 60:1
literature - 29:25, 30:4, 30:13, 53:24, 54:8, 54:10, 90:23, 137:13, 140:3, 141:10
litigation - 3:9, 3:10
lived - 116:18, 116:22
living - 111:16
Llc- 4:8, 150:1
Llp- 1:17, 2:3, 2:8, 150:8
local - 124:25
located - 4:9, 39:14, 90:15, 90:17, 90:20, 109:13, 109:16, 109:19, 127:5, 135:12
location - 49:6, 61:13
locations - 49:5, 129:23
locker - 48:13, 48:17, 49:1, 49:6, 49:23, 120:9
lockers - 49:4, 49:5
log - 72:25, 73:5, 73:8, 73:12, 73:13, 73:15, 73:23, 74:12, 74:13, 74:17, 147:13, 147:14, 147:15
look - 12:20, 14:16, 28:8, 57:9, 68:16, 78:3, 106:22, 108:5, 117:1, 126:20
looked - 95:24
looking - 15:14, 32:19, 84:4, 86:3, 89:4, 89:11, 107:16
Looking- 16:4, 128:17
loss - 33:7, 34:16, 38:17, 63:5, 72:13, 77:22
low - 38:24, 39:9, 61:3, 61:4, 61:5
low-bed - 38:24,

39:9
**lower** - 39:13
**Lsr** - 1:16, 150:7
**lunch** - 107:25, 110:2

## M

**Madison** - 1:23, 150:2, 150:23
**magnitude** - 33:7
**Mahoney** - 1:17, 2:3, 12:6, 12:14, 12:17, 13:1, 13:7, 14:19, 15:8, 15:19, 15:23, 18:11, 66:3, 66:8, 70:17, 76:10, 79:5, 88:22, 88:24
**mail** - 70:12, 79:11, 86:19, 147:21
**mailed** - 63:9, 82:16
**mails** - 79:12
**main** - 90:4
**maintain** - 73:23
**maintained** - 6:14, 65:23, 69:9
**major** - 5:1, 5:3, 7:19, 8:19, 8:21, 25:9, 34:16
**majority** - 69:6
**male** - 61:22
**manage** - 73:21
**mandatory** - 124:7
**manner** - 132:8
**March** - 1:18, 53:4, 64:5, 128:19, 149:4, 150:6
**marching** - 137:10
**mark** - 14:8, 14:11, 14:12, 36:18, 36:20, 37:5, 78:11, 136:25
**marked** - 14:13, 37:12, 37:19, 37:20, 37:24, 38:2, 68:11, 78:12, 78:18, 97:16, 97:18, 97:21, 102:13, 107:20, 142:11, 142:16
**Marshal** - 43:6, 43:8, 43:10, 45:1, 45:4, 50:3, 113:25
**marshal** - 39:13, 42:18, 132:14, 132:18, 133:1
**marshal's** - 6:12, 6:14, 69:20, 70:2
**Maryland** - 4:23, 5:6, 5:9, 116:19
**Mascaro** - 2:2, 18:10, 18:14, 21:20, 33:23, 36:22, 36:24, 49:9, 55:3, 57:14, 57:20, 60:4, 62:4, 64:15, 64:18, 64:19, 74:24, 75:2, 76:13, 82:6, 83:23, 86:21, 97:10, 100:9, 101:22, 102:13, 105:13, 107:8, 107:13, 115:22, 124:15, 124:20, 125:3, 126:4, 126:13, 126:17, 126:20, 136:23, 137:2, 138:1, 142:5, 143:23
**Mascaro's** - 143:19
**Mass** - 4:18
**Massachusetts** - 3:2, 4:10, 16:10, 24:10, 26:23, 49:3,

55:17
**master's** - 4:16, 8:25, 26:13, 26:14, 29:12, 57:4
**material** - 46:23, 58:3, 120:15, 139:4
**materials** - 39:14, 54:1, 54:4, 60:9, 111:9, 111:11, 111:13, 118:21, 137:20, 137:21, 138:12, 142:4
**matter** - 55:21, 111:16
**Matthew** - 30:11
**mattress** - 138:7, 138:20
**Matza** - 30:11, 94:21, 95:1, 101:9, 128:2
**Matza's** - 100:20, 101:1, 105:8, 127:22
**mean** - 19:19, 45:12, 48:11, 58:23, 64:14, 65:15, 65:17, 66:24, 68:23, 69:13, 74:6, 75:11, 75:24, 92:25, 103:5, 103:6, 111:8, 111:14, 118:19, 118:25, 121:6, 130:10, 130:19, 132:20
**meaning** - 10:6, 20:3, 38:19, 47:6, 67:22
**means** - 38:23, 119:1
**meant** - 104:8
**media** - 29:21
**meet** - 24:4, 26:4, 117:23
**meeting** - 34:20, 76:22, 76:25, 77:2
**members** - 48:15
**memo** - 114:10
**memorialize** - 98:9
**memorialized** - 98:4
**memory** - 73:3
**memos** - 98:25, 147:23
**mentioned** - 34:21, 62:11, 93:9, 125:8
**Meridian** - 11:19, 11:21, 11:25
**message** - 77:20
**met** - 24:5, 43:10, 74:1, 75:6
**metal** - 54:20, 54:21
**meter** - 135:4, 140:6, 141:22
**meters** - 133:21, 133:23, 134:4, 135:4, 135:5, 135:8
**Mezzacappa** - 2:8, 3:6, 3:8, 13:22, 13:24, 14:12, 14:15, 18:4, 18:7, 18:15, 21:8, 21:12, 21:21, 21:23, 32:11, 32:17, 32:20, 33:24, 33:25, 36:20, 36:23, 37:1, 37:4, 37:11, 37:16, 37:18, 37:22, 49:11, 51:18, 51:20, 55:4, 55:7, 57:16, 57:22, 61:7, 62:3, 62:7, 63:21, 64:3, 64:21, 65:8, 65:13, 74:11, 75:1, 75:4, 75:5, 76:17, 82:4, 82:8, 84:2,

84:11, 86:1, 86:12, 86:16, 86:24, 87:7, 91:15, 91:17, 97:11, 97:16, 97:20, 98:23, 99:7, 100:5, 100:10, 101:21, 101:24, 102:16, 105:20, 107:9, 107:15, 110:1, 110:4, 116:1, 124:18, 124:22, 125:7, 126:5, 126:8, 127:13, 136:21, 136:24, 137:3, 138:14, 142:3, 142:6, 142:7, 142:10, 142:14, 142:19, 145:3, 150:8
**Michael** - 2:8, 3:7, 150:8
**might** - 42:9, 43:15, 44:8, 58:24, 77:9, 77:10, 115:7, 119:5, 130:13, 137:24
**Might** - 118:1
**migration** - 129:23
**Miller** - 1:17, 2:3, 12:6, 12:14, 12:17, 13:7, 14:19, 15:8, 15:19, 15:23, 18:11, 66:3, 66:8, 70:17, 76:10, 79:5, 88:22, 88:24
**Miller's** - 13:1
**millions** - 61:6
**mind** - 13:19, 14:23, 42:11
**mind-set** - 42:11
**mine** - 36:16, 36:17
**minimum** - 26:5
**minute** - 45:11
**minutes** - 51:17, 77:5, 113:23, 118:14, 121:19, 121:24, 122:1, 122:5
**miss** - 133:24
**missed** - 116:6
**Missouri** - 16:8
**mistaken** - 52:8, 59:20, 60:14
**Mit** - 55:17, 57:6, 57:7
**mitigation** - 28:17
**mobile** - 12:1
**model** - 128:21, 129:1, 129:9, 129:12, 133:16, 134:13, 134:17, 135:2, 137:24, 140:7, 140:8, 141:3, 141:19
**modeling** - 30:3, 30:14, 136:5, 139:14, 139:15
**models** - 128:22, 128:24, 130:9, 130:14, 139:22, 141:5
**modifications** - 92:17, 92:19
**modified** - 27:12
**Mollenkoph** - 33:4, 33:8, 34:20, 35:5, 35:15, 35:19, 35:25, 64:6, 70:20, 71:2, 71:9, 71:10, 72:2, 72:12, 72:17, 74:2, 75:6, 75:11, 76:1, 76:23, 76:24, 77:13, 78:1, 78:5, 84:13, 88:16, 88:20
**Mollenkoph's** - 21:19, 147:6
**money** - 77:23,

115:19
**moneys** - 77:15
**monitored** - 92:5, 92:12, 92:25, 93:7, 93:20, 94:7, 94:12, 117:13, 127:17
**monitoring** - 93:3
**month** - 56:21, 56:24, 63:6, 77:5, 79:18, 96:9
**months** - 64:25, 79:21, 103:3, 103:4, 125:9, 141:6
**morning** - 3:7, 3:11, 51:22, 97:14, 142:21
**Morrison** - 1:17, 2:3, 12:5, 12:14, 12:17, 12:25, 13:7, 14:18, 15:8, 15:19, 15:23, 18:11, 66:3, 66:8, 70:17, 76:10, 79:5, 88:22, 88:24
**Most** - 22:25
**most** - 23:1, 37:3, 132:13, 133:3
**move** - 15:15
**Move** - 91:15
**moved** - 116:16
**movement** - 56:3
**moving** - 45:22
**Murphy** - 22:14, 23:6, 24:22, 26:19, 29:5, 32:24, 37:15, 40:14, 40:16, 41:1, 41:12, 41:14, 43:19, 43:20, 43:21, 44:6, 44:12, 44:13, 44:15, 44:20, 45:16, 46:17, 47:1, 47:8, 47:17, 50:1, 55:9, 81:11, 88:5, 88:15, 88:19, 89:9, 98:4, 98:8, 98:11, 98:18, 99:2, 99:11, 99:12, 108:13, 114:4, 115:7, 132:7, 132:11, 132:25, 133:10, 141:23, 147:24
**Murphy's** - 106:21
**must** - 15:10

## N

**name** - 3:7, 3:19, 3:22, 11:18, 18:25, 21:6, 33:3, 33:14, 34:17, 55:16, 56:9, 56:14, 75:16, 75:19, 75:21, 76:11, 84:14, 97:15, 99:4, 99:9, 147:25
**Name** - 149:2, 150:3
**named** - 144:6
**names** - 22:10, 84:16
**national** - 117:9
**National** - 8:9, 30:4, 129:13
**nature** - 54:1, 112:11
**near** - 38:21, 114:21
**nearly** - 27:8
**necessarily** - 59:3
**necessary** - 60:16, 119:8, 129:7, 139:17
**need** - 12:21, 21:16, 125:3, 125:4, 136:24, 147:4
**needs** - 125:14
**negatives** - 86:18,

147:20
**Never** - 14:22
**never** - 13:3, 65:20, 71:18, 73:18, 88:8, 95:21, 96:1, 96:16, 96:20, 99:20
**new** - 28:3, 38:17, 89:14, 90:2, 94:9, 108:11, 124:10, 127:6
**New** - 2:9, 43:14, 117:14, 143:5
**newer** - 142:4
**newly** - 90:11, 90:13
**next** - 5:23, 6:11, 6:19, 32:13, 32:23, 40:10, 62:16, 62:18, 87:6, 97:17, 122:17, 122:20, 138:23, 143:12
**next-adjacent** - 138:23
**Nfpa** - 8:11, 8:14, 8:23, 9:5, 10:4, 10:15, 25:25, 26:24, 27:3, 27:9, 27:11, 27:16, 27:17, 27:18, 28:4, 30:20, 30:21, 30:22, 31:1, 31:3, 32:3, 32:5, 78:15, 90:21, 90:24, 90:25, 91:3, 91:18, 91:22, 91:24, 92:3, 92:12, 93:1, 93:6, 93:9, 93:18, 94:5, 94:9
**night** - 143:1
**nine** - 10:22, 121:24
**Nist** - 30:5, 30:14, 30:15, 129:12
**No:303** - 1:5
**none** - 48:22, 81:4, 128:24, 130:9
**nonetheless** - 61:4
**normal** - 65:19
**normally** - 44:2, 44:4
**Notary** - 1:16, 144:3, 144:19, 144:23, 146:18, 149:25
**notary** - 150:13, 150:14, 150:17
**notations** - 40:13
**note** - 38:20, 112:8, 132:9
**note-taking** - 132:9
**notebook** - 73:25
**notes** - 32:9, 32:12, 32:19, 36:8, 36:12, 37:6, 37:14, 38:3, 38:4, 38:7, 38:9, 38:16, 40:1, 40:15, 41:15, 41:23, 42:1, 42:13, 43:18, 56:16, 79:15, 97:13, 98:3, 98:4, 98:8, 98:15, 98:17, 98:18, 98:25, 99:8, 99:16, 106:21, 108:12, 114:12, 124:16, 133:9, 136:1, 145:11, 145:12, 147:23
**Nothing** - 71:16
**nothing** - 41:14
**notification** - 20:4, 33:5, 72:14, 113:24, 122:4
**noting** - 88:4
**November** - 103:5
**number** - 6:9, 9:15, 10:20, 10:24, 13:9, 15:18, 15:25, 16:1,

16:6, 18:9, 23:1, 25:19, 28:7, 35:2, 38:20, 57:8, 57:13, 87:2, 89:7, 89:16, 89:22, 115:3, 122:13, 130:8, 135:6, 135:24, 136:4, 137:21
 Number - 14:24, 14:25, 15:3
 numbered - 38:13, 68:15, 78:17, 86:5, 86:7
 numbers - 18:9, 87:5, 135:13, 135:15, 135:20, 136:9, 136:10, 136:13, 137:6, 138:16
 Nutmeg - 75:10, 75:17, 75:22

**O**

 o'clock - 38:19, 110:18, 110:19, 142:21
 oath - 132:2
 oaths - 144:5
 object - 60:4, 105:13, 138:21
 Object - 83:23, 107:8, 115:22, 138:1
 objection - 18:14
 objections - 57:21
 objectives - 91:9
 obscuration - 140:6, 141:9, 141:21, 141:22
 obscurations - 140:2
 observations - 43:5
 observe - 101:2
 observed - 133:12
 obtain - 29:12, 47:20, 95:15, 96:13, 96:17, 128:14, 129:9
 obtained - 59:6, 96:16, 109:5, 129:14, 132:22
 obtaining - 8:25
 obviously - 28:21, 40:16
 occasion - 53:8, 72:18
 occasions - 12:8, 12:11, 34:2, 35:1, 35:21, 53:8, 58:5, 72:3, 88:10
 occupancy - 42:23, 99:18
 occur - 61:6, 110:24, 127:2, 131:1
 occurred - 29:1, 32:22, 59:1, 59:5, 85:18, 96:12, 122:21, 130:21
 occurrence - 20:3, 61:5, 63:6, 84:23, 85:4
 occurrences - 7:19, 8:19
 occurs - 122:19
 October - 72:23, 72:24, 73:4, 74:2, 75:6, 76:24, 77:3, 80:9, 80:10, 81:3, 81:9, 81:24, 82:9, 83:6, 83:14, 83:17, 84:10, 87:9, 117:24, 123:23, 141:2, 147:19
 off-the-record -
13:23, 62:6, 82:7, 86:23
 offer - 57:25
 offered - 45:16
 offers - 19:20
 offhand - 58:8, 94:19
 office - 6:12, 6:15, 13:1, 13:2, 13:4, 40:22, 62:12, 62:19, 62:22, 63:4, 63:7, 63:10, 63:18, 65:10, 65:21, 65:24, 70:9, 70:12, 73:14, 76:2, 97:25, 108:16, 109:6, 143:19, 147:11
 officer - 6:1
 offices - 69:8
 officially - 21:6, 88:7
 offs - 99:19
 often - 55:15
 old - 21:2, 24:20
 oldest - 31:7
 once - 13:14, 35:7, 58:7
 Once - 140:22
 one - 6:21, 11:21, 11:22, 12:1, 13:12, 14:25, 15:2, 15:8, 15:21, 15:23, 16:8, 16:9, 19:24, 21:1, 25:14, 31:8, 39:20, 40:2, 44:24, 50:2, 50:15, 50:16, 52:15, 53:3, 53:20, 57:9, 58:8, 58:9, 58:13, 59:19, 65:16, 72:5, 74:8, 74:9, 75:13, 75:23, 86:3, 86:21, 89:4, 89:23, 91:22, 105:3, 106:14, 107:5, 107:11, 107:20, 109:5, 109:17, 111:17, 116:6, 116:22, 120:4, 121:10, 127:2, 130:6, 130:23, 132:18, 134:1, 135:19, 137:14
 One - 1:17, 2:3, 11:19, 11:25, 61:19, 88:12, 105:2
 one-watt - 53:20
 ones - 19:11, 80:25, 90:11, 90:14, 136:11, 136:23, 140:3
 ongoing - 103:14, 105:9
 onion - 55:23
 open - 45:25, 46:11, 106:16, 106:23, 107:19, 108:14, 108:20, 109:8, 109:13, 109:19, 109:21, 109:22, 110:11, 110:24, 111:19, 111:22, 111:23, 111:25, 112:5, 112:15, 112:16, 112:21, 112:25, 113:4, 113:9, 113:12, 113:15, 121:14, 129:25, 130:2, 133:16
 open-flame - 110:11, 112:5, 121:14
 opened - 28:4, 112:20
 opening - 135:10
 operable - 117:12
operated - 92:21, 127:8
 opinion - 51:21, 51:25, 52:1, 52:24, 55:8, 121:11
 opinions - 69:16
 opportunity - 109:22
 opposed - 17:13
 opposite - 109:20
 order - 29:22, 74:1, 80:7, 80:15, 80:18, 80:23, 126:10, 128:14, 129:7, 131:2, 138:25, 139:18
 ordinance - 125:1
 organization - 25:23, 33:14
 origin - 34:9, 39:12, 45:7, 45:18, 54:13, 106:16, 109:9, 112:19, 120:3, 129:8, 130:1, 130:13, 131:13, 133:20
 original - 36:21, 37:14, 38:1
 originally - 33:1
 originals - 86:18, 147:20
 Ouellette - 75:19, 75:20
 ourselves - 143:9
 outcome - 144:18
 outlet - 61:11
 outline - 42:3
 outside - 65:20, 87:14, 109:20, 118:8, 134:20
 overall - 20:11, 20:13, 60:23, 112:23
 overtly - 77:18
 own - 4:7, 51:25, 52:1, 55:9, 55:24, 116:12, 135:24
 owner - 12:24
 oxygen - 108:20, 109:2, 111:23, 112:4, 112:8, 112:16, 112:18, 113:3, 113:6, 113:8, 113:10, 113:14, 119:4, 119:7
 Oxygen - 119:7

**P**

 package - 87:14, 129:21, 130:15, 138:11, 138:24
 packages - 129:4, 129:5, 130:13, 138:15
 Page - 126:24, 145:2, 145:9, 147:2, 148:1, 149:8
 page - 14:9, 37:15, 37:19, 38:3, 38:8, 38:13, 40:8, 41:7, 41:16, 68:6, 115:9, 117:1, 117:6, 118:2, 118:3, 120:1, 120:2, 121:16, 122:10, 122:11, 128:23, 150:13, 150:21
 pages - 14:17, 37:5, 38:2, 68:15, 78:17, 146:3
 paid - 66:4, 66:14, 83:21
 papers - 111:11, 111:16
 paragraph - 117:6,
118:3
 parameters - 139:13
 paren - 41:18
 part - 14:1, 14:6, 14:10, 22:2, 22:22, 22:24, 23:13, 23:22, 24:13, 24:19, 24:23, 25:1, 27:2, 31:20, 49:2, 54:20, 54:21, 104:20, 106:17, 136:18
 part-time - 22:2, 22:22, 22:24, 23:13, 23:22, 24:13, 24:19, 24:23
 partially - 46:11, 56:2, 61:10
 particular - 13:6, 32:22, 33:2, 54:25, 60:18, 74:19, 86:9, 130:14, 147:16
 parties - 144:15
 partner - 13:15
 partnerships - 10:15
 parts - 27:18, 50:7, 92:20
 party - 77:14, 123:6, 144:16
 Pasquarella - 105:12
 past - 75:24
 pattern - 61:24
 pay - 8:2, 77:15, 77:23
 Pay - 9:9
 peeling - 55:23
 people - 28:11, 42:9, 45:21, 52:7, 75:14
 per - 140:6, 141:22
 percent - 15:2, 15:4, 17:10, 17:24, 20:12, 23:20, 28:22, 63:15, 67:21, 140:1, 140:6, 141:9, 141:21
 percentage - 28:19, 67:19, 125:14, 125:16, 125:21
 performance - 125:21, 126:9
 Performance - 126:7
 performing - 26:2
 perhaps - 13:21, 15:22, 44:8
 period - 6:17, 7:23, 9:4, 23:24, 24:23, 87:22, 111:18, 134:12
 permission - 143:13
 permit - 102:20, 102:21, 127:2
 permits - 105:18
 permitting - 57:18
 perplexed - 72:12
 person - 54:24, 55:15, 66:1, 72:7, 72:8, 72:18, 75:16, 75:21, 85:16, 99:9
 personal - 54:16, 105:7, 105:16
 personally - 43:7, 56:11
 persons - 123:14
 perspective - 29:18
 pertinent - 27:15
 Pg - 5:14
 phase - 110:23,
111:2, 119:13
 phenomenon - 54:11, 129:6
 phone - 33:19, 38:23, 76:24
 phonetic - 13:12
 photoelectric - 121:7, 121:10, 141:8
 Photoelectric - 121:12
 photograph - 49:19, 81:12, 86:7
 photographs - 29:20, 46:20, 48:3, 49:7, 49:13, 61:19, 69:21, 80:22, 80:24, 81:5, 81:7, 81:14, 81:15, 81:19, 82:9, 82:18, 82:20, 82:23, 82:25, 83:2, 83:5, 83:6, 84:4, 84:5, 84:9, 84:15, 84:19, 86:3, 86:13, 86:25, 88:1, 89:10, 95:21, 95:23, 96:14, 96:18, 96:21, 98:25, 147:18, 147:23
 photos - 49:17, 69:14, 69:23, 70:2, 81:3, 81:24, 82:2, 82:13
 physical - 61:24, 85:2, 90:15, 110:13, 110:15
 Physical - 62:2
 physically - 103:18
 pick - 107:22, 121:14
 picked - 134:22
 picture - 46:14, 46:18, 87:4, 118:8
 pictures - 47:22, 83:15, 86:5, 86:9, 95:15, 136:22
 piece - 49:18
 place - 68:5, 93:6
 placed - 39:12, 48:19, 82:16, 114:13, 114:19, 114:25, 115:12, 120:18, 124:2, 124:6
 Plaintiffs - 1:5, 2:2
 plant - 111:15
 plausibility - 51:5
 plausible - 51:8, 51:12, 52:11, 59:21, 59:25
 Plaza - 1:17, 2:3, 11:19, 11:22, 11:25
 plug - 61:10, 61:22, 133:15, 134:13, 134:16, 135:15, 135:20, 139:24, 140:18
 plugged - 49:18, 119:18, 119:21, 120:4, 135:13, 136:8, 136:10, 136:13, 137:5, 140:1, 141:18
 Plymouth - 24:6, 24:10, 26:22
 Pm - 110:3, 142:18, 143:24
 point - 3:13, 43:16, 48:14, 59:14, 103:22, 118:21, 119:6, 125:9, 125:13, 130:23, 130:25, 131:19, 136:25
 Polytechnical - 4:17
 pores - 120:22

porous - 46:22
portion - 38:8, 46:1, 51:10, 61:22, 73:8, 120:8
Portions - 30:19, 38:6, 48:1
portions - 30:20, 30:21, 48:2, 48:12, 49:14, 49:15
position - 61:25, 68:6
positioned - 117:8, 138:7
positions - 50:16, 52:14, 54:21, 55:1
positive - 23:21
possibilities - 60:11, 133:5
possibility - 61:9
possible - 51:8, 55:14, 59:5, 59:15, 59:19, 60:24, 60:25, 100:1, 100:3, 109:25, 134:25
post-1994 - 31:11
postfire - 104:23
postgraduate - 25:7
powered - 127:9
powers - 123:8, 123:9
precise - 12:21, 113:17, 113:20, 140:3
precisely - 110:5, 111:18, 114:18, 131:8
predicted - 143:2
prefire - 104:24
premised - 100:13
premises - 41:6, 41:10, 49:23, 50:4, 81:12, 83:8, 83:11, 83:13, 84:14, 84:17, 85:12, 87:18, 87:23, 116:8, 141:24
premium - 115:20
preparation - 29:19, 66:10
prepare - 128:14
prepared - 65:14, 70:3, 97:25, 98:19, 99:4, 107:1, 107:5, 108:13, 114:11, 128:10, 133:8, 147:25
preparing - 49:16
presence - 144:10
present - 15:17, 22:8, 25:2, 63:14, 74:20, 75:7, 76:2, 76:10, 89:8, 89:17, 89:20, 95:12, 140:24, 147:17
presentations - 43:13
presently - 4:4
preserved - 83:13
president - 4:7, 4:11
pretty - 16:19, 22:7, 90:8, 130:4, 140:7, 140:13
prevent - 45:21, 46:2
prevented - 46:7
previous - 78:18, 89:10
previously - 68:12, 78:12, 80:25, 107:20
primary - 13:20
Prince - 5:8, 5:20, 5:23, 6:10, 6:20, 6:24, 7:4

principal - 33:5
principally - 69:5
principle - 27:14
printed - 136:11
printout - 130:5
probability - 55:11, 60:25, 61:3, 61:4, 61:5, 67:15
probable - 59:21
problem - 51:18
Procedure - 1:15
process - 8:23, 29:6, 48:25, 82:13, 82:15, 110:25, 112:14, 113:7, 119:3, 137:10
produced - 73:9, 82:5, 86:17, 99:1, 126:15, 126:16, 147:20, 147:23
Production - 147:1, 148:1
production - 18:5, 63:22, 65:9, 65:19, 74:12, 84:8, 98:24, 100:8, 147:3, 147:7, 147:10, 147:13, 147:18, 147:22, 148:3
professional - 19:7, 19:18
professor - 57:2
program - 136:7, 138:22
progression - 108:23, 108:25
prolonged - 110:13, 110:16, 110:20
promoted - 6:13
prompted - 11:25, 85:19
prongs - 105:2
property - 34:17, 91:2, 91:3, 91:10, 91:13, 91:20, 92:1
protect - 85:12
protected - 119:15
Protection - 8:9, 30:24
protection - 4:16, 5:2, 8:25, 10:2, 19:9, 19:21, 26:13, 26:14, 26:15, 29:7, 29:8, 29:12, 30:25, 77:8, 91:2, 91:4, 91:7, 91:14, 91:20, 92:1, 92:22
protocol - 27:6, 27:10, 27:15
protocols - 7:21
provide - 20:5, 69:19, 77:9
provided - 14:1, 14:3, 36:15, 81:7, 127:5, 129:11, 134:8, 136:15, 137:4, 137:7, 137:14, 137:18, 140:5
provides - 28:11
provisions - 72:15, 92:18
public - 28:16, 150:13
Public - 1:16, 144:3, 144:19, 144:23, 146:18, 149:25
published - 28:1, 28:2, 31:5, 31:8, 137:13, 140:21, 141:11
Pucci - 22:19, 23:9, 26:12

purpose - 90:21, 91:19, 91:25
purposes - 14:7, 20:16, 31:25, 34:6, 37:25, 91:1, 107:1, 114:11
pursuant - 1:15
pursue - 23:4, 77:14
put - 21:8, 29:17, 32:13, 32:17, 39:9, 42:10, 49:23, 90:12, 106:7, 115:5, 115:18, 131:10, 135:2

Q

qualified - 144:5
qualifying - 26:3
quarter - 38:10
quarters - 127:15
questions - 3:11, 3:14, 43:19, 43:23, 73:21, 93:14, 106:9, 106:12, 114:9
quick - 51:16
quickly - 121:14, 143:21
quite - 75:14, 79:12, 100:4
quote/unquote - 20:14

R

ran - 44:7, 44:14, 130:8, 131:1, 138:22
Randi- 1:23, 150:1, 150:22
rank - 6:1, 6:11, 6:19
ranks - 6:16
rapid - 119:13
rate - 139:1
rather - 21:15, 36:21, 59:12, 59:16, 69:23
reached - 118:6, 118:13, 118:16
reaction - 10:6
read - 27:13, 38:15, 40:15, 41:15, 42:4, 47:14, 85:7, 94:21, 100:17, 100:20, 101:1, 115:24, 116:3, 124:18, 125:3, 125:4, 133:22, 146:3, 150:11
Read- 149:8
readily - 51:14, 60:8, 111:24
Reading- 150:9
reading - 47:11, 108:1, 114:23, 115:17, 119:25, 132:21, 150:13
Reads- 149:8
ready - 108:2
real - 51:16, 58:9
realize - 42:8
really - 9:9, 15:3, 34:5, 44:3, 52:4, 52:10, 75:25, 89:11, 93:17
Realty- 15:1
rear - 109:14
reason - 115:18
recalling - 11:25
receive - 4:19, 96:21, 102:17
received - 96:20, 99:21, 100:4

recently - 27:24, 95:8
receptacle - 61:20, 61:21, 61:23, 61:25, 120:2
recess - 51:19, 110:3, 142:18
recognize - 21:2, 46:21
recollection - 11:21, 12:10, 12:21, 42:1, 42:13, 44:5, 45:13, 48:20, 75:12, 75:20, 87:10, 87:13, 102:25, 103:7, 122:24
recommendation - 123:4, 123:10
reconnect - 58:21
reconnected - 59:22, 60:2
reconnecting - 60:15
reconnection - 59:5
reconstruction - 138:4, 138:7
record - 3:20, 3:23, 13:22, 13:23, 14:21, 15:25, 38:15, 42:4, 62:4, 62:6, 63:12, 69:19, 74:15, 76:8, 82:5, 82:6, 82:7, 84:2, 84:5, 86:1, 86:21, 86:23, 86:24, 93:17, 101:21, 102:9, 102:13, 106:17, 108:10, 146:4, 147:14
recorded - 136:14
records - 65:6
recoup - 77:22
recover - 77:14
redact - 74:15, 147:15
redacted - 74:12, 147:13
reduced - 144:11
refer - 20:25, 54:23, 65:6, 70:4, 74:16, 91:6, 101:18, 103:23, 126:13, 140:2, 147:15
reference - 32:8, 45:20, 91:3, 100:7, 106:4, 120:2, 125:13, 130:24, 131:20, 148:3
referenced - 119:24, 128:22
references - 105:17
referencing - 74:3
referred - 19:6, 81:10, 103:20
referring - 19:11, 19:14, 31:18, 63:14, 63:16, 70:18, 87:20, 94:19, 94:20, 102:1, 126:22, 134:6
refers - 97:14
reflect - 84:2, 84:6, 86:2, 101:21
reflected - 55:21, 56:25, 119:22, 119:23, 140:4
reflective - 140:16
reflects - 40:9, 40:10
refresh - 42:1, 75:20, 87:9, 122:24
refreshed - 73:3
refreshes - 75:22
regard - 10:7, 12:1, 71:16, 121:18
regarding - 12:22,

20:6, 52:13, 54:10, 55:24, 56:17, 59:8, 62:21, 65:2, 67:1, 70:1, 71:3, 71:8, 77:11, 99:5, 108:14, 124:3, 147:25
regardless - 110:25
region - 16:7
reillumination - 56:4
relate - 44:1, 50:14, 55:24
related - 45:5, 47:8, 47:16, 51:24
relation - 19:7, 109:9, 109:15, 109:18
relationship - 18:23, 19:7, 19:18, 21:5, 24:7, 130:1
relationships - 21:17, 147:5
relative - 98:12, 112:14
relatively - 53:25
relayed - 42:24, 44:12, 50:20
relaying - 56:6
release - 139:1
released - 54:5
relevance - 106:4
relevant - 52:10, 59:17, 65:2, 73:9, 74:14, 88:4, 105:5, 125:19, 127:19, 138:11, 147:14
relighted - 55:12, 59:14
relighting - 58:17
relit - 55:12
remain - 8:5
remained - 85:12
remains - 120:14
remember - 11:18, 32:18, 42:11, 43:23, 43:25, 53:20, 58:19, 67:16, 67:19, 75:10, 75:16, 76:19, 81:6, 101:5, 101:6, 101:7, 118:1, 129:17, 132:21
remind - 73:17
remodeling - 127:10
removal - 127:10
removed - 48:15, 48:18, 61:11, 83:7, 83:10
renovated - 125:17
renovation - 101:3
renovations - 96:3, 96:6, 96:10, 96:14, 96:19, 100:14, 102:18, 103:11, 103:14, 103:18, 104:21, 104:24, 104:25, 105:3, 105:4, 105:10, 105:25, 127:23, 128:4, 128:6
repeat - 71:5
rephrase - 14:2, 92:9, 93:23
report - 9:16, 13:16, 53:3, 55:22, 56:23, 56:24, 57:1, 62:11, 62:12, 62:14, 62:16, 62:18, 62:21, 62:24, 63:1, 63:8, 63:9, 63:17, 63:23, 64:4, 64:7, 64:10, 64:23, 65:5, 65:10, 65:14, 65:16, 65:20, 65:23,

66:2, 66:5, 66:8, 66:11, 66:12, 66:23, 66:24, 67:1, 67:6, 67:9, 67:14, 67:17, 67:20, 67:25, 68:2, 68:6, 68:8, 68:14, 68:19, 69:3, 69:7, 69:12, 69:17, 69:23, 70:1, 70:6, 70:8, 70:11, 70:15, 70:18, 71:1, 71:6, 71:7, 71:11, 71:15, 71:18, 71:22, 72:3, 77:21, 78:3, 78:6, 78:9, 78:22, 79:15, 79:19, 79:22, 79:23, 80:2, 80:7, 80:14, 80:18, 80:19, 80:23, 81:18, 81:20, 81:22, 81:25, 83:22, 91:5, 99:25, 100:2, 100:12, 103:25, 104:7, 104:21, 105:2, 105:23, 106:2, 106:20, 108:8, 114:16, 114:17, 115:10, 115:11, 117:2, 117:19, 117:22, 118:2, 119:22, 121:17, 122:3, 122:7, 128:17, 130:24, 133:8, 139:8, 147:8, 147:11
reported - 10:10
Reporter- 1:16, 21:11, 126:7
reporter - 102:11
Reporters- 1:22
reporting - 29:6
Reporting- 1:22, 150:1, 150:22
reports - 8:20, 29:18, 29:23, 52:17, 52:22, 68:5, 69:16, 69:20, 70:2, 81:15, 94:23, 104:4, 104:8, 104:12, 106:6, 106:15, 107:5, 107:12, 107:20, 108:5, 108:15, 108:18, 108:19, 109:4, 109:6, 123:15, 123:21, 128:10, 128:15
represent - 3:8, 3:9, 78:21, 98:15
representation - 70:7
representative - 10:4, 34:19, 76:9
representatives - 75:9, 85:8, 88:21
represented - 12:23, 16:20, 21:7
representing - 12:14
reprimanded - 67:4
Request- 147:2, 148:1
request - 63:25, 65:9, 65:12, 74:12, 74:24, 84:8, 85:18, 97:4, 98:5, 98:24, 99:21, 100:8, 147:9, 147:10, 147:12, 147:13, 147:18, 147:22, 148:3
requested - 124:5
requesting - 63:22, 147:7

requests - 21:9, 64:2, 75:3
Requests- 147:1, 148:1
require - 93:2, 126:10, 127:1, 127:10, 127:16
required - 124:7, 127:2, 127:5, 127:8, 127:15, 131:2, 132:15
requirement - 92:10, 93:5, 93:18, 94:6, 94:10, 124:25, 126:11
requirements - 26:5, 125:18
requires - 25:23, 65:11, 147:11
rerun - 141:3
research - 66:12, 117:21, 121:15
researched - 30:23
reserve - 75:2, 100:9
residence - 53:22, 116:16
residential - 93:25, 94:3, 94:11, 116:8, 124:9, 125:1, 125:16
resistance - 51:11
respond - 90:24
responded - 93:12, 115:4
responding - 115:3, 115:5
response - 28:16, 28:23, 99:21, 113:17, 113:20, 121:2, 121:18, 121:23, 140:18
responsibilities - 5:13, 7:17, 8:4, 8:16, 9:12
responsibility - 8:24, 9:3, 9:18, 9:23, 9:24, 9:25, 59:2
responsible - 28:13, 28:15
rest - 23:7
restate - 150:19
result - 10:17, 39:17, 40:2, 51:9, 57:24, 58:22, 61:2, 67:6, 77:24, 112:4, 118:22, 138:23
resulted - 51:13, 56:3
results - 140:15
resume - 14:2, 14:6, 69:20
retain - 20:1, 100:2
retained - 18:21, 19:1, 20:1, 20:9, 22:22, 32:21, 33:1, 33:22, 34:3, 34:6, 34:24, 35:5, 35:11, 35:25, 48:6, 55:15, 120:8, 137:14, 137:15, 137:18
retention - 35:17
retired - 24:18
return - 80:9, 88:5, 150:21
reuniting - 51:10
review - 20:4, 29:22, 31:13, 31:25, 67:9, 68:5, 68:7
reviewed - 29:13, 29:15, 29:23, 29:25, 30:13, 30:17, 31:5,

68:1, 117:19
reviewing - 42:13, 46:20
revisions - 92:16
Rhode- 12:23
Richard- 75:19
rights - 75:2, 100:9
rigorous - 26:2, 59:3
rise - 11:22, 11:24
Road- 3:2
Robert- 3:2
Robinson- 15:3
role - 8:17, 10:17
roles - 5:12
roll - 86:10
rolls - 81:6, 81:10, 87:25
rom - 86:11, 86:14
roms - 29:20
room - 42:25, 43:1, 43:17, 45:7, 45:17, 45:22, 46:3, 47:6, 54:13, 89:23, 89:25, 90:3, 90:4, 106:15, 108:20, 109:10, 109:16, 109:19, 109:23, 112:4, 112:7, 112:11, 112:14, 112:19, 113:3, 113:11, 118:6, 118:18, 118:21, 119:2, 119:5, 119:11, 119:12, 119:18, 120:3, 129:6, 129:8, 129:20, 129:22, 129:25, 130:1, 130:2, 130:13, 130:16, 131:3, 131:4, 131:12, 133:17, 133:19, 134:14, 134:18, 135:3, 137:20, 137:22, 137:25, 138:13, 138:19, 139:18
rooms - 127:3, 127:15, 129:25, 130:3, 139:16
Root- 99:12, 99:13
rough - 5:22
Roughly- 6:5, 11:4
roughly - 6:18, 11:4, 122:5
Rti- 140:19, 140:20
rule - 61:18
Rules- 1:15
run - 130:14, 137:5, 141:5
runs - 47:13, 87:4, 130:6, 130:9, 137:8, 137:13, 137:15, 137:16
Ryan- 2:8, 150:8

S

safety - 10:8, 11:22, 11:24, 12:2, 30:22, 31:3, 31:4, 31:10, 46:1, 46:15, 46:18, 90:25, 91:1, 91:9, 92:22, 135:11, 143:4
sanctioned - 67:5
satisfied - 59:17, 60:6, 90:13
save - 115:19
saved - 137:9
saw - 83:18, 102:20
scenario - 45:10, 51:12, 52:11, 58:6,

58:16, 58:24, 59:18, 59:19, 59:23, 60:7, 60:23, 61:2, 133:4
scenarios - 51:5, 60:9, 137:19, 138:15
scene - 32:25, 50:22, 55:19, 55:20, 76:6, 76:23, 77:3, 80:8, 80:15, 80:18, 83:18, 85:17, 113:18, 113:21, 114:1, 123:23, 131:24, 132:12, 133:12, 140:22
screwed - 48:16
seal - 144:19
search - 11:20, 30:4, 54:10
searches - 30:15
second - 16:9, 30:25, 37:14, 41:16, 60:23, 62:5, 64:4, 64:6, 64:10, 64:23, 65:5, 65:10, 65:14, 65:23, 66:1, 66:5, 66:7, 66:11, 66:23, 67:1, 70:18, 78:22, 81:25, 86:22, 86:25, 91:5, 100:12, 104:20, 105:23, 106:2, 108:7, 115:9, 128:17, 128:23, 147:11
second-to-last - 128:23
secondly - 123:2, 131:1
seconds - 118:15
section - 28:7, 127:14
Section- 126:25
sections - 27:22, 28:4, 78:14, 91:6
sector - 28:16
secured - 48:17, 49:22, 50:7
Security- 1:7, 3:10, 117:13, 123:7
see - 6:7, 14:20, 27:14, 30:22, 36:14, 36:16, 39:9, 46:14, 49:17, 57:18, 58:21, 61:19, 69:18, 83:4, 105:21, 107:22, 115:9, 117:5, 117:16, 118:10, 119:23, 121:17, 121:20, 122:10, 122:15, 122:17, 122:22
selected - 136:7
send - 69:2
Send - 58:3
sense - 28:23
Sent- 150:8
sent - 41:6, 41:10, 66:2, 66:3, 66:8, 68:25, 69:1, 70:15, 71:1, 71:3, 71:6, 71:7, 71:15, 72:4, 100:1, 122:8, 126:23
sentence - 117:5, 118:4, 121:17, 121:20, 122:17
separated - 48:7
sergeant - 6:2, 6:4
series - 3:11
serve - 9:25, 97:6
served - 10:12
service - 25:19
services - 19:21, 63:20, 63:25, 66:4,

147:9
Services - 1:22, 150:1, 150:22
set - 42:11, 84:9, 86:25, 135:24, 147:18
setting - 54:14
settings - 54:14, 60:20
seven - 78:17, 113:23, 122:1, 122:5
several - 10:11, 59:19, 116:15
severity - 72:13
Sfpe - 30:23
shaking - 56:2
shall - 127:4
sheet - 40:2, 68:14, 150:18
Sheet - 150:21
Sherle - 14:24
Shorthand - 1:16, 1:22
show - 13:25, 14:3, 37:23, 49:14, 68:11, 78:11, 78:16, 96:8, 96:14, 96:18, 97:21
showed - 85:17, 90:15
showing - 74:13, 105:22, 142:2, 142:3, 147:13
shown - 101:15, 101:17
shows - 86:4, 87:2
side - 109:12
sign - 62:14, 62:24, 69:1, 99:19, 150:13, 150:14, 150:17
sign-off - 69:1
sign-offs - 99:19
Signature - 149:25
signature - 68:5, 69:9, 150:18
signed - 69:5
significant - 34:16, 111:2, 138:12
significantly - 9:16, 131:18
Signing - 150:9
sill - 135:9
similar - 11:3, 54:18, 132:2, 132:16
simple - 93:23
simultaneous - 118:20
single - 92:17, 138:21
single-family - 92:17
sit - 12:17, 65:16, 101:12
sitting - 65:16, 123:11
six - 8:5, 10:23, 11:2, 112:24, 118:8, 131:19, 131:23, 141:6
six-foot - 112:24, 118:8, 131:19, 131:23
size - 43:3, 112:21, 112:23, 135:2, 138:19
sketches - 69:16
skin - 55:23
skylight - 90:3
slash - 34:22, 41:20
sleeping - 127:3, 127:15
Slightly - 113:23
Small - 106:23
small - 108:14
smoke - 30:6,

84:22, 84:25, 89:2, 89:7, 89:16, 89:20, 90:22, 91:19, 91:25, 92:6, 92:11, 93:1, 93:3, 93:7, 93:19, 94:7, 94:11, 94:15, 95:2, 95:16, 99:18, 100:14, 102:7, 106:6, 109:23, 117:7, 120:18, 120:21, 121:4, 121:7, 124:3, 124:6, 124:8, 124:23, 125:2, 125:19, 126:12, 127:5, 127:6, 127:17, 128:5, 134:14, 134:17, 134:21, 135:3, 139:24, 140:21, 140:23, 141:8, 141:14, 141:18
**smoldering** - 109:1, 110:10, 110:14, 110:16, 110:20, 110:24, 110:25, 111:19, 111:22, 112:5, 112:9, 112:14, 113:7, 113:12, 121:10
**snowing** - 143:2
**snowstorm** - 142:25
**so-called** - 133:12
**Society** - 30:23
**Soffit** - 135:9
**solely** - 130:7, 139:12
**solid** - 46:23
**someone** - 21:2, 135:16
**sometime** - 94:18
**sometimes** - 130:11
**Sometimes** - 93:14
**son** - 60:21
**son's** - 41:17, 41:18, 42:15, 42:25, 45:7
**soon** - 23:25, 114:12, 114:25, 131:6
**sooner** - 113:12
**soot** - 90:17, 90:18
**sooting** - 85:2
**sorry** - 9:19, 9:20, 14:11, 19:12, 32:4, 56:14, 62:17, 67:25, 76:15, 90:5, 97:10, 104:8, 104:18, 116:2, 126:3, 133:22
**Sorry** - 26:15
**sought** - 58:24
**sounded** - 85:15
**source** - 47:20, 61:12, 89:10, 89:15, 95:18, 102:18, 103:10, 105:7, 114:24, 115:16
**space** - 134:14, 134:17
**spaces** - 127:7
**spans** - 6:11, 6:16
**speaking** - 47:1, 55:8
**specialty** - 5:1
**specific** - 28:7, 44:5, 45:10, 45:22, 58:19, 74:3, 95:4, 106:3, 127:25, 134:6
**specifically** - 58:13, 101:15, 107:21
**Specifically** - 94:18
**specifics** - 103:21
**specified** - 18:25

**spell** - 56:9
**spend** - 6:3
**spent** - 122:12
**spoken** - 104:6
**spot** - 109:9
**spread** - 77:22, 111:3, 118:6, 119:10, 131:21
**sprinkler** - 17:18
**squared** - 140:6, 141:22
**Squatrito** - 1:6
**squishy** - 16:2
**staff** - 9:3, 10:6, 119:19
**staining** - 85:2
**stains** - 90:18
**stairs** - 90:2
**stairway** - 90:1
**Stamford** - 1:25
**stamp** - 82:24
**stamped** - 82:23, 84:6
**stand** - 104:18, 134:9, 138:8
**standard** - 12:2, 27:16, 27:20, 27:23, 28:18, 140:7, 141:4
**Standards** - 30:5, 129:13
**standards** - 10:5, 117:9
**standing** - 13:19
**standpoint** - 59:11, 91:8, 105:4
**stands** - 39:2, 39:4
**stapled** - 37:13
**start** - 5:15, 5:17, 17:1, 53:15, 86:6, 94:2, 143:20
**started** - 23:25, 24:17, 59:22, 110:6, 118:12, 142:21
**starting** - 23:13, 117:5
**State** - 1:16, 30:19, 31:18, 31:20, 31:24, 126:23, 144:4
**state** - 3:19, 3:22, 16:13, 16:14, 16:15, 17:7, 17:13, 17:16, 51:6, 63:12, 91:25, 102:22, 125:20, 125:24, 126:10, 134:21
**statement** - 31:23, 56:25, 117:18
**statements** - 56:6, 132:4, 132:7
**states** - 16:5
**States** - 1:1, 7:7, 7:16, 7:20, 27:8
**station** - 93:2, 93:10, 127:17
**stationed** - 127:16
**statute** - 124:25
**statutes** - 78:14
**stay** - 87:22
**stayed** - 8:2, 22:7
**stemmed** - 20:1
**stenographer** - 3:16, 142:22
**stenographically** - 144:10
**Stewart** - 76:13, 76:15, 76:23, 84:12
**stickers** - 101:5
**sticking** - 69:22
**still** - 21:16, 22:23, 23:3, 23:5, 26:20,

27:15, 33:16, 46:19, 48:12, 48:16, 48:21, 63:14, 127:16, 147:4
**stopped** - 108:10
**storage** - 38:25, 39:9, 39:13
**store** - 47:13
**Stoughton** - 3:2, 4:10
**Street** - 117:14
**strike** - 91:15
**strongly** - 91:14
**structure** - 92:13, 93:25, 94:3, 118:9, 125:14, 126:11, 128:5
**structures** - 125:1
**studies** - 30:6
**sub** - 137:17
**subchairman** - 28:15
**subcommittee** - 27:21
**subcomponent** - 129:3
**Subject** - 57:20
**submission** - 29:18
**submit** - 65:17
**submitted** - 65:20, 117:22
**subpart** - 60:23
**subpoenas** - 97:6
**subprogram** - 136:7
**subrogation** - 18:17
**subrogee** - 18:18
**subrogor** - 18:18
**Subscribed** - 146:12
**subsequent** - 52:9
**subset** - 53:20
**subsets** - 59:19, 137:17
**substance** - 34:13, 45:6, 51:2, 58:9, 72:9, 73:18, 76:4, 79:6, 123:25
**sudden** - 119:9
**suffice** - 92:21
**sufficient** - 53:15, 119:8
**suggest** - 77:13
**suggested** - 90:16
**suggestion** - 90:16
**suggests** - 110:19
**suit** - 16:15, 144:15, 144:16, 144:17
**sum** - 34:13, 51:2, 72:9, 76:4, 79:6, 123:24
**summarize** - 72:11
**summarized** - 8:21
**Summit** - 2:9
**supplement** - 32:2, 78:25, 79:4, 79:9, 79:14, 79:19, 79:23, 80:2, 80:7, 80:14, 80:19, 80:23, 125:22, 125:23, 126:24, 126:25
**supplements** - 31:22
**supply** - 112:16
**supports** - 110:13
**supposed** - 21:7
**survive** - 47:25, 119:11, 119:12, 119:16
**switch** - 52:14
**sworn** - 3:3, 103:23, 144:7, 146:12
**system** - 86:2, 87:1,

91:13, 92:6, 93:1, 93:4, 93:6, 93:7, 93:19, 94:7, 94:11, 94:15, 100:14, 101:14, 102:7, 106:8, 115:19, 116:7, 117:7, 120:18, 121:4, 123:20, 124:3, 124:6, 124:8, 124:23, 125:2, 126:12, 134:22
**Systems** - 1:8, 123:7

**T**

**tab** - 102:9
**table** - 41:18, 43:1, 43:2, 47:25
**tagged** - 48:18
**teaches** - 57:6
**team** - 41:3
**technical** - 68:8
**technically** - 112:8
**technology** - 9:2
**Technology-** 30:5, 55:18, 129:13
**telecommunications** - 27:20, 27:23, 28:6
**telephone** - 34:14, 36:9, 40:21, 45:2, 57:8, 57:12, 72:6, 79:10
**television** - 119:18
**temperature** - 118:22, 141:11
**Ten-** 4:13
**ten** - 10:21, 11:8, 11:12, 34:5, 35:3, 35:4, 77:5, 142:19, 142:21
**tenure** - 9:18
**term** - 111:10
**termed** - 89:24
**terming** - 81:20
**terms** - 65:1, 112:15, 118:24, 124:2, 129:22, 137:20, 139:3
**tertiary** - 139:4
**test** - 25:21, 26:2, 130:11, 136:17, 136:18, 136:20, 137:13, 140:15
**tested** - 50:8
**testified** - 3:3, 10:21, 12:4, 12:16, 12:25, 13:3, 13:7, 14:5, 14:18, 15:9, 15:19, 16:13, 16:21, 16:23, 17:3, 17:8, 17:15, 17:18, 18:11, 18:20, 18:24, 19:2, 19:10, 52:13, 59:7, 60:17, 101:9, 128:18, 144:8
**testify** - 9:24, 11:11, 11:14, 18:2, 29:22, 35:18, 35:22, 42:6, 44:7
**testifying** - 11:9, 25:20, 28:20
**testimony** - 11:7, 19:16, 20:6, 21:19, 21:22, 28:14, 32:1, 35:23, 44:25, 47:12, 52:5, 60:19, 85:7, 85:14, 94:17, 100:17, 100:20, 101:1, 101:5, 101:6, 101:9, 103:23, 105:8, 128:8, 128:10,

131:25, 132:1, 144:13, 146:5, 147:6, 150:20
**testing** - 25:23, 54:10, 139:7, 139:9, 141:7
**text** - 70:5, 70:6, 70:8, 78:12, 78:22
**theoretical** - 129:24
**thereabouts** - 66:13
**thereafter** - 71:4
**therefore** - 121:13
**thereupon** - 144:8
**third** - 77:14, 123:6
**third-party** - 123:6
**Thom-** 15:1, 15:2
**Thomas-** 1:15, 3:24, 146:10, 149:3, 150:5
**Thomas's-** 129:2, 131:1
**thorough** - 11:20, 140:13
**thousand** - 53:3
**threaded** - 54:21
**three** - 5:22, 13:17, 13:21, 14:9, 27:22, 28:16, 35:12, 41:19, 43:2, 47:17, 50:16, 50:17, 51:5, 52:14, 54:12, 54:21, 64:24, 77:6, 87:24, 89:25, 110:21, 142:20
**three-hour** - 110:21
**three-page** - 14:9
**three-way** - 41:19, 43:2, 47:17, 50:16, 50:17, 51:5, 52:14, 54:12
**through-flashover** - 129:7
**throughout** - 5:13, 7:20, 7:22, 8:1, 8:19, 9:18, 53:10
**thumb** - 107:22
**tight** - 61:21, 61:23, 61:25
**time-difference** - 121:2
**title** - 5:23, 7:13, 7:18, 7:24, 7:25, 8:2, 9:7, 9:11
**titles** - 23:12
**today** - 12:17, 12:18, 13:3, 17:16, 22:1, 22:23, 23:5, 24:13, 24:20, 27:13, 28:4, 28:25, 29:22, 35:10, 36:12, 43:11, 43:17, 44:12, 48:17, 49:1, 73:6, 73:16, 82:2, 83:2, 84:7, 97:24, 100:7, 101:13, 105:22, 148:3
**Today-** 20:23, 94:9
**together** - 37:13
**took** - 38:4, 46:18, 81:24, 82:9, 83:14, 84:15, 114:1, 122:25
**top** - 12:19, 58:10, 90:1, 97:15, 122:11, 140:5
**topics** - 105:5
**total** - 6:17, 27:9, 89:3, 89:21
**towards** - 138:9
**track** - 63:11, 63:17
**trained** - 48:23, 114:7
**training** - 7:22, 10:6
**transcript** - 21:9,

Case 3:03-cv-01015-DJS    Document 19-24    Filed 08/30/2004    Page 12 of 13

12

DEL VECCHIO REPORTING SERVICES, LLC
203 245-9583

31:12, 31:14, 36:4, 57:12, 57:19, 144:12, 150:16
transfer - 6:6
transforming - 96:11
Transportation - 10:3
travel - 143:3, 143:5
treatises - 25:24, 26:1, 30:1, 30:13, 30:17
trial - 10:21, 10:23, 11:2, 11:6, 12:5, 12:11, 12:13, 14:5, 28:20, 35:24
trigger - 121:10
true - 24:16, 92:4, 108:23, 108:25, 109:21, 120:21, 121:13, 127:24, 144:12, 146:4
truthful - 44:25
try - 13:10, 36:6, 42:10, 73:20, 107:21
trying - 93:14, 93:22, 137:11
tungsten - 51:10
turn - 21:10, 121:16, 139:1
Turn - 118:2
turned - 70:23, 98:20
turning - 40:8
turns - 109:1
Tv - 138:8
twelve - 5:13
twelve-year - 5:13
Twice - 11:16
twice - 13:13
Two - 37:7
two - 6:16, 12:20, 20:3, 37:19, 38:2, 38:8, 38:19, 41:2, 49:4, 49:5, 53:3, 54:14, 60:12, 60:13, 60:16, 74:8, 77:6, 81:5, 81:10, 84:3, 87:24, 87:25, 89:24, 90:6, 92:18, 94:23, 96:11, 105:2, 123:15, 123:20, 126:5, 141:20
two-family - 92:18
two-page - 37:19, 38:8
type - 9:10, 10:10, 11:5, 65:18, 73:19, 112:7
types - 77:8
typewriting - 144:11
Typewritten - 145:12
typewritten - 97:23, 98:4, 98:7, 98:9, 98:17, 107:10, 114:10
typo - 121:25, 122:7

**U**

unclear - 34:1, 93:15
Under - 127:14
under - 7:9, 34:5, 93:1, 93:6, 93:18, 94:4, 94:9, 122:5, 124:25, 132:2, 144:11
undergraduate - 25:6, 29:11
Understood - 21:20

undoubtedly - 3:12
unhappy - 77:21
unique - 59:18
uniquely - 135:10
United - 1:1, 7:7, 7:15, 7:20, 27:7
University - 4:23, 5:6
unless - 44:4, 127:9
unlikely - 75:14
unlit - 59:13
unofficially - 88:8
unresponsive - 91:16
unscrewed - 54:19
untypical - 10:18
unusual - 133:6
up - 6:8, 15:17, 17:24, 35:10, 43:10, 57:9, 60:12, 64:1, 74:20, 76:21, 85:17, 93:3, 107:22, 121:14, 129:22, 134:22, 138:16, 147:17
update - 18:2
updated - 15:16, 15:21, 18:5, 18:8, 147:3
Usdj - 1:6
user - 91:8
utilize - 23:10

**V**

vacation - 143:11
Valhalla - 2:9
variable - 109:3
varies - 28:21
various - 5:12, 9:25, 25:24, 28:13, 91:6, 128:24, 129:4, 130:9, 130:12, 137:6, 137:17, 141:9
Vecchio - 1:22, 150:1, 150:22
vent - 135:6
vented - 118:7
verbal - 3:15
verbalized - 97:4
verbally - 79:13
Version - 134:9
version - 32:5, 129:16, 129:19, 134:10
versus - 16:1, 20:22, 127:22, 135:21, 141:21
via - 122:20
view - 112:17
viewed - 103:13
visit - 81:9
visited - 101:3, 140:22
visual - 43:5
voluntarily - 85:16
vs - 14:24, 15:1
Vs - 1:6

**W**

Wagner - 14:25
walk - 88:3, 89:1, 89:8, 101:7, 101:10
walk-through - 88:3, 89:1, 89:8, 101:7, 101:10
walked - 105:9, 105:11
walking - 46:2
wall - 61:11, 109:20,

127:10
walls - 130:3
warehouse - 12:22
warning - 72:14, 92:22
Warwick - 38:21
washed - 37:2
Washington - 4:3
water - 114:2, 114:13, 114:19, 114:25, 115:5, 115:13, 123:2, 131:10
watt - 41:19, 53:20
wattage - 43:3, 53:18, 53:23, 53:25, 54:18
wattages - 52:15, 54:17
watts - 43:4, 47:18, 54:7, 55:2
weather - 109:4
week - 15:22, 98:5, 143:11, 143:12
whatsoever - 89:10, 89:15
White - 1:16, 144:22, 150:7
white - 85:4
width - 135:7
Wildwood - 28:25, 38:22, 72:20, 74:2, 75:7, 79:2, 80:3, 94:4, 95:12
Wilton - 29:1, 38:18, 38:22, 39:17, 72:20, 73:2, 73:17, 74:6, 74:7, 74:8, 79:2, 80:3, 97:1, 97:2, 97:11, 99:10, 134:11
Wiltone - 134:11
wind - 109:4
window - 101:4, 106:15, 106:23, 107:18, 108:14, 108:21, 109:8, 109:13, 109:16, 109:19, 109:21, 111:22, 111:24, 111:25, 112:5, 112:21, 112:24, 113:4, 113:9, 113:13, 113:15, 118:8, 131:19, 131:23, 133:16, 134:20
windows - 101:4
windy - 113:2, 113:10
wire - 120:13
wired - 92:12, 92:19, 92:25, 93:4, 106:7
wiring - 93:10, 127:12
withdraw - 89:11, 89:13
withdrawn - 33:10, 34:7, 40:19, 47:23, 49:21, 80:22, 108:24, 110:9, 125:15, 127:20
Withdrawn - 67:25
witness - 26:3, 84:3, 84:10, 101:22, 142:23, 143:3, 147:18
Witness - 32:16, 36:19, 57:15, 64:18, 64:20, 68:17, 74:22, 76:14, 83:5, 106:25, 108:1, 117:4, 119:25, 124:17, 124:21, 125:5, 126:16,

126:19, 126:21, 142:2, 142:12, 144:19, 150:10
Wood - 29:7, 135:23
woods - 111:11
Worcester - 4:17, 4:18
word - 65:18, 116:6, 126:2
words - 34:12, 43:19, 44:1, 44:15, 49:20, 54:4, 77:19, 77:20, 79:9, 85:18, 90:17, 118:14, 119:3, 126:6, 136:16, 137:21
worker - 105:12
workers - 120:17
works - 13:18, 57:6, 57:7, 75:22, 97:8
world - 8:20
wringer - 44:8, 44:14
write - 27:2
writing - 53:2, 64:2
written - 58:3, 117:22
wrote - 45:13, 69:6

**Y**

year - 4:24, 5:13, 7:3, 17:21, 20:18, 27:25, 28:2, 28:21, 29:9, 31:5, 31:11, 52:19, 61:6, 78:19, 79:19, 79:24, 79:25, 94:18, 96:10, 103:15, 125:17, 125:24
years - 4:13, 5:19, 5:22, 6:3, 6:10, 6:18, 7:10, 8:5, 9:8, 9:13, 10:21, 11:8, 11:12, 12:20, 20:4, 20:10, 25:19
York - 2:9, 43:14, 117:14, 143:5
yourself - 29:2, 71:12, 82:18, 83:19, 84:13, 132:5, 135:15

**Z**

Zero - 35:14, 35:16
zero - 86:7, 86:8