the occupancy of May of 2002.
*Q. Was the garage as depicted in this bottom photograph, did it look like that when the alarm was installed by Command Force?*
**A. Yes.**
*Q. Take a look at the 6th picture of Exhibit HH which was taken, according to the digital indication on the bottom photograph, 7/25/01, do you see that?*
**A. Yes.**
*Q. Do you see the room above the garage that has the Anderson window stickers on the windows?*
**A. Yes.**
*Q. Was that room finished when that picture was taken?*
**A. The interior of the room, no.**
*Q. What was still remaining to be done in the interior of the room as of 7/25/2001?*
**A. Extra storage space above the garage.**

Page 103

**It just had – it wasn't finished. It was just the storage room, all it was.**
*Q. Was there Sheetrock on the walls?*
**A. No.**
*Q. Were there exposed beams on the walls?*
**A. Yes.**
*Q. Was there a smoke detector installed by the builder when that room was built?*
**A. No.**
*Q. Was there any furniture located up in that loft or room above the garage?*
**A. It was a storage room. So, whatever was in there was just being stored. There was so-called – no furniture there, no. What was in there was my pool table, ski equipment, stuff like that, equipment.**
*Q. I'm going show to you –*
**MR. MEZZACAPPA:** Let's mark this TJ Klem and Associates photographs, mark them as DD. They are labeled page 7, they go through a page labeled 28. It starts with photo No. 1, goes through photo No. 22. Mark them as one big group.
(Whereupon, the aforementioned photos

Page 104

was marked as Defendant's Exhibit DD for identification as of this date by the Reporter.)
*Q. I'm going to show you what has been marked as Defendant's Exhibit DD for identification today. They are photographs taken by TJ Klem and Associates, as I just described for the record. Take a look at those. First tell me if you've ever seen those before today.*
**A. No.**
*Q. Can you take a look at them and tell me if you see any smoke detectors depicted in any of the photographs that you recognize.*
**A. No, I don't see any.**
*Q. I'm going to show you photographs previously marked as individual Exhibits U, V all the way through exhibit GG. These were apparently taken by Schleifer Associates. Please take a look at those photographs, and first tell me if you have ever seen those before today.*
**A. I haven't seen these.**
*Q. I also want you to look through those now to determine if you can see any smoke detectors depicted in them, whether they were installed by*

Page 105

*Command Force or whether they were the preexisting ones when you bought the house or whether they were the ones installed by the builder or his electrician when the renovations were done.*
**A. No, you can't see any.**
*Q. I'm going so show you what has been mark previously marked Defendant's Exhibit OO, a series of 4 pages of photographs. Each page has 2 individual photographs on it. Please take a look at those photographs. Do you recognize what they depict?*
**A. Yes, I do.**
*Q. What do they depict?*
**A. My new house.**
*Q. Is that while it was being constructed?*
**A. Yes.**
*Q. Is any part of that new house built over a slab or new foundation?*
**A. Yes.**
*Q. What part of it – use whatever photographs you need to answer the question – and show me where the new foundation or slab has been poured in order to build that house?*
**A. (Indicating).**

Page 106

*Q. Indicating page 2, the top photograph, the left side of –*
**A. Entire area here.**
*Q. Indicating the entire area of the 2-story framed house on the left including a chimney, is that correct, that is built over a new foundation?*
**A. Right.**
*Q. Is there a basement underneath that part?*
**A. Crawl space.**
*Q. It does not go down to the depth of the other part of the house, is that correct?*
**A. No, but it's accessible from the other part, only a crawl space.**
*Q. Is this side where the new foundation was poured, is that opposite of where the garages are, is it the opposite end of the house from where the garages are located?*
**A. Yes, it is. It's at the far end of the**

house.

*Q. The garages are on the other far end of the house, correct?*

**A. Yes.**

Page 107

*Q. Now, when this house was built new, when was it completed, in what year?*

**A. 2002, October. Actually, it's still not finished, but.**

*Q. How much were you paid for the damages to the structure of the home?*

**A. I believe it was $660,000, somewhere around there.**

*Q. How much were you paid for the damage as to the contents of the home?*

**A. I think around $180,000, $190,000.**

*Q. Did there come a time when, after you built the new home, your insurance company issued an additional check to you indicating or representing holdback money or holdback moneys, let me use that term?*

**A. No, not really. I believe there was holdback money, it was issued, but, yes, that is how they did it, yes. Not in addition to what I told you, though.**

*Q. What you told me is the total that you were paid in contents?*

**A. Yes.**

*Q. Total you were paid for structure*

Page 108

*damages?*

**A. Right.**

*Q. So, in your mind today, if we add 660 to 190, you come up with an $850,000, is that what you paid?*

**A. Yes, I believe so, something like that.**

*Q. In addition to the insurance company paying for the rental home for a year, what other living expenses did they pay for while you were out of your house due to this fire?*

**A. They also paid for I believe for a Y membership for my family, because my wife needed to have the swimming pool for therapeutic reasons, they paid for that.**

*Q. Anything else?*

**A. That is about it, other than, of course, I paid rent for the -- anything that was above our expenses, normal expenses were in the house as a result of the rental.**

*Q. What do you mean anything above your normal expenses, what do you mean by that?*

**A. Well, whatever, the difference in the cost of the utility bills or heating bills, I believe there was some adjustment on that. I'm not**

Page 109

**sure of what the exact amounts are, additional moneys paid.**

*Q. In order to arrive at the figure that you mentioned to me the, contents and the structure that the insurance company paid you, did you have to agree to their numbers rather than the higher numbers that Nutmeg had suggested to you?*

**A. Yes. We took out a lump sum payment on contents. We took somewhat of a lower number.**

*Q. A lower number than what, than what your adjuster had recommended to you?*

**A. Right, yes.**

*Q. Did the Wilton Fire Department ever issue any violations to you as a result of this fire?*

**A. Not to me, no.**

*Q. Did the Wilton Fire Department issue any violations to anyone as a result of this fire?*

**A. Not to my knowledge.**

*Q. Did you ever write any letters or prepare any documents sent to Command Force, my client, as a result this fire?*

**A. No.**

*Q. Did you receive any correspondence from*

Page 110

*Command Force as a result of this fire?*

**A. No.**

*Q. Did you ever have any conversations with Mr. Mollenkoph or any representative from the insurance company about any exclusions in the policy because of damage to the home as a result of pets?*

**A. I'm sorry?**

*Q. Did you have any conversations with Mr. Mollenkoph either that you initiated or that he did about any exclusions in the policy because of damage done by pets?*

**A. No, no.**

*Q. Did you ever do an analysis of your insurance policy after this fire in making claims against them as a result of the fire?*

**A. Making claims against any insurance company?**

*Q. Yes. I'll rephrase the question. Did you perform any analysis of this particular policy based on your 7 years working with GEICO in order to put in a claim for the damage?*

**A. For the things I felt I wasn't paid for, no.**

Page 111

*Q. Did you ever seek legal representation in putting in the claim against your insurance company as a result of this fire?*

**A. No.**

*Q. Other than retaining Mr. Alouette from Nutmeg Adjusters, did you retain anyone else to help you adjust this loss?*

**A. No.**

*Q. Did you ever speak to the central station monitoring company who called you as a*

*result of this fire?*

A. **Did I ever call them, no.**

*Q. Did they ever call you after the initial call placed at 11:00 approximately on 7/23/01?*

A. **If they did, I don't know, I don't remember.**

*Q. Is that the same central station company that monitored your business at that time?*

A. **Yes.**

*Q. Do they still monitor your business today?*

A. **Yes.**

*Q. Do they monitor your home today?*

A. **No, they don't.**

*Q. Do they monitor anything else for you other than your business today?*

A. **That is all.**

*Q. Did you ever take make any complaints to the central station monitoring company about 34 Wildwood before the day of the fire?*

A. **No.**

*Q. Did your wife or any family members make any complaints that you're aware of to Command Force or to the central station monitoring company before or on the day of the fire?*

A. **No.**

**MR. MEZZACAPPA:** I have know further questions for this witness at this time other than possibly the one you marked for a ruling, those you marked for a ruling. But other than that, I'm completed. Thank you, sir.

**MR. MASCARO:** I don't have any questions.

(Whereupon, at 12:50 p.m., the Examination of this Witness was concluded.)

HAROLD HEINZ

Subscribed and sworn to before me

this day of 2004.

NOTARY PUBLIC

EXHIBITS

**HEINZ DEFENDANT'S EXHIBITS:**

EXHIBIT EXHIBIT PAGE

NUMBER DESCRIPTION

**A Certificate of Occupancy 64**

**B Proposal 83**

**C Schematic 89**

**D Photos 104**

**INFORMATION AND/OR DOCUMENTS REQUESTED**

**INFORMATION AND/OR DOCUMENTS**

**PAGE**

**Name of agency 13**

**Jim's last name 16**

**Architectural plans 19**

**Photos 20**

**Certificate 54**

**Cancelled checks 72**

**Copy of article 86**

**Photos 88**

**QUESTIONS MARKED FOR RULINGS**

**PAGE LINE /**

**69 5 /**

Page 116

CERTIFICATE

STATE OF NEW YORK )
: SS.:
COUNTY OF KINGS )

I, SARI SERBER, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of January, 2004.

SARI SERBER

**Look-See Concordance Report**

- - -

UNIQUE WORDS: **1,509**
TOTAL OCCURRENCES: **5,795**
NOISE WORDS: **384**
TOTAL WORDS IN FILE: **17,591**

- - -

SINGLE FILE CONCORDANCE

- - -

CASE SENSITIVE

- - -

INCLUDES ALL TEXT OCCURRENCES

- - -

DATES **ON**

- - -

INCLUDES PURE NUMBERS

- - -

POSSESSIVE FORMS **ON**

## – DATES –

**1/7/2004** [1]
*97:11*
**2/14/2000** [2]
*83:16, 20*
**7/23/01** [10]
*36:13, 22; 37:7; 38:22; 46:20; 55:17; 63:23; 76:6; 89:17; 111:16*
**7/23/2001** [2]
*64:5; 67:3*
**7/25/01** [1]
*102:14*
**7/25/2001** [1]
*102:24*
**12/12/48** [1]
*5:2*
**August** [1]
*56:18*
**August 19, 1999** [1]
*65:22*
**August of 1999** [5]
*5:19, 20; 12:20; 65:11, 19*
**February** [1]
*61:12*
**February 4, 2000** [1]
*43:10*
**February 4th, 2000** [1]
*61:15*
**February of 2000** [3]
*20:11; 21:19, 22*
**January, 2004** [1]
*116:20*
**January 7th** [1]
*21:3*
**January 29, 2004** [1]
*1:10*
**July** [2]
*56:17; 101:10*
**July 23** [2]
*47:14; 59:11*
**July 23, 2001** [11]
*28:18; 30:20; 33:18; 41:11; 44:14; 72:12, 17, 22; 73:8; 75:11, 17*
**July of 2001** [1]
*22:5*
**May 18** [2]
*65:2; 66:2*
**May 18, 2000** [1]
*64:25*
**May of 2002** [1]
*102:6*
**October** [2]
*56:10; 107:4*
**October, 2002** [2]
*55:18, 20*
**September** [2]
*56:18, 19*
**September 1** [1]
*56:19*

## – $ –

**$180,000** [1]
*107:12*
**$190,000** [1]
*107:12*
**$2,100** [1]
*50:23*
**$250,000** [1]
*82:9*
**$500,000** [1]
*24:11*
**$660,000** [1]
*107:8*
**$850,000** [1]
*108:5*

## – 0 –

**01** [1]
*31:17*
**06103** [1]
*2:5*
**06897** [1]
*4:11*

## – 1 –

**1** [3]
*47:12; 56:19; 103:23*
**1/7/2004** [1]
*97:11*
**10** [8]
*44:11; 90:5; 92:11; 93:13; 95:20, 22; 96:3*
**100** [1]
*48:2*
**104** [1]
*114:12*
**10595** [1]
*2:10*
**10:00** [1]
*1:11*
**11:00** [6]
*29:17, 21; 30:6, 21; 44:19; 111:15*
**12** [3]
*39:9; 56:6; 95:22*
**12/12/48** [1]
*5:2*
**12:50** [1]
*113:4*
**13** [2]
*65:6; 114:17*
**15** [2]
*7:14, 23*
**150** [1]
*48:2*
**16** [3]
*95:19; 96:7; 114:18*
**18** [3]
*64:25; 65:2; 66:3*
**19** [2]
*65:22; 114:19*
**190** [1]
*108:5*
**1958** [1]
*5:6*
**1960s** [1]
*95:17*
**1967** [2]
*15:9; 53:8*
**1968** [2]
*15:9; 53:8*
**1971** [1]
*14:25*
**1990** [3]
*8:12, 21; 10:12*
**1990s** [1]
*9:25*
**1994** [1]
*11:22*
**1995** [1]
*11:22*
**1996** [3]
*17:7, 8; 41:2*
**1997** [3]
*17:7, 8; 41:3*
**1999** [18]
*5:19, 20; 6:17; 12:19, 20; 15:7, 17, 18; 16:20; 18:2, 10; 19:20; 61:5; 65:11, 16, 20, 22; 102:4*
**1:00** [2]
*29:23; 31:21*

## – 2 –

**2** [28]
*5:24; 17:5; 29:17; 33:12, 13; 37:24; 40:10, 24; 42:22, 24; 43:16; 46:12; 47:11; 56:6, 7, 11; 60:22; 65:5, 7; 67:10; 92:3; 95:19; 97:13; 99:18; 105:9; 106:2*
**2,200** [1]
*53:10*
**2-car** [3]
*39:18; 60:24; 65:4*
**2-story** [2]
*38:24; 106:6*
**2/14/2000** [2]
*83:16, 20*
**20** [1]
*114:20*
**200** [1]
*2:9*
**2000** [32]
*5:18; 12:19; 15:15, 16, 19; 16:16; 18:10; 19:20, 21, 22, 24; 20:11, 16; 21:19, 22; 43:6, 10; 53:12, 13; 60:13, 20; 61:3, 5, 15; 64:25; 65:3; 66:3, 20; 99:13; 101:7; 102:5*
**2001** [18]
*22:5; 28:18; 30:20; 33:18; 41:12; 44:14; 47:14; 61:6; 63:10; 72:12, 17, 23; 73:8; 75:11, 18; 99:13; 101:9, 12*
**2002** [5]
*55:18, 19, 21; 102:6; 107:4*
**2004** [3]
*1:10; 113:9; 116:20*
**22** [2]
*6:10; 103:23*
**23** [13]
*28:18; 30:20; 33:18; 41:11; 44:14; 47:14; 59:11; 72:12, 17, 23; 73:8; 75:11, 17*
**28** [1]
*103:22*
**29** [1]
*1:10*

## – 3 –

**3** [11]
*36:19; 39:17; 43:15; 45:11; 47:3, 6; 56:16; 59:8; 63:5; 68:9*
**3,300** [1]
*60:14*
**3-way** [10]
*36:20; 46:18, 22, 23, 25; 47:13, 16, 19, 23; 59:6*
**30** [3]
*1:16; 56:3; 60:25*
**30th** [1]
*116:20*
**34** [25]
*4:10; 5:10; 6:11; 7:18; 11:11; 12:15, 24; 13:14; 14:9; 15:6; 16:17, 19; 18:24; 19:24; 21:9, 25; 22:24; 28:25; 38:23; 55:17; 57:5; 78:8, 20; 81:10; 112:7*

## – 4 –

**4** [10]
*5:13; 43:10; 46:3, 5; 59:8; 65:6; 68:9; 95:19; 105:9*
**4,500** [1]
*82:18*
**40** [2]
*60:25; 73:11*
**4th** [1]
*61:15*

## – 5 –

**5** [1]
*115:5*
**50** [1]
*48:2*
**500** [1]
*74:25*
**54** [1]
*114:21*

## – 6 –

**6** [5]
*56:19; 68:14; 91:16, 19, 20*
**64** [1]
*114:9*
**660** [1]
*108:4*
**69** [1]
*115:5*
**6th** [1]
*102:11*

**- 7 -**

**7** [6] *34:16; 76:14, 18; 80:21; 103:21; 110:22*
**7/23** [3] *31:17; 70:17; 93:16*
**7/23/01** [10] *36:13, 22; 37:7; 38:22; 46:20; 55:17; 63:23; 76:6; 89:17; 111:16*
**7/23/2001** [2] *64:5; 67:3*
**7/25/01** [1] *102:14*
**7/25/2001** [1] *102:24*
**72** [1] *114:22*
**7th** [1] *21:3*

**- 8 -**

**8** [1] *93:13*
**83** [1] *114:10*
**86** [1] *114:23*
**88** [1] *114:24*
**89** [1] *114:11*
**8:00** [1] *32:14*

**- 9 -**

**90s** [1] *12:3*
**96** [1] *75:10*

**- A -**

**a.m.** [1] *1:11*
**able** [2] *13:19; 90:17*
**acceptable** [1] *55:2*
**access** [1] *95:7*
**accessible** [1] *106:15*
**accident** [1] *12:11*
**accidentally** [1] *63:25*
**Accidents** [1] *81:6*
**accompany** [1] *32:22*
**accomplish** [1] *76:13*
**According** [2] *65:20; 99:21*
**according** [4] *49:23; 78:25; 99:22; 102:12*
**accurate** [2] *24:2; 89:15*
**action** [2] *64:13; 116:16*
**activate** [4] *33:6, 18; 34:2; 59:5*
**activated** [2] *33:22; 44:13*
**actual** [2] *19:4, 18*
**add** [1] *108:4*
**added** [1] *102:2*
**adding** [2] *60:24*
**addition** [9] *25:19; 51:12, 17; 72:25; 73:25; 82:3; 101:21; 107:20; 108:8*
**additional** [4] *82:5, 7; 107:15; 109:2*
**address** [2] *5:10; 55:25*
**adjacent** [1] *75:3*
**adjust** [3] *80:19, 22; 111:8*
**adjusted** [2] *54:24; 81:5*
**adjuster** [8] *51:18; 52:7, 19; 55:8; 71:6; 80:18; 96:25; 109:12*
**Adjusters** [3] *52:14; 94:23; 111:7*
**adjusters** [3] *58:6; 94:24; 96:24*
**adjusting** [2] *74:18; 80:25*
**adjustment** [1] *108:25*
**advice** [1] *62:20*
**affiliated** [2] *13:21; 16:9*
**aforementioned** [4] *64:15; 83:8; 89:7; 103:25*
**against-COMMAND** [1] *1:6*
**agency** [2] *13:21; 114:17*
**agent** [2] *13:9, 12*
**agree** [2] *50:24; 109:7*
**AGREED** [3] *3:6, 12, 17*
**aids** [1] *79:23*
**air** [2] *36:2, 5*
**Alarm** [1] *8:9*
**alarm** [81] *8:22, 25; 9:2, 7; 10:13, 22, 24; 11:15; 12:5, 10; 16:21, 24; 17:2, 22, 24, 25; 20:3, 6, 10; 21:13, 24; 22:2, 7, 9, 11, 13, 16; 23:17, 21, 22; 24:12, 13; 27:13; 28:8, 25; 29:21; 30:2, 10, 25; 31:5, 8, 10, 13, 16; 33:6, 18, 21, 24; 39:25; 41:17; 42:14; 44:14, 18, 21; 45:16; 50:10, 11; 51:10, 12; 53:17, 22; 57:12, 14, 18, 20; 61:23; 62:4, 5, 13, 15, 18; 63:2, 4, 9; 78:16, 19; 79:2; 83:24; 85:4; 102:9*
**alarmed** [2] *10:21; 12:4*
**alarming** [2] *10:3; 83:4*
**alarms** [5] *12:7; 30:14; 42:16; 63:6*
**alerted** [2] *29:6; 44:20*
**allowed** [1] *56:8*
**alone** [1] *32:18*
**Alouette** [5] *52:17, 21; 60:10; 96:25; 111:6*
**alter** [1] *62:5*
**Amanda** [1] *6:4*
**amount** [3] *52:8; 63:6; 87:6*
**amounts** [1] *109:2*
**analysis** [2] *110:15, 21*
**Anderson** [1] *102:17*
**Answer** [1] *98:3*
**answer** [10] *4:20; 28:3, 5, 21; 42:8; 62:7; 69:25; 77:15; 79:8; 105:22*
**answered** [1] *62:7*
**answers** [3] *48:10, 16; 67:13*
**Anthony** [14] *8:5, 7, 10; 9:9; 19:23; 20:2; 22:18; 23:2; 25:21, 25; 26:5; 61:23; 72:18; 84:12*
**anybody** [1] *88:14*
**anyone's** [1] *59:15*
**anywhere** [1] *40:5*
**apologize** [1] *99:11*
**apparently** [1] *104:18*
**appeared** [1] *73:7*
**appears** [1] *101:16*
**approval** [1] *21:15*
**approved** [1] *19:3*
**approximate** [1] *12:2*
**approximated** [1] *92:9*
**approximately** [1] *111:15*
**architect** [3] *18:13, 16; 98:24*
**Architectural** [1] *114:19*
**area** [5] *34:18; 60:22; 94:5; 106:4, 5*
**arm** [4] *57:16, 18, 20, 24*
**arming** [5] *62:14, 16, 21; 63:19; 72:19*
**arranged** [1] *85:20*
**arrive** [2] *76:22; 109:4*
**arrived** [5] *67:3, 5; 72:22; 76:18; 87:20*
**arriving** [2] *32:6; 88:4*
**article** [5] *86:15, 20, 23; 87:2; 114:23*
**arts** [1] *15:3*
**asking** [9] *30:18, 20, 22; 45:2; 65:17; 68:3; 69:10; 79:5; 98:10*
**assist** [5] *52:8; 62:21; 63:19; 94:23; 95:3*
**assisted** [1] *95:6*
**associated** [1] *8:8*
**Associates** [6] *51:25; 58:4; 89:14; 103:20; 104:8, 19*
**associates** [1] *77:9*
**assume** [8] *27:22; 58:21; 67:18; 78:23, 24; 79:16; 98:5; 100:2*
**assumed** [1] *31:4*
**attempt** [1] *29:2*
**attorney** [2] *4:13; 70:7*
**Attorneys** [2] *2:4, 9*
**attorneys** [1] *77:24*
**audible** [3] *12:7; 67:5, 8*
**August** [7] *5:19, 20; 12:20; 56:18; 65:11, 19, 22*
**authored** [1] *77:9*
**auto** [2] *80:25; 81:5*
**automatically** [1] *33:25*
**Automobile** [1] *80:23*
**aware** [3] *35:20; 67:24; 112:11*

**- B -**

**Bachelor** [1] *15:3*
**back-up** [2] *87:5, 8*
**ballpark** [1] *85:8*

**base** [2]
43:24; 75:24
**Based** [1]
69:19
**based** [4]
30:19; 70:4; 98:3; 110:22
**basement** [9]
38:9, 10; 43:25; 44:2, 4, 5, 6; 73:10; 106:10
**Basically** [2]
58:17; 86:22
**basically** [1]
97:5
**basis** [2]
6:12, 15
**bathroom** [1]
73:10
**batteries** [7]
41:4, 8; 45:19, 22, 23, 24, 25
**Battery** [1]
45:12
**battery** [15]
40:4, 7; 41:4, 10, 23; 42:4, 7, 13; 44:17; 45:13; 46:8, 10; 67:12; 92:21; 97:19
**Beacon** [1]
78:11
**beam** [4]
95:15, 18, 20, 21
**beams** [3]
96:2, 6; 103:6
**bearing** [1]
96:17
**beauty** [1]
79:23
**bed** [6]
49:10, 20; 85:21, 23, 25; 86:2
**bedroom** [28]
34:21, 23; 35:12, 24; 36:8, 15; 37:4, 7; 38:12, 18; 39:2, 7; 40:17; 43:24; 65:8; 67:17; 72:4; 73:10; 90:3, 16; 91:4; 92:11; 94:4, 14; 98:20; 99:3, 23; 102:2
**bedrooms** [7]
39:17; 60:22; 65:5, 7; 98:2, 21, 22
**behalf** [1]
77:13
**believe** [30]
5:18; 10:8; 15:9; 16:23; 17:3; 18:5; 22:15; 26:8; 29:4; 35:23; 37:2; 44:15; 50:14; 51:2, 18; 53:9, 23; 56:3; 61:2; 62:14; 71:5; 74:19; 76:10; 87:8; 95:9; 107:8, 18; 108:7, 12, 25
**bell** [1]
55:12
**belongings** [1]
85:19
**bigger** [1]
22:3
**bill** [2]
14:14; 21:6
**bills** [8]
14:14; 71:13; 97:7; 100:4, 6, 9; 108:24
**birth** [1]
4:25
**blank** [3]
13:18; 16:4; 17:16
**blood** [1]
116:16
**blueprints** [1]
95:7
**boarded** [1]
74:14
**boiler** [5]
38:13; 40:14; 42:16; 93:2, 3
**booklets** [1]
63:15
**border** [1]
87:9
**BORGEEST** [1]
2:8
**Borgeest** [1]
4:14
**born** [1]
5:3
**Bostrum** [1]
77:5
**bought** [6]
17:4, 7, 9, 23; 70:19; 105:3
**Bridgeport** [1]
52:13
**brochures** [1]
63:15
**broker** [16]
13:3, 4, 6, 12; 14:2; 24:7, 8, 15, 16, 21, 24; 25:4, 8, 11; 27:16, 25
**brokers** [1]
14:15
**Bronx** [6]
6:25; 10:3, 16, 21; 47:16; 79:20
**Brown** [1]
9:18
**Buffalo** [1]
6:20
**build** [5]
81:25; 82:5, 8; 96:20; 105:24
**builder** [5]
57:10; 66:13; 99:12; 103:9; 105:4
**Builders** [1]
82:11
**building** [7]
65:15, 20, 23; 66:17; 81:15; 82:21; 99:22
**buildings** [1]
65:21
**built** [12]
15:8, 9; 43:23; 53:7; 65:4; 82:10; 99:24; 103:9; 105:18; 106:7; 107:2, 14
**built-in** [1]
38:15
**bulb** [5]
46:20, 23, 25; 47:13; 59:6
**bulbs** [2]
47:17, 19
**burglar** [14]
8:22, 25; 9:2; 11:4, 15; 30:14; 31:16; 33:21; 41:17; 51:10, 12; 57:14, 18, 20
**burned** [3]
71:19; 73:12; 88:9
**burnt** [1]
58:25
**business** [29]
6:24; 7:4, 6, 13, 16; 8:16, 17, 21; 10:3, 6, 8, 10, 12, 15, 16, 17, 21; 11:10; 14:12; 16:12; 30:15, 20; 79:14; 80:4, 5, 6; 111:20, 22; 112:4
**buy** [1]
17:6

**– C –**

**C-K-S-O-N** [1]
18:20
**cabinet** [3]
71:20, 23; 72:5
**cabinets** [1]
72:2
**call** [11]
9:12; 20:19; 21:25; 31:20; 32:4; 62:4; 88:18; 91:19; 111:13, 14, 15
**calls** [2]
29:17; 31:15
**camp** [3]
33:2, 4, 12
**camped** [1]
74:11
**canceled** [2]
71:16, 23
**Cancelled** [1]
114:22
**cancelled** [1]
72:10
**cancer** [2]
35:16, 19
**care** [4]
14:11, 13; 66:13; 97:5
**carrier** [1]
78:12
**carriers** [1]
14:16
**carries** [2]
96:5, 11
**case** [2]
21:3; 79:6
**cat** [36]
34:10, 15, 17; 35:5, 7, 8, 10, 12, 14, 15, 17, 24; 36:4, 16; 37:8, 9, 12; 38:5; 39:2; 43:2; 44:10; 46:19; 49:8, 13, 17, 21, 24; 58:23; 72:25; 85:20, 23; 89:20; 90:4, 21; 93:15
**cat's** [2]
34:11; 36:8
**cathedral** [1]
39:21
**caused** [7]
48:3, 8; 51:19; 52:22; 53:2; 58:13; 59:25
**ceiling** [3]
39:21; 93:6, 7
**ceilings** [3]
95:24; 96:5
**central** [28]
10:13; 12:5; 27:23; 28:2, 10, 14, 24; 29:2, 18; 30:5, 13, 19, 21, 23; 31:6, 11, 17; 36:2; 44:18, 25; 45:16; 57:11; 63:4; 77:3; 111:10, 19; 112:7, 12
**Certificate** [6]
64:16, 24; 66:2, 6; 114:9, 21
**certificate** [3]
54:3; 65:14, 24
**certification** [1]
3:9
**certify** [2]
116:10, 15
**certifying** [1]
54:13
**chairs** [1]
49:20
**change** [5]
14:15, 16; 41:4, 7; 45:18
**changed** [2]
14:4; 45:21
**characterize** [1]
38:23
**charged** [1]
100:15
**check** [5]
46:8; 54:21; 70:15; 71:14; 107:15
**checks** [8]
70:22, 25; 71:4, 9, 16, 23; 72:10; 114:22
**child** [4]
35:2, 5; 90:25
**children** [1]
6:5
**chimney** [1]
106:7
**circle** [1]
91:17
**circumstances** [1]
8:13
**citizen** [1]
5:8
**claim** [2]
110:23; 111:3
**Claims** [1]
80:18
**claims** [5]
80:20, 22; 81:4; 110:16, 18
**Clark** [1]
52:4
**clean** [1]
37:8
**cleaning** [1]
37:12
**clear** [1]
91:24
**client** [4]
67:25; 97:16; 98:11; 109:23
**climbed** [2]
85:23, 25
**climbing** [1]
85:20
**closed** [6]
12:25; 16:19; 90:18, 23, 24; 101:20
**closer** [2]
91:6; 92:13
**clothing** [1]
85:19
**clue** [1]
20:9
**code** [2]
65:23; 99:22
**College** [1]
14:21
**college** [5]
6:17, 18; 14:19, 20; 80:14
**color** [1]

*88:22*
**comfortable** [1]
*86:2*
**coming** [6]
*43:25; 44:5; 84:3, 7; 95:3*
**Command** [47]
*4:15; 8:8; 10:14, 17, 25; 11:6, 9, 15; 12:4; 21:25; 22:6, 17, 25; 28:14; 29:19; 43:19; 44:24; 45:5, 20; 53:17, 23; 54:2, 11, 25; 57:3; 63:15, 21; 67:11, 13; 72:17; 78:4, 20; 83:3, 23; 84:9, 13, 23; 92:6; 97:16; 98:11, 12, 16; 102:9; 105:2; 109:22; 110:2; 112:11*
**command** [1]
*29:19*
**commenced** [1]
*19:18*
**common** [1]
*75:22*
**companies** [1]
*18:3*
**COMPANY** [1]
*1:3*
**Company** [6]
*8:9; 14:6; 67:24; 70:21; 71:3; 77:6*
**company** [65]
*9:12; 12:24; 13:10; 15:22; 16:9, 10, 11, 16; 18:7, 8; 19:3; 23:18, 25; 24:6; 26:6, 11, 17, 24; 27:14; 43:6; 48:14; 50:11, 19; 51:15, 19; 52:5; 53:15, 22; 54:4, 23; 55:3, 4, 9; 56:5, 25; 63:22; 68:13; 69:14, 21; 70:19; 72:11; 74:18, 19; 77:14, 18, 23; 78:7, 9; 79:12; 81:24; 82:23; 87:18; 93:23; 94:24; 97:2; 107:14; 108:8; 109:6; 110:6, 19; 111:4, 11, 20; 112:7, 12*
**company's** [1]
*27:17*
**complaints** [6]
*72:16, 20, 21; 84:22; 112:6, 11*
**complete** [1]
*49:3*
**completed** [4]
*60:13; 101:23; 107:3; 112:19*
**computer** [1]
*60:22*
**concerning** [1]
*78:2*
**concluded** [1]
*113:5*
**conclusion** [2]
*77:13, 21*
**conclusions** [1]
*78:2*
**concrete** [1]
*48:10*
**condition** [2]
*44:25; 88:9*
**conditioner** [1]
*36:5*
**conditioning** [1]
*36:2*
**confined** [2]
*34:20, 22*
**CONNECTICUT** [1]
*1:2*
**Connecticut** [6]
*1:17; 2:5; 4:10; 12:16; 55:22; 82:15*
**constantly** [1]
*14:15*
**Constitution** [1]
*2:5*
**constructed** [3]
*96:4; 99:25; 105:16*
**construction** [10]
*15:18, 20, 22; 16:16; 19:3, 18; 95:18, 19; 96:21, 22*
**consumed** [4]
*72:6; 73:3, 6, 10*
**contacted** [4]
*31:7; 68:12, 15; 95:9*
**contents** [6]
*72:5; 95:4; 107:11, 23; 109:5, 10*
**contract** [5]
*21:19, 22; 51:6, 9; 61:23*
**contractor** [2]
*66:15; 99:4*
**control** [3]
*31:25; 45:9; 87:12*
**controlled** [2]
*36:25; 37:16*
**controls** [1]
*44:17*
**conversation** [20]
*23:6, 9; 24:20; 26:20; 27:6, 8; 28:7; 30:9, 12, 15, 17; 31:22; 41:25; 55:4; 58:11; 61:20; 62:9; 69:16; 75:17; 84:2*
**conversations** [15]
*22:18; 23:2; 24:16; 28:6; 30:18; 59:23; 62:12; 69:11, 23; 72:18; 74:6; 84:11, 16; 110:4, 10*
**converting** [4]
*65:5, 6, 7; 66:16*
**conveyed** [1]
*49:7*
**convicted** [1]
*7:24*
**cooperate** [1]
*69:14*
**copied** [1]
*88:22*
**copies** [5]
*20:19; 71:15; 72:10; 77:8; 88:19*
**Copy** [1]
*114:23*
**copy** [5]
*19:6, 11; 54:7; 83:13; 86:15*
**Corey** [2]
*6:8, 9*
**corner** [2]
*89:22; 90:15*
**correspondence** [1]
*109:25*
**cost** [2]
*95:10; 108:24*
**counsel** [2]
*3:7; 88:22*
**count** [1]
*60:17*
**COUNTY** [1]
*116:5*
**couple** [1]
*17:13*
**course** [1]
*108:18*
**COURT** [1]
*1:2*
**Court** [1]
*1:15*
**court** [2]
*3:20; 4:21*
**covered** [3]
*56:23, 24; 65:6*
**Crawl** [1]
*106:12*
**crawl** [1]
*106:16*
**crime** [2]
*7:25; 8:3*
**current** [2]
*78:14; 82:17*
**currently** [1]
*5:7*
**curved** [1]
*39:9*
**CW** [1]
*14:21*

**– D –**

**damage** [14]
*73:4, 15, 16, 18, 23; 80:24; 81:2, 4; 95:2, 4; 107:10; 110:7, 13, 23*
**damaged** [1]
*94:17*
**damages** [3]
*52:8; 107:6; 108:2*
**Darien** [1]
*87:7*
**DATE** [1]
*1:10*
**date** [19]
*4:25; 14:18; 21:12, 15, 17; 35:9, 21; 41:3; 55:20; 64:17; 70:16; 71:11; 72:3; 75:10; 83:10; 84:14, 24; 89:9; 104:3*
**dated** [4]
*43:9; 61:14; 64:25; 83:20*
**daughter** [3]
*32:19, 20; 33:6*
**daughter's** [1]
*6:3*
**daughters** [2]
*5:24; 33:12*
**Dave** [1]
*77:5*
**day** [26]
*29:3, 6, 16; 32:23; 33:2, 9, 22; 34:18; 36:10; 37:4, 19; 42:23, 25; 46:23; 47:2; 55:14; 63:23; 66:22; 74:12, 13, 15; 84:24; 112:8, 13; 113:9; 116:20*
**DD** [3]
*103:21; 104:2, 6*
**deal** [2]
*13:8; 79:13*
**dealing** [3]
*51:23; 60:7; 100:22*
**dealings** [1]
*100:23*
**dealt** [3]
*13:13; 52:17; 60:10*
**deaths** [1]
*81:6*
**Debbie** [7]
*22:19; 23:2; 25:21, 23, 24; 26:15; 84:12*
**deck** [5]
*91:15, 25; 92:3; 95:8, 14*
**deduced** [1]
*59:2*
**DEFENDANT** [1]
*1:8*
**Defendant** [2]
*1:14; 2:9*
**DEFENDANT'S** [1]
*114:4*
**Defendant's** [10]
*21:2; 64:13, 16; 83:9; 89:8, 12; 97:10; 104:2, 6; 105:8*
**definite** [1]
*49:5*
**Definitely** [1]
*42:11*
**definitely** [2]
*42:21, 22*
**definitive** [1]
*48:16*
**degree** [1]
*15:2*
**Department** [5]
*74:3, 7; 76:25; 109:14, 18*
**department** [16]
*29:10, 11, 23; 32:7; 48:7; 58:24; 66:25; 75:11, 23; 76:22; 85:15, 19; 87:3, 12, 23; 88:2*
**depends** [1]
*60:17*
**depict** [3]
*97:14; 105:12, 14*
**depicted** [8]
*90:13; 98:18; 99:7; 100:12; 101:11; 102:7; 104:13, 25*
**deposition** [3]
*3:9, 18; 21:3*
**depth** [2]
*95:23; 106:13*
**describe** [2]
*9:3; 39:12*
**described** [2]
*65:21; 104:8*
**DESCRIPTION** [1]
*114:7*
**Design** [1]
*82:11*
**design** [2]
*25:12; 95:17*
**designer** [1]
*95:10*
**desired** [1]
*25:17*
**destroyed** [2]
*67:18; 94:5*
**DET** [1]
*97:24*
**detected** [1]
*30:25*
**detection** [11]

8:24; 9:3; 11:7; 25:20; 27:21; 33:24; 41:16; 57:7; 63:22, 23, 25
**detector** [16] 44:13, 16; 45:14; 92:6, 20, 21; 93:15; 97:14, 24; 98:10, 18; 99:3; 100:12; 101:2, 11; 103:8
**detectors** [34] 9:6; 25:5, 9; 40:5, 8; 41:5, 8, 11, 18, 23; 42:4, 7, 13; 43:5, 11, 19; 44:23; 45:6, 10, 19; 50:13, 16; 51:15; 67:4; 92:16; 93:20, 25; 97:15, 17; 99:8, 17; 100:21; 104:13, 24
**determine** [1] 104:24
**determining** [1] 52:8
**devices** [1] 46:7
**diagram** [3] 89:15; 90:13; 92:2
**diatribe** [1] 49:8
**difference** [1] 108:23
**difficulty** [2] 72:19; 87:2
**digital** [1] 102:13
**dimensions** [1] 65:6
**direction** [1] 70:5
**Discount** [2] 7:3, 5
**discount** [1] 79:6
**discourage** [1] 85:20
**discuss** [2] 84:6; 92:15
**discussed** [4] 39:24; 41:24; 46:18; 69:5
**discussing** [4] 41:15; 52:4; 68:6; 93:20
**distance** [2] 44:9; 93:11
**DISTRICT** [2] 1:2
**divisional** [1] 95:16
**Dix** [13] 7:20, 22; 10:22, 25; 11:7, 10, 16, 19, 20; 12:4, 11, 15; 13:25
**document** [13] 13:19; 21:4, 12; 50:21; 51:13; 54:5, 7, 10; 64:21; 65:20; 66:11; 83:15, 17
**DOCUMENTS** [2] 114:14, 15
**documents** [5] 15:25; 71:24; 83:23; 85:15; 109:22
**doesn't** [2] 55:12; 71:6
**door** [20] 38:17, 21; 39:4, 8, 13; 74:23; 90:17, 22, 23, 24, 25; 91:3, 6, 7, 8, 10, 16; 93:2; 101:19, 20
**doors** [4] 9:6; 11:2; 82:20, 25
**doorway** [1] 92:10
**Double** [1] 45:24
**double** [1] 45:25
**doubled** [1] 15:13
**doubt** [4] 49:11; 50:6; 71:17
**downstairs** [15] 34:20, 22; 39:12; 40:11, 12, 15, 18; 42:17, 22, 24; 43:16; 93:5, 8, 10; 94:3
**draft** [1] 19:2
**draw** [1] 18:13
**drawing** [2] 89:13, 24
**Drive** [6] 2:9; 4:10; 5:11; 6:12; 7:18; 56:3
**due** [1] 108:11
**duly** [2] 4:3; 116:12
**dwelling** [2] 89:25; 90:14

**– E –**

**early** [2] 12:19; 61:6
**education** [1] 14:17
**effect** [3] 3:19; 26:25; 54:20
**efforts** [1] 86:9
**eight** [1] 80:2
**electrical** [3] 100:10, 15, 20
**electrician** [4] 100:2, 3, 23; 105:5
**employed** [3] 6:21; 18:22, 23
**employee** [2] 84:13, 23
**employees** [1] 93:22
**Encompass** [9] 59:17; 70:11, 12, 19; 71:2, 6; 77:6; 78:10, 13
**end** [14] 20:3, 5, 24; 24:19; 28:8; 49:19; 61:4, 5, 20; 101:4; 102:4; 106:19, 21, 23
**ended** [3] 81:3; 86:21; 101:9
**engineer** [1] 55:10
**engineers** [1] 58:7
**engines** [1] 87:6
**entitled** [1] 60:5
**entrance** [4] 46:15; 60:23; 73:9; 91:15
**equipment** [2] 103:16, 17
**equipped** [1] 35:25
**ESQ** [2] 2:6, 10
**established** [1] 98:7
**Everybody** [2] 33:10; 59:7
**exact** [2] 27:10; 109:2
**Exactly** [1] 9:5
**exactly** [2] 24:8; 27:12
**EXAMINATION** [2] 1:13; 4:5
**Examination** [1] 113:5
**examination** [2] 116:11, 13
**examined** [1] 4:4
**example** [1] 100:10
**except** [1] 3:13
**exchanged** [1] 51:21
**exclusions** [2] 110:6, 12
**EXHIBIT** [2] 114:6
**Exhibit** [25] 23:12; 50:21; 51:6; 61:14; 64:13, 17, 20; 83:7, 9, 13; 89:6, 8, 12; 97:10; 99:7, 20; 100:12, 25; 101:11, 16; 102:12; 104:2, 6; 105:8
**exhibit** [1] 104:18
**EXHIBITS** [1] 114:4
**Exhibits** [1] 104:17
**existed** [4] 38:22; 64:4; 67:12; 89:17
**existence** [1] 68:5
**existing** [2] 65:5; 66:17
**exists** [1] 57:6
**expenses** [7] 56:23, 24; 60:6; 108:10, 19, 22
**expert** [1] 55:10
**explain** [1] 62:18
**explained** [1] 26:3
**exposed** [1] 103:6
**expressed** [1] 24:6
**Extra** [1] 102:25

**– F –**

**face** [1] 38:17
**fact** [2] 45:21; 70:18
**facts** [2] 8:13; 58:18
**fair** [3] 64:5, 8; 89:15
**FALLS** [1] 1:3
**Falls** [3] 14:6; 67:24; 70:21
**false** [3] 30:2; 31:5; 63:6
**familiar** [3] 7:11; 14:5; 59:8
**family** [13] 7:15; 39:18; 40:15; 42:17; 43:22; 60:24; 63:24; 93:4, 8, 10; 102:2; 108:13; 112:10
**February** [6] 20:11; 21:19, 22; 43:10; 61:12, 15
**fed** [1] 38:5
**fee** [2] 63:4, 5
**feed** [1] 37:8
**feeding** [1] 37:11
**feet** [12] 36:19; 44:11; 53:10; 60:15, 25; 74:25; 82:18; 91:16; 92:11; 93:13; 95:20; 96:3
**fell** [1] 86:9
**fellow's** [1] 15:23
**felt** [1] 110:24
**fight** [5] 74:21; 75:6, 14; 86:5; 87:9
**fighting** [3] 76:6; 86:9; 87:3
**figure** [3] 85:8; 94:25; 109:4
**figures** [1] 95:4
**file** [3] 54:21; 71:22; 72:2
**filing** [2] 3:8; 71:20
**Fill** [1] 16:4
**fill** [4] 13:20; 17:17; 76:2, 7
**find** [3] 26:12, 13; 71:18
**fine** [2] 94:6, 10
**finished** [8] 15:18; 26:4; 61:6; 65:10; 101:5; 102:20; 103:2; 107:5
**Fire** [10] 49:23; 51:17; 52:25; 58:7; 73:25; 74:3, 7; 76:24; 109:14,

18
**fire** [151]
8:24; 11:7; 16:24; 18:7; 22:5, 10; 23:21, 22, 25; 24:12, 13; 25:20; 27:13; 28:8, 18; 29:3, 6, 7, 12, 18, 21, 24; 30:10, 16; 31:8, 10, 13, 24, 25; 32:7; 33:24; 37:5; 41:3; 42:23, 25; 44:20, 21; 48:4, 6, 8, 13, 15, 17; 49:9, 21, 23; 50:2, 4, 6, 10, 11; 51:19; 52:9, 22; 53:2, 5; 54:25; 55:10, 14, 20; 56:11, 15; 57:3, 23; 58:6, 14, 23, 24; 59:17, 25; 61:7; 63:22, 23, 25; 66:25; 67:17, 19; 70:17; 71:4, 11, 19, 22; 72:3, 4, 6, 23; 73:3, 6, 11, 13, 18, 21; 74:2, 9, 21; 75:6, 10, 11, 14, 22; 76:4, 7, 10, 21, 25; 77:10, 17; 78:2; 79:2; 81:9, 24; 84:14, 24, 25; 85:14, 16, 18; 86:5, 9, 24; 87:3, 9, 11, 12, 15, 21, 23; 88:2, 6; 90:15, 21; 92:10; 93:19; 94:17, 21, 25; 101:10; 108:11; 109:16, 19, 23; 110:2, 16, 17; 111:4, 12; 112:8, 13
**fireman** [1]
86:21
**firemen** [6]
74:20; 75:16, 17; 76:17; 86:3, 9
**firm** [3]
68:16; 69:3; 70:4
**First** [1]
104:9
**first** [21]
4:3; 5:17; 8:10; 9:8, 12, 23; 10:9, 17; 18:18; 31:6, 11; 40:3; 64:13; 68:11, 25; 87:17, 24; 88:6; 92:15; 97:12; 104:20
**fixtures** [1]
82:20
**flames** [1]
88:5
**floor** [3]
39:13, 20; 46:17
**floors** [1]
96:5
**Folger** [1]
58:5
**following** [1]
74:14
**follows** [1]
4:4
**food** [1]
80:8
**foot** [1]
44:6
**footage** [5]
53:8, 9; 60:12, 18; 82:16
**FORCE** [1]
1:7
**Force** [47]
4:15; 8:8; 10:15, 18, 25; 11:6, 9, 15; 12:4; 21:25; 22:6, 17, 25; 28:14; 29:19; 43:19; 44:24; 45:5, 20; 53:18, 23; 54:2, 11; 55:2; 57:3; 63:15, 22; 67:11, 13; 72:17; 78:5, 20; 83:4, 23; 84:9, 13, 23; 92:6; 97:16; 98:11, 13, 16; 102:9; 105:2; 109:22; 110:2; 112:12
**force** [1]
3:19
**forget** [1]
46:9
**form** [2]
3:13; 28:20
**forth** [3]
60:6; 69:9; 116:12
**foundation** [6]
81:18; 99:12; 105:19, 23; 106:8, 17
**frame** [3]
89:25; 90:14, 25
**framed** [1]
106:6
**frequency** [1]
41:7
**friends** [1]
56:16
**front** [10]
38:17, 21; 39:3, 7, 13; 46:15; 74:23; 91:16; 92:2, 23
**full** [1]
86:7
**furniture** [3]
49:17; 103:11, 15

**– G –**

**garage** [20]
39:18; 46:13; 60:21, 24; 65:4, 5; 66:17; 81:19, 20; 101:17, 19, 20, 23; 102:3, 7, 16, 25; 103:12
**garages** [3]
106:18, 20, 23
**gate** [9]
34:24, 25; 35:2, 3, 5, 7, 10, 12; 90:25
**gave** [8]
5:10; 23:12; 49:3, 8; 81:24; 82:4; 95:7, 8
**GEICO** [3]
80:16, 17; 110:22
**Germany** [1]
5:4
**Gerry** [1]
77:4
**GG** [1]
104:18
**give** [4]
63:6; 85:8; 92:12; 97:4
**given** [4]
63:14; 65:3; 77:8; 116:14
**giving** [1]
53:2
**GLENS** [1]
1:3
**Glens** [3]
14:5; 67:24; 70:21
**goes** [3]
91:4; 93:2; 103:23
**gotten** [1]
42:21
**graduate** [3]
14:19, 20, 24
**graduated** [3]
6:19; 12:20; 80:14
**grandparents** [1]
33:12
**granted** [2]
65:18, 19
**great** [1]
65:4
**Green** [1]
77:4
**ground** [2]
39:14, 15
**group** [1]
103:24
**guess** [15]
11:23, 25; 13:17; 14:10; 23:13; 25:25; 27:22; 32:17; 45:2; 59:3, 15; 68:9; 76:16; 91:19; 100:2
**guessing** [3]
20:8; 30:11; 77:2
**guilty** [1]
8:3
**guys** [1]
52:12

**– H –**

**hadn't** [1]
26:10
**hall** [4]
46:16; 60:23; 73:9; 94:15
**hallway** [3]
43:23; 44:7, 8
**Hamburg** [1]
5:4
**hand** [1]
116:20
**handwriting** [2]
83:19; 98:8
**hard** [13]
9:3, 5; 11:2, 17; 27:21; 41:16; 43:18; 44:13, 15, 22; 45:11; 97:21, 23
**HAROLD** [4]
1:3, 14; 4:2; 113:7
**Harold** [2]
4:8; 65:25
**Hartford** [1]
2:5
**haven't** [1]
104:22
**Hawaii** [1]
34:13
**Hazard** [1]
1:16
**health** [3]
35:15, 17; 79:23
**hear** [1]
76:15
**heard** [2]
14:7; 76:14
**hearsay** [1]
76:16
**heating** [1]
108:24
**HEINZ** [5]
1:4, 14; 4:2; 113:7; 114:4
**Heinz** [4]
4:8; 64:20; 66:2; 83:13
**held** [1]
1:15
**help** [3]
61:15; 66:9; 111:8
**Henrickson** [3]
18:17, 19, 22
**HEREBY** [1]
3:6
**hereby** [3]
3:10; 65:25; 116:9
**hereinbefore** [1]
116:12
**hereto** [1]
3:8
**hereunto** [1]
116:19
**HH** [9]
97:10, 14; 99:7, 20; 100:12, 25; 101:11, 16; 102:12
**high** [1]
36:19
**higher** [1]
109:7
**highest** [1]
14:17
**hill** [1]
74:24
**Hills** [13]
7:20, 22; 10:22, 25; 11:7, 10, 16, 19, 20; 12:4, 12, 15; 13:25
**hire** [2]
52:7, 11
**hired** [4]
51:18; 60:9; 66:16; 96:25
**hiring** [2]
52:14; 60:6
**holdback** [3]
107:16, 19
**home** [55]
11:7, 10, 16; 12:3, 11; 13:14, 19, 25; 15:25; 17:10, 11; 18:24; 24:10; 29:7; 31:8, 13, 16; 32:5, 6; 33:13; 35:19; 38:15; 39:21, 23; 40:22; 41:2; 53:16; 55:23, 24, 25; 56:4, 14; 60:12, 20; 61:17; 63:11; 64:4; 67:5; 72:22; 78:8; 82:17; 85:16; 95:5; 97:8; 99:9, 14; 100:18; 101:3; 107:7, 11, 14; 108:9; 110:7; 111:25
**homeowner's** [1]
81:7
**Homestead** [1]
56:22
**Hook** [1]
82:13
**hook** [1]
12:5
**hotel** [2]
56:12, 13
**house** [179]
5:17; 6:11, 14; 10:22, 25; 11:18; 12:8, 14, 21, 22, 25; 14:9; 15:6, 12, 13; 16:19, 21; 17:5, 6, 7, 21; 18:2, 11, 12, 14; 19:14, 15, 24; 20:15; 22:12, 20; 25:5, 9, 17; 26:12; 27:9; 28:14; 29:24; 31:25; 32:12, 16, 18; 33:5, 9, 15, 16, 17; 34:18; 35:4, 14, 21, 25;