36:10, 13; 37:4, 7; 38:7, 11, 18, 22; 39:4, 15; 40:4, 5, 9, 24; 41:14, 22, 23; 43:12; 44:16; 45:5, 11; 46:13, 16; 48:25; 53:7, 13; 55:11, 13; 56:9, 16, 20, 21; 57:5, 17; 59:11; 61:9, 24; 64:6; 67:3; 71:21; 72:13, 23; 73:3, 12, 14, 16; 74:10, 11, 13, 14, 22; 75:10, 12; 76:11, 19, 22; 78:5, 14, 17; 81:10, 12, 13, 14, 15, 25; 82:5, 8, 10, 20, 21, 25; 83:4; 84:15, 18, 19; 85:4; 86:5; 87:15; 88:8; 89:16; 90:7, 13; 92:2, 14, 22, 24; 93:5; 95:2, 7, 8, 10, 13, 14, 15, 16, 17, 22; 96:2, 4, 11, 12, 13, 14, 19, 24; 97:16; 98:9, 16; 99:5; 100:7; 105:3, 15, 18, 24; 106:6, 14, 19, 22, 24; 107:2; 108:11, 20

**huge** [1]
95:22

— I —

**idea** [4]
52:6; 73:19; 88:7; 100:24
**identical** [1]
90:8
**identification** [10]
21:2; 64:14, 17; 83:7, 10; 89:9, 12; 97:11; 104:3, 6
**ill** [2]
35:14; 49:13
**imagine** [2]
61:25; 77:2
**immediately** [1]
92:25
**important** [1]
71:24
**INC** [1]
1:7
**Inc** [1]
89:14
**inches** [3]
95:19, 23; 96:7
**incident** [3]
68:2; 84:5, 6
**incinerated** [1]
50:9
**increased** [3]
18:11; 53:13; 60:23
**independently** [1]
58:2
**indicate** [18]
26:21; 27:16; 42:9; 43:14; 48:22, 24; 51:9; 53:21; 54:23; 67:20; 73:22; 77:24; 78:16; 85:11; 86:3, 23; 87:2; 100:19
**indicated** [3]
84:14; 87:4; 99:19
**Indicating** [6]
89:23; 91:10; 94:7; 105:25; 106:2, 5
**indicating** [3]
89:22; 91:9; 107:15
**indication** [1]
102:13
**indications** [1]
49:25

**individual** [2]
104:17; 105:10
**industry** [2]
80:10, 13
**INFORMATION** [2]
114:14, 15
**information** [3]
71:13; 77:20; 95:11
**initial** [1]
111:15
**initiated** [1]
110:11
**injury** [1]
81:3
**inquire** [1]
48:6
**inquired** [1]
25:16
**inside** [3]
12:9; 96:2, 3
**inspect** [2]
53:16; 75:12
**inspection** [1]
63:12
**inspectors** [1]
60:7
**install** [12]
10:25; 11:6; 22:7, 10, 12; 25:5; 27:13; 41:19; 51:15; 61:23; 92:17; 99:17
**installation** [15]
8:15; 20:3; 21:7, 8, 16; 25:20; 26:2, 4; 39:24; 41:16; 42:15; 53:17; 85:4; 93:21; 98:12
**installed** [60]
8:21; 9:8, 9; 10:11; 11:15; 17:2, 22, 24; 20:7, 11; 21:13, 24; 22:17, 23, 24; 26:3, 9; 28:13, 25; 40:5, 8, 19; 42:14; 43:5, 11, 15, 19; 44:24; 45:5, 19; 50:10, 11, 13, 16, 19, 25; 51:10; 53:22; 54:14, 25; 62:3; 63:9, 16, 22; 67:11, 13; 83:24; 92:6; 97:16; 98:11; 99:2; 100:11, 20; 101:2, 12; 102:9; 103:8; 104:25; 105:4
**institute** [3]
57:2; 63:8; 67:25
**instituted** [1]
62:25
**instruct** [1]
69:25
**INSURANCE** [1]
1:3
**Insurance** [10]
14:6; 59:17; 67:24; 70:11, 12, 21; 71:2; 77:6; 78:13; 80:16
**insurance** [58]
12:22, 24; 13:13; 14:3, 12; 18:3, 6, 12; 23:18, 24; 24:6; 26:6, 10, 17, 24; 27:14, 17; 48:14; 51:19; 52:5; 53:13, 15, 21; 54:4, 23; 55:3, 4, 8; 56:5, 25; 68:13; 69:14, 21; 70:19; 71:5, 10; 72:11, 13; 77:17, 23; 78:7, 21, 24; 79:11, 13; 80:9, 12; 81:24; 82:4; 94:24; 97:2; 107:14; 108:8; 109:6; 110:6, 16, 18; 111:3
**insured** [2]
14:4, 9

**insurer** [13]
4:16; 13:25; 16:20; 24:17, 22; 25:2, 6, 12, 16; 54:12; 70:8, 10; 78:14
**interested** [1]
116:18
**interior** [2]
102:22, 24
**interrupt** [1]
28:3
**investigating** [1]
85:16
**investigation** [2]
48:14; 49:2
**investigator** [2]
73:22; 77:17
**involved** [1]
14:14
**ion** [1]
61:11
**Island** [3]
7:20; 14:22; 33:11
**issue** [10]
16:24, 25; 18:7; 23:25; 63:3, 7; 65:12; 70:22; 109:15, 18
**issued** [16]
17:3; 54:2; 62:23; 65:11, 22, 25; 66:2, 5; 70:14, 24; 71:3, 14; 83:23; 107:14, 19
**itemized** [1]
100:7
**items** [2]
82:24; 96:24

— J —

**Jake** [5]
59:16, 20; 60:8, 10; 71:5
**January** [3]
1:10; 21:3; 116:20
**Jeliff** [1]
1:16
**Jersey** [1]
82:14
**Jim** [6]
15:23; 16:9; 99:16, 24; 100:6, 10
**Jim's** [1]
114:18
**Jimmy** [1]
99:15
**Joe** [1]
58:4
**JOSEPH** [1]
2:6
**July** [16]
22:5; 28:18; 30:20; 33:18; 41:11; 44:14; 47:14; 56:17; 59:11; 72:12, 17, 22; 73:8; 75:11, 17; 101:10
**jump** [1]
35:7
**jumped** [2]
35:10; 49:17
**jumping** [1]
49:14

— K —

**K-L-E-M** [1]
55:7
**K-O-H-N** [1]

48:20
**KAUFMAN** [1]
2:8
**Kaufman** [1]
4:14
**keep** [3]
35:12; 71:23; 86:15
**kept** [3]
66:24; 72:2; 81:18
**Kevin** [1]
58:5
**keypads** [1]
46:12
**KINGS** [1]
116:5
**kitchen** [4]
39:17; 60:25; 64:4, 9
**Klein** [1]
51:24
**Klem** [9]
55:7; 58:4; 67:21; 77:9, 12, 22, 25; 103:20; 104:7
**knocked** [1]
58:23
**knocking** [2]
49:9, 14
**knowing** [1]
59:12
**knowledge** [20]
36:11; 41:11; 44:12; 45:6, 8, 13; 47:8; 60:10; 64:3; 70:16; 71:12; 75:8, 22; 78:3; 83:22, 25; 85:2; 87:13; 88:3; 109:20
**Kohn** [5]
48:18; 49:24; 51:17; 52:25; 73:25

— L —

**labeled** [5]
89:24; 97:14; 101:16; 103:21, 22
**Lake** [1]
2:9
**lamp** [21]
36:15, 18, 19, 20, 22, 24; 37:13, 22; 46:18, 23; 47:2, 4, 20; 49:9; 58:22, 25; 59:4, 10, 12; 67:16
**Lane** [1]
1:16
**large** [1]
39:17
**lasers** [1]
88:22
**last** [12]
5:13; 15:24; 16:2, 10; 32:15; 37:3; 47:2, 4, 7; 56:19; 99:15; 114:18
**late** [4]
12:18; 15:19; 16:16, 20
**laundry** [1]
38:13
**LAUREN** [1]
1:4
**Lauren** [3]
6:2; 7:17; 65:25
**law** [3]
4:13; 68:16; 69:2
**lawsuit** [3]
68:5, 11; 84:9

**lawyer** [3]
   69:24; 84:3
**lawyers** [1]
   88:12
**layout** [2]
   39:12; 89:16
**learn** [7]
   28:17; 29:11, 14; 48:3; 52:24;
   68:4; 86:8
**learned** [4]
   29:12; 49:12; 68:7, 10
**learning** [1]
   31:2
**lease** [1]
   56:21
**leased** [1]
   40:24
**Leave** [2]
   13:18; 16:4
**leave** [9]
   17:16; 26:14; 32:12, 15, 20;
   35:22; 36:12; 57:17, 21
**leaving** [1]
   95:23
**legal** [2]
   6:16; 111:2
**Let's** [6]
   5:18; 29:15; 33:8; 83:6; 89:5;
   103:19
**let's** [1]
   36:8
**letter** [6]
   23:11; 43:8, 9, 14, 17; 53:24
**letterhead** [1]
   68:24
**letters** [1]
   109:21
**level** [5]
   14:17; 39:14, 15; 43:2; 92:22
**liability** [1]
   80:23
**light** [10]
   37:15, 18, 21; 46:20, 22, 25;
   47:3, 19; 49:15; 59:14
**lights** [7]
   36:12; 37:21, 23, 24, 25; 38:5
**likes** [1]
   86:2
**Linden** [1]
   76:5
**LINE** [1]
   115:4
**line** [2]
   27:23; 76:10
**lines** [1]
   76:8
**List** [1]
   20:23
**lit** [1]
   38:2
**litigation** [1]
   4:16
**litter** [2]
   37:9, 12
**live** [6]
   6:11, 14; 7:19; 26:11; 56:13;
   82:17
**lived** [5]
   7:20; 12:11; 56:12, 22; 75:9
**lives** [1]
   6:19

**living** [8]
   19:14; 39:17; 46:14; 60:5;
   64:8; 79:20; 98:9; 108:10
**LLP** [3]
   1:16; 2:4, 8
**local** [3]
   15:22; 86:11, 12
**located** [21]
   36:15; 38:8, 10, 19; 39:3, 19;
   42:13; 44:3; 46:11, 14; 49:24;
   67:17; 74:23; 75:18; 82:12;
   86:5; 89:20; 92:7; 98:19;
   103:11; 106:20
**location** [4]
   43:18, 20; 92:10; 93:25
**locations** [1]
   43:21
**loft** [2]
   94:9; 103:12
**looks** [1]
   21:14
**loss** [3]
   54:24; 94:25; 111:8
**lot** [2]
   26:23; 79:13
**low** [1]
   46:10
**lower** [3]
   79:15; 109:10, 11
**lump** [1]
   109:9

— M —

**M-C-C-L-O-S-K-Y** [1]
   13:16
**Mahohney** [1]
   69:24
**MAHONEY** [1]
   2:4
**Mahoney** [3]
   68:21; 70:7; 88:16
**maiden** [1]
   9:19
**main** [5]
   46:16; 60:23; 73:9; 91:14;
   95:21
**maintain** [2]
   71:15, 20
**major** [1]
   15:4
**Malfunction** [1]
   30:2
**man** [2]
   55:6; 58:4
**manner** [2]
   33:7, 19
**margin** [2]
   98:6, 8
**Mark** [2]
   64:13; 103:23
**mark** [6]
   70:2, 5; 89:5; 103:19, 20;
   105:8
**MARKED** [1]
   115:3
**marked** [16]
   21:2; 64:12, 16, 20; 83:6, 9,
   13; 89:8, 12; 97:10; 104:2, 6,
   17; 105:8; 112:17, 18
**market** [1]

   82:24
**marriage** [1]
   116:17
**married** [1]
   14:13
**Marshal** [4]
   49:23; 51:17; 52:25; 73:25
**marshal** [3]
   48:15, 17; 73:21
**MASCARO** [20]
   2:6; 11:23; 19:12; 20:21;
   22:21; 27:3; 28:20; 54:15, 19;
   62:6; 66:4; 69:7, 17, 20;
   72:14; 79:5; 88:23; 90:20;
   98:3; 113:2
**Mascaro** [2]
   54:13; 68:22
**Massachusetts** [1]
   77:5
**master** [7]
   40:17; 43:24; 65:8; 73:9;
   94:14, 15, 16
**Mat** [3]
   23:3; 25:19; 27:8
**mat** [1]
   88:21
**materials** [1]
   97:7
**matter** [5]
   45:21; 52:12; 70:18; 74:9;
   116:18
**Matthew** [7]
   9:14, 20, 21, 24; 22:18; 23:7;
   84:12
**Matza** [32]
   9:21, 24; 10:5; 22:19; 23:3,
   16; 25:19; 26:21; 27:8, 16,
   20; 39:22; 41:15, 22; 42:3, 6,
   9, 14; 43:5; 50:10, 16; 51:14;
   61:8, 16; 84:12, 23; 85:3;
   92:14; 93:12, 14, 22; 94:12
**Matza's** [2]
   50:19; 93:22
**Maui** [2]
   34:12, 14
**May** [4]
   64:25; 65:2; 66:2; 102:6
**McClosky** [1]
   13:15
**mean** [21]
   9:21; 11:18; 13:3; 23:20;
   28:7; 33:21; 40:23; 44:21;
   49:3; 58:8; 66:11; 68:23;
   75:7; 78:22, 23; 79:17; 94:2;
   95:5, 14; 108:21, 22
**meant** [1]
   28:3
**meet** [4]
   8:10; 9:11; 10:5; 58:3
**meeting** [2]
   8:14; 52:3
**melted** [1]
   94:4
**member** [1]
   63:24
**members** [2]
   82:24; 112:10
**membership** [1]
   108:13
**mentioned** [4]
   32:9; 71:2; 87:5; 109:5

**merchandise** [1]
   7:8
**message** [1]
   26:14
**messages** [1]
   25:24
**MEZZACAPPA** [20]
   2:10; 4:6; 19:9; 20:18, 23;
   22:22; 27:5; 54:9, 17; 69:10,
   19; 70:2; 72:9; 83:6; 86:17;
   88:18; 89:3, 5; 103:19;
   112:15
**Mezzacappa** [1]
   4:13
**MICHAEL** [1]
   2:10
**Michael** [1]
   4:12
**Middle** [1]
   93:9
**middle** [7]
   12:3; 21:22; 46:16; 64:6;
   93:5, 7; 94:13
**MILLER** [1]
   2:4
**Miller** [4]
   68:21; 69:25; 70:8; 88:16
**mind** [1]
   108:4
**mine** [1]
   13:17
**minutes** [2]
   76:14, 18
**mistaken** [1]
   54:2
**modify** [1]
   62:5
**Moeller** [5]
   22:19; 23:3; 25:22; 26:15;
   84:12
**Mollenkopf** [3]
   59:16, 20, 23
**Mollenkoph** [4]
   97:12; 98:7; 110:5, 11
**Monday** [3]
   29:22; 32:9, 11
**money** [6]
   24:24; 26:23; 81:23; 82:3;
   107:16, 19
**moneys** [3]
   82:7; 107:16; 109:3
**monies** [1]
   82:5
**monitor** [3]
   111:22, 25; 112:3
**monitored** [5]
   10:12; 28:15, 24; 57:11;
   111:20
**monitoring** [4]
   29:20; 111:11; 112:7, 12
**month** [3]
   19:18; 20:6; 66:22
**months** [7]
   56:6, 7, 12; 68:9, 14; 75:21
**morning** [5]
   4:12; 32:13; 37:5, 9; 38:5
**MORRISON** [1]
   2:4
**Morrison** [4]
   68:21; 69:24; 70:7; 88:16
**motion** [3]

9:3, 6; 92:19
**motions** [1]
  11:3
**move** [3]
  12:14; 65:13; 70:3
**moved** [13]
  5:17, 22; 15:6, 10, 11; 17:5, 9, 23; 18:2; 55:18; 56:10, 14, 20
**MR** [38]
  4:6; 11:23; 19:9, 12; 20:18, 21, 23; 22:21, 22; 27:3, 5; 28:20; 54:9, 15, 17, 19; 62:6; 66:4; 69:7, 10, 17, 19, 20; 70:2; 72:9, 14; 79:5; 83:6; 86:17; 88:18, 23; 89:3, 5; 90:20; 98:3; 103:19; 112:15; 113:2
**Mr** [46]
  10:5; 23:16; 26:21; 27:16, 20; 39:22; 41:15, 22; 42:3, 6, 9, 14; 43:5; 48:18; 50:10, 16, 19; 51:14; 52:21; 54:13; 55:7; 59:23; 61:8, 16; 62:3, 12, 17; 67:21; 68:22; 77:12, 22, 25; 84:23; 85:3; 92:14; 93:12, 14, 22; 94:12; 96:25; 97:12; 98:7; 110:5, 11; 111:6
**Murphy** [1]
  58:5
**music** [1]
  65:7
**myself** [2]
  33:10; 80:4

― N ―

**N-I-D-D-Y** [1]
  18:19
**nail** [1]
  96:12
**Name** [1]
  114:17
**name** [29]
  4:7, 12; 5:25; 6:7; 7:2; 9:19; 13:6, 9, 12, 20, 22; 14:5; 15:23, 24; 16:2, 10, 11; 17:15; 18:16, 18; 34:11; 51:20; 52:13; 55:12; 68:17, 23; 74:17; 99:15; 114:18
**named** [4]
  51:24; 52:17; 55:6; 58:4
**names** [3]
  6:3; 17:14; 51:22
**nature** [1]
  69:7
**neighbors** [1]
  53:4
**Niddy** [2]
  18:17, 22
**night** [2]
  49:14, 16
**nightstands** [1]
  49:19
**Norelco** [1]
  97:23
**normal** [3]
  96:12; 108:19, 22
**Norwalk** [2]
  56:22; 74:19
**NOTARY** [1]
  113:11
**Notary** [4]
  1:17; 3:19; 4:3; 116:8
**Note** [1]
  27:5
**notified** [2]
  30:11, 16
**notify** [1]
  44:24
**NUMBER** [1]
  114:7
**number** [7]
  25:4; 39:3; 43:5, 11; 65:22; 109:10, 11
**numbers** [3]
  95:12; 109:7, 8
**Nutmeg** [7]
  52:14, 19; 60:6, 9; 94:23; 109:8; 111:7

― O ―

**object** [1]
  69:22
**Objection** [2]
  28:20; 62:6
**objection** [1]
  27:5
**objections** [1]
  3:13
**observation** [1]
  98:4
**observations** [2]
  50:7; 73:7
**observe** [1]
  32:6
**observing** [1]
  88:5
**obtain** [3]
  74:20; 75:5, 13
**Obviously** [4]
  23:5; 44:21; 68:7; 96:12
**occasions** [2]
  59:19, 21
**Occupancy** [7]
  64:16, 24; 65:14, 25; 66:2, 6; 114:9
**occupancy** [1]
  102:6
**occupation** [1]
  6:23
**occupied** [1]
  55:16
**occupy** [1]
  17:10
**occurred** [1]
  101:10
**October** [4]
  55:18, 20; 56:10; 107:4
**office** [2]
  4:13; 77:5
**officers** [1]
  67:2
**offices** [1]
  1:15
**official** [2]
  48:7; 75:11
**officials** [1]
  67:2
**Okay** [5]
  21:6; 33:8; 66:8; 85:22; 98:7
**okay** [7]
  29:15; 65:16; 70:15; 79:15; 89:18, 21; 97:22
**old** [9]
  6:9; 34:15; 60:21; 81:14, 18, 25; 82:20, 25; 95:9
**oncoming** [1]
  94:24
**ones** [5]
  68:25; 70:14; 94:3; 105:3, 4
**OO** [1]
  105:8
**open** [4]
  35:22, 24; 36:9; 101:20
**opened** [1]
  36:8
**operate** [3]
  6:24; 45:7; 47:13
**operated** [13]
  40:4, 7; 41:4, 10; 42:4, 7, 13; 44:17; 45:12, 14; 67:12; 92:21; 97:19
**operates** [1]
  57:24
**operating** [1]
  79:17
**operational** [2]
  46:25; 94:11
**opine** [1]
  58:15
**opinion** [1]
  53:2
**opposite** [2]
  106:18, 19
**Orchard** [1]
  56:3
**Order** [1]
  1:15
**order** [7]
  12:21; 18:14; 44:18; 63:19; 105:24; 109:4; 110:22
**origin** [1]
  90:21
**original** [4]
  40:21; 93:5; 95:9, 13
**originally** [7]
  22:17; 29:25; 40:19; 53:7; 76:25; 78:19; 92:22
**ornamental** [1]
  95:23
**outcome** [1]
  116:18
**outlet** [1]
  36:24
**outlined** [1]
  51:13
**outside** [9]
  39:16; 43:23; 46:15; 74:23; 76:2; 93:3; 94:4, 16; 96:13
**overhead** [3]
  37:15, 18, 21
**overnight** [2]
  74:10, 11
**owned** [1]
  79:19
**owner** [2]
  40:21; 56:8

― P ―

**p.m.** [1]
  113:4
**PAGE** [3]
  114:6, 16; 115:4
**page** [7]
  9:13; 97:13; 101:15; 103:21, 22; 105:9; 106:2
**pages** [1]
  105:9
**paid** [19]
  50:18, 22; 56:4, 5, 6; 72:11; 87:25; 88:2; 107:6, 10, 23, 25; 108:6, 12, 15, 18; 109:3, 6; 110:24
**pamphlets** [1]
  63:14
**panel** [5]
  45:9, 15; 46:10, 11
**paper** [2]
  86:11, 12
**parish** [1]
  49:21
**part** [12]
  61:6; 81:14, 17; 89:23; 90:12; 101:21, 24; 105:18, 21; 106:11, 14, 16
**partially** [2]
  36:7; 81:21
**parties** [2]
  3:8; 116:16
**partitioned** [1]
  96:17
**partner** [2]
  9:15, 20
**parts** [1]
  73:14
**Pasquarella** [15]
  8:5, 7, 11; 9:9; 19:23; 22:18; 23:2; 25:21; 26:5; 61:23; 62:3, 12, 17; 72:18; 84:12
**pay** [6]
  56:7; 63:4, 5; 71:10; 88:20; 108:10
**paying** [1]
  108:9
**payment** [1]
  109:9
**pays** [2]
  14:14; 71:13
**pedestal** [1]
  36:20
**people** [4]
  33:9, 13, 14; 48:13
**Pepe** [1]
  1:16
**percent** [1]
  73:12
**percentages** [1]
  79:3
**perform** [1]
  110:21
**period** [9]
  5:11; 7:12, 21; 36:21; 47:10, 12, 15; 79:24; 80:19
**permanent** [1]
  6:12
**permanently** [1]
  5:23
**permission** [1]
  65:3
**permit** [3]
  63:3; 65:12, 21

**permits** [1]
 65:15
**person** [9]
 13:12; 23:17; 24:5; 26:15, 22; 51:20, 24; 52:16; 98:6
**personal** [2]
 44:12; 81:3
**personnel** [2]
 32:7; 74:2
**pet** [2]
 34:8, 9
**pets** [4]
 34:4, 6; 110:8, 13
**Pharmaceutical** [1]
 79:23
**phone** [9]
 10:7; 23:17; 26:16, 22; 29:17; 30:23; 32:4; 62:9, 12
**photo** [4]
 88:21; 91:10; 103:22, 23
**photograph** [6]
 97:13, 21; 98:19; 102:8, 13; 106:2
**photographs** [13]
 20:14, 20; 93:18; 97:13; 103:20; 104:7, 14, 16, 20; 105:9, 10, 11, 22
**Photos** [3]
 114:12, 20, 24
**photos** [3]
 88:8, 19; 103:25
**physically** [1]
 66:16
**picture** [7]
 91:11, 25; 94:2, 8; 101:16; 102:11, 21
**pictures** [3]
 50:15; 99:6; 101:15
**place** [7]
 13:13; 27:6; 28:6; 53:25; 61:3; 73:18, 23
**placed** [1]
 111:15
**placement** [4]
 25:8; 41:18; 92:16; 93:19
**PLAINTIFF** [1]
 1:5
**Plaintiff** [1]
 1:14
**plaintiff** [1]
 69:13
**Plaintiffs** [1]
 2:4
**Plainview** [1]
 13:8
**plans** [7]
 18:14; 19:2, 7, 10, 11; 95:9; 114:19
**platform** [2]
 91:20, 21
**Plaza** [1]
 2:5
**plead** [1]
 8:3
**Please** [3]
 4:7; 104:19; 105:10
**plugged** [1]
 36:24
**point** [3]
 4:18; 28:17; 89:19
**police** [8]
  29:10, 11, 23; 30:16; 31:21; 32:7; 48:7; 67:2
**policies** [1]
 81:7
**policy** [11]
 16:24, 25; 17:3; 18:8; 24:2; 56:8; 78:25; 110:7, 12, 16, 21
**Political** [1]
 15:5
**pond** [6]
 74:22; 75:4, 19, 25; 76:3, 9
**pool** [11]
 38:13, 14, 15; 40:13; 81:19; 86:4, 7, 10, 21; 103:16; 108:14
**porch** [2]
 65:6, 7
**Port** [1]
 1:16
**portion** [1]
 73:2
**position** [9]
 19:12; 20:22; 47:13; 54:15; 59:9, 10, 14; 69:15, 17
**positions** [8]
 47:3, 6, 23; 59:5, 6, 8, 9
**possession** [3]
 54:12, 18; 67:21
**Post** [2]
 14:21; 95:19
**post** [1]
 95:15
**posted** [1]
 95:18
**poured** [2]
 105:24; 106:18
**practice** [1]
 79:7
**pre-fire** [1]
 22:21
**Preexisted** [1]
 98:14
**preexisted** [3]
 93:21; 98:12, 15
**preexisting** [1]
 105:2
**prefabricated** [1]
 95:16
**premises** [2]
 22:7; 36:10
**premium** [3]
 72:10; 78:21; 79:3
**premiums** [1]
 71:11
**prepare** [1]
 109:22
**prepared** [3]
 54:11; 85:15; 89:13
**present** [1]
 78:15
**presently** [1]
 6:21
**previous** [1]
 35:8
**previously** [6]
 21:2; 24:10; 83:14; 97:10; 104:17; 105:8
**price** [1]
 50:24
**principally** [1]
 52:16
**Prior** [1]
 7:18
**prior** [7]
 31:16; 36:21; 47:13; 60:6; 71:11; 72:12, 17
**private** [1]
 55:23
**privilege** [1]
 77:20
**privileged** [1]
 69:16
**probable** [1]
 101:14
**problems** [3]
 35:15, 18; 62:15
**procedure** [1]
 79:18
**produce** [1]
 72:15
**produced** [1]
 54:21
**production** [6]
 19:10; 20:19; 54:10; 72:9; 86:18; 88:19
**program** [2]
 33:2; 63:8
**properties** [1]
 11:11
**property** [11]
 13:25; 18:4; 72:12; 74:10; 75:2, 3, 4; 80:24; 81:2, 4
**Proposal** [1]
 114:10
**proposal** [4]
 21:17; 51:3; 83:3, 8
**protection** [1]
 84:16
**provide** [1]
 96:23
**providing** [1]
 97:6
**Provisions** [1]
 80:8
**PUBLIC** [1]
 113:11
**Public** [4]
 1:17; 3:19; 4:3; 116:8
**public** [1]
 52:7
**pump** [2]
 76:2, 11
**pump-out** [2]
 76:4, 7
**pumpers** [1]
 76:4
**purchase** [1]
 75:10
**purchased** [1]
 41:2
**purpose** [3]
 10:2; 35:11; 37:6
**purposes** [1]
 99:12
**pursuant** [1]
 1:15
**pushed** [1]
 66:24
**putting** [2]
 35:11; 111:3

— Q —

**question** [9]
 3:14; 4:19; 27:4; 28:5, 22; 79:16; 98:3; 105:22; 110:20
**questioning** [1]
 97:11
**QUESTIONS** [1]
 115:3
**questions** [10]
 4:17, 20; 58:13, 16; 67:10; 68:19; 69:22; 70:4; 112:16; 113:3
**quickly** [1]
 88:4
**Quincy** [1]
 77:5

— R —

**radio** [1]
 45:14
**rafters** [1]
 95:22
**ran** [1]
 76:10
**ranch** [2]
 38:23, 25
**Randy** [2]
 9:18
**rate** [2]
 78:25; 79:15
**re-alarm** [1]
 78:5
**read** [1]
 63:18
**reading** [1]
 43:17
**reason** [3]
 26:8, 16; 49:11
**reasons** [1]
 108:14
**Rebecca** [3]
 6:4; 32:21, 22
**rebuild** [3]
 78:15; 81:9, 11
**rebuilt** [3]
 57:5; 81:12; 96:19
**recall** [20]
 5:14, 16; 11:14; 12:19; 17:14; 21:18, 21; 27:3, 10; 28:10; 29:5; 31:22; 42:6, 22; 47:7; 51:5, 20; 52:14; 60:2; 69:5
**receipts** [2]
 96:23; 97:4
**receive** [1]
 109:25
**received** [3]
 29:17; 31:20; 45:9
**receiving** [1]
 32:3
**recognize** [6]
 83:16, 19; 98:10; 99:8; 104:14; 105:11
**recollect** [8]
 27:24; 41:20, 21; 42:20; 53:14; 54:6; 74:17; 86:12
**recollection** [32]
 12:2; 13:11, 24; 14:8; 16:2; 19:17; 20:7, 12; 21:11; 23:8; 30:22; 39:22; 42:12; 43:4, 10, 18; 50:22; 53:19; 58:10; 61:10, 16; 62:11; 65:2, 9;

66:3, 10, 21; 68:18, 21; 77:7;
86:19; 100:19
**recommend** [1]
16:20
**recommended** [1]
109:12
**reconstruction** [3]
20:4, 6; 99:5
**record** [8]
4:7; 52:12; 64:25; 89:3, 4;
91:24; 104:8; 116:13
**records** [2]
100:18; 102:5
**recreation** [1]
38:12
**rectangle** [1]
94:8
**reduction** [1]
78:21
**refer** [1]
63:18
**reference** [2]
84:9, 18
**referred** [1]
91:25
**refresh** [13]
16:2; 20:11; 21:11; 43:10, 17;
50:21; 61:15; 65:2, 8; 66:3, 9;
68:20; 100:19
**regarding** [4]
31:8, 13, 15, 16
**register** [1]
63:2
**regulations** [1]
65:24
**reimbursement** [1]
59:24
**reimbursements** [1]
60:4
**related** [5]
24:7; 80:10, 13; 81:5; 116:15
**relates** [1]
79:14
**relating** [1]
74:8
**relation** [2]
91:3; 92:19
**Relevant** [1]
84:19
**remain** [1]
55:13
**remaining** [2]
99:6; 102:23
**remember** [13]
15:24; 24:4, 14; 26:19; 29:16;
41:25; 42:3, 19; 51:23; 52:3,
13; 99:15; 111:18
**remind** [1]
46:8
**remodel** [2]
18:14, 23
**remodeled** [4]
15:12; 18:11; 19:15; 60:21
**remodeling** [1]
60:25
**remote** [1]
44:17
**remove** [1]
42:10
**renovation** [10]
11:18; 15:20; 20:15; 60:19;
99:13, 16; 101:4, 8, 24; 102:2
**renovations** [9]
15:11; 19:4; 53:11; 60:13;
61:2; 71:21; 97:7; 98:23;
105:5
**rent** [4]
17:12; 56:4, 5; 108:18
**rental** [3]
60:5; 108:9, 20
**rented** [7]
17:11, 13; 55:24; 56:2, 14,
18, 21
**renting** [1]
17:21
**rephrase** [2]
4:19; 110:20
**replace** [1]
46:8
**replacement** [1]
95:10
**report** [1]
77:25
**Reporter** [4]
64:18; 83:11; 89:10; 104:4
**reports** [1]
77:9
**represent** [1]
4:15
**representation** [2]
89:16; 111:2
**representative** [1]
110:5
**represented** [2]
54:12; 69:12
**representing** [1]
107:16
**reproduce** [1]
88:20
**request** [3]
19:10; 54:10; 86:17
**REQUESTED** [1]
114:14
**requests** [1]
20:24
**require** [2]
24:11; 99:22
**required** [6]
23:18; 26:7, 18; 27:19; 53:24;
54:4
**requirement** [2]
24:17; 26:10
**requirements** [4]
27:14, 17, 18; 65:23
**reserved** [1]
3:14
**reside** [3]
4:9; 7:21; 55:21
**resided** [2]
5:11, 23
**residence** [1]
6:17
**residing** [1]
7:18
**respective** [1]
3:7
**responded** [2]
87:14, 24
**responding** [1]
87:17
**response** [1]
58:16
**responsibilities** [1]
66:14
**rest** [1]
35:13
**restraint** [1]
35:2
**result** [18]
23:10; 52:9; 57:3; 61:20;
68:2; 77:10; 78:21; 81:24;
85:15; 108:20; 109:15, 19,
23; 110:2, 7, 17; 111:4, 12
**retail** [4]
6:24; 7:6; 8:16, 20
**retain** [2]
82:19; 111:7
**retained** [3]
4:14; 81:14; 98:23
**retaining** [1]
111:6
**review** [1]
85:14
**Richard** [3]
51:24; 52:17; 60:9
**Ridgefield** [1]
87:8
**Right** [16]
18:21; 21:10; 23:13; 31:14;
43:3, 13; 45:17; 92:8; 94:11,
20, 22; 96:18; 99:21; 106:9;
108:3; 109:13
**right** [20]
23:10; 25:25; 38:19; 44:5;
46:15; 50:20; 58:6; 61:25;
66:12; 73:4, 11; 76:10; 77:24;
79:2, 4; 89:21; 91:14; 92:13,
25
**ring** [1]
55:12
**ripped** [1]
42:21
**roof** [2]
73:11; 87:16
**room** [64]
35:5, 8; 36:4, 5, 8; 37:11, 15,
19, 20, 21, 24; 38:7, 12, 13,
14; 39:17, 18; 40:15; 42:17;
43:22; 44:10; 46:15, 19;
49:15, 18, 24; 50:3, 7, 9;
60:22, 25; 65:4, 7; 72:25;
81:19; 85:19; 89:20; 90:6, 17,
20, 21; 91:12; 93:2, 3, 4, 8, 9,
10, 15; 94:8; 97:22; 101:5;
102:2, 16, 20, 22, 24; 103:3,
9, 12, 13
**rooms** [4]
39:15; 73:5, 6; 96:17
**rubble** [1]
58:9
**ruling** [3]
70:3; 112:17, 18
**RULINGS** [1]
115:3
**running** [2]
7:13; 96:3
**RYAN** [1]
2:8
**Ryan** [1]
4:14

— S —

**safeguarding** [1]
74:10
**safety** [2]
35:2; 90:25
**salesman** [2]
79:21, 22
**salvage** [1]
82:23
**Sandy** [1]
82:13
**SARI** [2]
116:8, 22
**satisfied** [1]
65:22
**satisfy** [4]
24:22, 25; 25:6; 26:24
**saying** [2]
27:3; 29:20
**scene** [2]
32:8; 88:5
**Schematic** [1]
114:11
**schematic** [2]
89:8, 13
**Schleifer** [3]
51:24; 89:14; 104:19
**school** [3]
32:24; 33:3, 4
**science** [1]
15:5
**scissor** [2]
91:18; 92:5
**sconce** [4]
37:23, 24, 25
**screen** [1]
65:7
**sealing** [1]
3:8
**second** [4]
29:15; 33:8; 94:9; 102:3
**secretary** [1]
25:25
**secured** [2]
74:11, 13
**SECURITY** [1]
1:7
**Security** [2]
4:15; 8:9
**security** [14]
8:15, 20; 16:24; 18:7; 21:7;
22:11, 13; 23:22, 25; 24:11,
13; 51:15; 62:15, 24
**seek** [1]
111:2
**Self-employed** [1]
6:22
**sell** [4]
7:7; 47:16; 80:7; 82:23
**Send** [1]
88:23
**send** [1]
45:14
**separate** [1]
57:2
**separately** [1]
100:14
**September** [3]
56:18, 19
**SERBER** [2]
116:8, 22
**series** [2]

4:17; 105:9
**services** [1]
  11:12
**Sheetrock** [1]
  103:4
**shoes** [1]
  69:21
**shooting** [1]
  87:15
**show** [15]
  20:25; 64:11, 12, 19; 83:12;
  89:11, 19; 93:19; 94:2; 97:9;
  103:18; 104:5, 16; 105:7, 23
**showing** [2]
  41:21; 42:3
**signal** [3]
  30:10; 45:15, 16
**signals** [1]
  45:9
**signature** [2]
  51:4; 83:16
**signed** [5]
  3:18, 20; 51:6; 61:22; 83:15
**signing** [2]
  21:18, 21
**simple** [1]
  28:7
**sir** [2]
  91:13; 112:19
**sirens** [1]
  12:9
**sister-in-law** [2]
  9:15, 17
**size** [4]
  15:13; 60:23; 90:3, 9
**ski** [1]
  103:16
**slab** [2]
  105:19, 23
**slightly** [1]
  35:24
**smallest** [1]
  90:6
**Smoke** [1]
  97:24
**smoke** [57]
  25:5, 9; 27:21; 40:4, 7; 41:5,
  8, 10, 16, 18, 23; 42:4, 7, 13;
  43:5, 11, 19; 44:13, 16, 23,
  25; 45:6, 10, 14, 19; 50:12,
  15; 57:6; 63:22, 25; 67:4;
  73:4, 14, 16, 18, 22; 92:6, 16,
  21; 93:15, 20, 25; 97:14, 15,
  17; 98:10, 18; 99:2, 8, 17;
  100:11, 20; 101:2, 11; 103:8;
  104:13, 24
**so-called** [1]
  103:15
**sofas** [1]
  49:20
**soil** [2]
  35:13, 14
**soiling** [1]
  35:19
**somehow** [1]
  9:15
**someone** [5]
  23:7; 32:2; 68:12; 74:19;
  89:14
**somewhat** [1]
  109:10

**somewhere** [4]
  27:23; 40:16; 60:14; 107:8
**son** [3]
  6:6; 12:20; 33:11
**son's** [1]
  6:7
**sooner** [1]
  41:9
**Sorry** [2]
  37:22; 97:20
**sorry** [3]
  28:2; 62:23; 110:9
**sound** [1]
  12:8
**sounding** [2]
  67:5, 8
**sounds** [1]
  66:12
**source** [4]
  52:25; 70:6; 75:6; 76:3
**South** [1]
  1:16
**space** [4]
  64:9; 102:25; 106:12, 16
**span** [1]
  95:21
**speak** [14]
  10:6; 24:16; 25:21, 22; 53:4;
  55:6; 59:16, 19; 62:8; 73:21;
  74:2; 77:4, 12; 111:10
**speaking** [2]
  25:19; 26:15
**specific** [1]
  34:18
**Specifically** [1]
  84:5
**specifically** [7]
  60:3, 16; 69:8; 70:24; 79:5;
  93:24; 100:5
**specifics** [3]
  24:21; 25:11; 28:6
**speculation** [1]
  48:11
**Spell** [1]
  18:18
**spend** [6]
  24:25; 26:23; 82:4, 8; 85:5, 9
**spoke** [12]
  9:23; 10:9; 23:6, 7; 25:23, 25;
  48:13, 14, 15, 17; 62:17; 69:2
**spoken** [2]
  27:15; 55:12
**spots** [1]
  92:3
**square** [8]
  53:8, 9, 10; 60:12, 14, 17;
  82:16, 18
**SS** [1]
  116:4
**stage** [2]
  58:25; 73:17
**stair** [1]
  92:20
**staircase** [7]
  91:4, 7, 13, 14, 18; 92:5;
  93:12
**stairs** [9]
  39:5, 6, 9; 43:25; 44:2, 4;
  91:8; 92:23; 94:13
**stalled** [1]
  62:13

**standard** [4]
  59:7; 79:4, 17; 95:18
**stands** [1]
  69:21
**start** [2]
  49:24; 66:23
**started** [14]
  15:17; 19:4; 50:2, 7, 8; 61:4,
  5, 7; 66:16, 19; 73:18; 81:2;
  86:23; 90:15
**starting** [3]
  15:15; 49:9; 58:22
**starts** [1]
  103:22
**STATE** [1]
  116:4
**State** [3]
  1:17; 4:3; 116:9
**state** [2]
  4:7; 78:15
**stated** [1]
  4:22
**statement** [2]
  27:2; 59:3
**STATES** [1]
  1:2
**States** [2]
  5:5, 7
**station** [31]
  10:13; 12:5; 27:24; 28:2, 10,
  14, 24; 29:2, 18; 30:5, 13, 19,
  21, 24; 31:6, 12, 17; 44:18,
  25; 45:16; 57:11; 63:4; 76:3,
  4, 7, 11; 77:3; 111:11, 19;
  112:7, 12
**stationed** [1]
  45:10
**stay** [3]
  34:19; 35:8; 56:16
**stayed** [2]
  39:2; 56:15
**staying** [9]
  33:11; 36:4, 16; 43:2; 44:10;
  46:19; 73:2; 74:9; 93:16
**stenographer** [1]
  4:21
**steps** [6]
  39:3, 10, 11; 44:6; 91:20
**Steve** [1]
  14:3
**Steven** [1]
  13:15
**Stick** [2]
  95:19; 96:22
**stick** [2]
  95:18; 96:20
**stickers** [1]
  102:17
**STIPULATED** [3]
  3:6, 12, 17
**stipulating** [1]
  53:24
**storage** [4]
  94:9; 102:25; 103:3, 13
**store** [3]
  47:16, 20; 79:20
**stored** [1]
  103:14
**story** [6]
  28:9; 89:24; 90:14; 94:8, 9;
  102:3

**Street** [1]
  76:5
**street** [1]
  76:5
**structural** [1]
  82:24
**structure** [8]
  15:7; 55:17; 95:5; 96:13, 14;
  107:7, 25; 109:5
**studded** [1]
  96:6
**studies** [1]
  75:13
**stuff** [1]
  103:16
**subcontractor** [3]
  100:11, 15, 20
**subcontractors** [1]
  100:10
**submitted** [1]
  21:15
**Subscribed** [1]
  113:8
**subsequently** [1]
  23:13
**substance** [6]
  23:9; 30:8; 31:22; 59:22;
  69:11; 74:5
**successfully** [1]
  62:21
**suggested** [1]
  109:8
**suing** [1]
  88:14
**suit** [3]
  57:2; 67:25; 69:13
**sum** [7]
  23:9; 30:8; 31:21; 59:22;
  69:11; 74:5; 109:9
**summer** [2]
  32:25; 75:21
**Summertime** [1]
  33:3
**summertime** [1]
  61:12
**Summit** [1]
  2:9
**summons** [1]
  63:7
**supplement** [1]
  77:25
**supplemented** [1]
  88:3
**support** [1]
  95:21
**supporting** [1]
  96:14
**Supposed** [1]
  66:23
**surrounding** [1]
  87:7
**swimming** [1]
  108:14
**switch** [8]
  18:3; 36:25; 37:16; 38:3, 4;
  59:4, 7, 15
**sworn** [4]
  3:20; 4:3; 113:8; 116:12
**System** [1]
  8:9
**system** [69]

8:20, 22, 24, 25; 9:2, 4, 7;
10:11; 11:4, 7, 15; 17:22;
22:3, 19; 23:3, 22, 25; 24:25;
25:12, 16, 20; 26:3, 6, 17, 23;
27:21; 28:8, 13, 15, 19;
29:20; 33:22, 25; 36:2; 39:25;
41:16, 17; 42:14; 44:22;
50:11, 12, 19, 25; 51:10, 13;
53:17, 22; 54:13, 25; 57:7, 9,
17, 20, 23; 62:9, 15, 16, 18,
21, 25; 63:2, 12, 16, 19, 23;
64:2; 72:19; 85:6
**SYSTEMS** [1]
   *1:7*
**Systems** [1]
   *4:15*

**– T –**

**table** [5]
   *36:19; 49:14, 16, 19; 103:16*
**takes** [2]
   *14:11, 13*
**talk** [1]
   *41:17*
**talking** [9]
   *8:18; 38:18; 40:13, 14; 60:2;
   71:21; 73:4; 77:23; 101:25*
**tankers** [1]
   *76:2*
**tear** [1]
   *81:25*
**telephone** [2]
   *31:20; 62:20*
**telling** [2]
   *41:21; 79:9*
**Tells** [1]
   *46:12*
**temporarily** [1]
   *84:15*
**temporary** [1]
   *6:15*
**tenant** [1]
   *40:23*
**term** [1]
   *107:17*
**testified** [1]
   *4:4*
**testify** [1]
   *84:7*
**testimony** [1]
   *116:14*
**Thank** [1]
   *112:19*
**theory** [3]
   *58:21, 22; 59:2*
**therapeutic** [1]
   *108:14*
**thereafter** [2]
   *62:2; 75:18*
**thieve** [1]
   *26:13*
**third** [3]
   *94:5, 7; 101:15*
**Thomas** [1]
   *55:7*
**thoughts** [2]
   *49:4, 6*
**tied** [1]
   *78:24*
**timber** [2]

   *89:25; 90:14*
**times** [3]
   *3:14; 30:13; 77:19*
**TJ** [4]
   *58:3; 77:9; 103:19; 104:7*
**toggle** [1]
   *59:7*
**tore** [1]
   *81:12*
**torn** [2]
   *81:21; 82:25*
**Total** [1]
   *107:25*
**total** [1]
   *107:22*
**totally** [3]
   *50:9; 67:18; 94:4*
**touch** [1]
   *29:2*
**Town** [3]
   *65:3, 24; 66:6*
**town** [1]
   *63:3*
**towns** [2]
   *87:5, 7*
**transcript** [4]
   *13:18; 16:4; 17:16; 20:24*
**Tree** [1]
   *76:5*
**TRIAL** [1]
   *1:13*
**trial** [1]
   *3:15*
**trigger** [1]
   *63:25*
**triggered** [1]
   *12:10*
**tripped** [3]
   *29:21; 31:10, 16*
**truck** [1]
   *76:8*
**true** [1]
   *116:13*
**Truthfully** [1]
   *52:23*
**Tumors** [1]
   *35:16*
**tumors** [1]
   *35:18*
**type** [5]
   *16:21; 23:3; 36:5; 55:10;
   78:16*

**– U –**

**unclear** [1]
   *4:23*
**underneath** [2]
   *89:24; 106:10*
**understand** [4]
   *4:18; 28:23; 54:19; 69:13*
**undertaken** [1]
   *20:16*
**UNITED** [1]
   *1:2*
**United** [2]
   *5:5, 7*
**Unusable** [1]
   *94:19*
**update** [1]
   *22:2*

**upper** [1]
   *89:23*
**upstairs** [7]
   *40:16; 42:20; 43:16, 22; 44:5;
   91:4; 94:4*
**utility** [1]
   *108:24*
**utilize** [2]
   *38:4; 82:19*

**– V –**

**Valhalla** [1]
   *2:10*
**value** [1]
   *74:8*
**valued** [1]
   *24:11*
**verbally** [1]
   *4:20*
**video** [1]
   *45:9*
**viewed** [1]
   *50:3*
**Villager** [1]
   *86:14*
**violations** [2]
   *109:15, 19*
**visited** [1]
   *40:3*
**visiting** [1]
   *39:23*
**volunteer** [1]
   *87:24*
**volunteers** [1]
   *88:3*

**– W –**

**waived** [1]
   *3:10*
**walk** [6]
   *39:4, 13, 23; 46:13; 91:16*
**walked** [1]
   *41:14*
**walking** [1]
   *39:7*
**wall** [2]
   *36:25; 37:23*
**walls** [5]
   *96:6, 9, 17; 103:4, 6*
**wanted** [14]
   *16:23; 18:7; 22:20; 23:4, 25;
   25:13; 26:6, 16, 24; 32:2;
   37:8; 85:5, 9*
**warm** [1]
   *61:13*
**water** [8]
   *74:20; 75:5, 13; 76:3, 9; 86:4,
   7; 88:6*
**wattage** [3]
   *46:21, 22; 47:22*
**We'll** [4]
   *19:12; 70:2; 86:17; 88:19*
**we'll** [1]
   *72:14*
**We're** [1]
   *75:4*
**we're** [2]
   *38:18; 54:9*
**we've** [4]
   *58:17; 68:5; 93:20; 101:25*

**weather** [1]
   *61:13*
**weeks** [2]
   *56:17, 20*
**weight** [3]
   *96:5, 11, 16*
**Wendy** [1]
   *52:4*
**weren't** [3]
   *28:2; 56:23, 24*
**Weston** [2]
   *55:22; 87:8*
**Wexler** [2]
   *9:18*
**WHEREOF** [1]
   *116:19*
**Whereupon** [5]
   *64:15; 83:8; 89:7; 103:25;
   113:4*
**whoever** [2]
   *30:16; 100:23*
**Wholesale** [1]
   *80:6*
**wife** [23]
   *5:24; 7:17; 14:11; 21:18, 21;
   32:19, 22; 33:6, 10, 13; 51:3,
   4, 5; 61:22; 71:13, 15; 83:15;
   84:4, 6; 97:5; 108:13; 112:10*
**wife's** [2]
   *5:25; 83:16*
**Wildwood** [25]
   *4:10; 5:10; 6:12; 7:18; 11:11;
   12:15, 25; 13:14; 14:9; 15:7;
   16:17, 20; 18:24; 19:24; 21:9,
   25; 22:25; 28:25; 38:23;
   55:17; 57:6; 78:8, 20; 81:10;
   112:8*
**Williamsbridge** [2]
   *7:3, 4*
**Wilton** [15]
   *4:10; 12:15; 62:25; 63:12;
   65:4, 24; 66:7; 74:3, 6; 76:24;
   86:14; 87:19, 24; 109:14, 18*
**window** [7]
   *9:4; 35:23; 36:5, 7; 87:16;
   95:25; 102:17*
**windows** [7]
   *9:6; 11:2; 35:22; 36:9; 82:20,
   24; 102:18*
**winter** [2]
   *19:22; 66:19*
**wire** [2]
   *11:2; 44:16*
**wired** [9]
   *9:5; 27:21; 41:16; 43:19;
   44:13, 22; 45:11; 84:15;
   97:23*
**wires** [1]
   *9:4*
**WITNESS** [1]
   *116:19*
**Witness** [1]
   *113:5*
**witness** [5]
   *4:2; 21:4; 112:16; 116:11, 14*
**witnesses** [1]
   *53:5*
**won't** [1]
   *70:3*
**wood** [4]
   *91:15, 24; 92:3; 95:24*

**woods** [1]
  26:11
**Woolworth** [1]
  7:10
**words** [8]
  9:3; 26:25; 27:10; 39:14;
  47:3; 68:4; 95:6; 96:16
**work** [16]
  7:15; 15:21; 16:17; 19:18;
  29:5; 30:3, 6; 32:23; 66:16,
  18; 80:9, 12, 15; 99:13, 17;
  100:16
**worked** [3]
  28:19; 47:6; 71:6
**working** [4]
  41:11, 13; 47:9; 110:22
**works** [3]
  45:3; 58:2; 68:22
**wouldn't** [11]
  14:10; 21:20; 26:9; 27:18;
  35:13, 14; 49:14; 72:20;
  76:20, 23; 77:15
**write** [1]
  109:21
**written** [1]
  14:3
**wrote** [1]
  71:9

— Y —

**year** [18]
  11:14; 12:18; 18:8; 19:24;
  20:16; 41:9; 53:12; 56:9, 11;
  60:19; 61:3; 63:4; 72:11;
  99:13; 101:9; 107:3; 108:9
**years** [13]
  5:13; 7:14, 23; 14:4, 12; 17:5,
  11; 36:23; 40:24; 63:5; 80:2,
  21; 110:22
**yellow** [1]
  9:13
**YORK** [1]
  116:4
**York** [5]
  1:18; 2:10; 4:4; 87:10; 116:9
**you've** [2]
  64:21; 104:9
**yourself** [3]
  17:24; 51:7; 63:19

— Z —

**Zigzag** [1]
  91:19
**zoning** [2]
  65:21, 23