1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COPY

| | |
|---|---|
| GLENS FALLS INSURANCE | : |
| COMPANY a/s/o HAROLD AND | : |
| LAUREN HEINZ | : |
| | : 303 CV 1015 |
| v. | : |
| | : JUNE 10, 2004 |
| COMMAND FORCE SECURITY | : |
| SYSTEMS, INC. | : |

**DEPOSITION OF JOHN EDWARD ALLEN**

Christine M. Orts, RPR
LSR NO. 00166

ALLAN REPORTING SERVICE

49 Long View Drive
Simsbury, Connecticut 06070

(860) 651-0258

2

1    <u>A P P E A R A N C E S:</u>

2            MORRISON, MAHONEY & MILLER, LLP
             Attorneys for the Plaintiff
3            One Constitution Plaza
             Hartford, Connecticut 06103
4              BY:   JOSEPH E. MASCARO, ESQUIRE

5            KAUFMAN BORGEEST & RYAN, LLP
             Attorneys for the Defendant
6            200 Summit Lake Drive
             Valhalla, New York 10595
7              BY:  MICHAEL P. MEZZACAPPA, ESQUIRE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1    Deposition of JOHN EDWARD ALLEN, a witness

2    in the above-entitled action, taken at the request of

3    the Plaintiff pursuant to Notice, for purposes of

4    discovery and/or use at trial on Thursday, June 10,

5    2004, commencing at 11:00 A.M., before Christine M.

6    Orts, a Notary Public qualified by law to administer

7    oaths, at the offices of Morrison, Mahoney & Miller,

8    LLP, One Constitution Plaza, Hartford, Connecticut.

9

10

11    S T I P U L A T I O N S

12    It was stipulated and agreed by

13    counsel that all formalities in connection with the

14    taking of the deposition, including time, place and

15    sufficiency of Notice, were complied with; that the

16    qualifications of the Notary Public were waived; and

17    that all objections except as to form were reserved to

18    the time of trial.

19

20

21

22

23

24

25

ALLAN REPORTING SERVICE

4

1    J O H N    E D W A R D    A L L E N,

2                  a witness herein, having

3                  been first duly cautioned and

4                  sworn by Christine M. Orts, a

5                  Notary Public commissioned and

6                  qualified within and for the

7                  State of Connecticut, deposed

8                  and testified as follows:

9                       THE COURT REPORTER:  Please state your

10                 name and address for the record.

11                      THE DEPONENT:  My name is

12                 John Edward Allen.  Address is 481

13                 School Street, Rumney,

14                 R-u-m-n-e-y, New Hampshire.

15   DIRECT EXAMINATION BY MR. MASCARO:

16        Q.    Good morning, Mr. Allen.

17        A.    Good morning.

18        Q.    My name is Joseph Mascaro.  I represent

19   Glens Falls Insurance Company in an action that brings

20   you here today.

21             I know that you've gone through the

22   deposition process before, so you're familiar with it,

23   but I'll just very briefly go over the ground rules

24   I'm sure you've heard hundreds of times.

25             Obviously, there's a court reporter here,

1    so you want to make sure that we try not to speak at

2    the same time, which is sort of common in everyday

3    conversation.  I'll let you finish your answer before

4    I start my next question, and you just try to do the

5    same.

6              Two, all of your answers should be audible.

7    A nod of the head or a shrug of the shoulders is going

8    to be difficult for her to get down accurately.

9              And three, if you don't understand any

10   question that I ask you, let me know, and I'll try to

11   rephrase it so that you do understand it.  Because if

12   you answer a question, I'm going to assume that you

13   understood it.  Okay?

14        A.    Okay.

15        Q.    And I know you gave your full address.  I

16   wasn't quite paying attention.  Is that an address in

17   New Hampshire?

18        A.    Yes, it is.

19        Q.    Is that your residence address is in New

20   Hampshire?

21        A.    Right.

22        Q.    How long have you lived in New Hampshire?

23        A.    I've been there since '92.

24        Q.    What's your date of birth?

25        A.    August 5th, '46.

6

1    Q.    And what is your current employment?

2    A.    Well, I'm semi-retired, and for work I do

3    consulting.

4    Q.    How long have you been semi-retired?

5    A.    Since '92.

6    Q.    '92, that's when you moved up to New

7    Hampshire?

8    A.    That's correct.

9    Q.    You say semi-retired.  Can you tell me, in

10   whatever terms is easiest for you, how often you work.

11   A.    Well, first, what I mean by semi-retired is

12   I took an early retirement from the federal government

13   in '92.

14         How often I work, well, I basically work

15   every day.  It's a matter of how much of it can be

16   productive and that can be billed.

17   Q.    Staying with what you currently do, you

18   said you were a consultant.  With whom do you do your

19   work or are you affiliated with?

20   A.    A number of different organizations, plus I

21   do some work directly for either law firms, if they

22   contact me, or insurance companies.  I have a

23   continuing -- I've had a number of affiliations in the

24   past and some that continue now.  I consult with

25   Chesapeake Engineering & Design and National Forensic

7

1    Consultants.

2        Q.    One was Chesapeake Engineering & Design; is

3    that correct?  Did I get the name right?

4        A.    That's correct.

5        Q.    Where are they located?

6        A.    Their main office is in Annapolis,

7    Maryland, and they have branch offices in Florida, one

8    in Connecticut, and I believe they have one in Ohio as

9    well.

10        Q.    And what was the other company that you

11    stated?

12        A.    National Forensic Consultants.

13        Q.    Just to back up for a second, what area or

14    what do you do as a consultant, generally speaking?

15        A.    It varies.  Most with these companies and

16    some of the law firms that contact me I've had

17    previous association and they know my background and

18    my experiences from the type of cases I've worked on

19    in the past.  So they would usually contact me on a

20    case that's in my area.

21            In general, my area is aerospace and

22    mechanical engineering, and I've applied that

23    educational background to either general mechanical

24    engineering cases, airplane accidents, and more

25    specifically what I would call thermal sciences, which

8

1    is the application of principles of fluid mechanics,

2    thermodynamics, heat transfers, fuels and combustion,

3    either to failures of combustion systems or fires.

4        Q.    How much of your current work percentage-

5    wise involves work having to do with fires?

6                    MR. MEZZACAPPA:  Objection to form.

7                    You may answer.

8        A.    Well, it's difficult to give a percentage

9    because it varies over time.  I would estimate that of

10   the current cases that I'm working on, about

11   three-quarters of them are fire cases.

12       Q.    How many cases do you have currently?

13       A.    About 10 current, active cases.

14       Q.    And the disclosure of expert witness

15   disclosing you as an expert in this case listed an

16   address of CED/Accident Analysis, Inc., located in

17   Norwalk, Connecticut.  Is that an employer of yours?

18       A.    No.  I work as a contractual --

19       Q.    Independent contractor?

20       A.    I'm an independent contractor, and they

21   will contact me on a case-by-case basis.

22       Q.    Are you employed with any entity currently?

23       A.    No.

24       Q.    You're just an independent contractor?

25       A.    Yes.

9

1      Q.    And do all of your assignments or cases

2  come through CED/Accident Analysis?

3      A.    No.

4            MR. MEZZACAPPA:  Objection to form.

5  BY MR. MASCARO:

6      Q.    Do some of your cases come directly to you,

7  for lack of a better way of saying it?

8      A.    Yes.

9      Q.    How long have you been an independent

10  contractor and had a relationship with CED/Accident

11  Analysis?

12      A.    I believe since 1989.

13      Q.    And that's while you were still employed in

14  '89, I mean with the federal government?

15      A.    That's correct.

16      Q.    When did you begin your work -- and I may

17  have asked you this -- as a consultant?

18      A.    I first began consulting in 1986.

19      Q.    And at that time you were still employed

20  full-time?

21      A.    Yes, I was.

22      Q.    And I think you said you retired in '92,

23  correct?

24      A.    That's correct.

25      Q.    Since your retirement from the federal

10

1    government, have you done any other work other than as

2    a consultant?

3        A.    No.  Not yet.

4        Q.    I just want to stay on your employment

5    history.  You testified that you were employed with

6    the federal government.  With whom or with what part

7    of the federal government were you employed?

8        A.    Well, my last -- Well, all of my employment

9    was with the Department of Defense.  My last job with

10    the federal government was as an associate professor

11    of aerospace engineering at the United States Naval

12    Academy.

13        Q.    And for what periods of time were you an

14    associate professor at the naval academy?

15        A.    I don't remember exactly when I became an

16    associate professor, but I was employed at the naval

17    academy as a faculty member from 1978 through 1992.

18        Q.    When you say "as a faculty member," does

19    that mean as a teacher or professor?

20        A.    Yes.  Initially I was a military officer

21    and an instructor in the mechanical engineering

22    department, and then I was hired by the aerospace

23    engineering department when I left the military as an

24    assistant professor and then subsequently became an

25    associate professor with tenure.

11

1    Q.    In '78, was that when you started as an

2    assistant professor?

3    A.    No.    That's when I first reported to the

4    naval academy as an instructor.

5    Q.    So you were still in the armed services in

6    '78?

7    A.    Correct.

8    Q.    And when did you leave the armed services?

9    A.    In 1980.

10    Q.    And you were in the navy?

11    A.    No.    I was in the marine corps.

12    Q.    And what was your rank when you left the

13    corps?

14    A.    I was a Captain (0-3).

15    Q.    When you left the armed services in 1980,

16    is that when you became, I think you said, assistant

17    professor at the academy?

18    A.    Yes.

19    And actually, I left the marine corps on

20    December 31st, 1980.  So it was -- And I was hired, I

21    think, on January 5th, formally, so it became '81.

22    Q.    In your last position at the naval

23    academy -- I think you said you were an associate

24    professor of aerospace engineering.  Generally

25    speaking, for a layperson like me, what did that mean

ALLAN REPORTING SERVICE

1    as far as what you were teaching?

2         A.    Well, I mean, teaching was part of it.

3    There were other components of the -- and

4    responsibilities of the job.

5         Q.    We'll go through them all.  We'll just

6    start with the teaching.

7         A.    Well, I taught a variety of courses within

8    the aerospace engineering department as well as in the

9    mechanical engineering department and the weapons and

10   systems engineering department.

11            In mechanical engineering, where I began

12   teaching, I taught mainly thermodynamics and, as a

13   following course, applied thermodynamics, which was

14   just for mechanical engineering majors in their junior

15   year.

16            I taught a weapons systems engineering

17   course for nonengineers, which was part of the normal

18   curriculum for everyone at the naval academy.

19            And then within the aerospace engineering

20   department, I taught the introduction to flight course

21   a couple of times.  I taught the wind tunnel course,

22   the wing and airfoil theory, fluid mechanics, gas

23   dynamics, propulsion, and aircraft design, aircraft

24   performance, aircraft stability and control, and I

25   also taught the aircraft structures course one

13

1    semester.

2        Q.    How long were you an associate professor at

3    the academy?

4        A.    I'm trying to recall.  I believe I was an

5    associate professor for six years.

6        Q.    And before becoming an associate professor,

7    you were an assistant professor; is that correct?

8        A.    That's correct.

9        Q.    And were you an assistant professor from

10   the time that you left the marine corps in 1980 and

11   started with the academy at the beginning of '81?

12       A.    That's correct.  My initial appointment I

13   was given the position of assistant professor.

14       Q.    And you went through a list of courses and

15   subjects that you taught at the academy.  In any of

16   those subjects, was the topic of fire investigation

17   something that you taught?

18                MR. MEZZACAPPA:  Objection to form.

19                You may answer.

20       A.    Not fire investigation explicitly.

21       Q.    Did fire investigation arise as a topic in

22   any of your courses?

23                MR. MEZZACAPPA:  That he taught?  Is

24                that the question?  In any of the

25                courses?

14

1           MR. MASCARO;  Exactly.

2           MR. MEZZACAPPA:  You may

3       answer.

4       A.    No.

5       Q.    Now, you stated that other than teaching,

6   you had some other responsibilities?

7       A.    Mm-hmm.

8       Q.    Can you just list for me what those other

9   responsibilities were.

10      A.    Well, other responsibilities were in course

11  development, advising students, conducting research,

12  supervising research, committee responsibilities as

13  far as the running of the school, working with

14  students in certain extracurricular activities.

15      Q.    One of the things you listed was conduct

16  research.  In what areas did you conduct research?

17      A.    In the areas of aerodynamics, thermo-

18  dynamics, and combustion.

19      Q.    Did you ever conduct research when you were

20  affiliated with the academy relative to fire

21  investigation?

22          MR. MEZZACAPPA:  Objection to form.

23          You may answer.

24      A.    No specific research projects, no.

25      Q.    And you also stated that you supervised

15

1    some research.  The supervision of research, was that

2    in the same area that you conducted research?

3        A.    The same general areas, yes.

4        Q.    Did you ever supervise any research in the

5    area of fire investigation?

6                   MR. MEZZACAPPA:  Objection to form.

7                   You may answer.

8        A.    Not intentionally.

9        Q.    One of the things you listed was course

10   development.  Did any of the courses that you were

11   involved in this development of have to do with fire

12   investigation?

13                  MR. MEZZACAPPA:  Objection to form.

14                  You may answer.

15       A.    No.  The courses were not directed towards

16   fire investigation.

17       Q.    You also mentioned committee work that you

18   did relative to the academy.  What type of committees

19   were you involved in?

20       A.    Curriculum development committees, faculty

21   funding committees.

22       Q.    Did any committee you were involved in ever

23   have anything to do with fire investigation?

24                  MR. MEZZACAPPA:  Objection to form.

25                  You may answer.

16

1      A.    No.

2      Q.    You mentioned extracurricular activities, I

3  believe.  What type of extracurricular activities were

4  you involved in?

5      A.    Well, mainly with the student chapter of

6  the AIAA, which is the American Institute for

7  Aeronautics and Astronautics.

8      Q.    And what did your involvement with that --

9  what did it consist of?

10     A.    Gee, all the -- Mainly it's the -- I was

11  the faculty supervisor.  The running of the

12  organization, the student chapter of the organization,

13  was left up to the students.  I would help them get

14  organized, elect their officers, and delegate

15  responsibilities for the various activities.

16          A lot of the focus was on the end-of-the-

17  year mid-Atlantic region student conference, either to

18  host the conference at our school or plan on a

19  delegation to attend the conference if it were held at

20  another school.

21     Q.    Did that organization, the AIAA, and the

22  activities that you were involved in in some way with

23  that organization ever get involved in any kind of

24  fire investigation activities?

25              MR. MEZZACAPPA:  Objection to form.

ALLAN REPORTING SERVICE

17

1    A.    Not specifically fire investigation, no.

2    Q.    And I know you left the armed services at

3  the end of 1980.  Were you affiliated with the naval

4  academy prior to leaving the marine corps in 1980?

5            MR. MEZZACAPPA:  Objection to form.

6            You may answer.

7    A.    Yes.

8    Q.    This is a simpler way to ask you.  We've

9  gone back to what you have done professionally since

10 basically the beginning of 1981 up through the current

11 time.  My next question is before starting with the

12 naval academy at the beginning of 1981, what did you

13 do?

14   A.    Okay.

15           MR. MEZZACAPPA:  Let me form an

16           objection to the last question.

17           You may answer.

18   A.    How far back do you want me to go?

19   Q.    What was the last thing before starting, I

20 think you said, as an assistant professor in January

21 of '81?

22   A.    So we'll go back step by step.

23   Q.    Exactly.

24   A.    I was -- My last assignment in the marine

25 corps I was assigned to the United States Naval

18

1    Academy, the mechanical engineering department, as a

2    military instructor.

3         Q.    And how long was that assignment for?

4         A.    Until I got out in the end of 1980.

5         Q.    And do you remember when you started that

6    assignment?

7         A.    I believe I reported in November of 1978.

8         Q.    And before that assignment, when you

9    started in about November '78, what did you do

10   previous to that?

11        A.    Immediately prior to that I was a squadron

12   pilot and operations officer in marine corps operation

13   Squadron 1.

14        Q.    What does it mean to be an operations

15   officer, just generally speaking, what your

16   responsibilities were?

17        A.    The operations department is one of, I

18   guess, five departments within a squadron, and they're

19   responsible for the day-to-day deployment of the

20   aircraft and the training of the pilots and of the

21   squadron personnel.

22        Q.    And what did you do before that assignment?

23        A.    Let's see.  Immediately prior to being

24   at -- in that specific assignment, I was still in VMO

25   1, which is shorthand for marine observation Squadron

ALLAN REPORTING SERVICE

19

1 1 on a deployment to Okinawa, and I basically was

2 the -- had responsibility for the aircraft maintenance

3 for a six-airplane deployment.

4   Q. And when were you deployed to Okinawa?

5   A. I believe we were deployed in June of '77

6 and returned in January of '78.

7   Q. And before that deployment, what was your

8 assignment with the marine corps?

9   A. Well, I was then at -- in marine

10 observation Squadron 1 in -- this is in New River,

11 North Carolina, and -- I'm trying to remember what my

12 job title was.  I believe I was the squadron logistics

13 officer at that time.

14   Q. This may be a quick way to do it.  When did

15 you join the marine corps?

16   A. I was commissioned in June 4th, 1969.

17   Q. And I think you mentioned you were a pilot

18 or an aviator?

19   A. That's correct.

20   Q. Did you learn how to fly in the marine

21 corps?

22   A. Yes, I did.

23   Q. And from the time that you joined the

24 marine corps up until the time of that last assignment

25 that you gave me, were all of your responsibilities or

20

1      positions at the marine corps basically as a pilot or

2      as a mechanic, something in that nature?

3           A.    No.

4           Q.    There wasn't a quicker way to do it then.

5      I was hoping you were going to say yes, and we would

6      be done.  I think the last assignment you gave me was

7      the one previous to the deployment in Okinawa.

8                 Do you remember what the assignment was

9      before the last one you told me about?

10          A.    Yes.  I believe I was the squadron

11     logistics officer in VMO 1.

12          Q.    What is a squadron logistics officer?

13          A.    Basically responsible for the supplies in

14     the squadron, building maintenance, building upkeep.

15          Q.    Do you know how long you did that?

16          A.    I mean, let me backtrack a little bit --

17          Q.    Sure.

18          A.    -- to clarify.  When I give these titles of

19     responsibility, during the time that I was in the

20     marine corps as a marine corps officer, I was a pilot,

21     and so when accomplishing my responsibilities as a

22     pilot, I'm flying the airplane and accomplishing

23     training in flying the airplane and executing and

24     performing its mission; and in parallel to that, I

25     have jobs that are responsibilities within the

21

1   squadron itself or the air group or other organization

2   that you're assigned to which are more administrative-

3   type responsibilities.  So when I give a title like

4   logistics officer, that's my administrative job, but

5   at the same time I have responsibilities as being a

6   squadron pilot.

7       Q.    Did you ever see any active combat as part

8   of the marine corps?

9       A.    No, I did not.

10            MR. MASCARO:  Let me just mark this,

11            please.

12            (Whereupon, the four-page curriculum vitae

13  was marked as Plaintiff's Exhibit A for

14  Identification.)

15            MR. MEZZACAPPA:  If we can just have

16            copies of all of these later.

17            MR. MASCARO:  Absolutely.

18  BY MR. MASCARO:

19      Q.    Mr. Allen, I'm going to show you what has

20  been marked Plaintiff's Exhibit A.  It's a four-page

21  document, four pages, which I was provided with as

22  part of the disclosure of expert witness disclosing

23  you as an expert.

24            I just want you to look at the first page

25  of this document, and we'll look at the other ones

22

1    later.  Can you just identify what that first page is

2    for me.

3         A.    Yes.  That's the Chesapeake Engineering &

4    Design copy of my curriculum vitae.

5         Q.    And is this a current copy?

6         A.    It's -- Yes.  It's as current as they have.

7         Q.    And we've gone through your professional

8    work history already.  I just want to ask you some

9    questions now about your academic background.

10                  MR. MEZZACAPPA:  Objection to form.

11                  You may answer.

12   BY MR. MASCARO:

13        Q.    Let me see if I have another copy of this

14   so you can look at it the same time I am.

15                  The first entry under "Academic Background"

16   on your CV says, "Ph.D., University of Maryland,

17   1984"?

18        A.    That's correct.

19        Q.    What did you get your Ph.D. in?

20        A.    That was in aerospace propulsion.

21        Q.    How long was that program at the University

22   of Maryland?

23        A.    For me, I began the program in 1979,

24   January, and was awarded the degree, I believe, in

25   December of 1984.

23

1          Q.     And that was during the same time period

2    that you were employed with the naval academy?

3          A.     That's correct.

4          Q.     Generally speaking, aerospace propulsion,

5    in laymen's terms, what does that mean?

6          A.     Rocket science.

7                      MR. MEZZACAPPA:  Off the record.

8                 (Discussion off the record.)

9    BY MR. MASCARO:

10         Q.     The next listing under "Academic

11   Background," it says, "M.S. Aerodynamics, Cranfield

12   Institute of Technology, U.K., 1977"; is that correct?

13         A.     That is correct.

14         Q.     What is an M.S., first of all?

15         A.     Well, I believe on the degree they

16   categorize it as an MSc, capital "M," capital "S,"

17   little "C," and it stands for Master of Science.

18         Q.     And you went to the U.K. to obtain that, to

19   go study?

20         A.     Yes.

21         Q.     And when were you in the U.K. to study at

22   the Cranfield University of Technology?

23         A.     I went there in August of 1974.

24         Q.     And did you stay there continuously until

25   you obtained your Master's of Science?

24

1      A.      I stayed there continuously until I

2   completed the requirements for the degrees.

3      Q.      And when did you complete the requirements?

4      A.      Well, I was there for a little over two

5   years, and during that time, I completed the

6   requirements for two degrees.

7             At the end of the first year, which was May

8   of 1975, I completed the requirements for the Master

9   of Science in mechanical engineering, and in -- by

10   the -- No, it wasn't May.  It was September.  I'm

11   sorry.  It was at the end of the summer, and then by

12   September of 1976, I had completed the requirements

13   for the Master of Science in aerodynamics.

14      Q.      The next listing under "Academic

15   Background" is -- I think you've already just talked

16   about the M.S. in mechanical engineering at Cranfield,

17   again, correct?

18      A.      That's correct.

19      Q.      You just mentioned that.

20             Before that is naval postgraduate school,

21   Monterey, California, from 1973 to 1974.  What did you

22   study at the naval postgraduate school?

23      A.      Aerospace engineering.

24      Q.      Did you obtain some sort of degree or

25   certificate?

ALLAN REPORTING SERVICE

25

1          A.     No, I did not.

2          Q.     Did that school offer any kind of degrees

3     or certificate?

4          A.     Yes, they did.

5          Q.     And how come you only attended naval

6     postgraduate school for one year?

7                      MR. MEZZACAPPA:  Objection to form.

8                      You may answer.

9          A.     Well, I was selected to continue my

10    education in England, and that resulted in the two

11    degrees that I previously mentioned.

12         Q.     The last entry is "B.S., U.S. Naval

13    Academy, naval engineering, 1969."  So you graduated

14    from the naval academy in 1969?

15         A.     Yes, I did.

16         Q.     When did you enter the naval academy?

17         A.     In 1965.

18         Q.     Did you get a Bachelor of Science from the

19    academy?

20         A.     Yes, I did.

21         Q.     Did any of your studies at the naval

22    academy have to do with fire investigation?

23                      MR. MEZZACAPPA:  Objection to form.

24                      You may answer.

25         A.     No, they were not directed towards that.

26

1          Q.    Just sticking with what has been marked as

2    Exhibit A, we've already gone through your work

3    history.  Going down to the section labeled

4    "Professional Societies and Honors," with each society

5    listed there or honor listed there, can you just tell

6    me when you became a member of the society or when you

7    received the honor.

8                    MR. MEZZACAPPA:  Objection to the form

9                of the question.

10                    You may answer.

11         A.    Well, with the first one, the American

12   Institute of Aeronautics and Astronautics, I became a

13   member in either '81 or '82.

14         Q.    And you're still currently a member?

15         A.    No, I'm not.  I've let my membership lapse.

16         Q.    What were the requirements for becoming a

17   member in that society?

18         A.    I don't remember all the requirements.  I

19   think a large component of it was filling out an

20   application.  I believe there was a sponsorship

21   requirement, and pay your dues.

22         Q.    How about the next society, the American

23   Society of Mechanical Engineers?  When did you become

24   a member of that?

25         A.    I believe I joined that in 1979.

27

1    Q.    Are you still a member of that society?

2    A.    No.  I've let that lapse.

3    Q.    Do you know when you let that lapse?

4    A.    I believe it was in the mid-'90s.

5    Q.    Any particular reason?

6            MR. MEZZACAPPA:  Objection to form.

7        You may answer.

8    A.    Yeah.  I sort of re-evaluated what

9    I was getting out of these memberships and whether I

10   was using them or not and whether they were applicable

11   to what I was currently doing at that time.

12   Q.    The next one, the National Fire Protection

13   Association, when did you become a member of that?

14   A.    I believe that was '89.

15   Q.    Are you still a member of the NFPA?

16   A.    Yes, I am.

17   Q.    What were the requirements, if any, to

18   become a member of the NFPA?

19   A.    I believe that was just an application

20   process and pay your dues.

21   Q.    Did you have to have a degree in certain --

22   one of certain areas or anything like that?

23   A.    No.

24   Q.    Did the NFPA or has the NFPA at any time

25   since you've been a member, do they offer courses or

28

1    classes that members can participate in?

2                    MR. MEZZACAPPA:   Objection to form.

3                    You may answer, to the extent

4              you know.

5        A.    The NFPA sponsors a large number of

6    programs.

7        Q.    Have you ever participated in any of those

8    programs?

9        A.    I've participated in some.

10       Q.    Do you remember the last program you

11   participated in through the NFPA?

12       A.    Yeah.  I don't remember exactly when, but I

13   went to a New England regional meeting.

14       Q.    What did that meeting consist of?

15       A.    Various presentations and exchange of ideas

16   with other people.

17       Q.    Since becoming a member of the NFPA, how

18   many of these programs have you participated in?

19       A.    Gee, I can't say with any accuracy, but

20   maybe once every other year.

21       Q.    And does the NFPA issue any kind of

22   certificate or anything like that to people who

23   participate in their programs?

24       A.    Well, I think it would depend on what

25   programs you're talking about.  Like I said, they

29

1    offer a variety of programs.  They offer courses for

2    all ranges of backgrounds, and some of these courses

3    would have certificates associated with them where it

4    was required for someone's work.

5        Q.    Did you ever get a certificate from the

6    NFPA for any courses?

7        A.    I've never taken any -- I've never found

8    the NFPA courses applicable to the extent that I would

9    want to take one of their certificate programs.

10        Q.    Have you ever been a presenter or speaker

11    at any NFPA programs?

12        A.    Not within the NFPA, no.

13        Q.    The next organization listed is Society of

14    Automotive Engineers.  Are you still a member of that?

15        A.    No.

16        Q.    And do you remember when you became a

17    member of their organization?

18        A.    Around 1980.

19        Q.    Do you remember when your membership

20    ceased?

21        A.    When it lapsed?  That was a little later

22    than the mechanical engineers, like more towards the

23    late '90s.

24        Q.    The next organization, Subsonic Aerodynamic

25    Testing Association, when did you become a member of

30

1    that association?

2         A.    I was -- Let me think now.  Maybe '84.

3         Q.    Are you still a member of it?

4         A.    No.  That is a -- That was tied to my

5    position at the naval academy.  I was the naval

6    academy representative to this, which is an

7    international organization.

8         Q.    The next organization listed, International

9    Association of Arson Investigators, when did you

10   become a member of that organization?

11        A.    I believe it was in the early '90s, '93,

12   '94.

13        Q.    Are you still a member of their

14   organization?

15        A.    Yes, I am.

16        Q.    What was the procedure or requirements, if

17   any, to become a member of that organization?

18        A.    An application, and it had a sponsorship

19   requirement.  You had to have an active member

20   nominate you for membership.

21        Q.    Do you take any or have you taken any

22   courses through the International Association of Arson

23   Investigators?

24        A.    Yes, I have.

25        Q.    And how many courses have you taken?