```
             C O M M A N D   F O R C E . . . . . . . ( D E L E T E D )
)8/08/2001    S U B S C R I B E R   A C T I V I T Y   R E P O R T    PAGE 1
  :47                              BY ALARM #                         IO : 22

                        ALARM # : 9C000151 THRU 9C000151
                   ACTIVITY DATE : 07/01/2001 THRU 08/01/2001
                              DEALER ID : X237

 *  9C000151  (DELETED) HAROLD/LAUREN HEINZ    34 WILDWOOD ROAD

    ALL ACTIVITY
 DATE    DAY    TIME       CONDITION        KEYHOLDER / COMMENT       R T#   RES CD

 7/23/01 MON 11:06:19 AM   FIRE                                                FD
                             PREMISES - LEFT MSG (11:06:26 AM)
                             PHONE #: 203-834-9574
                             MALE # ID (11:07:08 AM)
                             PREMISES - LEFT MSG (11:07:18 AM)
                             PHONE #: 203-834-9574
                             SAME MESSAGE (11:08:12 AM)
                             WILTON FIRE DEPT - CONTACTED (11:08:13 AM)
                             DISPATCHER NAME/#: 28
                             MR HEINZ:WORK - CONTACTED (11:09:15 AM)
                             S/W MR HEINZ (11:11:10 AM)
         11:08:58 AM   FIRE
          1:14:31 PM   OFC GODREY CALLED-FIRE AT PREM-GAVE ME # FOR MR
          1:14:40 PM   HEINZ TO CALL
          1:14:55 PM   MR HEINZ:WORK - CONTACTED
          1:16:27 PM   S/W MR HEINZ GAVE HIM # TO CALL

 7/31/01 TUE  6:50:29 PM   SUBSCRIBER TAKEN OFF LINE
```

TO: Kevin Murphy
781-585-8372



Command Force Security
81-03 252nd St.



