Exhibit
B



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd STREET, BELLROSE, NEW YORK 11426
(718) 347-1572 • E-Mail: commandsec@aol.com
Fax: (718) 343-1014

FEBRUARY 4, 2000

To: MR & MRS. HEINZ
    34 WILDWOOD DRIVE
    WILTON, CT 06897

Dear HAROLD & LAUREN ,

    Thank you for allowing me the opportunity of presenting COMMAND FORCE SECURITY SYSTEMS, INC. And GOLD COAST DATA AND COMMUNICATIONS.

We look foward to helping you protect your life  and property.

Please call me, if you have any further questions.

Yours for greater safety,

Matthew Matza

Matthew Matza
COMMAND FORCE SECURITY SYSTEMS, INC

| | |
|---|---|
| 1 Panel — | $128 |
| 1 Par — | $83 |
| 3 w/s sns — | $183 |
| 3 w/s PIR | 168 |
| 1 Water bug | $75 |
| Misc | $150 |
| 1 Reciever | $32 |

Sus — $787

tax  $66

Parts total $853

$853  Parts
$1000  labor

$1853



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd STREET, BELLEROSE, NEW YORK 11426 • 718-347-1572

ACCOUNT NUMBER: 9C ~~XXXX~~ 0348

CUSTOMER NAME: Heinz, Harold & Lauren

ADDRESS: 34 Wildwood Rd

CITY, STATE, ZIP: Wilton, Ct 06897

NEAREST INTERSECTION: Linden Tree

PREMISES PHONE: 1-203-834-9574

| ALARM CODE | CONDITION | CALLBACK | NOTIFY |
|---|---|---|---|
| 31·33 Burg | | 17 - water Alert -no pd - | |
| 11· Smoke 1st Floor | | 18 - Low battery | |
| 12 Smoke 1st Floor | | 19 AC Power | |
| 13 Smoke Downstairs | | | |

CODE WORD: -Cortney-   (9 DIGIT MAXIMUM)

NOTIFICATION LIST:  (NOTIFY AS INDICATED IN "NOTIFY" BOX ABOVE)

1. premise - Pd
2. work # 718·519·8072
3. Laurens cell 516·380·6983
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____

ALARM COMPANY: CFSS          NOTIFY: 718 347·1572

DATE ON LINE: _____          FIRE PERMIT # _____

RESIDENTIAL OR COMMERCIAL: Residential

EQUIPMENT ON JOB: ~~DSC 832~~ Control Panel

ITI Simon 2 Contact

ID

Please see back cover for new features in version 2.0

9 ← 0151

# Programming Worksheets



31 - 33 - Burg

11 — Smoke    1st Flr

12    Smoke    1st FIR

13    Smoke    Downstairs

NO PD
OF F.D.    Water Alert

18    low Bat

19    AC Fail



# Power 832
S E C U R I T Y   S Y S T E M

PC5O1O
Version 2.O

# Table of Contents

**For the Record**
**Zone Assignment** 1
PC5010 – Zone 1-16 Assignment ............................................... 1
PC5010 – Zone 17-32 Assignment ............................................. 2
**Keypad Programming** 3
[000] Keypad Assignment ............................................................ 3
**Basic System Programming** 4
Zone Definitions ........................................................................... 4
[001] Zone 1-8 Definitions ........................................................... 4
[002] Zone 9-16 Definitions ......................................................... 4
[003] Zone 17-24 Definitions ....................................................... 4
[004] Zone 25-32 Definitions ....................................................... 4
[005] System Times ..................................................................... 4
[006] Installer's Code .................................................................. 5
[007] Master Code ...................................................................... 5
[008] Maintenance Code .............................................................. 5
Programmable Output Options ..................................................... 5
[009] PC5010 PGM Output Programming (PGM 1 & 2) .................. 5
[010] PC5208 PGM Output Programming (PGM 3-10) ................... 5
[011] PC5204 PGM Output Programming (PGM 11-14) .................. 5
[012] Keypad Lockout Options ...................................................... 5
[013] First System Option Code ................................................... 6
[014] Second System Option Code ................................................ 6
[015] Third System Option Code .................................................. 6
[016] Fourth System Option Code ................................................. 6
[020] Keypad Zone Assignments .................................................. 6
**Advanced System Programming** 7
Zone Attribute Defaults ................................................................ 7
Zone 1-32 Attributes .................................................................... 7
PGM Attributes ............................................................................ 8
[160] Maximum Dialing Attempts to Each Phone Number ........... 9
[161] Post Dial Wait for Handshake (All Formats) ...................... 9
**Zone Programming** 9
[201] First Partition Option Code ................................................. 9
[202] Partition 1 Zone Assignments (1-8) .................................... 9
[203] Partition 1 Zone Assignments (9-16) .................................. 9
[204] Partition 1 Zone Assignments (17-24) ................................ 9
[205] Partition 1 Zone Assignments (25-32) ............................... 10
[206] Partition 2 Zone Assignments (1-8) ................................... 10
[207] Partition 2 Zone Assignments (9-16) ................................. 10
[208] Partition 2 Zone Assignments (17-24) ............................... 10
[209] Partition 2 Zone Assignments (25-32) ............................... 10
**Communicator Programming** 11
[301] First Telephone Number (32 Digits) ................................. 11
[302] Second Telephone Number (32 Digits) ............................. 11
[303] Third Telephone Number (32 Digits) ................................. 11
[310] Partition 1 Identifier Code ................................................ 11
[311] Partition 2 Identifier Code ................................................ 11
[320] Alarm Reporting Codes, Zones 1-8 .................................. 11
[321] Alarm Reporting Codes, Zones 9-16 ................................ 11
[322] Alarm Reporting Codes, Zones 17-24 .............................. 11
[323] Alarm Reporting Codes, Zones 25-32 .............................. 11
[324] Alarm Restoral Reporting Codes, Zones 1-8 .................... 11
[325] Alarm Restoral Reporting Codes, Zones 9-16 ................. 11
[326] Alarm Restoral Reporting Codes, Zones 17-24 ............... 12
[327] Alarm Restoral Reporting Codes, Zones 25-32 ............... 12
[328] Miscellaneous Alarm Reporting Codes ........................... 12
[329] Priority Alarm and Restoral .............................................. 12
[330] Tamper Reporting Codes, Zones 1-8 ............................... 12
[331] Tamper Reporting Codes, Zones 9-16 ............................. 12
[332] Tamper Reporting Codes, Zones 17-24 ........................... 12
[333] Tamper Reporting Codes, Zones 25-32 ........................... 12
[334] Tamper Restoral Reporting Codes, Zones 1-8 ................. 12
[335] Tamper Restoral Reporting Codes, Zones 9-16 ............... 13
[336] Tamper Restoral Reporting Codes, Zones 17-24 ........... 13

[337] Tamper Restoral Reporting Codes, Zones 25-32 .......... 13
[338] Miscellaneous Tamper Reporting Codes ........................ 13
[339] Closing Reporting Codes, Access Codes 1-8 ................ 13
[340] Closing Reporting Codes, Access Codes 9-16 .............. 13
[341] Closing Reporting Codes, Access Codes 17-24 ............ 13
[342] Closing Reporting Codes, Access Codes 25-32 ........... 13
[343] Miscellaneous Closing Reporting Codes ....................... 13
[344] Opening Reporting Codes, Access Codes 1-8 ............. 14
[345] Opening Reporting Codes, Access Codes 9-16 ........... 14
[346] Opening Reporting Codes, Access Codes 17-24 ......... 14
[347] Opening Reporting Codes, Access Codes 25-32 ........ 14
[348] Miscellaneous Opening Reporting Codes ...................... 14
[349] Maintenance Alarm Reporting Codes ............................ 14
[350] Maintenance Restoral Reporting Codes ........................ 14
[351] Miscellaneous Maintenance Reporting Codes .............. 14
[352] Test Transmission Reporting Codes .............................. 15
[353] Wireless Maintenance Reporting Codes ........................ 15
[360] Communicator Format Options ....................................... 15
[361] Partition 1 Alarms and Restorals ................................... 15
[362] Partition 2 Alarms and Restorals ................................... 15
[363] Partition 1 Tampers and Restorals ................................ 15
[364] Partition 2 Tampers and Restorals ................................ 15
[365] Partition 1 Openings and Closings ................................. 15
[366] Partition 2 Openings and Closings ................................. 16
[367] System Maintenance Alarms and Restores ................... 16
[368] System Test Transmissions ........................................... 16
[370] Communication Variables .............................................. 16
[371] Test Transmission Time of Day ..................................... 16
[380] First Communicator Option Code ................................... 16
[381] Second Communicator Option Code .............................. 17
[390] LINKS Preamble (First Telephone Number) ................. 17
[391] LINKS Preamble (Second Telephone Number) ............. 17
[392] LINKS Preamble (Third Telephone Number) ................. 17
[393] LINKS Special Function Preamble (All Telephone
    Numbers) ............................................................................. 17
**Downloading Programming** 17
[401] First Downloading Option Code ..................................... 17
[402] Downloading Computer's Telephone Number (32 Digits) 17
[403] Downloading Access Code ............................................. 17
[404] Panel Identification Code ............................................... 17
[405] Answering Machine Double-call Timer .......................... 17
[406] Number of Rings to Answer On .................................... 17
[490] LINKS Enable (Downloading Telephone Number) ..... 17
[499] Initiate PC-Link (Local Downloading) ............................ 17
**Module Programming** 18
[801] PC5400 Printer Module Programming ........................... 18
[802] PC59XX Audio Interface Programming ......................... 18
[803] LINKS2X50 Long Range Radio Interface Programming. 18
[804] PC5132 Wireless Expansion Programming ................... 18
[805] AML Support Programming ............................................ 18
**Special Installer Functions** 18
[901] Installer Walk Test Mode Enable / Disable ................... 18
[902] Module Supervision Reset ............................................. 18
[903] Module Supervision Field .............................................. 18
[904] Wireless Module Placement Test .................................. 18
[990] Installer Lockout Enable ............................................... 18
[991] Installer Lockout Disable ............................................... 18
[993] Restore LINKS2X50 Factory Default Programming ...... 18
[994] Restore PC5100 Factory Default Programming ........... 18
[995] Restore Escort5580 Factory Default Programming....... 18
[996] Restore PC5132 Factory Default Programming ........... 18
[997] Restore PC5400 Factory Default Programming ........... 18
[998] Restore PC59XX Factory Default Programming ......... 18
[999] Restore Factory Default Programming........................... 18
**Programming LCD5500(Z) Keypads** 19
**ASCII Characters** 22

# For the Record

Customer: _____

Address: _____

_____

Phone: _____ Installation Date: _____

Installer's Code: _____

| Module Name | Description | Physical Location |
|---|---|---|
| PC5010 | Main Panel | _____ |
| PC5108 | Zone Expander 1 | _____ |
| PC5108 | Zone Expander 2 | _____ |
| PC5108 | Zone Expander 3 | _____ |
| PC5108 | Zone Expander 4 | _____ |
| PC5108 | Zone Expander 5 | _____ |
| PC5108 | Zone Expander 6 | _____ |
| PC5100 | Addressable Device Interface Module | _____ |
| PC5132 | Wireless Expander | _____ |
| PC5204 | Power Supply / Output Expander | _____ |
| PC5208 | Output Expander | _____ |
| PC5400 | Serial Printer Module | _____ |
| PC5700 | Fire Module | _____ |
| Escort5580 | Voice Prompt Module | _____ |
| PC5928 | Audio Interface Module | _____ |
| LINKS1000 | Cellular Communicator | _____ |
| LINKS2X50 | Long Range Radio Transmitter | _____ |

| Keypads | Keypad Type | Physical Location |
|---|---|---|
| Keypad 1 | _____ | _____ |
| Keypad 2 | _____ | _____ |
| Keypad 3 | _____ | _____ |
| Keypad 4 | _____ | _____ |
| Keypad 5 | _____ | _____ |
| Keypad 6 | _____ | _____ |
| Keypad 7 | _____ | _____ |
| Keypad 8 | _____ | _____ |

# Zone Assignment

**PC5010 – Zone 1-16 Assignment**

| | | Zone 1 | Zone 2 | Zone 3 | Zone 4 | Zone 5 | Zone 6 | Zone 7 | Zone 8 | Zone 9 | Zone 10 | Zone 11 | Zone 12 | Zone 13 | Zone 14 | Zone 15 | Zone 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Serial Number (Wireless)** | | | | | | | | | | | | | | | | | |
| **Zone Attributes** | Wireless | | | | | | | | | | | | | | | | |
| | Tx Del. | | | | | | | | | | | | | | | | |
| | Swing. | | | | | | | | | | | | | | | | |
| | Force | | | | | | | | | | | | | | | | |
| | Bypass | | | | | | | | | | | | | | | | |
| | Chime | | | | | | | | | | | | | | | | |
| | Steady/Pulsed | | | | | | | | | | | | | | | | |
| | Audible/Silent | | | | | | | | | | | | | | | | |
| **Zone Type** | | | | | | | | | | | | | | | | | |
| **Zone Label** | | | | | | | | | | | | | | | | | |
| **Parti- tion** | 2 | | | | | | | | | | | | | | | | |
| | 1 | | | | | | | | | | | | | | | | |
| **System Zone** | | Zone 1 | Zone 2 | Zone 3 | Zone 4 | Zone 5 | Zone 6 | Zone 7 | Zone 8 | Zone 9 | Zone 10 | Zone 11 | Zone 12 | Zone 13 | Zone 14 | Zone 15 | Zone 16 |

**PC5010 – Zone 17-32 Assignment**

| System Zone | Partition 1 | Partition 2 | Zone Label | Zone Type | Audible/Silent | Steady/Pulsed | Chime | Bypass | Force | Swing. | Tx Del. | Wireless | Serial Number (Wireless) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone 17 | | | | | | | | | | | | | |
| Zone 18 | | | | | | | | | | | | | |
| Zone 19 | | | | | | | | | | | | | |
| Zone 20 | | | | | | | | | | | | | |
| Zone 21 | | | | | | | | | | | | | |
| Zone 22 | | | | | | | | | | | | | |
| Zone 23 | | | | | | | | | | | | | |
| Zone 24 | | | | | | | | | | | | | |
| Zone 25 | | | | | | | | | | | | | |
| Zone 26 | | | | | | | | | | | | | |
| Zone 27 | | | | | | | | | | | | | |
| Zone 28 | | | | | | | | | | | | | |
| Zone 29 | | | | | | | | | | | | | |
| Zone 30 | | | | | | | | | | | | | |
| Zone 31 | | | | | | | | | | | | | |
| Zone 32 | | | | | | | | | | | | | |

# Keypad Programming

**[000] Keypad Assignment** (Section 2.6 "Keypad Assignment")

**NOTE: This must be done at each keypad requiring programming.**

[0] Partition and Slot  [Valid entries are 0 (Global),1 and 2 for the Partition and 1-8 for the Slot]

[1] Function Key 1 Assignment  (Valid entries are 00-21)

[2] Function Key 2 Assignment  (Valid entries are 00-21)

[3] Function Key 3 Assignment  (Valid entries are 00-21)

[4] Function Key 4 Assignment  (Valid entries are 00-21)

[5] Function Key 5 Assignment  (Valid entries are 00-21)

| | | |
|---|---|---|
| 01 Select Partition 1 from Global | 08 [✱][1] Bypass Mode | 15 General Voice Prompt Help |
| 02 Select Partition 2 from Global | 09 [✱][2] Trouble Display | 16 [✱][0] Quick Exit |
| 03 Stay Arm | 10 [✱][3] Alarm Memory | 17 [✱][1] Reactivate Stay/Away's |
| 04 Away Arm | 11 [✱][5] User Programming | 18 Identified Voice prompt Help |
| 05 [✱][9] No-Entry Arm | 12 [✱][6] User Functions | 19 Command Output 3 [✱][7][3] |
| 06 [✱][4] Chime On / Off | 13 Command Output 1 [✱][7][1] | 20 For future use |
| 07 [✱][6][——][4] System Test | 14 Command Output 2 [✱][7][2] (Sensor Reset) | 21 Command Output 4 [✱][7][4] |

| | Partition and Slot (Address) | Function Key 1 | Function Key 2 | Function Key 3 | Function Key 4 | Function Key 5 |
|---|---|---|---|---|---|---|
| PC55XXZ Defaults | 11 | 03 | 04 | 06 | 14 | 16 |
| LCD5500Z Defaults | 18 | 03 | 04 | 06 | 14 | 16 |
| Keypad 1 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 2 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 3 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 4 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 5 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 6 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 7 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |
| Keypad 8 | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| | |_|_| |

# Basic System Programming

## Zone Definitions

| | | |
|---|---|---|
| **00** Null Zone (Not Used) | **09** 24 Hour Supervisory | **18** 24 Hour Sprinkler |
| **01** Delay 1 | **10** 24 Hour Supervisory Buzzer | **19** 24 Hour Water |
| **02** Delay 2 | **11** 24 Hour Burglary | **20** 24 Hour Freeze |
| **03** Instant | **12** 24 Hour Holdup | **21** 24 Hour Latching Tamper |
| **04** Interior | **13** 24 Hour Gas | **22** Momentary Keyswitch Arm |
| **05** Interior, Stay/Away | **14** 24 Hour Heat | **23** Maintained Keyswitch Arm |
| **06** Delay, Stay/Away | **15** 24 Hour Medical | **24** LINKS Answer |
| **07** Delayed 24 Hour Fire (Hardwired) | **16** 24 Hour Panic | **87** Delay 24 Hour Fire (Wireless) |
| **08** Standard 24 Hour Fire (Hardwired) | **17** 24 Hour Emergency | **88** Standard 24 Hour Fire (Wireless) |

### [001] Zone 1-8 Definitions (Section 5.1 "Zone Definitions")

| Default | | | Default | | |
|---|---|---|---|---|---|
| 01 | └──┴──┘ | Zone 1 | 04 | └──┴──┘ | Zone 5 |
| 03 | └──┴──┘ | Zone 2 | 04 | └──┴──┘ | Zone 6 |
| 03 | └──┴──┘ | Zone 3 | 04 | └──┴──┘ | Zone 7 |
| 03 | └──┴──┘ | Zone 4 | 04 | └──┴──┘ | Zone 8 |

### [002] Zone 9-16 Definitions (Section 5.1 "Zone Definitions")

| Default | | | Default | | |
|---|---|---|---|---|---|
| 00 | └──┴──┘ | Zone 9 | 00 | └──┴──┘ | Zone 13 |
| 00 | └──┴──┘ | Zone 10 | 00 | └──┴──┘ | Zone 14 |
| 00 | └──┴──┘ | Zone 11 | 00 | └──┴──┘ | Zone 15 |
| 00 | └──┴──┘ | Zone 12 | 00 | └──┴──┘ | Zone 16 |

### [003] Zone 17-24 Definitions (Section 5.1 "Zone Definitions")

| Default | | | Default | | |
|---|---|---|---|---|---|
| 00 | └──┴──┘ | Zone 17 | 00 | └──┴──┘ | Zone 21 |
| 00 | └──┴──┘ | Zone 18 | 00 | └──┴──┘ | Zone 22 |
| 00 | └──┴──┘ | Zone 19 | 00 | └──┴──┘ | Zone 23 |
| 00 | └──┴──┘ | Zone 20 | 00 | └──┴──┘ | Zone 24 |

### [004] Zone 25-32 Definitions (Section 5.1 "Zone Definitions")

| Default | | | Default | | |
|---|---|---|---|---|---|
| 00 | └──┴──┘ | Zone 25 | 00 | └──┴──┘ | Zone 29 |
| 00 | └──┴──┘ | Zone 26 | 00 | └──┴──┘ | Zone 30 |
| 00 | └──┴──┘ | Zone 27 | 00 | └──┴──┘ | Zone 31 |
| 00 | └──┴──┘ | Zone 28 | 00 | └──┴──┘ | Zone 32 |

### [005] System Times

| Default | | |
|---|---|---|
| 030 | └──┴──┴──┘ | Entry Delay 1 (001-255 seconds) (5.15 "Entry/Exit Delay Options") |
| 045 | └──┴──┴──┘ | Entry Delay 2 (001-255 seconds) (5.15 "Entry/Exit Delay Options") |
| 120 | └──┴──┴──┘ | Exit Delay (001-255 seconds) (5.15 "Entry/Exit Delay Options") |
| 004 | └──┴──┴──┘ | Bell Cut-off (001-255 minutes) (5.12 "Siren") |

**[006] Installer's Code** (Section 4.1 "How to Enter Installer Programming")

Default

5010 |___|___|___|___|

**[007] Master Code** (Section 3.1 "Access Codes")

Default

1234 |___|___|___|___|

**[008] Maintenance Code** (Section 3.1 "Access Codes")

Default

AAAA |___|___|___|___|

## Programmable Output Options

| | |
|---|---|
| **00** Not used | **13** Kissoff Output |
| **01** Burglary and Fire Bell Output | **14** Ground Start Pulse |
| **02** For future use | **15** Remote Operation (DLS-1 support) |
| **03** Sensor Reset [✱][7][2] | **16** LINKS 1000 Support (PGM 1 only) |
| **04** 2-Wire Smoke Support (PGM2 Only) | **17** Away Arm |
| **05** System (Partition) Armed Status | **18** Stay Arm |
| **06** Ready To Arm | **19** [✱][7][1] Command Output |
| **07** Keypad Buzzer Follow Mode | **20** [✱][7][2] Command Output |
| **08** Courtesy Pulse | **21** [✱][7][3] Command Output |
| **09** System Trouble Output (with Trouble options) | **22** [✱][7][4] Command Output |
| **10** Latched System Event [Strobe (with Event options)] | **23** Silent 24-Hr (PGM2 Only) |
| **11** System Tamper (all sources: zones, kpd, modules) | **24** Audible 24-Hr (PGM2 Only) |
| **12** TLM and Alarm | |

*NOTE: PGM output options [03], [04] and [20] cannot be used together on the same system.*

**[009] PC5010 PGM Output Programming (PGM 1 & 2)** (Section 5.10 "PGM Outputs")

Default

19 |___|___| PGM 1

10 |___|___| PGM 2

**[010] PC5208 PGM Output Programming (PGM 3-10)** (Section 5.10 "PGM Outputs")

| Default | | Default | |
|---|---|---|---|
| 01 |___|___| PGM 3 | 01 |___|___| PGM 7 |
| 01 |___|___| PGM 4 | 01 |___|___| PGM 8 |
| 01 |___|___| PGM 5 | 01 |___|___| PGM 9 |
| 01 |___|___| PGM 6 | 01 |___|___| PGM 10 |

**[011] PC5204 PGM Output Programming (PGM 11-14)** (Section 5.10 "PGM Outputs")

Default

01 |___|___| PGM 11

01 |___|___| PGM 12

01 |___|___| PGM 13

01 |___|___| PGM 14

**[012] Keypad Lockout Options** (Section 5.22 "Keypad Lockout")

Default

000 |___|___|___| Number of Invalid Codes Before Lockout (enter 000-255)

000 |___|___|___| Lockout Duration (000-255 minutes)

## [013] First System Option Code

| Default | | Option | ON | OFF | Section |
|---|---|---|---|---|---|
| OFF | └──┘ | 1 | Normally Closed Loops | End-of-Line Resistors♦ | 2.9 |
| OFF | └──┘ | 2 | Double End-of-Line Resistors | Single End-of-Line Resistors | 2.9 |
| ON | └──┘ | 3* | Panel Shows All Troubles While Armed | Panel Shows Fire Troubles Only While Armed | 3.4 |
| OFF | └──┘ | 4 | Tampers/Faults Do Not Show as Open | Tampers/Faults Show as Open | 5.25 |
| OFF | └──┘ | 5 | Zone 1 is Fast Loop Response | Zone 1 is Standard Loop Response | 5.24 |
| ON | └──┘ | 6 | Audible Exit Fault Enabled | Audible Exit Fault Disabled | 5.15 |
| ON | └──┘ | 7 | Event Buffer Follows Swinger Shutdown | Event Buffer Logs Events Past shutdown | 5.16 |
| OFF | └──┘ | 8 | Temporal Three Fire Signal enabled | Standard Pulsed Fire Signal | 5.12 |

**\* Option 3 must be OFF if LCD5500 keypads older than v2.0 are used.**

## [014] Second System Option Code

| Default | | Option | ON | OFF | Section |
|---|---|---|---|---|---|
| OFF | └──┘ | 1 | Arm / Disarm Bell Squawk enabled | Arm / Disarm Bell Squawk disabled | 5.20 |
| OFF | └──┘ | 2 | Bell Squawk During Auto Arm | No Bell Squawk During Auto Arm | 5.15 |
| OFF | └──┘ | 3 | Bell Squawk On Exit Delay | No Bell Squawk On Exit Delay | 5.15 |
| OFF | └──┘ | 4 | Bell Squawk On Entry Delay | No Bell Squawk On Entry Delay | 5.15 |
| OFF | └──┘ | 5 | Bell Squawk On Trouble | No Bell Squawk On Trouble | 3.4 |
| ON | └──┘ | 6 | Audible Exit Beeps | Silent Exit Delay | 5.15 |
| OFF | └──┘ | 7 | Exit Delay Termination Enabled | Exit Delay Termination Disabled | 5.15 |
| OFF | └──┘ | 8 | Fire Bell is continuous | Fire Bell follows Bell Cut-off | 5.12 |

## [015] Third System Option Code

| Default | | Option | ON | OFF | Section |
|---|---|---|---|---|---|
| ON | └──┘ | 1 | Fire Keys Enabled | Fire Keys Disabled | 5.14 |
| OFF | └──┘ | 2 | Panic Keys Audible (Bell / Beeps) | Panic Keys Silent | 5.14 |
| OFF | └──┘ | 3 | Quick Exit Enabled | Quick Exit Disabled | 3.4 |
| ON | └──┘ | 4 | Quick Arming Enabled ([✱][0]/Function keys) | Quick Arming Disabled / Function keys Require Code | 3.4 |
| OFF | └──┘ | 5 | Code Required For Bypassing♦ | No Code Required | 3.4 |
| OFF | └──┘ | 6 | Master Code Not Changeable | Master Code Changeable | 3.1 |
| ON | └──┘ | 7 | TLM Enabled | TLM Disabled | 5.11 |
| OFF | └──┘ | 8 | TLM Audible When Armed | TLM Trouble Only When Armed | 5.11 |

## [016] Fourth System Option Code

| Default | | Option | ON | OFF | Section |
|---|---|---|---|---|---|
| ON | └──┘ | 1 | AC Trouble Displayed♦ | AC Trouble Not Displayed | 3.4 |
| OFF | └──┘ | 2 | Trouble Light Flashes if AC Fails | Trouble Light Does Not Follow AC Status | 3.4 |
| OFF | └──┘ | 3 | Blank Keypad When Not Used | Keypad Active Always | 5.23 |
| OFF | └──┘ | 4 | Code Required to Remove Kypd Blanking | No Code Required | 5.23 |
| ON | └──┘ | 5 | Keypad Backlighting is enabled | Keypad Backlighting is disabled | 5.19 |
| OFF | └──┘ | 6 | Power Save Mode enabled | Power Save Mode disabled | 5.23 |
| OFF | └──┘ | 7 | Bypass Status Displayed While Armed | Bypass Status Not Displayed While Armed | 5.20 |
| OFF | └──┘ | 8 | Keypad Tampers enabled | Keypad Tampers disabled | 5.25 |

## [020] Keypad Zone Assignments (Section 5.1.1 "Assigning Keypad Zones")

(Valid entries are zones 01-32) **NOTE: Only one keypad may be assigned to each zone.**

| Default | Zone Address | Keypad | Default | Zone Address | Keypad |
|---|---|---|---|---|---|
| 00 | └──┴──┘ | 1 | 00 | └──┴──┘ | 5 |
| 00 | └──┴──┘ | 2 | 00 | └──┴──┘ | 6 |
| 00 | └──┴──┘ | 3 | 00 | └──┴──┘ | 7 |
| 00 | └──┴──┘ | 4 | 00 | └──┴──┘ | 8 |

♦ Required for UL listed systems.
▲ Required for UL Grade A systems.

# Advanced System Programming

## Zone Attribute Defaults  (Y = Option ON; N = Option OFF):

| Attribute: | ON OFF | 1 Audible Silent | 2 Steady Pulsed | 3 Chime No | 4 Bypass No | 5 Force No | 6 Swing No | 7 Tx. Delay No | 8 Wireless Zn. No |
|---|---|---|---|---|---|---|---|---|---|
| **Zone Definition:** | | | | | | | | | |
| 00 Null Zone | | N | N | N | N | N | N | N | N |
| 01 Delay 1 | | Y | Y | Y | Y | N | Y | N | N |
| 02 Delay 2 | | Y | Y | Y | Y | N | Y | N | N |
| 03 Instant | | Y | Y | Y | Y | N | Y | N | N |
| 04 Interior | | Y | Y | N | Y | N | Y | N | N |
| 05 Int. Stay/Away | | Y | Y | N | Y | Y | Y | N | N |
| 06 Dly. Stay/Away | | Y | Y | N | Y | Y | Y | N | N |
| 07 Dly. 24hr Fire (Hardw.) | | Y | N | N | N | N | N | N | N |
| 08 Stand. 24hr Fire (Hardw.) | | Y | N | N | N | N | N | N | N |
| 09 24hr Superv. | | N | Y | N | N | Y | N | N | N |
| 10 24hr Superv. Buzzer | | N | Y | N | Y | N | N | N | N |
| 11 24hr Burglary | | Y | Y | N | Y | N | N | N | N |
| 12 24hr Holdup | | N | Y | N | N | N | N | N | N |
| 13 24hr Gas♦ | | Y | N | N | N | N | N | N | N |
| 14 24hr Heat | | Y | N | N | N | N | N | N | N |
| 15 24hr Medical | | Y | Y | N | N | N | N | N | N |
| 16 24hr Panic | | Y | Y | N | N | N | N | N | N |
| 17 24hr Emergency | | Y | Y | N | N | N | N | N | N |
| 18 24hr Sprinkler | | Y | Y | N | N | N | N | N | N |
| 19 24hr Water | | Y | Y | N | N | N | N | N | N |
| 20 24hr Freeze | | Y | Y | N | N | N | N | N | N |
| 21 24hr Latching Tamper | | Y | Y | N | N | N | N | N | N |
| 22 Momentary Keyswitch | | N | N | N | N | Y | N | N | N |
| 23 Maintained Keyswitch | | N | N | N | N | Y | N | N | N |
| 24 LINKS Answer | | N | N | N | N | Y | N | N | N |
| 87 Dly. 24hr Fire (Wireless) | | Y | N | N | N | N | N | N | Y |
| 88 Stand. 24hr Fire (Wireless) | | Y | N | N | N | N | N | N | Y |

♦ Has not been investigated by UL for use with a carbon monoxide detector.

## Zone 1-32 Attributes (Section 5.2 "Zone Attributes", see also section 5.1 "Zone Definitions")

| Section | Zone | Zone Defn. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| [101] | 1 | ( )* | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [102] | 2 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [103] | 3 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [104] | 4 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [105] | 5 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [106] | 6 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [107] | 7 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [108] | 8 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [109] | 9 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [110] | 10 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [111] | 11 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [112] | 12 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [113] | 13 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [114] | 14 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [115] | 15 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [116] | 16 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [117] | 17 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [118] | 18 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [119] | 19 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [120] | 20 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [121] | 21 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [122] | 22 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [123] | 23 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [124] | 24 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [125] | 25 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |
| [126] | 26 | ( ) | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ | └─┘ |

7

*Record here based on programming in sections [001] - [004].

| Section | Zone | Zone Defn. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| [127] | 27 | ( )* | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [128] | 28 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [129] | 29 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [130] | 30 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [131] | 31 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [132] | 32 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |

*Record here based on programming in sections [001] - [004].

## PGM Attributes (Section 5.10 "PGM Outputs")

Program only the following attributes for the PGM Options listed. All others will be ignored. PGM Options are programmed in sections [009], [010], [011].

### PGM Attribute Defaults (Y = Attribute ON; N = Attribute OFF):

| Attribute: | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| | ON OFF | Part. 1 enabled Disabled | Part. 2 enabled Disabled | True Output Inverted | 5 sec. pulse On / Off | Code Req. No Code Req. |
| **PGM Option** | | | | | | |
| [01] Burg. / Fire Bell** | | | | Y | | |
| [03] Sensor Reset | | Y | N | Y | | N |
| [04] 2-wire Smoke | | | | Y | | N |
| [05] Armed Status | | Y | N | Y | | |
| [06] Ready To Arm | | Y | N | Y | | |
| [07] Kypd Bzz Follow | | Y | N | Y | | |
| [08] Courtesy Pulse | | Y | N | Y | | |
| [11] System Tamper | | | | Y | | |
| [12] TLM and Alarm | | | | Y | | |
| [13] Kiss-off | | | | Y | | |
| [14] Gnd Strt Pulse | | | | Y | | |
| [15] Remote Op. | | | | Y | | |
| [16] LINKS 1000 Sup. | | | | Y | | |
| [17] Away Armed Status | | Y | N | Y | | |
| [18] Stay Armed Status | | Y | N | Y | | |
| [19] Comm. Output #1 | | Y | N | Y | Y | Y |
| [20] Comm. Output #2 | | Y | N | Y | Y | Y |
| [21] Comm. Output #3 | | Y | N | Y | Y | N |
| [22] Comm. Output #4 | | Y | N | Y | Y | N |
| [23] Silent 24 Hr | | | | Y* | | |
| [24] Audible 24 Hr | | | | Y* | | |

*  **PGM attribute (3) must be ON for PGM output types [04], [23] and [24] for proper operation.**

** **PGM option [01] Burg./Fire Bell cannot be partitioned.**

| Attribute: | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| **PGM Option** | | | | | | | | | |
| | ON OFF | Serv. req. Disabled | AC Fail Disabled | TLM Fault Disabled | FTC Disabled | Zone Fault Disabled | Zone Tmp. Disabled | Zn. Low Bat. Disabled | Loss of Clock Disabled |
| [09] System Trouble | | Y | Y | Y | Y | Y | Y | Y | Y |
| | ON OFF | Burg. Evnt. Disabled | Fire Evnt. Disabled | Panic Evnt. Disabled | Med. Evnt. Disabled | Supv. Evnt. Disabled | Priority Evnt. Disabled | Holdup Evnt. Disabled | — |
| [10] Latched Sys. Event | | Y | Y | Y | Y | Y | Y | Y | |

| Section | PGM # | PGM Option | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **PC5010** | | | | | | | | | | |
| [141] | 1 | ( )* | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [142] | 2 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| **PC5208** | | | | | | | | | | |
| [143] | 3 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [144] | 4 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [145] | 5 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [146] | 6 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [147] | 7 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [148] | 8 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [149] | 9 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐* | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| [150] | 10 | ( ) | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |

*Record here based on programming in sections [009] - [011].

| Section | PGM # | PGM Option | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---------|-------|------------|---|---|---|---|---|---|---|---|
| PC5204 | | | | | | | | | | |
| [151] | 11 | ( )* | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ |
| [152] | 12 | ( ) | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ |
| [153] | 13 | ( ) | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ |
| [154] | 14 | ( ) | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ | └──┘ |

*Record here based on programming in sections [009] - [011].

## [160] Maximum Dialing Attempts to Each Phone Number (Section 5.3 "Communicator Dialing")

Default: 008  └──┴──┴──┘     Valid entries are 001-255 attempts (Do not enter 000)♦

♦ For UL listed systems, must be programmed for between 5 and 10 attempts.

## [161] Post Dial Wait for Handshake (All Formats) (Section 5.3 "Communicator Dialing")

Default: 040  └──┴──┴──┘     Valid entries are 001-255 seconds

# Zone Programming

## [201] First Partition Option Code (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---------|---|--------|----|----|
| OFF | └──┘ | 1 | Partition 2 is Enabled | Partition 2 is Disabled |
| OFF | └──┘ | 2-8 | For Future Use | |

## [202] Partition 1 Zone Assignments (1-8) (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---------|---|--------|----|----|
| ON | └──┘ | 1 | Zone 1 is on Partition 1 | Zone 1 is not on Partition 1 |
| ON | └──┘ | 2 | Zone 2 is on Partition 1 | Zone 2 is not on Partition 1 |
| ON | └──┘ | 3 | Zone 3 is on Partition 1 | Zone 3 is not on Partition 1 |
| ON | └──┘ | 4 | Zone 4 is on Partition 1 | Zone 4 is not on Partition 1 |
| ON | └──┘ | 5 | Zone 5 is on Partition 1 | Zone 5 is not on Partition 1 |
| ON | └──┘ | 6 | Zone 6 is on Partition 1 | Zone 6 is not on Partition 1 |
| ON | └──┘ | 7 | Zone 7 is on Partition 1 | Zone 7 is not on Partition 1 |
| ON | └──┘ | 8 | Zone 8 is on Partition 1 | Zone 8 is not on Partition 1 |

## [203] Partition 1 Zone Assignments (9-16) (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---------|---|--------|----|----|
| OFF | └──┘ | 1 | Zone 9 is on Partition 1 | Zone 9 is not on Partition 1 |
| OFF | └──┘ | 2 | Zone 10 is on Partition 1 | Zone 10 is not on Partition 1 |
| OFF | └──┘ | 3 | Zone 11 is on Partition 1 | Zone 11 is not on Partition 1 |
| OFF | └──┘ | 4 | Zone 12 is on Partition 1 | Zone 12 is not on Partition 1 |
| OFF | └──┘ | 5 | Zone 13 is on Partition 1 | Zone 13 is not on Partition 1 |
| OFF | └──┘ | 6 | Zone 14 is on Partition 1 | Zone 14 is not on Partition 1 |
| OFF | └──┘ | 7 | Zone 15 is on Partition 1 | Zone 15 is not on Partition 1 |
| OFF | └──┘ | 8 | Zone 16 is on Partition 1 | Zone 16 is not on Partition 1 |

## [204] Partition 1 Zone Assignments (17-24) (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---------|---|--------|----|----|
| OFF | └──┘ | 1 | Zone 17 is on Partition 1 | Zone 17 is not on Partition 1 |
| OFF | └──┘ | 2 | Zone 18 is on Partition 1 | Zone 18 is not on Partition 1 |
| OFF | └──┘ | 3 | Zone 19 is on Partition 1 | Zone 19 is not on Partition 1 |
| OFF | └──┘ | 4 | Zone 20 is on Partition 1 | Zone 20 is not on Partition 1 |
| OFF | └──┘ | 5 | Zone 21 is on Partition 1 | Zone 21 is not on Partition 1 |
| OFF | └──┘ | 6 | Zone 22 is on Partition 1 | Zone 22 is not on Partition 1 |
| OFF | └──┘ | 7 | Zone 23 is on Partition 1 | Zone 23 is not on Partition 1 |
| OFF | └──┘ | 8 | Zone 24 is on Partition 1 | Zone 24 is not on Partition 1 |

**[205] Partition 1 Zone Assignments (25-32)** (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| OFF | l___l | 1 | Zone 25 is on Partition 1 | Zone 25 is not on Partition 1 |
| OFF | l___l | 2 | Zone 26 is on Partition 1 | Zone 26 is not on Partition 1 |
| OFF | l___l | 3 | Zone 27 is on Partition 1 | Zone 27 is not on Partition 1 |
| OFF | l___l | 4 | Zone 28 is on Partition 1 | Zone 28 is not on Partition 1 |
| OFF | l___l | 5 | Zone 29 is on Partition 1 | Zone 29 is not on Partition 1 |
| OFF | l___l | 6 | Zone 30 is on Partition 1 | Zone 30 is not on Partition 1 |
| OFF | l___l | 7 | Zone 31 is on Partition 1 | Zone 31 is not on Partition 1 |
| OFF | l___l | 8 | Zone 32 is on Partition 1 | Zone 32 is not on Partition 1 |

**[206] Partition 2 Zone Assignments (1-8) (Section 5.9 "Partition/Zone Assignment")**

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| OFF | l___l | 1 | Zone 1 is on Partition 2 | Zone 1 is not on Partition 2 |
| OFF | l___l | 2 | Zone 2 is on Partition 2 | Zone 2 is not on Partition 2 |
| OFF | l___l | 3 | Zone 3 is on Partition 2 | Zone 3 is not on Partition 2 |
| OFF | l___l | 4 | Zone 4 is on Partition 2 | Zone 4 is not on Partition 2 |
| OFF | l___l | 5 | Zone 5 is on Partition 2 | Zone 5 is not on Partition 2 |
| OFF | l___l | 6 | Zone 6 is on Partition 2 | Zone 6 is not on Partition 2 |
| OFF | l___l | 7 | Zone 7 is on Partition 2 | Zone 7 is not on Partition 2 |
| OFF | l___l | 8 | Zone 8 is on Partition 2 | Zone 8 is not on Partition 2 |

**[207] Partition 2 Zone Assignments (9-16)** (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| OFF | l___l | 1 | Zone 9 is on Partition 2 | Zone 9 is not on Partition 2 |
| OFF | l___l | 2 | Zone 10 is on Partition 2 | Zone 10 is not on Partition 2 |
| OFF | l___l | 3 | Zone 11 is on Partition 2 | Zone 11 is not on Partition 2 |
| OFF | l___l | 4 | Zone 12 is on Partition 2 | Zone 12 is not on Partition 2 |
| OFF | l___l | 5 | Zone 13 is on Partition 2 | Zone 13 is not on Partition 2 |
| OFF | l___l | 6 | Zone 14 is on Partition 2 | Zone 14 is not on Partition 2 |
| OFF | l___l | 7 | Zone 15 is on Partition 2 | Zone 15 is not on Partition 2 |
| OFF | l___l | 8 | Zone 16 is on Partition 2 | Zone 16 is not on Partition 2 |

**[208] Partition 2 Zone Assignments (17-24)** (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| OFF | l___l | 1 | Zone 17 is on Partition 2 | Zone 17 is not on Partition 2 |
| OFF | l___l | 2 | Zone 18 is on Partition 2 | Zone 18 is not on Partition 2 |
| OFF | l___l | 3 | Zone 19 is on Partition 2 | Zone 19 is not on Partition 2 |
| OFF | l___l | 4 | Zone 20 is on Partition 2 | Zone 20 is not on Partition 2 |
| OFF | l___l | 5 | Zone 21 is on Partition 2 | Zone 21 is not on Partition 2 |
| OFF | l___l | 6 | Zone 22 is on Partition 2 | Zone 22 is not on Partition 2 |
| OFF | l___l | 7 | Zone 23 is on Partition 2 | Zone 23 is not on Partition 2 |
| OFF | l___l | 8 | Zone 24 is on Partition 2 | Zone 24 is not on Partition 2 |

**[209] Partition 2 Zone Assignments (25-32)** (Section 5.9 "Partition/Zone Assignment")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| OFF | l___l | 1 | Zone 25 is on Partition 2 | Zone 25 is not on Partition 2 |
| OFF | l___l | 2 | Zone 26 is on Partition 2 | Zone 26 is not on Partition 2 |
| OFF | l___l | 3 | Zone 27 is on Partition 2 | Zone 27 is not on Partition 2 |
| OFF | l___l | 4 | Zone 28 is on Partition 2 | Zone 28 is not on Partition 2 |
| OFF | l___l | 5 | Zone 29 is on Partition 2 | Zone 29 is not on Partition 2 |
| OFF | l___l | 6 | Zone 30 is on Partition 2 | Zone 30 is not on Partition 2 |
| OFF | l___l | 7 | Zone 31 is on Partition 2 | Zone 31 is not on Partition 2 |
| OFF | l___l | 8 | Zone 32 is on Partition 2 | Zone 32 is not on Partition 2 |

# Communicator Programming

**NOTE: For sections [301] to [352], the contents of every section by default is [F].**

**[301] First Telephone Number (32 Digits)** (Section 5.4 "Communicator – Phone Numbers")

|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

**[302] Second Telephone Number (32 Digits)** (Section 5.4 "Communicator – Phone Numbers")

|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

**[303] Third Telephone Number (32 Digits)** (Section 5.4 "Communicator – Phone Numbers")

|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

**[310] Partition 1 Identifier Code** (Section 5.5 "Communicator – Account Numbers")

|_|_|_|_|

**NOTE: If using the SIA communication format, only the partition 1 identifier will be used as the account code.**

**[311] Partition 2 Identifier Code** (Section 5.5 "Communicator – Account Numbers")

|_|_|_|_|

**[320] Alarm Reporting Codes, Zones 1-8** (Section 5.7 "Communicator – Reporting Codes")

| |_|_| Zone 1 | |_|_| Zone 5 |
| |_|_| Zone 2 | |_|_| Zone 6 |
| |_|_| Zone 3 | |_|_| Zone 7 |
| |_|_| Zone 4 | |_|_| Zone 8 |

**[321] Alarm Reporting Codes, Zones 9-16** (Section 5.7 "Communicator – Reporting Codes")

| |_|_| Zone 9 | |_|_| Zone 13 |
| |_|_| Zone 10 | |_|_| Zone 14 |
| |_|_| Zone 11 | |_|_| Zone 15 |
| |_|_| Zone 12 | |_|_| Zone 16 |

**[322] Alarm Reporting Codes, Zones 17-24** (Section 5.7 "Communicator – Reporting Codes")

| |_|_| Zone 17 | |_|_| Zone 21 |
| |_|_| Zone 18 | |_|_| Zone 22 |
| |_|_| Zone 19 | |_|_| Zone 23 |
| |_|_| Zone 20 | |_|_| Zone 24 |

**[323] Alarm Reporting Codes, Zones 25-32** (Section 5.7 "Communicator – Reporting Codes")

| |_|_| Zone 25 | |_|_| Zone 29 |
| |_|_| Zone 26 | |_|_| Zone 30 |
| |_|_| Zone 27 | |_|_| Zone 31 |
| |_|_| Zone 28 | |_|_| Zone 32 |

**[324] Alarm Restoral Reporting Codes, Zones 1-8** (Section 5.7 "Communicator – Reporting Codes")

| |_|_| Zone 1 | |_|_| Zone 5 |
| |_|_| Zone 2 | |_|_| Zone 6 |
| |_|_| Zone 3 | |_|_| Zone 7 |
| |_|_| Zone 4 | |_|_| Zone 8 |

**[325] Alarm Restoral Reporting Codes, Zones 9-16** (Section 5.7 "Communicator – Reporting Codes")

| |_|_| Zone 9 | |_|_| Zone 13 |
| |_|_| Zone 10 | |_|_| Zone 14 |
| |_|_| Zone 11 | |_|_| Zone 15 |
| |_|_| Zone 12 | |_|_| Zone 16 |

**[326] Alarm Restoral Reporting Codes, Zones 17-24** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 17 | |_____| Zone 21 |
| |_____| Zone 18 | |_____| Zone 22 |
| |_____| Zone 19 | |_____| Zone 23 |
| |_____| Zone 20 | |_____| Zone 24 |

**[327] Alarm Restoral Reporting Codes, Zones 25-32** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 25 | |_____| Zone 29 |
| |_____| Zone 26 | |_____| Zone 30 |
| |_____| Zone 27 | |_____| Zone 31 |
| |_____| Zone 28 | |_____| Zone 32 |

**[328] Miscellaneous Alarm Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Duress Alarm | |_____| Zone Expander Supervisory Alarm |
| |_____| Opening After Alarm | |_____| Zone Expander Supervisory Restoral |
| |_____| Recent Closing | |_____| Cross Zone Police Code Alarm |

**[329] Priority Alarm and Restoral** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Keypad Fire Alarm | |_____| Keypad Fire Restoral |
| |_____| Keypad Auxiliary Alarm | |_____| Keypad Auxiliary Restoral |
| |_____| Keypad Panic Alarm | |_____| Keypad Panic Restoral |
| |_____| PGM2 Alarm | |_____| PGM2 Restoral |

**[330] Tamper Reporting Codes, Zones 1-8** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 1 | |_____| Zone 5 |
| |_____| Zone 2 | |_____| Zone 6 |
| |_____| Zone 3 | |_____| Zone 7 |
| |_____| Zone 4 | |_____| Zone 8 |

**[331] Tamper Reporting Codes, Zones 9-16** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 9 | |_____| Zone 13 |
| |_____| Zone 10 | |_____| Zone 14 |
| |_____| Zone 11 | |_____| Zone 15 |
| |_____| Zone 12 | |_____| Zone 16 |

**[332] Tamper Reporting Codes, Zones 17-24** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 17 | |_____| Zone 21 |
| |_____| Zone 18 | |_____| Zone 22 |
| |_____| Zone 19 | |_____| Zone 23 |
| |_____| Zone 20 | |_____| Zone 24 |

**[333] Tamper Reporting Codes, Zones 25-32** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 25 | |_____| Zone 29 |
| |_____| Zone 26 | |_____| Zone 30 |
| |_____| Zone 27 | |_____| Zone 31 |
| |_____| Zone 28 | |_____| Zone 32 |

**[334] Tamper Restoral Reporting Codes, Zones 1-8** (Section 5.7 "Communicator – Reporting Codes")

| |_____| Zone 1 | |_____| Zone 5 |
| |_____| Zone 2 | |_____| Zone 6 |
| |_____| Zone 3 | |_____| Zone 7 |
| |_____| Zone 4 | |_____| Zone 8 |

**[335] Tamper Restoral Reporting Codes, Zones 9-16** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Zone 9 | | |_____| | Zone 13 |
| |_____| | Zone 10 | | |_____| | Zone 14 |
| |_____| | Zone 11 | | |_____| | Zone 15 |
| |_____| | Zone 12 | | |_____| | Zone 16 |

**[336] Tamper Restoral Reporting Codes, Zones 17-24** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Zone 17 | | |_____| | Zone 21 |
| |_____| | Zone 18 | | |_____| | Zone 22 |
| |_____| | Zone 19 | | |_____| | Zone 23 |
| |_____| | Zone 20 | | |_____| | Zone 24 |

**[337] Tamper Restoral Reporting Codes, Zones 25-32** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Zone 25 | | |_____| | Zone 29 |
| |_____| | Zone 26 | | |_____| | Zone 30 |
| |_____| | Zone 27 | | |_____| | Zone 31 |
| |_____| | Zone 28 | | |_____| | Zone 32 |

**[338] Miscellaneous Tamper Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | General System Tamper |
| |_____| | General System Tamper Rest. |
| |_____| | Keypad Lockout |

**[339] Closing (Arming) Reporting Codes, Access Codes 1-8** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Code 1 | | |_____| | Code 5 |
| |_____| | Code 2 | | |_____| | Code 6 |
| |_____| | Code 3 | | |_____| | Code 7 |
| |_____| | Code 4 | | |_____| | Code 8 |

**[340] Closing (Arming) Reporting Codes, Access Codes 9-16** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Code 9 | | |_____| | Code 13 |
| |_____| | Code 10 | | |_____| | Code 14 |
| |_____| | Code 11 | | |_____| | Code 15 |
| |_____| | Code 12 | | |_____| | Code 16 |

**[341] Closing (Arming) Reporting Codes, Access Codes 17-24** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Code 17 | | |_____| | Code 21 |
| |_____| | Code 18 | | |_____| | Code 22 |
| |_____| | Code 19 | | |_____| | Code 23 |
| |_____| | Code 20 | | |_____| | Code 24 |

**[342] Closing (Arming) Reporting Codes, Access Codes 25-32** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Code 25 | | |_____| | Code 29 |
| |_____| | Code 26 | | |_____| | Code 30 |
| |_____| | Code 27 | | |_____| | Code 31 |
| |_____| | Code 28 | | |_____| | Code 32 |

**[343] Miscellaneous Closing (Arming) Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

| |_____| | Closing by Duress Code 33 | | |_____| | Closing by System Code 42 |
| |_____| | Closing by Duress Code 34 | | |_____| | Partial Closing |
| |_____| | Closing by System Code 40 | | |_____| | Special Closing |
| |_____| | Closing by System Code 41 | | | |