**[344] Opening (Disarming) Reporting Codes, Access Codes 1-8**   (Section 5.7 "Communicator – Reporting Codes")

| |  |  |
|---|---|---|
| |__|__| Code 1 | |__|__| Code 5 |
| |__|__| Code 2 | |__|__| Code 6 |
| |__|__| Code 3 | |__|__| Code 7 |
| |__|__| Code 4 | |__|__| Code 8 |

**[345] Opening (Disarming) Reporting Codes, Access Codes 9-16**
(Section 5.7 "Communicator – Reporting Codes")

|__|__| Code 9      |__|__| Code 13
|__|__| Code 10     |__|__| Code 14
|__|__| Code 11     |__|__| Code 15
|__|__| Code 12     |__|__| Code 16

**[346] Opening (Disarming) Reporting Codes, Access Codes 17-24**
(Section 5.7 "Communicator – Reporting Codes")

|__|__| Code 17     |__|__| Code 21
|__|__| Code 18     |__|__| Code 22
|__|__| Code 19     |__|__| Code 23
|__|__| Code 20     |__|__| Code 24

**[347] Opening (Disarming) Reporting Codes, Access Codes 25-32**
(Section 5.7 "Communicator – Reporting Codes")

|__|__| Code 25     |__|__| Code 29
|__|__| Code 26     |__|__| Code 30
|__|__| Code 27     |__|__| Code 31
|__|__| Code 28     |__|__| Code 32

**[348] Miscellaneous Opening (Disarming) Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

|__|__| Opening by Duress Code 33      |__|__| Opening by System Code 42
|__|__| Opening by Duress Code 34      |__|__| Auto Arm Cancellation
|__|__| Opening by System Code 40      |__|__| Special Opening
|__|__| Opening by System Code 41

**[349] Maintenance Alarm Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

|__|__| Battery Trouble Alarm          |__|__| Auxiliary Power Supply Trouble Alarm
|__|__| AC Failure Trouble Alarm       |__|__| TLM Trouble Code (via LINKS)
|__|__| Bell Circuit Trouble Alarm     |__|__| General System Trouble
|__|__| Fire Trouble Alarm             |__|__| General System Supervisory

**[350] Maintenance Restoral Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

|__|__| Battery Trouble Restoral       |__|__| Auxiliary Power Supply Trouble Restoral
|__|__| AC Failure Trouble Restoral    |__|__| TLM Restoral
|__|__| Bell Circuit Trouble Restoral  |__|__| General System Trouble Restore
|__|__| Fire Trouble Restoral          |__|__| General System Supervisory Restore

**[351] Miscellaneous Maintenance Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")

|__|__| Phone Number 1 Failure to Communicate
|__|__| Phone Number 2 Failure to Communicate
|__|__| Event Buffer is 75% Full Since Last Upload
|__|__| DLS Lead IN
|__|__| DLS Lead OUT
|__|__| General Zone Trouble Alarm
|__|__| General Zone Trouble Restore
|__|__| Delinquency Code

**[352] Test Transmission Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")
    |___|___| Periodic Test Transmission     |___|___| LINKS 1000 Test Transmission Code
    |___|___| System Test

**[353] Wireless Maintenance Reporting Codes** (Section 5.7 "Communicator – Reporting Codes")
    |___|___| General Zone Low Battery Alarm     |___|___| General Zone Low Battery Restore

**[360] Communicator Format Options** (Section 5.6 "Communicator – Reporting Formats")
*NOTE: The 3rd phone number follows the format programmed for the 1st phone number.*

    Default
    02     |___|___| 1st Phone Number
    02     |___|___| 2nd Phone Number
    **01** 20 BPS, 1400 HZ handshake     **04** SIA FSK
    **02** 20 BPS, 2300 HZ handshake     **05** Pager
    **03** DTMF CONTACT I.D.

**[361] Partition 1 Alarms and Restorals** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[362] Partition 2 Alarms and Restorals** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[363] Partition 1 Tampers and Restorals** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[364] Partition 2 Tampers and Restorals** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[365] Partition 1 Openings and Closings** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[366] Partition 2 Openings and Closings** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[367] System Maintenance Alarms and Restores** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

**[368] System Test Transmissions♦** (Section 5.3 "Communicator – Dialing")

| Default | | Option | ON | OFF |
|---|---|---|---|---|
| ON | |___| | 1 | 1st Telephone Number | Disabled |
| OFF | |___| | 2 | 2nd Telephone Number | Disabled |
| OFF | |___| | 3 | 1st Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 4 | 2nd Telephone Number (via LINKS) | Disabled |
| OFF | |___| | 5-8 | For Future Use | |

♦ Required for Grades B and C central stations.

**[370] Communication Variables**

| Default | | | | Section |
|---|---|---|---|---|
| 003 |___|___|___| | Swinger Shutdown (Alarms and Rest) ♦ | (001-014 Transmissions, 000=disabled) | 5.17 |
| 003 |___|___|___| | Swinger Shutdown (Tampers and Rest) ♦ | (001-014 Transmissions, 000=disabled) | 5.17 |
| 003 |___|___|___| | Swinger Shutdown (Maint and Rest) | (001-014 Transmissions, 000=disabled) | 5.17 |
| 000 |___|___|___| | Transmission Delay Time ♦ | (001-255 seconds) | 5.18 |
| 030 |___|___|___| | AC Failure Communication Delay | (001-255 minutes) | 5.7.7 |
| 003 |___|___|___| | TLM Trouble Delay | (No. of checks required, 003-255) | 5.11 |
| 030 |___|___|___| | Test Transmission Cycle (land line)▲ | (001-255 days) | 5.13 |
| 030 |___|___|___| | Test Transmission Cycle (LINKS)▲ | (001-255 days) | 5.13 |
| 007 |___|___|___| | Zone Low Battery Transmission Delay | (000-255 days) | 5.27 |
| 030 |___|___|___| | Delinquency Transmisison Cycle | (000-255 days / hours*) | 5.7.11 |

*Depends on programming in section [380], option [8].
♦ Shall not be used on UL listed systems.
▲ Program as 001 on UL listed systems.

**NOTE: To disable the AC failure communications delay, program [000].**

**[371] Test Transmission Time of Day** (Section 5.13 "Test Transmission")

Default: 9999    |___|___|___|___|    (Valid entries are 0000-2359, 9999 to disable)

**[380] First Communicator Option Code**

| Default | | Option | ON | OFF | Section |
|---|---|---|---|---|---|
| ON | |___| | 1 | Communications Enabled♦ | Communications Disabled | 5.3 |
| OFF | |___| | 2 | Restorals on Bell Time-out | Restorals Follow Zones | 5.7.2 |
| OFF | |___| | 3 | Pulse Dialing | DTMF Dialing | 5.3 |
| ON | |___| | 4 | Switch to Pulse Dialing on 5th Attempt | DTMF Dial For All Attempts | 5.3 |
| OFF | |___| | 5 | 3rd Phone Number enabled | 3rd Phone Number disabled | 5.4 |
| OFF | |___| | 6 | Alternate Dial (1st and 3rd) | Call 1st Number, Backup to 3rd | 5.4 |
| OFF | |___| | 7 | Call LINKS as well as Land Line | LINKS is Backup of Land Line(s) | 5.26 |
| OFF | |___| | 8 | Delinquency Follows Zone Activity (hrs) | Delinquency Follows Arming (days) | 5.7.11 |

♦ Required for commercial burglary applications.

### [381] Second Communicator Option Code

| Default | Option | ON | OFF | Section |
|---|---|---|---|---|
| OFF | 1 | Open After Alarm Kypd Ringback enabled | Open After Alrm Kypd Ringback disabled | 5.20 |
| OFF | 2 | Open After Alarm Bell Ringback enabled | Open After Alrm Bell Ringback disabled | 5.20 |
| OFF | 3 | SIA Sends Programmed Rep. Codes | SIA Sends Automatic Rep. Codes | 5.6 |
| OFF | 4 | Closing Confirmation Enabled | Closing Confirmation Disabled | 5.20 |
| ON | 5 | Phone 1 & 3 Listen-in enabled | Disabled | 5.30 |
| OFF | 6 | Phone 2 Listen-in enabled | Disabled | 5.30 |
| OFF | 7-8 | For Future Use | | |

### [390] LINKS Preamble (First Telephone Number) (Section 5.26 "LINKS 1000 Cellular Communicator")

Default: FFFF    ⌊__⌊__⌊__⌋    (Program all unused digits with Hex F)

### [391] LINKS Preamble (Second Telephone Number) (Section 5.26 "LINKS 1000 Cellular Communicator")

Default: FFFF    ⌊__⌊__⌊__⌋    (Program all unused digits with Hex F)

### [392] LINKS Preamble (Third Telephone Number) (Section 5.26 "LINKS 1000 Cellular Communicator")

Default: FFFF    ⌊__⌊__⌊__⌋    (Program all unused digits with Hex F)

### [393] LINKS Special Function Preamble (All Telephone Numbers) (Section 5.26 "LINKS 1000 Cellular Communicator")

Default: FFFFFF    ⌊__⌊__⌊__⌊__⌊__⌋    (Program all unused digits with Hex F)
- Enter [✱] [2] [✱] (HEX B) to dial [✱]
- Enter [✱] [3] [✱] (HEX C) to dial [#]

## Downloading Programming♦

### [401] First Downloading Option Code (Section 5.8 "Downloading")

| Default | Option | ON | OFF |
|---|---|---|---|
| OFF | 1 | Ans. Mach. Override/Double Call enabled | Ans. Mach. Override/Double Call disabled |
| ON | 2 | User Can Enable DLS Window | User Cannot Enable DLS Window |
| OFF | 3 | Call-Back Enabled | Call-Back Disabled |
| OFF | 4 | User-initiated call-up enabled | User-initiated call-up disabled |
| OFF | 5-8 | For Future Use | |

### [402] Downloading Computer's Telephone Number (32 Digits) (Section 5.8 "Downloading")

⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌊__⌋

### [403] Downloading Access Code (Section 5.8 "Downloading")

Default: 5010    ⌊__⌊__⌊__⌋

### [404] Panel Identification Code (Section 5.8 "Downloading")

Default: 5010    ⌊__⌊__⌊__⌋

### [405] Answering Machine Double-call Timer (Section 5.8 "Downloading")

Default: 060    ⌊__⌊__⌋    (Valid entries are 001-255 seconds)

### [406] Number of Rings to Answer On

(Section 5.8 "Downloading")

Default: 000    ⌊__⌊__⌋    (Valid entries are 000-012 rings)

### [490] LINKS Preamble (Downloading Telephone Number) (Section 5.8 "Downloading")

Default: FFFF    ⌊__⌊__⌊__⌋    (Program all unused digits with Hex F)

### [499] [Installer's Code] [499] Initiate PC-Link (Local Downloading)

(Section 5.8 "Downloading")

♦ NOTE: The downloading feature has not been investigated by UL.

*17*

# Module Programming

**[801] PC5400 Printer Module Programming**
Please refer to your PC5400 Installation Manual for installation and programming instructions.

**[802] PC59XX Audio Interface Programming**
Please refer to your PC59XX Installation Manual for installation and programming instructions.

**[803] LINKS2X50 Long Range Radio Interface Programming**
Please refer to your LINKS2X50 Installation Manual for installation and programming instructions.

**[804] PC5132 Wireless Expansion Programming**
Please refer to your PC5132 Installation Manual for programming locations and instructions.

**[805] AML Support Programming**
Please refer to your PC5100 Installation Instructions for programming locations and instructions.

# Special Installer Functions

**[901] Installer Walk Test Mode Enable / Disable** (Section 5.33 "Walk Test [Installer]")

**[902] Module Supervision Reset** (Section 2.7 "Enable Supervision")

**[903] Module Supervision Field** (Section 2.7 "Enable Supervision")

**[904] Wireless Module Placement Test** (Section 5.27 "Wireless Expansion")
• Select the module / transmitter (Zones 01-32).
• Press [#] to Cancel.

| Placement | Led Keypad | LCD Keypad | Bell / Buzzer |
|---|---|---|---|
| Good | Light 1 ON Steady | GOOD | 1 Beep / Squawk |
| Fair | Light 2 ON Steady | FAIR | 2 Beeps / Squawks |
| Bad | Light 3 ON Steady | BAD | 3 Beeps / Squawks |

**[990] Installer Lockout Enable** (Section 5.32 "Installer Lockout")

**[991] Installer Lockout Disable** (Section 5.32 "Installer Lockout")

**[993] Restore LINKS2X50 Factory Default Programming** (Section 5.31 "Default [Factory]")

**[995] Restore Escort5580 Factory Default Programming** (Section 5.31 "Default [Factory]")

**[996] Restore PC5132 Factory Default Programming** (Section 5.31 "Default [Factory]")

**[997] Restore PC5400 Factory Default Programming** (Section 5.31 "Default [Factory]")

**[998] Restore PC59XX Factory Default Programming** (Section 5.31 "Default [Factory]")

**[999] Restore Factory Default Programming** (Section 5.31 "Default [Factory]")

# Programming LCD5500(Z) Keypads

## How to Program the LCD Keypad

If you have an LCD5500(Z) Keypad additional programming is required for proper operation. The following is a description of the programming options available:

### How to Enter LCD Programming

Step 1 - Press [✱], [8], [Installer Code] (Enter Installer Programming). Press the [✱] key

Step 2 - Enter the 2 digit Section number to program.

Follow the programming procedure as outlined in Section 4 – "How To Program" – in the PC5010 Installation Manual.

### Programmable Labels

 *If you install any LCD5500 v1.x keypads, after you download the labels (for zones, partitions, etc.) to the keypads, you may have to power the keypads down and then up, and re-select the keypad language, for the keypads to display properly.*

LCD display labels can be changed from their default settings to make operation of the system easier for the end user. The following is the procedure for changing labels:

Step 1 - Enter LCD Programming.

Step 2 - Enter the Number corresponding to the label you wish to program.

Step 3 - Use the arrow keys (<>) to move the underline bar underneath the letter to be changed.

Step 4 - Press the number key [1] to [9] corresponding to the letter you require. The first time you press the number the first letter will appear. Pressing the number key again will display the next letter. Refer to the following chart:

| [1] - A, B, C, 1 | [3] - G, H, I, 3 | [5] - M, N, O, 5 | [7] - S, T, U, 7 | [9] - Y, Z, 9, 0 |
| [2] - D, E, F, 2 | [4] - J, K, L, 4 | [6] - P, Q, R, 6 | [8] - V, W, X, 8 | [0] - Space |

Step 5 - When the required letter or number is displayed use the arrow keys (<>) to scroll to the next letter.

Step 6 - When you are finished programming the label, press the [✱] key and scroll to "Save" then press the [✱] key again.

Step 7 - Continue from Step 2 until all labels are programmed.

### LCD5500 Programming Sections

**[01] to [32] Zone Labels (14 Characters)**

Default: `Zone_____1____`   Default: `Zone_____32___`

**[33] Fire Alarm Label (14 Characters)**

Default: `Fire_Zone_____`

**[34] and [35] Partition Labels (14 Characters)**

Default: `System_____`   Default: `Partition_2___`

**[40] Partition 1 and [41] Partition 2 "Command Output 1" Label (14 Characters)**

Default: `Command_O/P_1_`

**[44] Partition 1 and [45] Partition 2 "Command Output 2" Label (14 Characters)**

Default: `Command_O/P_2_`

**[46] Partition 1 and [47] Partition 2 "Command Output 3" Label (14 Characters)**

Default: `Command_O/P_3_`

**[48] Partition 1 and [49] Partition 2 "Command Output 4" Label (14 Characters)**

Default: `Command_O/P_4_`

**[51] Fail to Arm Event Message**   **[52] Alarm When Armed Event Message**

Default: `System_Has____`   Default: `Alarm_Occurred__`
`Failed_to_Arm___`   `While_Armed___<>`

**[60] First User Display Mask**

| Default | Option | ON | OFF |
|---|---|---|---|
| ON | 1 | Hold Panic Keys prompt ON | Hold Panic Keys prompt OFF |
| ON | 2 | Zone Bypassing prompt ON | Zone Bypass prompt OFF |
| ON | 3 | Troubles prompt ON | Troubles prompt OFF |
| ON | 4 | Alarm Memory prompt ON | Alarm Memory prompt OFF |
| ON | 5 | Door Chime Control prompt ON | Door Chime Control prompt OFF |
| ON | 6 | Access Codes prompt ON | Access Codes prompt OFF |
| ON | 7 | User Functions prompt ON | User Functions prompt OFF |
| ON | 8 | Output Control prompt ON | Output Control prompt OFF |

**[61] Second User Display Mask**

| Default | Option | ON | OFF |
|---|---|---|---|
| OFF | 1 | Installer Programming prompt ON | Prompt OFF |
| ON | 2 | Stay Arm prompt ON | Prompt OFF |
| ON | 3 | Quick Arm prompt ON | Prompt OFF |
| ON | 4 | Interior Arm prompt ON | Prompt OFF |
| OFF | 5 | Quick Exit prompt ON | Prompt OFF |
| ON | 6 | View Event Buffer prompt ON | Prompt OFF |
| OFF | 7 | For Future Use | |
| OFF | 8 | Enable Background Music prompt ON | Enable Background Music prompt OFF |

**[62] Third User Display Mask**

| Default | Option | ON | OFF |
|---|---|---|---|
| ON | 1 | System Test prompt ON | Prompt OFF |
| ON | 2 | Time and Date prompt ON | Prompt OFF |
| ON | 3 | Auto-Arm Control prompt ON | Prompt OFF |
| ON | 4 | Auto-Arm Time prompt ON | Prompt OFF |
| ON | 5 | Download Enable prompt ON | Prompt OFF |
| ON | 6 | Bright Control prompt ON | Prompt OFF |
| ON | 7 | Contrast Control prompt ON | Prompt OFF |
| ON | 8 | Buzzer Control prompt ON | Prompt OFF |

**[63] Downloaded LCD Message Duration**
Default: 003  |___|___| (Valid entries are 000-255, 000=Unlimited Message Display. This number represents the number of times the Downloaded message is cleared by pressing any key while the message is up after timeout)

**[64] Key Options**

| Default | Option | ON | OFF |
|---|---|---|---|
| ON | 1 | Fire Keys enabled | Disabled |
| ON | 2 | Auxiliary Keys enabled | Disabled |
| ON | 3 | Panic Keys enabled | Disabled |
| OFF | 4-8 | For Future Use | |

**[65] Fourth User Display Mask**

| Default | Option | ON | OFF |
|---|---|---|---|
| ON | 1 | User Initiated Call-up Prompt ON | User Initiated Call-up Prompt OFF |
| OFF | 2 | Last Code to Disarm/Arm prompt ON | Last Code to Disarm/Arm prompt OFF |
| OFF | 3 | Walk Test Prompt ON | Walk Test prompt OFF |
| ON | 4 | Command Output #1 prompt ON | Command Output #1 prompt OFF |
| ON | 5 | Command Output #2 prompt ON | Command Output #2 prompt OFF |
| OFF | 6 | Command Output #3 prompt ON | Command Output #2 prompt OFF |
| OFF | 7 | Command Output #4 prompt ON | Command Output #2 prompt OFF |
| OFF | 8 | For Future Use | |

**[66] Keypad Options**

| Default | Option | ON | OFF |
|---|---|---|---|
| ON | 1 | Display Access Code when Programming | Display 'X' when Programming |
| ON | 2 | Local Clock Display Enabled | Disabled |
| OFF | 3 | Local Clock Displays 24-hr Time | Local Clock Displays AM/PM |
| ON | 4 | Auto Alarm Scroll Enabled | Disabled |
| ON | 5 | Local Display of Temperature Enabled* | Disabled |
| OFF | 5-8 | For Future Use | |

**[67] Fifth User Display Mask**

| Default | Option | ON | OFF |
|---|---|---|---|
| OFF | 1 | Thermostat CTRL Prompt ON* | Thermostat CTRL Prompt ON |
| OFF | 2 | Temperature Setting Prompt ON* | Temperature Setting Prompt ON |
| OFF | 3 | Occupancy Mode Prompt ON* | Occupancy Mode Prompt ON |
| OFF | 4 | Thermostat Mode Prompt ON* | Thermostat Mode Prompt ON |
| OFF | 5 | Fan Control Prompt ON* | Fan Control Prompt ON |
| OFF | 6 | For Keypad View Prompt ON* | For Keypad View Prompt ON |
| OFF | 7-8 | For Future Use | |

**[68] Sixth User Display Mask**

| Default | Option | ON | OFF |
|---|---|---|---|
| OFF | 1 | Occupancy Mode Auxiliary Prompt ON* | Occupancy Mode Auxiliary Prompt OFF |
| OFF | 2 | Occupancy Mode Day Prompt ON* | Occupancy Mode Day Prompt OFF |
| OFF | 3 | Occupancy Mode Away Prompt ON* | Occupancy Mode Away Prompt OFF |
| OFF | 4 | Occupancy Mode Night Prompt ON* | Occupancy Mode Night Prompt OFF |
| OFF | 5-8 | For Future Use | |

*NOTE: These options are only relevant if you are using an LCD5500Z keypad v2.1 or higher.*

**[97] View Software Version**

**[98] Initiate Global Label Broadcast**

All LCD programming is done by keypad. If more than one LCD keypad is present it is not necessary to program each independently. Labels programmed in one keypad can be broadcast to all other LCD keypads. The following is the procedure for broadcasting labels:

Step 1 - Program one LCD keypad completely.
Step 2 - Make sure all LCD keypads are connected to the KEYBUS.
Step 3 - Enter LCD Programming at the keypad that was programmed.
Step 4 - Enter Section [98] at the keypad that was programmed.

The keypad will now broadcast all the information programmed to all the other LCD keypads on the system.

When the keypad is finished press the [#] key to exit.

**[99] Factory Default LCD Keypad**

The following is the procedure for factory defaulting an LCD keypad:

• Enter LCD Programming at the keypad to be defaulted. Enter Section [99]. Press the [#] when programming is complete

## ASCII Characters

| 032 | 0 048 | @ 064 | P 080 | ` 096 | p 112 | — 160 | ― 176 | タ 192 | ミ 208 | α 224 | p 240 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ! 033 | 1 049 | A 065 | Q 081 | a 097 | q 113 | 。 161 | ア 177 | チ 193 | ム 209 | ä 225 | q 241 |
| " 034 | 2 050 | B 066 | R 082 | b 098 | r 114 | 「 162 | イ 178 | ツ 194 | メ 210 | β 226 | θ 242 |
| # 035 | 3 051 | C 067 | S 083 | c 099 | s 115 | 」 163 | ウ 179 | テ 195 | モ 211 | ε 227 | ∞ 243 |
| $ 036 | 4 052 | D 068 | T 084 | d 100 | t 116 | 、 164 | エ 180 | ト 196 | ヤ 212 | μ 228 | Ω 244 |
| % 037 | 5 053 | E 069 | U 085 | e 101 | u 117 | ・ 165 | オ 181 | ナ 197 | ユ 213 | σ 229 | ü 245 |
| & 038 | 6 054 | F 070 | V 086 | f 102 | v 118 | ヲ 166 | カ 182 | ニ 198 | ヨ 214 | ρ 230 | Σ 246 |
| ' 039 | 7 055 | G 071 | W 087 | g 103 | w 119 | ァ 167 | キ 183 | ヌ 199 | ラ 215 | g 231 | π 247 |
| ( 040 | 8 056 | H 072 | X 088 | h 104 | x 120 | ィ 168 | ク 184 | ネ 200 | リ 216 | √ 232 | x 248 |
| ) 041 | 9 057 | I 073 | Y 089 | i 105 | y 121 | ゥ 169 | ケ 185 | ノ 201 | ル 217 | ⁻¹ 233 | y 249 |
| * 042 | : 058 | J 074 | Z 090 | j 106 | z 122 | ェ 170 | コ 186 | ハ 202 | レ 218 | j 234 | 千 250 |
| + 043 | ; 059 | K 075 | [ 091 | k 107 | { 123 | ォ 171 | サ 187 | ヒ 203 | ロ 219 | × 235 | 万 251 |
| , 044 | < 060 | L 076 | ¥ 092 | l 108 | | 124 | ャ 172 | シ 188 | フ 204 | ワ 220 | ¢ 236 | 円 252 |
| - 045 | = 061 | M 077 | ] 093 | m 109 | } 125 | ュ 173 | ス 189 | ヘ 205 | ン 221 | ₤ 237 | ÷ 253 |
| . 046 | > 062 | N 078 | ^ 094 | n 110 | → 126 | ョ 174 | セ 190 | ホ 206 | ゛ 222 | ñ 238 |  254 |
| / 047 | ? 063 | O 079 | _ 095 | o 111 | ← 127 | ッ 175 | ソ 191 | マ 207 | ゜ 223 | ö 239 | ■ 255 |

# CHANGES FOR PC5010 V2.0

The PC5010 v2.0 software incorporates several new features and changes. The most important additions listed below:

## False Alarm Reduction Features

The following features have been added to reduce the number of false alarms caused by user error.

### Rotating Keypress Buffer

The panel will look for any 4 digits in a row which match a valid code when the user attempts to disarm the system. Keypad Lockout can still be enabled if required. Every fourth or sixth key will count as one bad attempt depending on the code length.

### Cross Zone Police Code

This reporting code provides an additional report the the central station about events on the premises. The cross zone police code is transmitted when there are two different alarms during any armed-to-armed period. (See section 5.7 "Communicator Reporting Codes" in the Programming Manual.)

## Other Programming Changes and Additions

### Activity/Closing Delinquency Reporting

Delinquency reporting can be set up to follow zone activity or arming. (See section 5.7 "Communicator Reporting Codes" in the Programming Manual.)

### New PGM Output Types

[03] Sensor Reset. This output allows power reset of latching smoke detectors using the [*][7][2] command.

[15]: Remote Operation. This output can be activated and deactivated remotely using the DLS-1 software.

[19] - [22]: Command Output options 1-4 allow users to activate/deactivate a PGM output by entering [*][7][1-4]. These outputs can be used for operating devices such as garage door opener, special lighting or door strikes. They can also be used to command an Automation Item programmed in the ESCORT 5580.

[23]: The Silent 24 Hour (PGM2 only) output option allows a silent alarm to be triggered and a signal to be sent to central station. This input does not follow Swinger Shutdown.

[24]: The Audible 24 Hour (PGM2 only) Alarm output option allows an audible alarm to be triggered and a signal to be sent to central station.

See section 5.10 "PGM Output Options" in the Programming Manual.

NOTE: Output types [03], [04] and [20] cannot be used together on the same system.

### Wireless Support

A wireless attribute has been added to the zone attribute sections (programming sections [101]-[132]) so that double end of line resistors are not required for wireless supervision.

### LINKS Test Transmission

A separate LINKS Test Transmission is available. (See section 5.13 "Test Transmission" in the Programming Manual.)

## New Keypad Features

Keypads with zone inputs are now available. The new LDC5500Z keypads have the following additional features: Autoscroll of alarm memory; 24-hour time display; viewing of troubles while armed; and keypad backlighting boost. (See sections 3.4 "[*] Commands" and 3.7 "Features available for the LCD5500Z" in the Programming Manual.)

## New Downloading Software

Downloading Software DLS-1 Version 6.4 must be used to upload and download with the new PC5010 v2.0 Software. Do not attempt to perform downloading/uploading functions with earlier software.



DSC™ Security Products

©1998 Digital Security Controls Ltd.
1645 Flint Road, Downsview, Ontario, Canada M3J 2J6
Tel. (416) 665-8460 • Fax (416) 665-7498 • Tech. Line 1-800-387-3630
Printed in Canada 29002712 R2

Anthony,   8143

　　Please make the alarm code the same as our other house (call us) Do not code it 2190. Thanks

Lauren / Harold
718-519-8072



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd STREET, BELLEROSE, NEW YORK 11426
(718) 347-1572 • E-Mail: commandsec@aol.com
Fax: (718) 343-1014

INVOICE #*040700*                                              APRIL 10, 2000

**COMMAND FORCE IS PLEASED TO SUBMIT THE FINAL BILL FOR THE INSTALLATION OF SECURITY SYSTEM INSTALLED FOR MR & MRS HAROLD HEINZ 34 WILDWOOD RD , WILTON, CT. 06897**
**TEL/FAX 203-834-9574**

**COMMAND FORCE HAS ALARMED AND INSTALLED THE FOLLOWING:**
**ONE DSC POWER 832 CONTROL PANEL AND DIGITAL COMMUNICATOR**
**ONE BACK UP POWER SUPPLY    ONE INSIDE SIREN    TWO LCD KEYPAD**
**ONE WATER SENSOR BY POOL**
**ONE MOTION ON DOWNSTAIRS LEVEL   ONE SMOKE ON DOWNSTAIRS LEVEL**
**TWO SMOKES ON MAIN LEVEL        TWO MOTIONS ON MAIN LEVEL**

**TOTAL SECURITY INVESTMENT       $ 1700.00**
**CENTRAL STATION APRIL MAY JUNE        71.28**

*Central Station Monitoring @ 21.95 per month billed quarterly*
*all prices are based on central station monitoring with 36 month contract.*

SYSTEM WILL BE GUARANTEED FOR ONE YEAR LABOR ONLY. PARTS WILL BE GUARANTEED BY MANUFACTURERS WARRANTY ONLY.
COMMAND FORCE WILL NOT BE RESPONSIBLE FOR ANY DAMAGE THAT MAY OCCUR TO THE SYSTEM THAT IS BEYOND OUR CONTROL SUCH
AS FROM PAINT, FIRE, WATER, VERMIN, OR VANDALISM. DURING THE PERIOD OF GUARANTEE, REPAIRS MAY NOT BE MADE BY ANYONE
OTHER THAN COMMAND FORCE. THE ABOVE WORK WILL BE DONE IN A PROFESSIONAL AND SATISFACTORY MANNER.
TITLE TO ALL EQUIPMENT WILL REMAIN WITH COMMAND FORCE UNTIL ALL SUMS DUE HAVE BEEN PAID.
THANK YOU FOR THE OPPORTUNITY TO QUOTE. WE LOOK TOWARD TO YOUR ACCEPTANCE OF OUR PROPOSAL SIGNIFIED BY THE RETURN
OF A SIGNED COPY OF THIS CONTRACT AND INITIAL PAYMENT.

**Total security investment        $ 1,771.28**

**AMOUNT NOW DUE            $ 1,771.28**

THANK YOU FOR YOUR PROMPT ATTENTION

WE APPRECIATE YOUR BUSINESS



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd Street, Bellerose, New York 11426
Tel: (800) 499-8890 • (718) 347-1572 • Fax: (718) 343-1014
www.CommandForce.com • E-Mail: commandsec@aol.com

```
New York State Alarm License # 12000009510
Workers Compensation - State Insurance Fund # 811-601-4
General Liability Insurance $2,000,000 and errors & omissions insurance
Northern American Specialist  (BRAC cig00000377-00)
Automobile Insurance - State Farm Insurance Company Policy # T40-2059-D10-32
```

COMMAND FORCE IS PLEASED TO SUBMIT THE FOLLOWING SECURITY SYSTEM
PROPOSAL FOR  MR & MRS HAROLD HEINZ 34 WILDWOOD RD,WILTON, CT.

COMMAND FORCE WILL ALARM AND INSTALLTHE FOLLOWING SECURITY
ONE DSC POWER 832 CONTROL PANEL   ONE DIGITAL COMMUNICATOR
ONE BACK UP POWER SUPPLY      ONE INSIDE SIREN

<u>BASEMENT ALARM</u>
ONE MOTION IN POOL ROOM      ONE MOTIN IN HALL TO PLAY ROOM
ALARM TWO POOL SLIDING DOORS WITH CONTACTS ONLY
ALARM DOOR TO POOL

<u>FIRST FLOOR ALARM</u>
ALARM ONE FRONT ENTRY DOOR   ALARM DOOR IN BREAKFAST ROOM
ALARM ONE DOOR IN LIBRARY    ALARM ONE DOOR INTO HOUSE
INSTALL TWO LCD KEYPADS  ONE FRONT DOOR AND ONE GARAGE DOOR
INSTALL ONE MOTION IN HALL ENTRY  INSTALL ONE MOTION IN GARAGE
INSTALL ONE MOTION IN LIBRARY

<u>SECOND FLOOR ALARM</u>
MOTION SENSOR IN HALL        KEYPAD IN MASTERBED ROOM

CENTRAL STATION MONITORING AT $ 24.95 PER MONTH BILLED QUARTERLY.
BURGLARY AND FIRE
 SYSTEM WILL BE GUARANTEED FOR ONE-YEAR LABOR ONLY. . COMMAND FORCE WILL NOT BE
RESPONSIBLE FOR ANY DAMAGE THAT MAY OCCUR TO THE SYSTEM THAT IS BEYOND OUR CONTROL SUCH
AS FROM PAINT, FIRE, WATER, VERMIN, OR VANDALISM. DURING THE PERIOD OF GUARANTEE, REPAIRS
MAY NOT BE MADE BY ANYONE OTHER THAN COMMAND FORCE.THE ABOVE WORK WILL BE DONE IN A
PROFESSIONAL AND SATISFACTORY MANNER
TITLE TO ALL EQUIPMENT WILL REMAIN WITH COMMAND FORCE UNTIL ALL SUMS DUE HAVE BEEN PAID.
THANK YOU FOR THE OPPORTUNITY TO QUOTE. WE LOOK TOWARD TO YOUR ACCEPTANCE OF OUR PROPOSAL
SIGNIFIED BY THE RETURN OF A SIGNED COPY OF THIS CONTRACT AND INITIAL PAYMENT.

TOTAL AMOUNT         $ 1995.00
DEPOSIT REQUIRED       1000.00
WHEN ALL WIRE ARE IN PLACE 495.00
BALANCE DUE UPON COMPLETION $ 500.00

ACCEPTANCE OF PROPOSAL: THE ABOVE PRICES, SPECIFICATIONS AND CONDITIONS ARE SATISFACTORY
AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENT WILL BE
MADE AS OUTLINED ABOVE.

SIGNATURE_____DATE_____



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd Street, Bellerose, New York 11426
Tel: (800) 499-8890 • (718) 347-1572 • Fax: (718) 343-1014
www.CommandForce.com • E-Mail: commandsec@aol.com

```
New York State Alarm License # 12000009510
Workers Compensation - State Insurance Fund # 811-601-4
General Liability Insurance $2,000,000 and errors & omissions insurance
Northern American Specialist  (BRAC cig00000377-00)
Automobile Insurance - State Farm Insurance Company Policy # T40-2059-D10-32
```

COMMAND FORCE IS PLEASED TO SUBMIT THE FOLLOWING SECURITY SYSTEM
PROPOSAL FOR  MR & MRS HAROLD HEINZ 34 WILDWOOD RD,WILTON, CT.

COMMAND FORCE WILL INSTALLTHE FOLLOWING SECURITY FOR THE POOL DOOR
ACCESS CONTROL
ONE KEYPAD FOR POOL DOOR WITH DOOR STRIKE

SYSTEM WILL BE GUARANTEED FOR ONE-YEAR LABOR ONLY. . COMMAND FORCE WILL NOT BE
RESPONSIBLE FOR ANY DAMAGE THAT MAY OCCUR TO THE SYSTEM THAT IS BEYOND OUR CONTROL SUCH
AS FROM PAINT, FIRE, WATER, VERMIN, OR VANDALISM. DURING THE PERIOD OF GUARANTEE, REPAIRS
MAY NOT BE MADE BY ANYONE OTHER THAN COMMAND FORCE.THE ABOVE WORK WILL BE DONE IN A
PROFESSIONAL AND SATISFACTORY MANNER
TITLE TO ALL EQUIPMENT WILL REMAIN WITH COMMAND FORCE UNTIL ALL SUMS DUE HAVE BEEN PAID.
THANK YOU FOR THE OPPORTUNITY TO QUOTE. WE LOOK TOWARD TO YOUR ACCEPTANCE OF OUR PROPOSAL
SIGNIFIED BY THE RETURN OF A SIGNED COPY OF THIS CONTRACT AND INITIAL PAYMENT.

## TOTAL AMOUNT   $ 700.00
## BALANCE DUE UPON COMPLETION $ 700.00

ACCEPTANCE OF PROPOSAL: THE ABOVE PRICES, SPECIFICATIONS AND CONDITIONS ARE SATISFACTORY
AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENT WILL BE
MADE AS OUTLINED ABOVE.

## SIGNATURE_____DATE_____



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd Street, Bellerose, New York 11426
Tel: (800) 499-8890 • (718) 347-1572 • Fax: (718) 343-1014
www.CommandForce.com • E-Mail: commandsec@aol.com

New York State Alarm License # 12000009510
Workers Compensation - State Insurance Fund # 811-601-4
General Liability Insurance $2,000,000 and errors & omissions insurance
Northern American Specialist  (BRAC cig00000377-00)
Automobile Insurance - State Farm Insurance Company Policy # T40-2059-D10-32

COMMAND FORCE IS PLEASED TO SUBMIT THE FOLLOWING SPEAKER ABD VOLUME CONTROL FOR PROPOSAL FOR  MR & MRS HAROLD HEINZ 34 WILDWOOD RD,WILTON, CT.

COMMAND FORCE WILL ALARM AND INSTALLTHE FOLLOWING SPEAKERS AND VOLUME CONTROLS IN EACH ROOM

BASEMENT
TWO SPEAKERS IN POOL ROOM   ONE VOLUME CONTROL
TWO SPEAKERS IN PLAY ROOM   ONE VOLUME CONTROL
ONE SPEAKER IN SAUNA ONE VOLUME CONTROL

FIRST FLOOR
TWO SPEAKERS FRONT ENTRY         ONE VOLUME CONTROL
TWO SPEAKERS IN BREAKFAST ROOM   ONE VOLUME CONTROL
TWO SPEAKERS IN LIBRARY       ONE VOLUME CONTROL
TWO SPEAKERS LIVING ROOM      ONE VOLUME CONTROL
TWO SPEAKERS IN DINING ROOM ONE VOLUME CONTROL
TWO  OUTDOOR SPEAKERS PORCH ONE VOLUME CONTROL
GREAT ROOM TWO SPEAKES     ONE VOLUME CONTROL

SECOND FLOOR
TWO SPEAKERS BEDROOM # 1   ONE VOLUME CONTROL
TWO SPEAKERS BEDROOM # 2   ONE VOLUME CONTROL
TWO SPEAKERS BEDROOM # 3 ONE VOLUME CONTROL
TWO SPEAKERS MASTERBEDROOM   ONE VOLUME CONTROL
TWO SPEAKERS IN MASTER BED ROOM BATH   ONE VOLUME CONTROL

SYSTEM WILL BE GUARANTEED FOR ONE-YEAR LABOR ONLY. . COMMAND FORCE WILL NOT BE RESPONSIBLE FOR ANY DAMAGE THAT MAY OCCUR TO THE SYSTEM THAT IS BEYOND OUR CONTROL SUCH AS FROM PAINT, FIRE, WATER, VERMIN, OR VANDALISM. DURING THE PERIOD OF GUARANTEE, REPAIRS MAY NOT BE MADE BY ANYONE OTHER THAN COMMAND FORCE.THE ABOVE WORK WILL BE DONE IN A PROFESSIONAL AND SATISFACTORY MANNER
TITLE TO ALL EQUIPMENT WILL REMAIN WITH COMMAND FORCE UNTIL ALL SUMS DUE HAVE BEEN PAID.
THANK YOU FOR THE OPPORTUNITY TO QUOTE. WE LOOK TOWARD TO YOUR ACCEPTANCE OF OUR PROPOSAL SIGNIFIED BY THE RETURN OF A SIGNED COPY OF THIS CONTRACT AND INITIAL PAYMENT.
    TOTAL AMOUNT              $ 5950.00
    DEPOSIT REQUIRED          $ 3000.00
    WHEN ALL WIRE ARE IN PLACE $ 1500.00
    BALANCE DUE UPON COMPLETION$ 1495.00
ACCEPTANCE OF PROPOSAL: THE ABOVE PRICES, SPECIFICATIONS AND CONDITIONS ARE SATISFACTORY AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENT WILL BE MADE AS OUTLINED ABOVE.

SIGNATURE_____DATE_____



# COMMAND FORCE
## SECURITY SYSTEMS, INC.

81-03 252nd Street, Bellerose, New York 11426
Tel: (800) 499-8890 • (718) 347-1572 • Fax: (718) 343-1014
www.CommandForce.com • E-Mail: commandsec@aol.com

```
New York State Alarm License # 12000009510
Workers Compensation - State Insurance Fund # 811-601-4
General Liability Insurance $2,000,000 and errors & omissions insurance
Northern American Specialist  (BRAC cig00000377-00)
Automobile Insurance - State Farm Insurance Company Policy # T40-2059-D10-32
```

COMMAND FORCE IS PLEASED TO SUBMIT THE FOLLOWING SECURITY SYSTEM
PROPOSAL FOR  MR & MRS HAROLD HEINZ 34 WILDWOOD RD,WILTON, CT.

COMMAND FORCE WILL ALARM AND INSTALLTHE FOLLOWING SECURITY
ONE ADDRESSABLE FIRE ALARM PANEL

<u>BASEMENT ALARM</u>
ONE SMOKE DETECTOR IN CRAWL SPACE   ONE HORN STROBE
ONE SMOKE DETECTOR IN PLAYROOM      ONE SMOKE DETECTOR ON LANDING

<u>FIRST FLOOR ALARM</u>
ONE SMOKE DETECTOR IN LIBRARY       ONE SMOKE IN LIVING ROOM
ONE SMOKE DETECTOR IN GREAT ROOM    ONE SMOKE IN DINING
ONE SMOKE DETECTOR BREAKFEAST ROOM  ONE SMOKE DETECTOR IN LAUNDRY ROOM
ONE SMOKE DETECTOR IN ENTRY FOYER   ONE HEAT STAT IN KITCHEN
ONE HORN STROBE

<u>SECOND FLOOR ALARM</u>
ONE SMOKE DETECTOR IN BEDROOM # 1   ONE SMOKE DETECTOR IN BEDROOM # 2
ONE SMOKE DETECTOR IN BEDROOM # 3 ONE SMOKE DETECTOR IN MASTERBEDROOM
ONE SMOKE DETECTOR ON LANDING TO ATTIC
ONE SMOKE DETECTOR IN STUDIO   ONE SMOKE DETECTOR IN HALL
ONE HORN STROBE

THIS WILL ALL BE MONITORED BY CENTRAL STATION

SYSTEM WILL BE GUARANTEED FOR ONE-YEAR LABOR ONLY. . COMMAND FORCE WILL NOT BE
RESPONSIBLE FOR ANY DAMAGE THAT MAY OCCUR TO THE SYSTEM THAT IS BEYOND OUR CONTROL SUCH
AS FROM PAINT, FIRE, WATER, VERMIN, OR VANDALISM. DURING THE PERIOD OF GUARANTEE, REPAIRS
MAY NOT BE MADE BY ANYONE OTHER THAN COMMAND FORCE.THE ABOVE WORK WILL BE DONE IN A
PROFESSIONAL AND SATISFACTORY MANNER
TITLE TO ALL EQUIPMENT WILL REMAIN WITH COMMAND FORCE UNTIL ALL SUMS DUE HAVE BEEN PAID.
THANK YOU FOR THE OPPORTUNITY TO QUOTE. WE LOOK TOWARD TO YOUR ACCEPTANCE OF OUR PROPOSAL
SIGNIFIED BY THE RETURN OF A SIGNED COPY OF THIS CONTRACT AND INITIAL PAYMENT.

TOTAL AMOUNT          $ 4995.00
DEPOSIT REQUIRED        2500.00
WHEN ALL WIRE ARE IN PLACE 1000.00
BALANCE DUE UPON COMPLETION $ 1495.00

ACCEPTANCE OF PROPOSAL: THE ABOVE PRICES, SPECIFICATIONS AND CONDITIONS ARE SATISFACTORY
AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENT WILL BE
MADE AS OUTLINED ABOVE.

SIGNATURE_____DATE_____

Exhibit C



NORTH AMERICAN SPECIALTY INSURANCE COMPANY
650 Elm Street
Manchester, NH 03101-2524
(800) 542-9200

| Policy Number: | From | To |
|---|---|---|
| CIG 000...7-00 | 04/27/01 | 04/27/02 |

12:01 A.M. Standard Time at the Address of the Insured assigned here

Transaction

| Named Insured and Mailing Address | Agent |
|---|---|
| | Agency Code: 00012 |
| COMMAND FORCE SECURITY SYSTEMS, INC. DBA: GOLD COAST DATA & COMMUNICATIONS 81-03 252ND STREET BELLEROSE, NY 11426 | IZZO INSURANCE SERVICES, INC. 7234 W. NORTH AVENUE ELMWOOD PARK, IL 60707 Telephone: (800) 800 - 1704 |
| **Business Description:** ALARM OPERATION | **Type of Business:** CORPORATION    **Audit Period:** 04/27/01 – 04/27/02 |

## COMMON POLICY DECLARATIONS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| Form No. | Coverage Part Description | Premium |
|---|---|---|
| NAS-GL-DEC (0598) | General Liability | $ 1,550. |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

RECEIVED MAY 0 7 2001 Izzo Insurance Services, Inc.

| Fees | $ | Policy Premium | $ 1,550. |
| Taxes | $ | Deposit Premium | $ |
| Surcharges | $ | Total Deposit Premium | $ 1,550. |

☐ FACULTATIVE
☒ AUDITABLE

Premium shown is payable: (If applicable) _____ At Inception    1st Anniversary    2nd Anniversary

**Forms and Endorsements applicable to all Coverage Parts:**

| NAS-COM-DEC (0598) | NAS-GL-DEC (0598) | NAS-GLS-DEC (0598) | NAS-ASB-001 (0900) | NAS-TPE-001 (0495) |
| CG 00 01 (0798) | CG 21 47 (0798) | CG 01 04 (0497) | CG 01 63 (0999) | CG 26 21 (1091) |
| CG 26 24 (0892) | IL 00 17 (1198) | IL 00 23 (0498) | IL 02 68 (0700) | NAS-GSA-GL 01(0900) |
| NAS-GSA-GL 02(0900) | NAS-GSA-GL 03(0900) | NAS-GSA-GL 04(0900) | NAS-GSA-GL 05(0900) | NAS-GSA-GL 06(0900) |
| NAS-GSA-GL 07(0900) | NAS-GSA-GL 11(0900) | NAS-GSA-GL 18(0900) | NAS-GSA-GL 21(0900) | NAS-GSA-GL 22(0900) |
| NAS-GSA-GL 23(0900) | NAS-GSA-GL 25(0900) | NAS-GSA-GL 26(0900) | NAS-POL-001 (0798) | |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Countersigned at: _____    This Day of _____    By: _____
Issued Date: 04/25/01    Issued at: _____    (Authorized Signature)

NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE DEPARTMENT. HOWEVER, SUCH FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.

2-14007

NAS-COM-DEC (05/98)

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission. Copyright, ISO Commercial Risk Services, Inc., 1983, 1984

AMS 5-1-01 CR



**North American Specialty Insurance Company**
650 Elm Street, Manchester, NH 03101
1-800-542-9200

Policy Number: CIX 0000011-00

From: 04/27/01 - To: 04/27/02

12:01 A.M. Standard Time at the time at the Address of the Insured assigned here

| Named Insured and Mailing Address | Producer |
|---|---|
| COMMAND FORCE SECURITY SYSTEMS, INC.<br>DBA: GOLD COAST DATA & COMMUNICATIONS<br>81-03 252ND STREET<br>BELLEROSE, NY 11426 | Producer No: 00012<br>IZZO INSURANCE SERVICES, INC.<br>7234 W. NORTH AVENUE<br>ELMWOOD PARK, IL 60707<br>Telephone: (800)800-1704 |

## FOLLOWING FORM COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS

### Limits and Premium

**Limits of Insurance**

$ 1,000,000.

Each Occurrence/Each Accident/Each Employee/Each Claim (as applicable)

$ 1,000,000.

Combined Aggregate

**Premium**

$1,000.   ☒ Flat
☐ Auditable–See Premium Computation Endorsement

RECEIVED
MAY 0 7 2001
Izzo Insurance Services, Inc.

### Schedule of Underlying Insurance

| Type of Policy: | GENERAL LIABILITY | Description of Limits: |
|---|---|---|
| Policy Number: | CIG0000377-00 | Defense Within Limits: (Y/N) N |
| Company: | NORTH AMERICAN SPECIALTY | 1,000,000. Each OCCURRENCE |
| Policy Period: | 04/27/01 – 04/27/02 | 5,000,000. Aggregate/Policy Limit |
| | | Coverage Trigger |

| Type of Policy: | N.A. | Description of Limits: |
|---|---|---|
| Policy Number: | - | Defense Within Limits: (Y/N) |
| Company: | | Each |
| Policy Period: | | Aggregate/Policy Limit |
| | | Coverage Trigger |

| Type of Policy: | N.A. | Description of Limits: |
|---|---|---|
| Policy Number: | - | Defense Within Limits: (Y/N) |
| Company: | | Each |
| Policy Period: | | Aggregate/Policy Limit |
| | | Coverage Trigger |

**Forms and Endorsements attached to this Declarations:**
NAS-EXC-DEC (1298)   NAS-EXC-1 (1298)   NAS-EXC-2A-NY (0898)   NAS-EXC-2-NY (0898)

Countersigned by _____

Issue Date: 04/25/01

2-14007

NAS-EXC-DEC (12/98)

NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE DEPARTMENT. HOWEVER, SUCH FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.