UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLENS FALLS INSURANCE COMPANY : | CIVIL ACTION NO. 303 CV 1015 (DJS) |
| a/s/o HAROLD and LAUREN HEINZ | |
|     Plaintiff | |
| | : |
|  against | : |
| | : |
| COMMAND FORCE SECURITY : | SEPTEMBER 20, 2004 |
| SYSTEMS, INC. | |
|     Defendant | |

**JOINT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,
AND FOR DEFENDANT TO FILE REPLY TO SAID OPPOSITION**

The plaintiff, Glens Falls Insurance Company, through counsel, moves for a one day extension of time to September 21, 2004, by which to file opposition to the defendant's Motion for Summary Judgment filed August 30, 2004.  The undersigned counsel for the plaintiff represents as follows:

    1.    Attorney Michael Mezzacappa, attorney for the defendant, consents to the Court granting counsel for the plaintiff a one day extension of time to September 21, 2004, by which to file an opposition to the defendant's Motion for Summary Judgment. The plaintiff and the defendant also request that the deadline for the defendant to file a reply to the plaintiff's opposition to the Motion for Summary Judgment be extended by one day.

    2.    Counsel for the plaintiff requires a one day extension of time to file an opposition to the defendant's Motion for Summary Judgment because there are several hundred pages of exhibits and transcripts which require reviewing and analyzing in order to prepare the opposition.  Due to the schedule of plaintiff's counsel during the past three weeks, he is unable to complete the opposition by the deadline of September 20, 2004,

but he will do so by September 21, 2004. Accordingly, he needs a one-day extension of time to file the opposition.

WHEREFORE, the plaintiff and the defendant, through their counsel, respectfully request the Court to extend by one day the deadline for the plaintiff to file an opposition to the defendant's Motion for Summary Judgment, and for the defendant to file a reply to that opposition.

>THE PLAINTIFF,
>GLENS FALLS INSURANCE COMPANY
> a/s/o HAROLD and LAUREN HEINZ
>
>
>By   /s/ Joseph E. Mascaro
>Joseph E. Mascaro, Esq. – CT 12736
>Morrison Mahoney LLP
>One Constitution Plaza, 10th Floor
>Hartford, CT 06103
>(860) 616-4441
>(860) 541-4878
>jmascaro@morrisonmahoney.com
>
>
>THE DEFENDANT
>COMMAND FORCE SECURITY SYSTEMS, INC.
>
>
>  /s/ Michael Mezzacappa
>Michael Mezzacappa
>Kaufman Borgeest & Ryan LLP
>99 Park Avenue
>New York, New York 10016
>212-980-9600
>212-980-9291(facsimile)
>mmezzacappa@kbrny.com

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103