UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLENS FALLS INSURANCE COMPANY : <br> a/s/o HAROLD and LAUREN HEINZ <br>     Plaintiff | CIVIL ACTION NO. 303 CV 1015 (DJS) |
| v. : | |
| COMMAND FORCE SECURITY : <br> SYSTEMS, INC. <br>     Defendant | SEPTEMBER 21, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Glens Falls Insurance Company, Inc., has manually filed the Exhibits 1-10 of the Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

These documents have not been filed electronically because either these documents cannot be converted to an electronic format and/or for the documents that can be converted, the electronic file size of the documents exceed 1.5 megabytes.

The documents have been manually served on all parties.

Respectfully Submitted,
THE PLAINTIFF,
GLENS FALLS INSURANCE COMPANY
 a/s/o HAROLD and LAUREN HEINZ

By   /s/ Joseph E. Mascaro
Joseph E. Mascaro, Esq. – CT 12736
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441
(860) 541-4878
jmascaro@morrisonmahoney.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 21st   day of September, 2004, as follows:

Attorney Michael Mezzacappa
Kaufman, Borgeest & Ryan, LLP
200 Summit Lake Drive
Valhalla, NY 10595


                                             /s/ Joseph E. Mascaro
                                             Joseph E. Mascaro

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103