UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENS FALLS INSURANCE COMPANY : <br> a/s/o HAROLD and LAUREN HEINZ <br>     Plaintiff | : | CIVIL ACTION NO. 303 CV 1015 (DJS) |
| v. | : | |
| COMMAND FORCE SECURITY <br> SYSTEMS, INC. <br>     Defendant | : | SEPTEMBER 21, 2004 |

## AFFIDAVIT OF JOSEPH E. MASCARO

1.    I am an attorney at the law firm of Morrison Mahoney LLP, which represents the plaintiff, Glens Falls Insurance Company, as subrogor of Harold and Lauren Heinz.

2.    A true and exact copy of the fire investigation report prepared by the Wilton Fire Marshal's office is attached as Exhibit 1 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

3.    A true and exact copy of a press release issued by the Wilton Fire Department is attached as Exhibit 2 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

4.    A true and exact copy of a newspaper article from a newspaper known as *The Hour* is attached as Exhibit 3 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

5.    A true and exact copy of a newspaper article from a newspaper known as *The Wilton Villager* is attached as Exhibit 4 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

6. A true and exact copy of a newspaper article from a newspaper known as *The Bulletin* is attached as Exhibit 5 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

7. A true and exact copy of the "subscriber activity report" is attached as Exhibit 6 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

8. A true and exact copy of the Certificate of Occupancy issued by the Wilton Building Department is attached as Exhibit 7 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

9. A true and exact copy of the defendant's response to plaintiff's interrogatories and request for production are attached as Exhibit 8 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

10. A true and exact copy of numerous photographs of the premises shortly after the fire are attached as Exhibit 9 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.

11.     A true and exact copy of the plaintiff's Damage Analysis is attached as Exhibit 10 to the Plaintiff's Memorandum of Law in support of its opposition to the defendant's Motion for Summary Judgment.


/s/ Joseph E. Mascaro
Joseph E. Mascaro



Subscribed and sworn to before me this <u>21st</u> day of <u>September</u>, 2004.


/s/ Christina L. Rossetti
Notary Public
My Commission Expires:  10/31/06

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 21st   day of September, 2004, as follows:

Attorney Michael Mezzacappa
Kaufman, Borgeest & Ryan, LLP
200 Summit Lake Drive
Valhalla, NY 10595


            /s/ Joseph E. Mascaro
            Joseph E. Mascaro

Clerk's Office
United States District Court
450 Main Street
Hartford, CT 06103