UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GLEN FALLS INS. CO., ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:03cv1015(DJS) |
| **COMMAND FORCE SECURITY SYS., INC.**<br>    **Defendant** | : |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiffs moving to reopen the case on or before **October 25, 2004**. If the plaintiffs do not move to reopen the case on or before **October 25, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   24th   day of September, 2004.

 /s/DJS
Dominic J. Squatrito
United States District Judge