UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

GLENS FALLS INSURANCE COMPANY  :   CIVIL ACTION NO. 303 CV 1015 (DJS)
a/s/o HAROLD and LAUREN HEINZ  :
    Plaintiff
                                                 :

    v.                             :
COMMAND FORCE SECURITY         :   SEPTEMBER 29, 2004
SYSTEMS, INC.
    Defendant

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Glen Falls Insurance Company a/s/o Harold and Lauren Heinz, and the defendant, Command Force Security Systems, Inc., hereby jointly and voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs and attorney's fees to either party.

DATE:_____                    /s/ Joseph E. Mascaro
                                                              Joseph E. Mascaro
                                                              ct 12736
                                                              Morrison Mahoney LLP
                                                             One Constitution Plaza, 10th Floor
                                                             Hartford, CT 06103
                                                             (860) 616-4441
                                                             (860) 541-4878
                                                             jmascaro@morrisonmahoney.com
                                                             Attorney for the Plaintiff

1

DATE:_____                                     /s/ Michael Mezzacappa
                                                         Michael Mezzacappa
                                                         Kaufman Borgeest & Ryan LLP
                                                         99 Park Avenue
                                                         New York, New York 10016
                                                         212-980-9600
                                                         212-980-9291(facsimile)
                                                         mmezzacappa@kbrny.com
                                                         Attorney for the defendant

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459