UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GLEN FALLS INS. CO., ET AL** : <br> **Plaintiffs** | |
| v.  : | **CIVIL NO.: 3:03cv1015(DJS)** |
| **COMMAND FORCE SECURITY** <br> **SYS., INC.** : <br> **Defendant** | |

## ORDER

The Joint Stipulation of Dismissal with prejudice (Doc. #27) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __27th__ day of October, 2004.


                                      /s/DJS
                                      Dominic J. Squatrito
                                      United States District Judge